# Exhibit 2

June 1, 2020

Federal Bureau of Investigation
Attn: FOI/PA Request
Record/Information Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4843
Fax: (540) 868-4391/4997

    Re: Freedom of Information Act Request

To Whom It May Concern:

    As part of its "Crossfire Hurricane" investigation into possible collusion between the 2016 Donald Trump campaign and Russia, the FBI assigned code names for various individuals connected with that investigation. Retired Lt. Gen. Michael Flynn was assigned the code name "Crossfire Razor," for example. As permitted by the Freedom of Information Act, 5 U.S.C. § 552, I request the opportunity to view the following:

1. Documents, records, or communications revealing the code names assigned to any and all individuals as part of the Crossfire Hurricane investigation.

2. Documents, records, or communications revealing the code names assigned to any and all sub-sections of the Crossfire Hurricane investigation.

3. Documents, records, or communications revealing the code names assigned to Seth Conrad Rich.

4. Documents, records, or communications revealing the code names assigned to Aaron Nathan Rich.

Thank you in advance for your assistance.

    Sincerely,

    *Brian Huddleston* (signature)

    Brian Huddleston
    [redacted]