# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § § | |
| Plaintiff, | § § | CIVIL ACTION No. 4:20CV447 |
| v. | § § | |
| FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, | § § § § § | JUDGE AMOS MAZZANT |
| Defendants. | § § | |

## **PROPOSED SCHEDULING ORDER**

The following actions shall be completed by the date indicated.[1] The dates indicated are the standard for most cases. Counsel should be prepared to explain the need for requested changes.

| | |
|---|---|
| __N/A__<br>(1 week after mgmt. conf.) | Deadline for motions to transfer. |
| __N/A__<br>(6 weeks after mgmt. conf.) | Deadline to add parties. |
| __N/A__<br>(6 weeks prior to mediation deadline) | Mediation must occur by this date.<br>Deadline by which the parties shall notify the Court of the name, address, and telephone number of the agreed-upon mediator, or request that the Court select a mediator, if they are unable to agree on one. |
| __N/A__<br>(10 weeks after mgmt. conf.) | Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) on issues for which the party bears the burden of proof. |
| __N/A__<br>(12 weeks after mgmt. conf.) | Deadline for Plaintiff to file amended pleadings. (A motion for leave to amend is required.) |

---

[1] If a deadline falls on a Saturday, Sunday, or a legal holiday as defined in Federal Rule of Civil Procedure 6, the effective date is the first federal court business day following the deadline imposed.

Joint Conference Report                                                                                                              Page 1

| | |
|---|---|
|    N/A<br>(14 weeks after mgmt. conf.) | Disclosure of expert testimony pursuant to Fed. R. Civ. P 26(a)(2) and Local Rule CV-26(b) on issues for which the party does not bear the burden of proof. |
|    N/A<br>(14 weeks after mgmt. conf.) | Deadline for Plaintiff to file amended pleadings. (A motion for leave to amend is required.) |
|    N/A<br>(6 weeks after disclosure of an expert is made) | Deadline to object to any other party's expert witnesses. Objection shall be made as a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all the information necessary to make a ruling on any objection. |
|    1/28/2021<br>(14 weeks after mgmt. conf. **but no later than 110 days prior to deadline for submission of Joint Final Pretrial Order**) | Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions. |
|    N/A<br>(24 weeks after mgmt. conf.) | All discovery shall be commenced in time to be completed by this date. |
|    N/A<br>(6 weeks before final pretrial conference) | Notice of Intent to offer certified records. |
|    N/A<br>(6 weeks before final pretrial conference) | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order and Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in non-jury cases). |
|    N/A<br>(5 weeks before final pretrial conference) | Video Deposition Designation due. Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those which cannot be resolved shall be presented to the court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties designations and the court's rulings on objections. |

| | |
|---|---|
| __N/A__<br>(30 days before final pretrial conference) | Motions in limine due.<br>File Joint Final Pretrial Order (See www.txed.uscourts.gov). |
| __N/A__<br>(2 weeks before final pretrial conference) | Responses to Motions in Limine due.[2]<br>File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order.[3]  (This does not extend deadline to object to expert witnesses.)<br>File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law) |
| Date will be set by court. Usually within 10 days prior to final pretrial conferfence. | If numerous objections are filed the court may set a hearing to consider all pending motions and objections. |
| __N/A__ | Final Pretrial Conference at 9:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas.  All cases on the Court's Final Pretrial Conference docket for this day have been set at 9:00 a.m.  However, prior to the Final Pretrial Conference date, the Court will set a specific time between 9:00 a.m. and 4:00 p.m. for each case, depending on which cases remain on the Court's docket. |
| __to be determined__ | 10:00 a.m. Jury selection and trial (or bench trial) at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas.  Cases that remain for trial following the Court's Pretrial docket will be tried between October 4, 2021, and October 29, 2021.  A specific trial date in this time frame will be selected at the Final Pretrial Conference. |

---

[2]  This is not an invitation or requirement to file written responses.  Most motions in limine can be decided without a written response.  But, if there is particularly difficult or novel issue, the Court needs some time to review the matter.  To save time and space respond only to items objected to.  All others will be considered to be agreed.  Opposing counsel shall confer in an attempt to resolve any dispute over the motions in limine within five calendar days of the filing of any response.  The parties shall notify the court of all the issues which are resolved.

[3]  Within five calendar days after the filing of any objections, opposing counsel shall confer to determine whether objections can be resolved without a court ruling. The parties shall notify the court of all issues which are resolved. The court needs a copy of the exhibit or the pertinent deposition pages to rule on the objection.