# Exhibit 1

**TY CLEVENGER**
P.O. Box 20753
Brooklyn, New York 11202-0753

*telephone: 979.985.5289*                                                                                 *tyclevenger@yahoo.com*
*facsimile:   979.530.9523*                                                                       *Texas Bar No. 24034380*

September 1, 2017

U.S. Department of Justice
FOIA/PA Mail Referral Unit
*MRUFOIA.Requests@usdoj.gov*

Executive Offices of the U.S. Attorneys
U.S. Department of Justice
*usaeo.foia.requests@usdoj.gov*

Federal Bureau of Investigation
Records Management Division
Fax: (540) 868-4997

Office of Information Policy
U.S. Department of Justice
Fax: (202) 514-1009

Criminal Division
U.S. Department of Justice
*crm.foia@usdoj.gov*

       Re:     Freedom of Information Act request

To Whom It May Concern:

     I request the opportunity to view all records and correspondence pertaining to Seth Conrad Rich (DOB: January 3, 1989), who was murdered in the District of Columbia on or about July 10, 2016.  This request includes, but is not limited to, any records or correspondence resulting from any investigation of his murder.

     Thank you in advance for your assistance.

     Sincerely,

     *[signature]*

     Ty Clevenger