# Exhibit 3

**Appeal Details**                                              **Tracking Number :** *DOJ-AP-2017-006942*

Submitted        Evaluation        Assignment        Processing

## Contact Information

|  |  |  |  |
|---|---|---|---|
| Full Name : | Closed<br>Mr. Ty Clevenger | Mailing Location : | United States/U.S. Territories |
| Organization : |  | Address Line 1 : | 212 South Oxford Street |
| Email Address : | tyclevenger@yahoo.com |  |  |
| Phone Number : | 979-985-5289 | Address Line 2 : | Apt. 7D |
| Fax Number : | 979-530-9523 | City : | Brooklyn |
|  |  | State/Province : | New York |
|  |  | Zip Code/Postal Code : | 11217 |

## Appeal Information

|  |  |  |  |
|---|---|---|---|
| Agency : | Appeals | Request Phase : | Closed |
| Date Submitted : | 09/30/2017 | Request Track : | Simple |
| Closed Date : | 11/14/2017 | Final Disposition : | Affirmed on Appeal -- No records |

## Request Information

|  |  |  |  |
|---|---|---|---|
| Tracking Number : | 1384180-000 | Request Phase : | Submitted |
| Full Name : | Ty O. Clevenger | Request Track : | Simple |
| Date Submitted : | 09/01/2017 | Final Disposition : | Denied |

**Basis for Appeal :**                                                                                          700/2000

The September 19, 2017 letter that I received from the FBI indicates that it only searched the "Central Records System" and that it was unable to identify "main file records" responsive to the FOIA. My request was not limited to the Central Records System nor to main file records. Any responsive records likely would be found in emails, hard copy documents, and other files in the FBI's Washington Field Office. In my experience, the FBI often does not search email accounts in response to FOIA requests, and it appears that it did not search email records in this instance. The

## Request Expedited Handling

Made Request ?  Yes

I would direct your attention to the records attached to my September 19, 2017 appeal in Case No. DOJ-AP-2017-006683. As indicated therein, various media have reported allegations that the government covered up information about the murder of Seth Rich.

## Supporting Files

Attached Files :

| Attached File | Type | Size (MB) |
|---|---|---|
| *2017.09.19 Letter from FBI.pdf* | PDF | 0.92 |
| *DOJ-AP-2017-006942 - Appeals Acknowledgement Letter.pdf* | PDF | 0.09 |

## Payments

No payments to display.

## Invoice

Total Amount Billed : $0.00
Date Sent :
No invoice has been added.

## Correspondence with Requester

| Subject | From | Date | Detail |
|---|---|---|---|
| Final Disposition, Appeal DOJ-AP-2017-006942 | Davita Brown | 2017-11-14 | |
| FOIA appeal received | Priscilla Jones | 2017-10-02 | |
| FOIA Appeal DOJ-AP-2017-006942 Submitted | | 2017-09-30 | |

## Released Records

No records have been released.