IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON, § § Plaintiff, § § § CIVIL ACTION No. 4:20CV447 v. § § FEDERAL BUREAU OF § INVESTIGATION and UNITED § JUDGE AMOS MAZZANT STATES DEPARTMENT OF JUSTICE, § § Defendants. § | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S SUR-REPLY IN OPPOSITION TO MOTION TO STAY**

Defendants Federal Bureau of Investigation ("FBI") and United States Department of Justice ("DOJ") file this Unopposed[1] Motion for Leave to File a Response to Plaintiff's Sur-Reply in Opposition to Motion to Stay [Dkt. 13] pursuant to Local Rule CV-7(k), for the limited purpose of proposing an alternate schedule of production in response to Plaintiff's proposed schedule.  Defendants believe this matter to be fully briefed but would like the opportunity to provide the Court with a more detailed schedule for processing and a rolling production in addition to the grounds set forth in the Motion to Stay [Dkt. 10].  Therefore, Defendants propose the schedule set forth in Defendant's Response to Plaintiff's Sur-Reply in Opposition to Motion to Stay.

---

[1] Plaintiff's counsel has indicated that he does not oppose this Motion for Leave to File a Response to Plaintiff's Sur-Reply in Opposition to Motion to Stay, provided he has the opportunity to file a response to Defendants' proposed schedule.  Defendants do not object to further response from Plaintiff.

        Respectfully submitted,

        STEPHEN J. COX
        UNITED STATES ATTORNEY
        */s/ Andrea L. Parker*
        ANDREA L. PARKER
        Assistant United States Attorney
        Texas Bar No. 00790851
        350 Magnolia Avenue, Suite 150
        Beaumont, Texas   77701-2237
        Tel:  (409) 839-2538
        Fax: (409) 839-2643
        Email:  andrea.parker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

        */s/ Andrea L. Parker*
        ANDREA L. PARKER
        Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), undersigned counsel hereby certifies that, I have conferred with plaintiff's counsel and he does not oppose this motion, provided he has the opportunity to respond.

        */s/ Andrea L. Parker*
        ANDREA L. PARKER
        Assistant United States Attorney