IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION No. 4:20CV447 |
| v. | § | |
| | § | |
| FEDERAL BUREAU OF | § | |
| INVESTIGATION and UNITED | § | JUDGE AMOS MAZZANT |
| STATES DEPARTMENT OF JUSTICE, | § | |
| | § | |
| Defendants. | § | |

## O R D E R

Pending before the Court is Defendants' Unopposed Motion for Leave to File a Response to Plaintiff's Sur-Reply in Opposition to Motion to Stay (Dkt. #14). After considering the Motion, the Court finds it should be **GRANTED**.

It is therefore **ORDERED** that Defendants' Unopposed Motion for Leave to File a Response to Plaintiff's Sur-Reply in Opposition to Motion to Stay is **GRANTED**.

**IT IS SO ORDERED.**

SIGNED this 15th day of January, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE