IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**, <br><br> Plaintiff, <br><br> vs. <br><br> **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** <br><br> Defendant | Case No. 4:20-cv-447-ALM |

**PLAINTIFF'S UNOPPOSED REQUEST FOR PERMISSION
TO RESPOND TO DEFENDANTS' PROPOSED SCHEDULE**

NOW COMES Brian Huddleston, the Plaintiff, moving the Court to grant him permission to respond to the Defendants' Response to Plaintiff's Sur-Reply in Opposition to Motion to Stay ("Defendants' Response") (Doc. No. 15). In the Defendants' Response, the FBI proposed a production schedule for the first time, and the Plaintiff wishes to respond to that proposal. The Plaintiff did not object to the Defendants' request for permission to file that proposed schedule, and the Defendants do not object to the Plaintiff's request for permission to respond to that proposal.

        Respectfully submitted,

        **/s/ Ty Clevenger**
        Ty Clevenger
        Texas Bar No. 24034380
        P.O. Box 20753
        Brooklyn, New York 11202-0753
        (979) 985-5289
        (979) 530-9523 (fax)
        tyclevenger@yahoo.com

        **Counsel for Plaintiff Brian Huddleston**

## Certificate of Conference

On January 19, 2021, I conferred by email with Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, regarding this motion, and she indicated that the Defendants would not oppose the motion.

        **/s/ Ty Clevenger**
        Ty Clevenger

## Certificate of Service

On January 20, 2021, I filed a copy of this response with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, at andrea.parker@usdoj.gov.

        **/s/ Ty Clevenger**
        Ty Clevenger