IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>    Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>    Defendant | **Case No. 4:20-cv-447-ALM** |

### PLAINTIFF'S UNOPPOSED REQUEST FOR PERMISSION TO RESPOND TO DEFENDANTS' PROPOSED SCHEDULE

The Plaintiff's Unopposed Request for Permission to Respond to Defendants' Proposed Schedule (Doc. No. 17) is now before the Court. The motion is GRANTED, and the Plaintiff's Response In Opposition to Proposed Scheduling Order (Doc. No. 18) shall be filed on the docket.