# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**, <br><br> Plaintiff, <br><br> vs. <br><br> **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** <br><br> Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

Pending before the Court is Plaintiff's Unopposed Request for Permission to Respond to Defendants' Proposed Schedule (Dkt. #17).  After considering the Motion, the Court finds it should be **GRANTED**.

It is therefore **ORDERED** that Plaintiff's Response In Opposition (Dkt. #18) is hereby deemed filed.

**IT IS SO ORDERED.**
**SIGNED this 22nd day of January, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE