IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION No. 4:20CV447 |
| v. | § § | |
| FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, | § § § § § | JUDGE AMOS MAZZANT |
| Defendants. | § | |

## O R D E R

On this day came to be heard Defendants' Second Motion to Stay Scheduling Order Deadlines, and having reviewed the same, heard the arguments and objections, if any, this Court finds that the motion should be granted. Therefore, it is

**ORDERED** that Defendants' Second Motion to Stay Scheduling Order Deadlines is **GRANTED**