# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE TRANSPARENCY PROJECT, | § § § | |
| Plaintiff, | § § | CIVIL ACTION No. 4:20CV467 |
| v. | § § § | |
| U.S. DEPARTMENT OF JUSTICE, et al., | § § | JUDGE SEAN D. JORDAN |
| Defendants. | § § | |

## MARCH 16TH, 2021 JOINT STATUS REPORT

In compliance with the Court's Preliminary Scheduling Order [Dkt. 18], the parties file the following Joint Status Report concerning the status of each pending FOIA request:

### NSA
### 10/29/18 & 6/12/20 Requests

NSA has fully processed both requests and issued final responses to Plaintiff.

### DOJ-CRM
### 10/26/18 & 6/11/20 Requests

DOJ-CRM filed a Motion to Dismiss on January 7, 2021 for failure to exhaust administrative remedies. [Dkt. 20]. As to October 26, 2018 request, Plaintiff concedes exhaustion and agrees that this claim is due to be dismissed. As to the June 11, 2020 request, DOJ-CRM acknowledges that this lawsuit was filed before DOJ-CRM issued its final response that no records were found, and therefore dismissal based on failure to exhaust is improper. DOJ-CRM issued its final response to the June 11, 2020 request on August 25, 2020.

## DOJ-NSD
## 10/26/18, 6/11/20 & 6/15/20 Requests

DOJ-NSD has asked Plaintiff for further clarity regarding the June 11, 2020 request by letter dated September 2, 2020, because DOJ-NSD does not process FBI records.  Although the letter is addressed to six components, only the FBI was a party to the litigation cited in that request, so only the FBI would possess potentially responsive records to the June 11, 2020 request.  To date, Plaintiff has not provided further clarity regarding this request.

The October 26, 2018 and June 15, 2020 requests seek the same records.  DOJ-NSD issued an interim response to Plaintiff on March 9, 2021.  DOJ-NSD will continue to search and process records as indicated in the interim response.

## DOJ-OIP
## 10/26/18 & 6/11/20 Requests

By letter dated July 21, 2020, DOJ-OIP issues its final response to the June 11, 2020 request.

As to the October 26, 2018 request, DOJ-OIP has completed initial keyword searches, has begun processing potentially responsive records, and has initiated its consultation process with other equity-holders.  DOJ-OIP anticipates that it will be able to complete this consultation process and issue a final response by April 15, 2021.

## CIA
## 5/28/20 & 6/18/20

Regarding the May 28, 2020 request, CIA intends to assert a Glomar response to the request outlined in paragraph 11 of the First Amended Complaint, with the exception

of a portion of paragraph 11(c).  [Dkt. 5].  Since tasking the relevant office or offices it determined are most likely to possess records responsive to paragraph 11(c) of the May 28, 2020 request and paragraph 17 of the June 18, 2020 request, CIA believes it has located the majority of the responsive records to those two requests; however it is awaiting  final responses from at least one CIA component.  Based on the volume of materials the CIA has located, the CIA anticipates being able to produce responsive documents by June 4, 2021.

## ODNI
### 6/11/20

As of the date of the filing of this report, ODNI has not provided an updated status.  This report will be updated upon receipt of ODNI's status.

## DOJ-EOUSA
### 10/26/18 & 6/11/20

DOJ-EOUSA has provided its final response regarding the June 11, 2020 request. DOJ-EOUSA has tasked the United States Attorney's Office for the District of Columbia ("USAO-DC") to conduct a search for responsive records regarding the October 26, 2018 request. USAO-DC has identified potentially responsive records and has been providing them to DOJ-EOUSA on a rolling basis.  DOJ-EOUSA has started its substantive review, and the records will be provided in interim responses.

## FBI
### 10/26/18, 6/11/20, 6/15/20 & 6/18/20

The FBI has identified documents responsive to the plaintiff's October 26, 2018 and June 11, 2020 requests that have been and continue to be processed for another

requester.  The FBI has released non-exempt records to plaintiff on or about January 27, 2021, and March 5, 2021, and will continue making monthly rolling productions on or about the 27th of each month thereafter until completion.  The FBI has reviewed 5,771 pages and released 25 pages to the Plaintiff; there are approximately 13,755 pages remaining.

      The FBI is still conducting searches for plaintiff's June 15 and June 18, 2020 requests and will have an update on those searches before the next status report is due to the Court.

## PLAINTIFF

The Plaintiff is awaiting Defendants' responses and has nothing to report at this time beyond what the Defendants have reported.

Respectfully submitted,

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney
Texas Bar No. 00790851
350 Magnolia Avenue, Suite 150
Beaumont, Texas   77701-2237
Tel:  (409) 839-2538
Fax: (409) 839-2643
Email:  andrea.parker@usdoj.gov

*/s/ Ty Odell Clevenger (with permission)*
TY ODELL CLEVENGER
Attorney at Law
P.O. Box 20753
Brooklyn, NY   11202-0753
Tel:   (979) 985-5289
Fax:   (979) 530-9523
Email: tyclevenger@yahoo.com