# Exhibit 9



NATIONAL SECURITY AGENCY
FORT GEORGE G. MEADE, MARYLAND 20755-6000

FOIA Case: 109745

TY CLEVENGER
THE TRANSPARENCY PROJECT
PO BOX 20753
BROOKLYN NY 11202-0753

Dear Ty Clevenger:

This responds to your Freedom of Information Act (FOIA) request of 12 June 2020, which was received by this office on 15 June 2020, for:

1. "I request the opportunity to view all metadata, communications (internal or external), records, documents, reports or other evidence regarding whether the National Security Agency ('NSA'), the Central Intelligence Agency ("CIA"), any "Five Eyes" allies, and/or affiliates, agents, employees or contractors of those agencies or any other government entity played a role in inserting Russian 'fingerprints' (e.g., 'COZY BEAR' or 'FANCYBEAR') into data from the 2016 Data Breach. In other words, the NSA should produce all evidence indicating whether any U.S. Government or 'Five Eyes' entities, affiliates, agents, employees or contractors inserted or fabricated evidence to make it appear that Russians or other third parties were responsible for the 2016 Data Breach. This includes, for example, any and all evidence that U.S. Government or 'Five Eyes' entity, affiliate, agent, employee, or contractor created or operated the 'Guccifer 2.0' or 'DCLeaks' profiles or any other online profile used to promote or distribute data from the 2016 Data Breach."

2. "I request the opportunity to view all tangible evidence reflecting the person, persons, or entities involved in 2016 Data Breach. This request includes, but is not limited to, evidence indicating whether the breach was the result of (1) outside forces (e.g., Russian agents, Pakistani agents, etc.) who hacked the servers from a remote location or (2) an individual or individuals who were present at or inside DNC facilities and copied the data onto a storage device. If, for example, NSA intercepted or obtained any communications between Seth Rich and Julian Assange or Wikileaks (e.g., from the United Kingdom's Government Communications Headquarters, or any other person or entity), then those communications should be produced. If the NSA has any evidence whatsoever that the DNC servers were hacked externally or that DNC data was leaked from an internal source, that evidence should be produced."

3. "I request the opportunity to view all communications exchanged (either directly or indirectly) between Seth Conrad Rich ('Seth Rich') and/or Aaron

FOIA Case: 109745

Nathan Rich ('Aaron Rich') and the following: Julian Assange, Wikileaks, and/or any agents or representatives of Wikileaks."

Your letter has been assigned Case Number 109745. Please refer to this case number when contacting us about your request. There are no assessable fees for this request; therefore, we did not address your fee category. Your request has been processed under the provisions of the FOIA.

NSA collects and provides intelligence derived from foreign communications to policymakers, military commanders, and law enforcement officials. We do this to help these individuals protect the security of the United States, its allies, and their citizens from threats such as terrorism, weapons of mass destruction, foreign espionage, international organized crime, and other hostile activities. What we are authorized to do, and how we do it, is described in Executive Order 12333. Information about how NSA conducts signals intelligence activities is available on the websites of NSA (www.nsa.gov) and the Office of the Director of National Intelligence (www.dni.gov).

We have determined that the fact of the existence or non-existence of the materials you request is a currently and properly classified matter in accordance with Executive Order 13526, as set forth in Subparagraph (c) of Section 1.4. Thus, your request is denied pursuant to the first exemption of the FOIA which provides that the FOIA does not apply to matters that are specifically authorized under criteria established by an Executive Order to be kept secret in the interest of national defense or foreign relations and are, in fact properly classified pursuant to such Executive Order.

In addition, this Agency is authorized by various statutes to protect certain information concerning its activities. The third exemption of the FOIA provides for the withholding of information specifically protected from disclosure by statute. Thus, your request is also denied because the fact of the existence or non-existence of the information is exempted from disclosure pursuant to the third exemption. The specific statutes applicable in this case are Title 18 U.S. Code 798; Title 50 U.S. Code 3024(i); and Section 6, Public Law 86-36 (50 U.S. Code 3605).

Sincerely,

RONALD MAPP
Chief, FOIA/PA Office
NSA Initial Denial Authority