IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**, <br><br> Plaintiff, <br><br> vs. <br><br> **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** <br><br> Defendant | Case No. 4:20-cv-447-ALM |

### UNOPPOSED MOTION TO PERMIT EXCESS PAGES

NOW COMES Brian Huddleston, the Plaintiff, moving the Court to grant him permission to file a motion that exceeds the page limit:

The Plaintiff's Motion for In Camera Review (Doc. No. 26) was rejected because it was longer than 15 pages. The Plaintiff has since reduced the motion from 22 pages (plus the signature / certificate page) to 16 pages (plus the signature / certificate page). The Plaintiff respectfully moves the Court to permit him to file the 16-page version, which shall be submitted immediately hereafter. Alternatively, with the Court's permission, the Plaintiff will break the motion into parts insofar as he seeks more than one form of relief. The Plaintiff has consulted with Counsel for the Defendants, and they do not oppose this request.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com

**Counsel for Plaintiff Brian Huddleston**

**Certificate of Conference**

On June 15, 2021, I conferred via email with Asst. U.S. Attorney Andrea Parker, and she indicated that the Defendants do not oppose this motion.

**/s/ Ty Clevenger**
Ty Clevenger

**Certificate of Service**

On June 15, 2021, I filed a copy of this response with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, at andrea.parker@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger