IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON,**<br><br>       Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>       Defendant | **Case No. 4:20-cv-447-ALM** |

## ORDER

The Plaintiff's Motion for In Camera Review (Doc. No. _____) is now before the Court. The motion is GRANTED as follows:

Not later than _____, the Defendants shall provide the Court and Plaintiff's Couunsel with unredacted copies of all documents that have previously been produced to the Plaintiff in this case. In future productions, the Defendants shall simultaneously provide both redacted and unredacted copies to the Court and Plaintiff's Counsel. Plaintiff's Counsel is prohibited from sharing the unredacted copies with anyone else except co-counsel, and both Plaintiff's Counsel and any co-counsel are prohibited from sharing such copies or discussing redacted information with any person or entity other than the Court and/or opposing counsel. If the Plaintiff wishes to affiliate co-counsel with

- 2 -

the necessary security clearances to review classified information, the Plaintiff shall do so within _____ days of this order. Thereafter, such co-counsel may review the classified information withheld by the Defendants, provided that co-counsel does not share nor discuss the information with any person or entity other than the Court and/or opposing counsel. Finally, any classified information that has been withheld from the Plaintiff shall be provided to the Court not later than _____, and any future productions of classified information shall be provided simultaneously to the Court and to any co-counsel who holds the property security clearances. As before, any such co-counsel is prohibited from sharing such copies or discussing classified information with any person or entity other than the Court and/or opposing counsel.