IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>    Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>    Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Permit Excess Pages (Dkt. #27). After considering the Motion, the Court finds it should be **GRANTED**.

It is therefore **ORDERED** that Plaintiff's Unopposed Motion to Permit Excess Pages (Dkt. #27) is **GRANTED**, and Plaintiff's Motion for *In Camera* Review (Dkt. #28) is deemed filed.

**IT IS SO ORDERED.**

SIGNED this 16th day of June, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE