IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION No. 4:20CV447 |
| v. | § | |
| | § | |
| FEDERAL BUREAU OF | § | |
| INVESTIGATION and UNITED | § | JUDGE AMOS MAZZANT |
| STATES DEPARTMENT OF JUSTICE, | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO ENTER PROPOSED BRIEFING SCHEDULE

Plaintiff Brian Huddleston and Defendants Federal Bureau of Investigation ("FBI") and United States Department of Justice ("DOJ") jointly propose the following briefing schedule:

| | |
|---|---|
| November 15, 2021 | Defendants' Complete Vaughn Index and Motion for Summary Judgment |
| January 10, 2022 | Plaintiff's Response to Defendants' Motion for Summary Judgment |
| January 31, 2022 | Defendants' Reply |
| February 21, 2022 | Plaintiff's Reply |

              Respectfully submitted,

              NICHOLAS J. GANJEI
              ACTING UNITED STATES ATTORNEY
              ***/s/ Andrea L. Parker***_____
              ANDREA L. PARKER
              Assistant United States Attorney

Texas Bar No. 00790851
550 Fannin St. Suite 1250
Beaumont, Texas   77701-2237
Tel:  (409) 839-2538
Fax: (409) 839-2550
Email:  andrea.parker@usdoj.gov


***/s/ Ty Clevenger (with permission)***
TY CLEVENGER
Attorney at Law
P.O. Box 20753
Brooklyn, NY 11202-0753
Tel: (979) 985-5289
Fax: (979) 530-9523
Email: tyclevenger@yahoo.com