IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

BRIAN HUDDLESTON,                    §
                                     §
          Plaintiff,                 §
                                     §        CIVIL ACTION No. 4:20CV447
v.                                   §
                                     §
FEDERAL BUREAU OF                    §
INVESTIGATION and UNITED             §        JUDGE AMOS MAZZANT
STATES DEPARTMENT OF JUSTICE,        §
                                     §
          Defendants.                §

## O R D E R

On this day came to be heard the parties' Joint Motion to Enter Proposed Briefing

Schedule, and having reviewed the same, heard the arguments and objections, if any, this

Court finds that the motion should be granted.  Therefore, it is

**ORDERED** that the Joint Motion to Enter Proposed Briefing Schedule is

**GRANTED**