# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § § | |
| *Plaintiff*, | § § | Civil Action No. 4:20-CV-00447 |
| v. | § § | Judge Mazzant |
| | § § | |
| FEDERAL BUREAU OF INVESTIGATION AND UNITED STATES DEPARTMENT OF JUSTICE, | § § § § | |
| *Defendants*. | § § | |

## ORDER

Pending before the Court is the parties' Joint Motion to Enter Proposed Briefing Schedule (Dkt. #33). After considering the Motion, the Court concludes it should be **GRANTED**.

It is therefore **ORDERED** that the following deadlines are entered:

| | |
|---|---|
| November 15, 2021 | Defendants' Complete *Vaughn* Index and Motion for Summary Judgment |
| January 10, 2022 | Plaintiff's Response to Defendants' Motion for Summary Judgment |
| January 31, 2022 | Defendants' Reply |
| February 21, 2022 | Plaintiff's Sur-Reply |

**IT IS SO ORDERED.**

**SIGNED this 13th day of August, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE