IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION No. 4:20CV447 |
| v. | § | |
| | § | |
| FEDERAL BUREAU OF | § | |
| INVESTIGATION and UNITED | § | JUDGE AMOS MAZZANT |
| STATES DEPARTMENT OF JUSTICE, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND VAUGHN INDEX

Defendants Federal Bureau of Investigation ("FBI") and United States Department of Justice ("DOJ") file this motion for extension of time to file their motion for summary judgment and Vaughn Index. Defendants respectfully request an additional thirty (30) days, with a new deadline of December 15, 2021. Plaintiff is not opposed to Defendants' request for extension.

**I.**

The Defendants are currently preparing a *Vaughn* index and declarations in support of Defendants' motion for summary judgment. On August 13, 2021, the Court ordered Defendants to file their complete *Vaughn* index and motion for summary judgment by November 15, 2021. [Dkt. 34]. The FBI has determined that it requires additional time to complete its *Vaughn* index and declaration based on staffing shortfalls caused by COVID-19 related issues.

**II.**

The requested extension should not delay these proceedings, as the scheduling ordered allowed for extra time for Plaintiff's response deadline due to the holiday season. However, if Plaintiff determines that he needs additional time to respond to Defendants' motion for summary judgment, Defendants will not oppose any such request.

**III.**

In light of the foregoing, Defendants request that this Court grant their motion for extension of time and permit an additional thirty (30) days for Defendants to submit their motion for summary judgment and Vaughn index.

Respectfully submitted,

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney
Texas Bar No. 00790851
550 Fannin St. Suite 1250
Beaumont, Texas   77701-2237
Tel:  (409) 839-2538
Fax: (409) 839-2643
Email:  andrea.parker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2021, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

                                              */s/ Andrea L. Parker*_____
                                              ANDREA L. PARKER
                                              Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), undersigned counsel hereby certifies that, I have conferred with plaintiff's counsel and he does not oppose this motion.

                                              */s/ Andrea L. Parker*_____
                                              ANDREA L. PARKER
                                              Assistant United States Attorney