# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| BRIAN HUDDLESTON, § § *Plaintiff*, § § v. § § FEDERAL BUREAU OF INVESTIGATION § and UNITED STATES DEPARTMENT OF § JUSTICE, § § *Defendants*. § | Civil Action No. 4:20-cv-00447 |

## ORDER

Pending before the Court is Defendants' Unopposed Motion for Extension of Time to File Motion for Summary Judgment and Vaughn Index (Dkt. #35). Having reviewed the same, heard the arguments and objections, if any, the Court finds that the motion should be granted. Therefore, it is

**ORDERED** that Defendants' Unopposed Motion for Extension of Time to File Motion for Summary Judgment and Vaughn Index (Dkt. #35) is **GRANTED.** Defendants shall submit their motion for summary judgment and Vaughn index on or before December 15, 2021.

**IT IS SO ORDERED.**
**SIGNED** this 8th day of November, 2021.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE