IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION No. 4:20CV447 |
| v. § | |
| § | |
| FEDERAL BUREAU OF § | |
| INVESTIGATION and UNITED § | JUDGE AMOS MAZZANT |
| STATES DEPARTMENT OF JUSTICE, § | |
| § | |
| Defendants. § | |

**DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT**

Pursuant to Local Rule CV-7(a)(1), Defendants respectfully seek leave to exceed the page limit for the filing of their Motion for Summary Judgment. Counsel for Plaintiff has represented that Plaintiff does not oppose this motion.

Defendants' Motion for Summary Judgment is 48 pages. A modest increase in the page limit of no more than eighteen pages is necessary to adequately and thoroughly address the issues raised in Defendants' motion.

## CONCLUSION

Defendants respectfully request leave to exceed the thirty-page limit for their Motion for Summary Judgment by no more than eighteen pages.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Andrea L. Parker*_____

ANDREA L. PARKER  
Assistant United States Attorney  
Texas Bar No. 00790851  
550 Fannin St. Suite 1250  
Beaumont, Texas 77701-2237  
Tel: (409) 839-2538  
Fax: (409) 839-2643  
Email: andrea.parker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2021, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

*/s/ Andrea L. Parker*  
ANDREA L. PARKER  
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), undersigned counsel hereby certifies that, I have conferred with plaintiff's counsel, and he does not oppose this motion.

*/s/ Andrea L. Parker*  
ANDREA L. PARKER  
Assistant United States Attorney