# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON, | |
| Plaintiff, | CIVIL ACTION No. 4:20CV447 |
| | JUDGE AMOS MAZZANT |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendants. | |

## ORDER

On this day came to be heard Defendants' Motion for Summary Judgment, and having reviewed the same, heard the arguments and objections, if any, this Court finds that the motion should be granted.  Therefore, it is

**ORDERED** that Defendant' Motion for Summary Judgment is **GRANTED** and this lawsuit is dismissed.