IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § § | |
| Plaintiff, | § § | CIVIL ACTION No. 4:20CV447 |
| v. | § § | |
| FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, | § § § § § | JUDGE AMOS MAZZANT |
| Defendants. | § § | |

## ORDER GRANTING MOTION TO EXCEED PAGE LIMIT

On this day came to be heard Defendants' Unopposed Motion to Exceed Page Limit (Dkt #38), and having reviewed the same, heard the arguments and objections, if any, this Court finds that the motion should be granted.

It is therefore ORDERED that Defendants' Unopposed Motion to Exceed Page Limit is **GRANTED.**

    **IT IS SO ORDERED.**

    SIGNED this 20th day of December, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE