IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**, <br><br> Plaintiff, <br><br> vs. <br><br> **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** <br><br> Defendant | Case No. 4:20-cv-447-ALM |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

NOW COMES Brian Huddleston, the Plaintiff, moving the Court to grant an extension of time to respond to the Defendants' Motion for Summary Judgment (Doc. No. 37):

The Plaintiff moves the Court to extend the deadline for filing his response to the Defendants' Motion for Summary Judgment from today's date until January 31, 2022. The undersigned was delayed by the holidays, and he is simultaneously responding to another motion for summary judgment as well as a motion to dismiss. The Plaintiff conferred with counsel for the Defendants, and the Defendants do not oppose this request.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Counsel for Plaintiff Brian Huddleston**

## Certificate of Conference

On December 27, 2021, I conferred via email with Asst. U.S. Attorney Andrea Parker, and she indicated that the Defendants do not oppose this motion.

**/s/ Ty Clevenger**
Ty Clevenger

## Certificate of Service

On January 5, 2022, I filed a copy of this response with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, at andrea.parker@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger