IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON,**<br><br>    Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>    Defendant | **Case No. 4:20-cv-447-ALM** |

## ORDER

The Plaintiff's Unopposed Motion for Extension of Time (Doc. No. \_\_\_\_\_) is now before the Court.  The motion is GRANTED, and the Plaintiff's response to the Defendants' Motion for Summary Judgment shall be due not later than January 31, 2022.

- 1 -