# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**, <br><br> Plaintiff, <br><br> vs. <br><br> **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** <br><br> Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Time (Dkt. #41).  The Court finds the motion should be and hereby is GRANTED, and Plaintiff's response to Defendants' Motion for Summary Judgment shall be due not later than January 31, 2022.

**IT IS SO ORDERED.**
**SIGNED this 6th day of January, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE