IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**, <br><br> Plaintiff, <br><br> vs. <br><br> **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** <br><br> Defendant | Case No. 4:20-cv-447-ALM |

### UNOPPOSED MOTION FOR EXTENSION OF TIME and UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

NOW COMES Brian Huddleston, the Plaintiff, moving the Court to grant an extension of time to respond to the Defendants' Motion for Summary Judgment (Doc. No. 37), further moving the Court to amend the scheduling order (Doc. No. 34):

The Plaintiff moves the Court to extend the deadline for filing his response to the Defendants' Motion for Summary Judgment by one week, from January 31, 2022 until February 7, 2022. The Plaintiff previously requested an extension of time on January 5, 2022, *see* Doc. No. 41, which the Court granted on January 6, 2022. *See* Doc. No. 42. Plaintiff's Counsel has suffered from two unrelated illnesses since that time, the most recent occurring last week, and he has been delayed significantly as a result.[1] The

---

[1] As witnessed by his electronic signature below, Ty Clevenger declares under penalty of perjury under the laws of the United States that his statements in this motion are true and correct.

Plaintiff therefore moves the Court to amend the scheduling order such that his response will be due on February 7, 2022, the Defendants' reply will be due on February 28, 2022, and the Plaintiff's sur-reply will be due on March 21, 2022. Plaintiff's Counsel conferred with counsel for the Defendants, and the Defendants do not oppose this request.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com

**Counsel for Plaintiff Brian Huddleston**

## Certificate of Conference

On January 25, 2022, I conferred via email with Asst. U.S. Attorney Andrea Parker, and she indicated that the Defendants do not oppose this motion.

**/s/ Ty Clevenger**
Ty Clevenger

## Certificate of Service

On January 26, 2022, I filed a copy of this response with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, at andrea.parker@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger