IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>  Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>  Defendant | **Case No. 4:20-cv-447-ALM** |

## ORDER

The Plaintiff's Unopposed Motion for Extension of Time and Unopposed Motion to Amend Scheduling Order (Doc. No. 43) is now before the Court. The motion is GRANTED, and the deadlines in this case are modified as follows:

The Plaintiff's response to the Defendants' Motion for Summary Judgment (Doc. No. 37) shall be due on February 7, 2022, the Defendants' reply shall be due on February 28, 2022, and the Plaintiff's sur-reply shall be due on March 21, 2022.