## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

**BRIAN HUDDLESTON**,

      Plaintiff,

vs.

**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**

      Defendant

**Case No. 4:20-cv-447-ALM**

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Time and Unopposed Motion to Amend Scheduling Order (Dkt. # 43). The Court finds the motion should be and hereby is GRANTED, and the deadlines in this case are modified as follows:

The Plaintiff's response to the Defendants' Motion for Summary Judgment (Dkt. #39) shall be due on February 7, 2022, the Defendants' reply shall be due on February 28, 2022, and the Plaintiff's sur-reply shall be due on March 21, 2022.

**IT IS SO ORDERED.**
**SIGNED this 27th day of January, 2022.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE