IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>    Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>    Defendant | Case No. 4:20-cv-447-ALM |

## UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

NOW COMES Brian Huddleston, the Plaintiff, moving the Court to grant him leave to file a response in opposition to the Defendants' Motion for Summary Judgment (Doc. No. 37) that is not greater than 40 pages in length. The Court previously granted the Defendants leave to file excess pages in their motion for summary judgment, and the Defendants do not object to the Plaintiff's request herein.

    Respectfully submitted,

    **/s/ Ty Clevenger**
    Ty Clevenger
    Texas Bar No. 24034380
    P.O. Box 20753
    Brooklyn, New York 11202-0753
    (979) 985-5289
    (979) 530-9523 (fax)
    tyclevenger@yahoo.com

    **Counsel for Plaintiff Brian Huddleston**

## Certificate of Conference

On February 3, 2022, I conferred via email with Asst. U.S. Attorney Andrea Parker, and she indicated that the Defendants do not oppose this motion.

/s/ Ty Clevenger
Ty Clevenger

## Certificate of Service

On February 7, 2022, I filed a copy of this response with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, at andrea.parker@usdoj.gov.

/s/ Ty Clevenger
Ty Clevenger