IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>    Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>    Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

The Plaintiff's Unopposed Motion for Leave to File Excess Pages is GRANTED, and the Plaintiff shall be permitted to file a response to the Defendants' Motion for Summary Judgment (Doc. No. 37) that does not exceed 40 pages in length.