# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**BRIAN HUDDLESTON**,

    Plaintiff,

vs.

**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**

    Defendant

Case No. 4:20-cv-447-ALM

### DECLARATION OF AARON J. MATE

My name is Aaron J. Mate, I am greater than 18 years of age and competent to testify, and I do testify as follows under penalty of perjury under the laws of the United States, and as witnessed by my signature below:

1. On 6/25/2021, I submitted a Freedom of Information Act request to the FBI seeking all reports from the company Crowdstrike that were submitted to the FBI as part of its investigation into Russian election interference activities. One such Crowdstrike report is referred to in vol. 5 of the Senate Intel Committee's report on Russian interference, footnote 1170 as "Crowdstrike, Draft Incident Investigation Report, DCCC, August 8, 2016."

2. In response to my request, I received a letter from the FBI dated January 6, 2022. A true and correct copy of that letter is attached to this declaration.

DECLARANT SAYS NOTHING FURTHER.

Date: February 6, 2022

_____ *Aaron Mate* _____
Aaron J. Mate

# Signature Certificate

Reference number: WAYMR-9S6R5-J6GRV-CU4WC

| Signer | Timestamp | Signature |
|---|---|---|
| **Aaron Mate**<br>Email: aaronmate@gmail.com | | |
| Sent: | 07 Feb 2022 02:04:47 UTC | *Aaron Mate* |
| Viewed: | 07 Feb 2022 02:05:11 UTC | |
| Signed: | 07 Feb 2022 02:06:27 UTC | IP address: 71.247.26.102<br>Location: Brooklyn, United States |

Document completed by all parties on:
07 Feb 2022 02:06:27 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 30,000+ companies worldwide.



```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1464338-0

Total Deleted Page(s) = 62
Page 2 ~ b6; b7C; b7E;
Page 3 ~ b7E;
Page 4 ~ b7E;
Page 5 ~ b7E;
Page 6 ~ b7E;
Page 7 ~ b6; b7C; b7E;
Page 8 ~ b6; b7C; b7E;
Page 9 ~ b7E;
Page 10 ~ b7E;
Page 11 ~ b6; b7C; b7E;
Page 12 ~ b6; b7C; b7E;
Page 13 ~ b7E;
Page 14 ~ b7E;
Page 15 ~ b7E;
Page 16 ~ b6; b7C; b7E;
Page 17 ~ b6; b7C; b7E;
Page 18 ~ b6; b7C; b7E;
Page 19 ~ b6; b7C; b7E;
Page 20 ~ b6; b7C; b7E;
Page 21 ~ b6; b7C; b7E;
Page 22 ~ b6; b7C; b7E;
Page 23 ~ b6; b7C; b7E;
Page 24 ~ b6; b7C; b7E;
Page 25 ~ b6; b7C; b7E;
Page 26 ~ b6; b7C; b7E;
Page 27 ~ b6; b7C; b7E;
Page 28 ~ b6; b7C; b7E;
Page 29 ~ b6; b7C; b7E;
Page 30 ~ b6; b7C; b7E;
Page 31 ~ b6; b7C; b7E;
Page 32 ~ b6; b7C; b7E;
Page 33 ~ b6; b7C; b7E;
Page 34 ~ b6; b7C; b7E;
Page 35 ~ b6; b7C; b7E;
Page 36 ~ b6; b7C; b7E;
Page 37 ~ b6; b7C; b7E;
Page 38 ~ b6; b7C; b7E;
Page 39 ~ b6; b7C; b7E;
Page 40 ~ b6; b7C; b7E;
Page 41 ~ b6; b7C; b7E;
Page 42 ~ b6; b7C; b7E;
Page 43 ~ b6; b7C; b7E;
Page 44 ~ b6; b7C; b7E;
Page 45 ~ b7E;
Page 46 ~ b7E;
Page 47 ~ b7E;
Page 48 ~ b7E;
Page 49 ~ b7E;
```

```
Page 50 ~ b6; b7C; b7E;
Page 51 ~ b7E;
Page 52 ~ b7E;
Page 53 ~ b6; b7C; b7E;
Page 54 ~ b7E;
Page 55 ~ b7E;
Page 56 ~ b7E;
Page 57 ~ b7E;
Page 58 ~ b6; b7C; b7E;
Page 59 ~ b7E;
Page 60 ~ b7E;
Page 61 ~ b7E;
Page 62 ~ b6; b7C; b7E;
Page 63 ~ b6; b7C; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

CLASSIFIED BY: NSICG
REASON: 1.4
DECLASSIFY ON: 12-31-2041
DATE: 03-01-2021

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b1
b3
b6
b7C
b7E

~~SECRET//NOFORN~~

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Crowdstrike Incident Investigation Report - DNC

**Date:** 12/21/2016

**From:** WASHINGTON FIELD

    **Contact:**

**Approved By:** A/SSA

b1
b3
b6
b7C
b7E

**Drafted By:**

**Case ID #:**

**Synopsis:** (U) Copy of Crowdstrike Incident Investigation Report - DNC

~~Reason: 1.4(c)
Derived From: Multiple Sources
Declassify On: 20411231~~

**Enclosure(s):** Enclosed are the following items:
1. (U/~~FOUO~~) Crowdstrike Incident Investigation Report - DNC
2. (U/~~FOUO~~)

b7E

**Details:**

(U/~~FOUO~~) To upload scanned copy of Crowdstrike Incident Investigation Report - DNC, received approximately August 31, 2016.

♦♦

~~SECRET//NOFORN~~