IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE<br><br>    Defendant | Case No. 4:20-cv-447-ALM |

### ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Excess Pages (Dkt. #45). The Court finds the motion should be and hereby is GRANTED, and Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment (Dkt. #46) is deemed filed.

    IT IS SO ORDERED.

    SIGNED this 9th day of February, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE