IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION No. 4:20CV447 |
| v. | § | |
| | § | |
| FEDERAL BUREAU OF | § | |
| INVESTIGATION and UNITED | § | JUDGE AMOS MAZZANT |
| STATES DEPARTMENT OF JUSTICE, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' UNOPPOSED MOTION TO STAY BRIEFING SCHEDULE

Defendants Federal Bureau of Investigation ("FBI") and United States Department of Justice ("DOJ") move to stay the briefing schedule for thirty (30) days so that FBI can perform two additional searches and hopefully resolve the issues regarding the adequacy of Defendant FBI's searches currently being briefed by the parties.

On December 16, 2021, Defendants filed a Motion for Summary Judgment. [ECF 39]. On February 7, 2022, Plaintiff filed a Response in Opposition to Defendants' Motion for Summary Judgment and Cross-Motion for Summary Judgment. [ECF 46]. Defendants' reply brief is due on or before February 28, 2022.

In an effort to simplify the issues pending before the Court, the FBI has agreed to conduct two additional searches, which the FBI will strive to complete within thirty days. On March 30, 2022, upon completion of the searches, the FBI will provide a status report to the Plaintiff and to the Court detailing the results of the searches. Depending on whether

responsive records are retrieved, the FBI will either propose a production schedule of any responsive records or request reinstatement of the briefing schedule. Plaintiff's counsel has indicated that he does not oppose this motion.

    This motion for stay is not made for purposes of delay, but to simplify the issues pending before this Court.

                                                  Respectfully submitted,

                                                  BRIT FEATHERSTON
                                                  UNITED STATES ATTORNEY

                                                  */s/ Andrea L. Parker*
                                                  ANDREA L. PARKER
                                                  Assistant United States Attorney
                                                  Texas Bar No. 00790851
                                                  550 Fannin St. Suite 1250
                                                  Beaumont, Texas   77701-2237
                                                  Tel:  (409) 839-2538
                                                  Fax: (409) 839-2550
                                                  Email:  andrea.parker@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on February 24, 2022, a true and correct copy of Defendants' Unopposed Motion to Stay Briefing Schedule was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

                                        */s/ Andrea L. Parker*
                                        ANDREA L. PARKER
                                        Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), I certify that I have conferred with plaintiff's counsel, and he does not oppose this motion.

                                        */s/ Andrea L. Parker*
                                        ANDREA L. PARKER
                                        Assistant United States Attorney