IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § § | |
| Plaintiff, | § § | CIVIL ACTION No. 4:20CV447 |
| v. | § § | |
| FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, | § § § § § | JUDGE AMOS MAZZANT |
| Defendants. | § | |

# O R D E R

Before the Court is Defendants' Unopposed Motion to Stay Briefing Schedule (Dkt. #48). The Court, having reviewed the motion and noting it is unopposed, finds that the motion should be granted.

It is therefore **ORDERED** that Defendants' Unopposed Motion to Stay Briefing Schedule is **GRANTED**. The briefing schedule is stayed for thirty (30) days.

**IT IS SO ORDERED.**

SIGNED this 25th day of February, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE