# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| BRIAN HUDDLESTON, § § *Plaintiff*, § § v. § § FEDERAL BUREAU OF § INVESTIGATION and UNITED STATES § DEPARTMENT OF JUSTICE, § § *Defendants*. § | Civil Action No. 4:20-CV-00447 Judge Mazzant |

## ORDER

On August 13, 2021, the Court entered a briefing schedule (Dkt. #34) applicable to Defendants' pending Motion for Summary Judgment (Dkt. #39) and any responsive filings. After several extensions, the briefing schedule set the deadline for Defendants' reply brief as February 28, 2022, and Plaintiff's sur-reply brief as March 21, 2022 (*see* Dkt. #44). On February 25, 2022, the Court granted Defendants' Unopposed Motion to Stay the briefing schedule (Dkt. #48; Dkt. #49). The stay was effective for thirty days. On March 31, 2022, the parties submitted a Joint Status Report (Dkt. #50) in which Defendants requested another extension of the production and briefing schedule. Plaintiff is opposed to the requested extension. Having reviewed the relevant filings, the Court finds that no good cause exists to further extend the production and briefing schedule.

It is, therefore, **ORDERED** that the production and briefing schedule applicable to Defendants' Motion for Summary Judgment (Dkt. #39) be reinstated and modified as follows:

Defendants' reply brief shall be due on or before April 30, 2022, and Plaintiff's sur-reply brief shall be due on or before May 21, 2022.

2

It is further **ORDERED** that the telephone conference set for April 28, 2022, is **CANCELLED**.

    **IT IS SO ORDERED.**

    **SIGNED this 21st day of April, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE