# Exhibit 2

# Ty Clevenger
212 S. Oxford Street #7D
Brooklyn, New York 11219
tyclevenger@yahoo.com

# INVOICE
April 25, 2022

| Date | Time | Expense | Purpose |
|---|---|---|---|
| 5/31/2020 | 1.2 | | Draft FOIA suit |
| 6/1/2020 | 1.1 | | Finish and file FOIA suit |
| 6/1/2020 | | $400 | Filing fee |
| 6/5/2020 | 1 | | Service of summons |
| 6/23/2020 | 0.3 | | Review letter from DOJ; call DOJ and leave message |
| 6/30/2020 | 0.2 | | Teleconf. w/ V. Valenzuela about DOJ needing additional time |
| 7/5/2020 | 0.5 | | Draft First Amended Complaint |
| 7/6/2020 | 0.6 | | Draft First Amended Complaint |
| 7/7/2020 | 1.2 | | Finish First Amended Complaint; Draft subpoenas |
| 7/8/2020 | 0.6 | $22.60 | Service of FAC |
| 8/12/2020 | 0.6 | | Review answer; compare to Brooklyn case; email to AUSA Parker |
| 10/2/2020 | 0.7 | | Initial disclosures |
| 12/26/2020 | 1.2 | | Draft opposition to motion to stay |
| 12/28/2020 | 1.4 | | Draft opposition to motion to stay |
| 12/29/2020 | 1.6 | | Draft opposition to motion to stay (organize supporting exhibits) |
| 12/30/2020 | 0.7 | | Finish and file opposition to motion to stay |
| 1/6/2021 | 1.3 | $15.05 | Prepare and send hard copy; review D reply |
| 1/7/2021 | 1.1 | | Draft and file surreply to motion to stay |
| 1/19/2021 | 2.4 | | Online research; draft response to D proposed schedule |
| 1/20/2021 | 1.2 | | Draft motion for leave to file; finish and file two motions & proposed order |
| 4/8/2021 | 0.3 | | Review interim records from OIP; notify client |
| 4/8/2021 | 0.2 | | Review 2nd motion for stay |
| 4/13/2021 | 0.9 | | Draft and file opposition to motion for stay |
| 4/21/2021 | 0.4 | | Review reply ISO 2nd motion for stay |
| 4/23/2021 | 1.1 | | Review production from FBI |
| 5/21/2021 | 6.6 | | Research and draft motion for in camera review / declassification |
| 6/5/2021 | 1.3 | | Work on motion for in camera review / declassification |
| 6/11/2021 | 5.1 | | Work on motion for in camera review / declassification |
| 6/12/2021 | 2.2 | | Update motion for in camera review |
| 6/13/2021 | 2.8 | | Update motion for in camera review; send draft to AUSA |

| Date | Hours | Cost | Description |
|---|---|---|---|
| 6/14/2021 | 2.4 | | Update motion; compile exhibits; email AUSA; file motion |
| 6/15/2021 | 1.1 | | Draft and file motion for excess pages; consult w/ AUSA; amend and file motion for in camera review |
| 6/17/2021 | 0.7 | | Produce chambers copy |
| 6/19/2021 | 1.1 | $94 | Finalize and mail chambers copies ($72.10 for printing and $21.90 USPS delivery) |
| 6/28/2021 | 0.9 | | Revew opposition & research cases on Westlaw |
| 7/5/2021 | 1.2 | | Draft and file reply ISO motion for in camera review |
| 7/8/2021 | 0.2 | | Exchange emails w/ A. Parker about production |
| 7/15/2021 | 0.3 | | Review production from FBI and email A. Parker |
| 7/28/2021 | 0.1 | | Email A. Parker |
| 7/31/2021 | 0.1 | | Email A. Parker |
| 8/9/2021 | 0.2 | | Exchange emails w/ A. Parker about briefing schedule |
| 10/26/2021 | 0.3 | | Confer w/ B. Huddleston and email A. Parker |
| 11/1/2021 | 0.8 | | Confer w/ client and A. Parker; review FBI proposals |
| 11/2/2021 | 0.4 | | Exchange emails w/ A. Parker |
| 11/4/2021 | 0.2 | | Discuss FBI proposal w/ B. Huddleston |
| 11/5/2021 | 0.3 | | Confer w/ B. Huddleston and email A. Parker about briefing schedule |
| 12/15/2021 | 0.3 | | Trade emails about FBI production |
| 12/16/2021 | 0.1 | | Trade emails about no-records responses |
| 12/22/2021 | 0.2 | | Trade emails about OTD and DITU |
| 1/5/2022 | 2.4 | | Draft email response re FBI search; draft and file motion for extension |
| 1/18/2022 | 1.2 | | Westlaw research on sufficiency of search, esp. databases |
| 1/21/2022 | 2.3 | | Westlaw research on sufficiency of search |
| 1/22/2022 | 3.1 | | Review production; Westlaw research |
| 1/23/2022 | 2.7 | | Westlaw research and draft opposition to MSJ |
| 1/24/2022 | 1.1 | | Westlaw research on Fourth Amendment and database searches |
| 2/2/2022 | 3.6 | | Draft response to MSJ |
| 2/3/2022 | 5.4 | | Legal research; draft response to MSJ |
| 2/4/2022 | 3.9 | | Legal research; draft response to MSJ |
| 2/5/2022 | 4.7 | | Legal research; draft response to MSJ |
| 2/6/2022 | 6.3 | | Legal research; draft response to MSJ |
| 2/7/2022 | 11.1 | | Legal research; draft response to MSJ |
| 2/8/2022 | 3 | | Finalize and file MSJ |
| 2/13/2022 | 1.2 | | Prepare and send hard copies to chambers |
| 2/22/2022 | 0.3 | | Exchange emails w/ A. Parker; confer w/ client by email |
| 2/23/2022 | 0.4 | | Teleconf. w/ client; exchange emails w/ A. Parker |
| 2/26/2022 | 0.3 | | Review motion for summary judgment |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 3/30/2022 | 0.6 | | Review draft status report; review cross-motion; draft and send portion of status report |
| 4/24/2022 | 3.2 | | Update billing; prepare invoice; draft motion for attorney fees |
| 4/25/2022 | 2.1 | | Confer w/ A. Parker; review FBI production to date; finalize fee request and file |
| Total | 109.6 | $531.65 | |
| | 109.6x500= | $54,800 | |
| Grand Total | | $55,331.65 | |