IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § § | |
| Plaintiff, | § § | CIVIL ACTION No. 4:20CV447 |
| v. | § § | |
| FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, | § § § § | JUDGE AMOS MAZZANT |
| Defendants. | § § | |

## DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT

Pursuant to Local Rule CV-7(a)(1), Defendants respectfully seek leave to exceed the page limit for the filing of their Reply to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment and Opposition to Plaintiff's Cross Motion for Summary Judgment. Counsel for Plaintiff has represented that Plaintiff does not oppose this motion.

Defendants' Reply is 31 pages. A modest increase in the page limit of no more than eleven pages is necessary to adequately and thoroughly address the issues raised in Defendants' motion.

## CONCLUSION

Defendants respectfully request leave to exceed the twenty-page limit for their Reply to Plaintiff's Response in Opposition to Defendants' Motion for Summary

Judgment and Opposition to Plaintiff's Cross Motion for Summary Judgment by no more than eleven pages.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney
Texas Bar No. 00790851
550 Fannin St. Suite 1250
Beaumont, Texas   77701-2237
Tel:  (409) 839-2538
Fax: (409) 839-2643
Email:  andrea.parker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), undersigned counsel hereby certifies that, I have conferred with plaintiff's counsel, and he does not oppose this motion.

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney