IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION No. 4:20CV447 |
| v. | § | |
| | § | |
| FEDERAL BUREAU OF | § | |
| INVESTIGATION and UNITED | § | JUDGE AMOS MAZZANT |
| STATES DEPARTMENT OF JUSTICE, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO EXCEED PAGE LIMIT

On this day came to be heard Defendants' Unopposed Motion to Exceed Page Limit and having reviewed the same, heard the arguments and objections, if any, this Court finds that the motion should be granted. Therefore, it is

**ORDERED** that Defendants' Unopposed Motion to Exceed Page Limit is **GRANTED.**