IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION No. 4:20CV447 |
| v. | § § | |
| FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, | § § § § § | JUDGE AMOS MAZZANT |
| Defendants. | § § | |

## ORDER GRANTING DEFENDANT FBI'S MOTION FOR LEAVE TO SUBMIT EXHIBIT *IN CAMERA*

On this day came to be heard Defendant FBI's Motion for Leave to Submit Exhibit *In Camera* and having reviewed the same, heard the arguments and objections, if any, this Court finds that the motion should be granted. Therefore, it is

**ORDERED** that Defendant FBI's Motion for Leave to Submit Exhibit *In Camera* is **GRANTED.**