# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**, <br><br> Plaintiff, <br><br> vs. <br><br> **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** <br><br> Defendant | Case No. 4:20-cv-447-ALM |

## UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

NOW COMES Brian Huddleston, the Plaintiff, moving the Court to grant him leave to file the May 16, 2022 Declaration of Ty Clevenger (attached as Exhibit 1 and hereinafter "Declaration") under seal:

The Declaration contains confidential information about the personal financial information of Plaintiff's Counsel, therefore the Plaintiff seeks permission to file the Declaration under seal. The undersigned has shared a copy of the Declaration with Counsel for the Defendants, and they do not oppose the Plaintiff's request to file the document under seal.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
212 S. Oxford Street #7D
Brooklyn, New York 11217
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com

**Counsel for Plaintiff Brian Huddleston**

- 1 -

**Certificate of Conference**

On May 12, 2022, I conferred with Asst. U.S. Attorney Andrea Parker via email and telephone, and she indicated that the Defendants will not oppose this motion.

**/s/ Ty Clevenger**
Ty Clevenger

**Certificate of Service**

On May 16, 2022, I filed a copy of this response with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, at andrea.parker@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger