# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION and UNITED STATES<br>DEPARTMENT OF JUSTICE<br><br>    Defendant | Case No. 4:20-cv-447-ALM |

## DECLARATION OF BRIAN HUDDLESTON

My name is Brian Huddleston, I am greater than 18 years of age and competent to testify, and I do testify as follows under penalty of perjury under the laws of the United States, as witnessed by my signature below:

(1) I am the Plaintiff in the case identified above.

(2) I have reviewed the April 25, 2022 invoice of Ty Clevenger (Doc. No. 52-1), which lists attorney fees and costs totaling $55,331.65.

(3) The only way I could pay the $55,331.65 invoice would be to mortgage my house.

(4) If I was required to pay the $55,331.65 invoice and pay additional fees going forward, then I would be forced to abandon this lawsuit.

THE DECLARANT SAYS NOTHING FURTHER.

May 16, 2022

_Brian Huddleston_
Brian Huddleston