IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>      Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE<br><br>      Defendant | Case No. 4:20-cv-447-ALM |

# ORDER

Pending before the Court is Plaintiff's Unopposed Motion for Leave to File Document Under Seal (Dkt. #60). The Court finds the motion should be and hereby is GRANTED, and the Clerk is ordered to maintain under seal the declaration filed under Dkt. #61.

  IT IS SO ORDERED.
  SIGNED this 19th day of May, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE