IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**, <br><br> Plaintiff, <br><br> vs. <br><br> **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** <br><br> Defendant | Case No. 4:20-cv-447-ALM |

**UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

NOW COMES Brian Huddleston, the Plaintiff, moving the Court to grant him leave to file a surreply to the DEFENDANTS' COMBINED REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT (Dkt. #54) that is 22 pages in length. The Court previously granted the Defendants leave to file excess pages in their reply to their motion for summary judgment, and the Defendants do not object to the Plaintiff's request herein.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com

**Counsel for Plaintiff Brian Huddleston**

- 1 -

## Certificate of Conference

On May 18, 2022, I conferred via email with Asst. U.S. Attorney Andrea Parker, and she indicated that the Defendants do not oppose the Plaintiff's request for leave to file excess pages.

**/s/ Ty Clevenger**
Ty Clevenger

## Certificate of Service

On May 21, 2022, I filed a copy of this response with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, at andrea.parker@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger