# Exhibit 4

5/20/22, 9:20 AM
District of Columbia live database
Case 4:20-cv-00447-ALM   Document 65-4   Filed 05/31/22   Page 2 of 3 PageID #:  2472

Query    Reports    Utilities    Help    Log Out

CAT A

# U.S. District Court
## District of Columbia (Washington, DC)
### CRIMINAL DOCKET FOR CASE #: 1:17-cr-00232-EGS-1

Case title: USA v. FLYNN                    Date Filed: 11/30/2017

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2020 | 305 | NOTICE *of Filing of Discovery Correspondence* by USA as to MICHAEL T. FLYNN (Attachments: # 1 Exhibit)(Ballantine, Jocelyn) (Entered: 10/22/2020) |
| 10/23/2020 |  | MINUTE ORDER as to MICHAEL T. FLYNN. During the September 29, 2020 motion hearing, the Court informed the government that it would need government counsel to authenticate documents filed with the Court. See Hr'g Tr., ECF No. 266 at 91:19-92-21; see also Min. Order (Sept. 29, 2020) (ordering the parties to file any supplemental materials by no later than October 7, 2020). On October 7, 2020, the government filed 259 Notice of Compliance in which it stated that: (1) Federal Bureau of Investigation ("FBI") agents assigned to review Mr. Strzok's notes had placed sticky notes on the document with estimated dates, and the sticky notes had not been removed prior to scanning the documents for production purposes (see ECF Nos. 248-2, 248-3); and (2) a sticky note with an estimated date had been placed on the notes of Andrew McCabe, and the sticky note had not been removed prior to scanning the document for production purposes (see ECF No. 248-4). The government stated that the notes of Mr. Strzok and Mr. McCabe were otherwise unaltered, and it provided the unaltered versions of Mr. Strzok's and Mr. McCabe's notes. See Exs. to Notice of Compliance, ECF Nos. 259-1, 259-2, 259-3. However, the government did not address the Court's authentication request despite the government's acknowledgement that altered FBI records have been produced to Mr. Flynn and filed on the record in this case. See Notice of Compliance, ECF No. 259. The government has filed a motion to dismiss pursuant to Federal Rule of Criminal Procedure 48(a), has attached 13 Exhibits to that motion, and has cited the Exhibits throughout its motion to support its description of the factual background and its argument in support of dismissal. See generally Mot. Dismiss, ECF No. 198. The government has also filed a supplement to its motion and attached an Exhibit to that supplement. Suppl., ECF No. 249. Although the government relies heavily on these 14 Exhibits, the government has not provided a declaration attesting that the Exhibits are true and correct copies. "The presumption [of regularity] applies to government-produced documents" and "to the extent it is not rebutted--requires a court to treat the government's record as accurate." Latif v. Obama, 666 F.3d 746, 748, 750 (D.C. Cir. 2011). Here, however, the government has acknowledged that altered FBI records have been produced by the government and filed on the record in this case. See Notice of Compliance, ECF No. 259. Accordingly, the government is HEREBY ORDERED to file, by no later than October 26, 2020, a declaration pursuant to penalty of perjury under 28 U.S.C. sec. 1746 in support of its motion to dismiss that the Exhibits attached to its motion and supplement are true and correct copies. It is FURTHER ORDERED that the government's declaration shall identify each exhibit by name, date, and author. It is FURTHER ORDERED that the government shall provide transcriptions of all handwritten notes contained in the Exhibits. The government has also filed on the record in this case numerous notices of filing discovery correspondence and Mr. Flynn has generally filed the discovery produced |

| | | |
|---|---|---|
| | | on the record in this case as Exhibits to his supplementary filings. See ECF Nos. 228, 231, 237, 248, 251, 257, 264. The government has acknowledged that the discovery provided to Mr. Flynn and thereafter filed on the record contained altered FBI records. See Notice of Compliance, ECF No. 259. Accordingly, the government is HEREBY ORDERED to file, by no later than October 26, 2020, a declaration pursuant to penalty of perjury under 28 U.S.C. sec. 1746 that the discovery documents provided to Mr. Flynn and filed on the record in this case are true and correct copies. It is FURTHER ORDERED that the government's declaration shall identify each discovery document by name, date, and author. It is FURTHER ORDERED that the government shall provide transcriptions of all handwritten notes contained in the Exhibits. Signed by Judge Emmet G. Sullivan on 10/23/2020. (lcegs3) (Entered: 10/23/2020) |
| 10/23/2020 | | Set/Reset Deadlines as to MICHAEL T. FLYNN:Government Declarations due by 10/26/20. (mac) (Entered: 10/23/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/20/2022 09:20:39 | | | |
| **PACER Login:** | tyclevenger | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:17-cr-00232-EGS Start date: 10/22/2020 End date: 10/24/2020 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |