IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE<br><br>    Defendant | Case No. 4:20-cv-447-ALM |

# ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Excess Pages (Dkt. #64). The Court finds the motion should be and hereby is GRANTED, and Plaintiff's Surreply in Opposition to Defendants' Motion for SummaryJudgment and Reply in Support of Plaintiff's Cross-Motion for Summary Judgment (Dkt. #65) is deemed filed.

**IT IS SO ORDERED.**

**SIGNED this 8th day of June, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE