IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION No. 4:20CV447 |
| v. | § | |
| | § | |
| FEDERAL BUREAU OF | § | |
| INVESTIGATION and UNITED | § | JUDGE AMOS MAZZANT |
| STATES DEPARTMENT OF JUSTICE, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO EXCEED PAGE LIMIT

Before the Court is Defendants' Unopposed Motion to Exceed Page Limit (Dkt. #53). The Court, having reviewed the motion and noting it is unopposed, finds the motion should be, and hereby is, GRANTED. Defendants' Combined Reply (Dkt. #54) is deemed filed.

**IT IS SO ORDERED.**
**SIGNED this 17th day of August, 2022.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE