IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON, § § Plaintiff, § § v. § § FEDERAL BUREAU OF § INVESTIGATION and UNITED § STATES DEPARTMENT OF JUSTICE, § § Defendants. § | CIVIL ACTION No. 4:20CV447 JUDGE AMOS MAZZANT |

# DEFENDANT FBI'S UNOPPOSED MOTION TO STAY COURT'S PRODUCTION ORDER

Defendant Federal Bureau of Investigation (FBI) moves for a two-week stay of the Court's Memorandum Opinion and Order [ECF No. 70], ordering the FBI to produce the information it possesses related to Seth Rich's laptop on or before October 13, 2022. The FBI is preparing a Motion for Reconsideration and/or Clarification of the Court's Order because the FBI is uncertain how to comply with the Court's order as written, and the FBI is seeking input from a pending appellate consultation regarding the order to properly address this issue. The FBI respectfully requests a two-week stay of the production order to allow the FBI sufficient time to complete appellate consultations and to prepare and file a Motion for Reconsideration and/or Clarification of the Court's Memorandum Opinion and Order, on or before October 27, 2022.

The undersigned has discussed this motion with plaintiff's counsel, Ty Clevenger, and he has stated that he is unopposed. This motion for stay is not made for purposes of delay, but so that justice may be served.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney
Texas Bar No. 00790851
550 Fannin St. Suite 1250
Beaumont, Texas   77701-2237
Tel:  (409) 839-2538
Fax: (409) 839-2550
Email:  andrea.parker@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on October 12, 2022, a true and correct copy of Defendant FBI's Unopposed Motion to Stay Court's Production Schedule was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), I certify that I have conferred with plaintiff's counsel, and he does not oppose this motion.

>*/s/ Andrea L. Parker*
>ANDREA L. PARKER
>Assistant United States Attorney