IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § § | |
| Plaintiff, | § § | CIVIL ACTION No. 4:20CV447 |
| v. | § § | |
| FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, | § § § § § | JUDGE AMOS MAZZANT |
| Defendants. | § | |

## ORDER GRANTING DEFENDANT FBI'S UNOPPOSED MOTION TO STAY COURT'S PRODUCTION ORDER

On this day came to be heard Defendant FBI's Unopposed Motion To Stay Court's Production Order and having reviewed the same, heard the arguments and objections, if any, this Court finds that the motion should be granted. Therefore, it is

**ORDERED** that Defendant FBI's Unopposed Motion to Stay Court's Production Order is **GRANTED.** The Court's Production Order [ECF No. 70] is hereby stayed for two weeks, up to and including October 27, 2022.