IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION No. 4:20CV447 |
| FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, | § § § § | JUDGE AMOS MAZZANT |
| Defendants. | § § § | |

## ORDER GRANTING DEFENDANT FBI'S UNOPPOSED MOTION TO STAY COURT'S PRODUCTION ORDER

Before the Court is Defendant FBI's Unopposed Motion To Stay Court's Production Order (Dkt. #71). The Court, having considered the Motion, finds the motion should be granted.

It is therefore ORDERED that Defendant FBI's Unopposed Motion to Stay Court's Production Order (Dkt. #71) is **GRANTED.**  The Court's Production Order (Dkt. #70) is hereby stayed up to and including October 27, 2022.

**IT IS SO ORDERED.**

SIGNED this 18th day of October, 2022.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE