IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § § | |
| Plaintiff, | § § § | CIVIL ACTION No. 4:20CV447 |
| v. | § § | |
| FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, | § § § § § § | JUDGE AMOS MAZZANT |
| Defendants. | § | |

## ORDER GRANTING DEFENDANT FBI'S MOTION FOR CLARIFICATION, OR IN THE ALTERNATIVE, RECONSIDERATION OF THE MEMORANDUM OPINION AND ORDER ENTERED SEPTEMBER 29, 2022

On this day came to be heard Defendant FBI's Motion for Clarification, or in the Alternative, Reconsideration of the Memorandum Opinion and Order Entered September 29, 2022 [ECF 70], and having reviewed the same, heard the arguments and objections, if any, this Court finds that the motion should be granted. Therefore, it is

ORDERED that Defendant FBI's motion is GRANTED, and the Memorandum Opinion and Order dated September 29, 2022 is modified as follows: Defendant FBI is not required to produce the compact disc containing images of Seth Rich's personal computer, as the FBI properly asserted FOIA Exemptions 7(D)-3 and 7(E)-6 to withhold this material in full.