# Exhibit 2

## RE: [EXTERNAL] Re: Huddleston case

From:   Parker, Andrea (USATXE) (andrea.parker@usdoj.gov)

To:     tyclevenger@yahoo.com

Date:   Saturday, October 29, 2022 at 11:41 AM EDT

Ty,

I'm not going to respond to tweets. You are obviously able to raise whatever issues you wish to address in a response to our motion.

Andrea

> **From:** Ty Clevenger <tyclevenger@yahoo.com>
> **Sent:** Thursday, October 27, 2022 6:14 PM
> **To:** Parker, Andrea (USATXE) <AParker@usa.doj.gov>
> **Subject:** [EXTERNAL] Re: Huddleston case
>
> Andrea,
>
> Per Larry Beech's tweet at https://twitter.com/Larry_Beech/status/1585757415731245056, there is a serious discrepancy between what the FBI filed today and what it filed on 12/16/20 (Dkt. #10). Please ask the FBI to explain. Thank you.
>
> Ty
>
> On Thursday, October 27, 2022 at 03:56:27 PM EDT, Ty Clevenger <tyclevenger@yahoo.com> wrote:
>
> Andrea,
>
> I have a request for clarification about the FBI's request for clarification. Below is an excerpt from Dkt. #15, filed on 01/14/21:

> First, in response to Plaintiff's emphasis on any report(s) regarding Seth Rich's personal computer, the FBI acknowledges that they have located a 302 (interview form) stating that the laptop was given to the FBI, but thus far have located no report of it being analyzed by the FBI.

Did the FBI have the actual laptop at some point? Re: law enforcement privileges, does the FBI have any communications from the local cops stating that the laptop info was provided to the FBI confidentially? Thank you.

Ty