Exhibit 6

FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry     03/26/2018

**- SENSITIVE MATTER - Please do not disseminate without discussin**b6 -1, -4, -5
**the writer -**
b7C -1, -4, -5
b7D -3

On March 15, 2018, Special Agent [          ] and Attorney for
the Special Counsel's Office Heather Alpino met with Assistant US Attorney
[          ] telephone number [          ] cellular telephone [          ]
[     ] and [          ] telephone number [          ] email
address [          ]     The meeting took place in [          ]
office at 555 4th Street, NW, Washington DC 20530.

b6 -2, -4
b7C -2, -4
b7D -3

[          ] the homicide
of Seth Conrad RICH (RICH), date of birth January 3, 1989, social security
account number [          ]

RICH was shot on July 10, 2016 at approximately 04:19 am EST in front
of 2134 Flagler Place, NW, Washington DC.  RICH was pronounced dead on
July 10, 2016, at approximately 05:57am EST.

b6 -4, -5
b7C -4, -5
b7D -3

[          ] AUSA [     ] reviewed RICH's financial records
and did not identify any unusual deposits or withdrawals.

b6 -4, -5
b7C -4, -5
b7D -3

[          ] AUSA [     ] interviewed [          ]
[          ] and none of the witnesses reported anything unusual
about his life prior to the homicide.  [          ] believed, RICH
had a job interview with a recruiter for a position as a data analyst with
another company in Washington DC.

Prior to the homicide, RICH worked for the Democratic National
Committee (DNC) in Washington DC in the outreach to college
students.  RICH used Information Technology in his work at DNC.

[          ] a witness who was [          ] at
the time of the homicide and recalled hearing gunshots.  At the time, the
witness thought the sound was the fireworks.  The witness also observed

b6 -4
b7C -4
b7D -3

---

Investigation on   03/15/2018   at   Washington, District Of Columbia, United States (In Person)

File # [          ]

Date drafted   03/20/2018

by [          ]

b6 -1
b7C -1
b7E -2

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

b6 -4, -5
b7C -4, -5
b7D -3
b7E -2

FD-302a (Rev. 05-08-10)

(U) SENSITIVE MATTER - Meeting with AUSA

Continuation of FD-302 of ___re. Seth Rich_____, On __03/15/2018__, Page __2 of 3__

_____ walking away from the location where the witness observed
another male laying on the ground.  The witness thought the male on the
ground was drunk and did not think anything was wrong.  The following day,
the witness observed a blood stain on the ground and police tape and
realized that something bad happened.

b6 -3
b7C -3

_____ opined that the homicide of RICH was a robbery
gone bad.  RICH was shot twice in the back and was alive when police found
him.  The police attempted to interview RICH on the way to the hospital
but were not able to obtain a statement, because RICH was very drunk.

b6 -4
b7C -4
b7D -3

_____ After the homicide,
_____ took RICH's personal laptop to his house in _____
_____ was not aware if _____ deleted or
changed anything on RICH's laptop.

b6 -2, -4
b7C -2, -4
b7D -3

_____ AUSA ____ currently do not have anyone in
custody nor any good suspects for the homicide of RICH.

b6 -4, -5
b7C -4, -5
b7D -3

_____ AUSA ____ are aware how sensitive this
matter is and how much attention the homicide of RICH received in the
media.  AUSA ____ prepared a number of memorandums to document various
misinformation and conspiracies surrounding RICH's homicide.

b6 -4, -5
b7C -4, -5
b7D -3

b7D -3

b6 -1
b7C -1
b7D -3

b6 -4
b7C -4
b7D -3

_____ AUSA ____ are aware that the FBI is in
possession of RICH's work laptop.  _____ AUSA ____
requested a forensic image of the laptop for the homicide
investigation.

b6 -4, -5
b7C -4, -5
b7D -3



b6 -4, -5
b7C -4, -5
b7D -3
b7E -2

FD-302a (Rev. 05-08-10)

(U) SENSITIVE MATTER – Meeting with AUSA

Continuation of FD-302 of    re. Seth Rich                                              , On   03/15/2018   , Page   3 of 3