# Exhibit 1

|         |                                   |
|---------|-----------------------------------|
| **From:**    |                              |
| **Sent:**    | Tuesday, June 26, 2018 10:24 AM |
| **To:**      | LRA                          |
| **Cc:**      | JSR                          |
| **Subject:** | Seth Rich work laptop        |

b6 -1
b7C -1

b6 -1, -4
b7C -1, -4
b7D -3
b7E -6

Rush,

In May 2017 [redacted] with Perkins Coie provided San Francisco FBI with a copy of Seth Rich's DNC laptop. The FBI submission document says the laptop was given to the FBI voluntarily so I am assuming that there is no Search Warrant for the laptop.

San Francisco provided [redacted] for us at SCO. [redacted]

Thank you,