# Exhibit 2

~~(U) SECRET~~ ~~UNCLASSIFIED~~

Title:  (U) Evidence acquired on 5/19/2017 by SA ▮▮▮▮▮
Re: ▮▮▮▮▮ 05/19/2017

| | |
|---|---|
| 1B Digital | (U) (1) One Black Lenovo ThinkPad T440 Laptop, s/n: PF-01W627 14/05 with paper taped to top identifying it as S. Rich laptop. (1) One Lenovo adapter with cord LI42T5093 and (1) One page letter from ▮▮▮▮▮ ▮▮▮▮▮ of Perkins Coie |

Collected On:  05/19/2017 04:30 PM EDT
Seizing Individual: ▮▮▮▮▮
Collected By: ▮▮▮▮▮
Location Area:  n/a
Specific Location:  n/a
Device Type:  Laptop/Tablet Computer
Make:  Lenovo
Model:  ThinkPad T440
Serial Number:  PF-01W627 14/05
Number of Devices Collected:  1

b6 -1,- 4
b7C -1, -4

♦♦