IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>　　　　Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

The Plaintiff's Motion for Clarification of the Memorandum Opinion and Order Entered September 29, 2022 is now before the Court. The Court concludes that all records related to the work laptop of Seth Rich should be produced within 14 days, and the Court orders accordingly.