IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>    Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>    Defendant | Case No. 4:20-cv-447-ALM |

**JOINT STATUS REPORT**

On May 2, 2022, Defendant FBI informed the Court that it intended to produce additional documents on May 23, 2022, *i.e.,* after summary judgment briefing was completed. *See* Defendants' Combined Reply to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment and Opposition to Plaintiff's Cross Motion for Summary Judgment ("Combined Reply)(Dkt. No. 54) 3. The FBI subsequently located three CrowdStrike reports, but it produced only the cover page of each report. *See* August 8, 2016 CrowdStrike Report (Exhibit 1); August 8, 2016 CrowdStrike Report (Exhibit 2); and August 24, 2016 CrowdStrike Report (Exhibit 3). Counsel for the FBI has proposed a January 6, 2023 deadline for submission of the FBI's supplemental motion for summary judgment and a February 6, 2023 deadline for the Plaintiff's response / cross-motion, and the Plaintiff has agreed to those dates. The parties have further agreed that the FBI's reply shall be due on February 20, 2023 and the Plaintiff's surreply shall be due on March 6, 2023. The parties have attached a proposed order in the event that the Court wishes to formalize the schedule.

- 2 -

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
212 S. Oxford Street #7D
Brooklyn, New York 11217
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Counsel for Plaintiff Brian Huddleston**


BRIT FEATHERSTON
UNITED STATES ATTORNEY

***/s/ Andrea L. Parker (with permission)***
ANDREA L. PARKER
Assistant United States Attorney
Texas Bar No. 00790851
550 Fannin St., Suite 1250
Beaumont, Texas  77701-2237
Tel:  (409) 839-2538
Fax:  (409) 839-2643
Email:  andrea.parker@usdoj.gov

**Counsel for Defendant FBI**