# Exhibit 1

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 20-cv-00447-3

Total Deleted Page(s) = 48
Page 2 ~ b3 - 4; b4 - 1; b7E - 6;
Page 3 ~ b3 - 4; b4 - 1; b7E - 6;
Page 4 ~ b3 - 4; b4 - 1; b7E - 6;
Page 5 ~ b3 - 4; b4 - 1; b7E - 6;
Page 6 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 7 ~ b3 - 4; b4 - 1; b7E - 6;
Page 8 ~ b3 - 4; b4 - 1; b7E - 6;
Page 9 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 10 ~ b3 - 4; b4 - 1; b6 - 3; b7C - 3; b7E - 6;
Page 11 ~ b3 - 4; b4 - 1; b7E - 6;
Page 12 ~ b3 - 4; b4 - 1; b7E - 6;
Page 13 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 14 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 15 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 16 ~ b3 - 4; b4 - 1; b6 - 3; b7C - 3; b7E - 6;
Page 17 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 18 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 19 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 20 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 21 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 22 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 23 ~ b3 - 4; b4 - 1; b7E - 6;
Page 24 ~ b3 - 4; b4 - 1; b6 - 3; b7C - 3; b7E - 6;
Page 25 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 26 ~ b3 - 4; b4 - 1; b7E - 6;
Page 27 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 28 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 29 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 30 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 31 ~ b3 - 4; b4 - 1; b7E - 6;
Page 32 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 33 ~ b3 - 4; b4 - 1; b7E - 6;
Page 34 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 35 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 36 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 37 ~ b3 - 4; b4 - 1; b7E - 6;
Page 38 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 39 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 40 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 41 ~ b3 - 4; b4 - 1; b7E - 6;
Page 42 ~ b3 - 4; b4 - 1; b7E - 6;
Page 43 ~ b3 - 4; b4 - 1; b7E - 6;
Page 44 ~ b3 - 4; b4 - 1; b7E - 6;
Page 45 ~ b3 - 4; b4 - 1; b7E - 6;
Page 46 ~ b3 - 4; b4 - 1; b7E - 6;
Page 47 ~ b3 - 4; b4 - 1; b7E - 6;
Page 48 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 49 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;

```
XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X   No Duplication Fee X
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

www.crowdstrike.com

August 8, 2016

# CROWDSTRIKE

b4 -1

COPYRIGHT PROPRIETARY AND CONFIDENTIAL - NOT TO BE SHARED WITH THIRD PARTIES

FBI(20-cv-4471-1659