# Exhibit 2

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 20-cv-00447-3

Total Deleted Page(s) = 30
Page 2 ~ b3 - 4; b4 - 1; b7E - 6;
Page 3 ~ b3 - 4; b4 - 1; b7E - 6;
Page 4 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 5 ~ b3 - 4; b4 - 1; b7E - 6;
Page 6 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 7 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 8 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 9 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 10 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 11 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 12 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 13 ~ b3 - 4; b4 - 1; b6 - 3; b7C - 3; b7E - 6;
Page 14 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 15 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 16 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 17 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 18 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 19 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 20 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 21 ~ b3 - 4; b4 - 1; b6 - 3; b7C - 3; b7E - 6;
Page 22 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 23 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 24 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 25 ~ b3 - 4; b4 - 1; b7E - 6;
Page 26 ~ b3 - 4; b4 - 1; b7E - 6;
Page 27 ~ b3 - 4; b4 - 1; b7E - 6;
Page 28 ~ b3 - 4; b4 - 1; b7E - 6;
Page 29 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 30 ~ b3 - 4; b4 - 1; b6 - 2,3; b7C - 2,3; b7E - 6;
Page 31 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;

XXXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X   No Duplication Fee X
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXXX

WWW.CROWDSTRIKE.COM

August 8, 2016

# CROWDSTRIKE

b4 -1

COPYRIGHT PROPRIETARY AND CONFIDENTIAL - NOT TO BE SHARED WITH THIRD PARTIES

This report is provided "as is" for informational purposes only. CrowdStrike does not make any warranties, express, implied or statutory, as to the information in this report. This report is based on CrowdStrike's investigation in response to your disclosure of the facts and represents our opinion of ongoing investigation efforts. Copyright 2016

FBI(20-cv-447)-1706