Exhibit 3

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 20-cv-00447-3

Total Deleted Page(s) = 61
Page 2 ~ b3 - 4; b4 - 1; b7E - 6;
Page 3 ~ b3 - 4; b4 - 1; b7E - 6;
Page 4 ~ b3 - 4; b4 - 1; b7E - 6;
Page 5 ~ b3 - 4; b4 - 1; b7E - 6;
Page 6 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 7 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 8 ~ b3 - 4; b4 - 1; b7E - 6;
Page 9 ~ b3 - 4; b4 - 1; b7E - 6;
Page 10 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 11 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 12 ~ b3 - 4; b4 - 1; b7E - 6;
Page 13 ~ b3 - 4; b4 - 1; b7E - 6;
Page 14 ~ b3 - 4; b4 - 1; b7E - 6;
Page 15 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 16 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 17 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 18 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 19 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 20 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 21 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 22 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 23 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 24 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 25 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 26 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 27 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 28 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 29 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 30 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 31 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 32 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 33 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 34 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 35 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 36 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 37 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 38 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 39 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 40 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 41 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 42 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 43 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 44 ~ b3 - 4; b4 - 1; b7E - 6;
Page 45 ~ b3 - 4; b4 - 1; b7E - 6;
Page 46 ~ b3 - 4; b4 - 1; b7E - 6;
Page 47 ~ b3 - 4; b4 - 1; b7E - 6;
Page 48 ~ b3 - 4; b4 - 1; b7E - 6;
Page 49 ~ b3 - 4; b4 - 1; b6 - 3,7; b7C - 3,7; b7E - 6;
Page 50 ~ b3 - 4; b4 - 1; b7E - 6;
Page 51 ~ b3 - 4; b4 - 1; b7E - 6;
Page 52 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 53 ~ b3 - 4; b4 - 1; b7E - 6;
Page 54 ~ b3 - 4; b4 - 1; b7E - 6;
Page 55 ~ b3 - 4; b4 - 1; b7E - 6;
Page 56 ~ b3 - 4; b4 - 1; b7E - 6;
Page 57 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 58 ~ b3 - 4; b4 - 1; b7E - 6;
Page 59 ~ b3 - 4; b4 - 1; b7E - 6;
Page 60 ~ b3 - 4; b4 - 1; b7E - 6;
Page 61 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;
Page 62 ~ b3 - 4; b4 - 1; b6 - 7; b7C - 7; b7E - 6;

```
XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X   No Duplication Fee X
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

WWW.CROWDSTRIKE.COM

August 24, 2016

# CROWDSTRIKE

b4 -1

COPYRIGHT PROPRIETARY AND CONFIDENTIAL - NOT TO BE SHARED WITH THIRD PARTIES

This report is provided for situational awareness and network defense purposes only. Do not conduct searches based upon, communicate, or release information contained in this report without the express consent of CrowdStrike. This report must be handled in compliance with CrowdStrike distribution statement and protected in accordance with applicable investigation status, copyrights, and regulations on the investigation status, copyrights.

FBI(20-cv-447)-1597