IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**, <br><br> Plaintiff, <br><br> vs. <br><br> **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** <br><br> Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

After considering the parties' joint status report regarding supplemental briefing, the Court hereby sets the following deadlines for briefing any outstanding summary judgment issues: (1) The FBI's supplemental motion for summary judgment shall be filed not later than January 6, 2023; (2) the Plaintiff's response and cross-motion for summary judgment shall be filed not later than February 6, 2023; (3) The FBI's reply shall be filed not later than February 20, 2023; and (4) the Plaintiff's surreply shall be filed not later than March 6, 2023.