IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION No. 4:20CV447 |
| v. | § | |
| | § | |
| FEDERAL BUREAU OF | § | |
| INVESTIGATION and UNITED | § | JUDGE AMOS MAZZANT |
| STATES DEPARTMENT OF JUSTICE, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT FBI'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Federal Bureau of Investigation ("FBI") files this unopposed motion for extension of time to file a reply to Plaintiff's Response in Opposition to Defendant FBI's Motion for Clarification Or, In the Alternative, Reconsideration of the Memorandum Opinion and Order Entered September 29, 2022 [ECF 76], as well as a response to Plaintiff's Motion for Clarification of the Memorandum Opinion and Order Entered September 29, 2022 [ECF 77]. Defendant respectfully requests to file a joint response to both pending pleadings by November 30, 2022. Plaintiff is not opposed to Defendant's request for extension.

Both parties seek clarification of the Court's Memorandum Opinion and Order Entered September 29, 2022. [ECF 70]. The FBI filed a motion for clarification and/or reconsideration on October 27, 2022. [ECF 73]. Plaintiff filed a response on November 10, 2022. [ECF 76]. The FBI's reply is due on or before November 17, 2022.

Plaintiff filed a separate motion for clarification on November 14, 2022. [ECF 77]. The FBI's response is due on or before November 28, 2022. The FBI believes a consolidated response/reply to both pending pleadings is the most expeditious way to proceed. In order to appropriately respond to both pending pleadings, the FBI respectfully requests an extension of time up to and including November 30, 2022.

        Respectfully submitted,

        BRIT FEATHERSTON
        UNITED STATES ATTORNEY


        */s/ Andrea L. Parker*
        ANDREA L. PARKER
        Assistant United States Attorney
        Texas Bar No. 00790851
        550 Fannin St. Suite 1250
        Beaumont, Texas   77701-2237
        Tel:  (409) 839-2538
        Fax: (409) 839-2550
        Email:  andrea.parker@usdoj.gov


### CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2022, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

        */s/ Andrea L. Parker*
        ANDREA L. PARKER
        Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), undersigned counsel hereby certifies that, I have conferred with plaintiff's counsel and he does not oppose this motion.

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney
