IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION No. 4:20CV447 |
| v. | § | |
| | § | |
| FEDERAL BUREAU OF | § | |
| INVESTIGATION and UNITED | § | JUDGE AMOS MAZZANT |
| STATES DEPARTMENT OF JUSTICE, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

On this day came for consideration, Defendants' Unopposed Motion for Extension of Time requesting to file a joint response to both Plaintiff's Response in Opposition to Defendant FBI's Motion for Clarification Or, In the Alternative, Reconsideration of the Memorandum Opinion and Order Entered September 29, 2022 [ECF 76], and to Plaintiff's Motion for Clarification of the Memorandum Opinion and Order Entered September 29, 2022 [ECF 77] by November 30, 2022.  The Court, having considered same, is of the opinion that said motion has merit and should be GRANTED.  It is therefore,

ORDERED, ADJUSTED and DECREED that Defendants' deadline to respond to both pleadings shall be extended up to and including November 30, 2022.