IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION No. 4:20CV447 |
| v. | § | |
| | § | |
| FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, | § § § | JUDGE AMOS MAZZANT |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Before the Court is Defendants' Unopposed Motion for Extension of Time (Dkt. #79), requesting to file a joint response to both Plaintiff's Response in Opposition to Defendant FBI's Motion for Clarification Or, In the Alternative, Reconsideration of the Memorandum Opinion and Order Entered September 29, 2022 (Dkt. #76), and to Plaintiff's Motion for Clarification of the Memorandum Opinion and Order Entered September 29, 2022 (Dkt. #77), by November 30, 2022. The Court, having considered same, is of the opinion that the motion has merit and should be, and hereby is, GRANTED.

It is therefore ORDERED that Defendants' deadline to respond to both pleadings shall be extended up to and including November 30, 2022.

IT IS SO ORDERED.

SIGNED this 17th day of November, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE