IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> FEDERAL BUREAU OF § <br> INVESTIGATION and UNITED § <br> STATES DEPARTMENT OF JUSTICE, § <br> § <br> Defendants. § | CIVIL ACTION No. 4:20CV447 <br><br><br> JUDGE AMOS MAZZANT |

## DEFENDANT FBI'S MOTION FOR EXTENSION OF TIME

Defendant Federal Bureau of Investigation ("FBI") files this motion for extension of time to file a joint reply to Plaintiff's Response in Opposition to Defendant FBI's Motion for Clarification Or, In the Alternative, Reconsideration of the Memorandum Opinion and Order Entered September 29, 2022 [ECF 76], and to Plaintiff's Motion for Clarification of the Memorandum Opinion and Order Entered September 29, 2022 [ECF 77]. The Court previously granted an extension of time until today, November 30, 2022. [ECF 80].

The FBI's joint response is currently under review by FBI officials, and the undersigned does not yet have authority to file the response. In order to appropriately respond to both pending pleadings, the FBI respectfully requests an extension of ten days, up to and including December 10, 2022.

Plaintiff's counsel indicated that he would not oppose an extension up to and including December 6, 2022, but he does oppose any extension beyond that without further explanation for the extension. The undersigned cannot provide any further information at this time.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

/s/ Andrea L. Parker
ANDREA L. PARKER
Assistant United States Attorney
Texas Bar No. 00790851
550 Fannin St. Suite 1250
Beaumont, Texas   77701-2237
Tel:  (409) 839-2538
Fax: (409) 839-2550
Email:  andrea.parker@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

/s/ Andrea L. Parker
ANDREA L. PARKER
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), undersigned counsel hereby certifies that I have conferred with plaintiff's counsel, and he opposes this motion.

/s/ Andrea L. Parker
ANDREA L. PARKER
Assistant United States Attorney
