IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION No. 4:20CV447 |
| v. | § § | |
| FEDERAL BUREAU OF | § | |
| INVESTIGATION and UNITED | § | JUDGE AMOS MAZZANT |
| STATES DEPARTMENT OF JUSTICE, | § § | |
| Defendants. | § § | |

### ORDER GRANTING DEFENDANT FBI's MOTION FOR EXTENSION OF TIME

On this day came for consideration, Defendant FBI's Motion for Extension of Time requesting to file a joint reply to Plaintiff's Response in Opposition to Defendant FBI's Motion for Clarification Or, In the Alternative, Reconsideration of the Memorandum Opinion and Order Entered September 29, 2022 [ECF 76], and to Plaintiff's Motion for Clarification of the Memorandum Opinion and Order Entered September 29, 2022 [ECF 77] by December 10, 2022. The Court, having considered same, is of the opinion that said motion has merit and should be GRANTED. It is therefore,

ORDERED, ADJUSTED and DECREED that Defendants' deadline to respond to both pleadings shall be extended up to and including December 10, 2022.