IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION No. 4:20CV447 |
| v. | § | |
| | § | |
| FEDERAL BUREAU OF | § | |
| INVESTIGATION and UNITED | § | JUDGE AMOS MAZZANT |
| STATES DEPARTMENT OF JUSTICE, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANT FBI'S UNOPPOSED MOTION FOR LEAVE TO SUBMIT EXHIBIT *IN CAMERA*

Before the Court is Defendant FBI's Unopposed Motion for Leave to Submit Exhibit *In Camera* (Dkt. #82). The Court, having reviewed the motion, finds that the motion should be granted.

It is therefore **ORDERED** that Defendant FBI's Motion for Leave to Submit Exhibit *In Camera* is **GRANTED.**

**IT IS SO ORDERED.**

SIGNED this 13th day of December, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE