IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>    Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>    Defendant | Case No. 4:20-cv-447-ALM |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

NOW COMES Brian Huddleston, the Plaintiff, moving the Court to grant an extension of time to respond to the Defendant FBI's Combined Reply / Response to Pending Briefing Regarding Seth Rich's "Laptops" (hereinafter "Defendant's Response") (Dkt. #83):

The Plaintiff moves the Court to extend the deadline for filing his reply / surreply to the Defendants' Response until December 30, 2022. Plaintiff's Counsel is presently traveling to Texas to see his mother, who is in hospice, and counsel is juggling several other deadlines. Furthermore, Defendant's Response raises new issues and identifies new documents that heretofore have not been disclosed. Plaintiff's Counsel has conferred with Defendant's Counsel and the Defendant does not oppose this request.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com

**Counsel for Plaintiff Brian Huddleston**

### Certificate of Conference

On December 15, 2022, I conferred via email with Asst. U.S. Attorney Andrea Parker, and she indicated that the Defendants do not oppose this motion.

**/s/ Ty Clevenger**
Ty Clevenger

### Certificate of Service

On December 16, 2022, I filed a copy of this response with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, at andrea.parker@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger