IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON,**<br><br>  Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>  Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

Plaintiff's Unopposed Motion for Extension of Time (Dkt. #86) is now before the Court. The motion is GRANTED, and the deadline for responding to Defendant FBI's Combined Reply / Response to Pending Briefing Regarding Seth Rich's "Laptops" (Dkt. #83) is extended until December 30, 2022.