# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**, <br><br> Plaintiff, <br><br> vs. <br><br> **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** <br><br> Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

Plaintiff's Unopposed Motion for Extension of Time (Dkt. #86) is now before the Court. Having considered the Motion, the Court finds the Motion should be, and hereby is, GRANTED. The deadline for responding to Defendant FBI's Combined Reply/Response to Pending Briefing Regarding Seth Rich's "Laptops" (Dkt. #84) is extended until December 30, 2022.

**IT IS SO ORDERED.**
**SIGNED this 19th day of December, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE