IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>　　　Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>　　　Defendant | Case No. 4:20-cv-447-ALM |

# ORDER

Plaintiff's Unopposed Motion for Extension of Time and for Related Relief (Dkt. # 88) is now before the Court. The motion is GRANTED as follows:

- The Plaintiff's reply to Plaintiff's Motion for Clarification of the Memorandum Opinion and Order Entered September 29, 2022 (Dkt. #77) shall be due not later than January 13, 2022, and shall not exceed 30 pages in length.

- The Plaintiff's surreply to Defendant FBI's Motion for Clarification or, in the Alternative, Reconsideration of the Memorandum Opinion and Order entered September 29, 2022 (Dkt. #73) shall be due not later than January 13, 2022, and shall not exceed ten pages in length.

**IT IS SO ORDERED.**

**SIGNED this 5th day of January, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE