IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION No. 4:20CV447 |
| v. § | |
| § | |
| FEDERAL BUREAU OF § | |
| INVESTIGATION and UNITED § | JUDGE AMOS MAZZANT |
| STATES DEPARTMENT OF JUSTICE, § | |
| § | |
| Defendants. § | |

## ORDER GRANTING DEFENDANT FBI's MOTION
## FOR EXTENSION OF TIME

Before the Court is Defendant FBI's Motion for Extension of Time (Dkt. #81), requesting to file a joint reply to Plaintiff's Response in Opposition to Defendant FBI's Motion for Clarification Or, In the Alternative, Reconsideration of the Memorandum Opinion and Order Entered September 29, 2022 (Dkt. #76), and to Plaintiff's Motion for Clarification of the Memorandum Opinion and Order Entered September 29, 2022 (Dkt. #77). The Court, having considered the motion and noting that no response in opposition was filed, is of the opinion that the motion has merit and should be GRANTED.

It is therefore ORDERED that Defendants' request to extend the deadline to respond to both pleadings is hereby GRANTED, and Defendant FBI's Combined Reply/ Response to Pending Briefing Regarding Seth Rich's "Laptops" (Dkt. #84) is deemed filed.

**IT IS SO ORDERED.**

**SIGNED this 6th day of January, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE