IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON,**<br><br>          Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>          Defendant | Case No. 4:20-cv-447-ALM |

### PLAINTIFF'S MOTION TO PERMIT COUNSEL TO VIEW EVIDENCE

The Plaintiff's Motion to Permit Counsel to View Evidence (Dkt. # 91) is before the Court. The motion is GRANTED. Plaintiff's Counsel, Ty Clevenger, may view and obtain the FD-302 form referenced in Dkt. #82, but he may not share that document nor discuss it with anyone absent permission from the Court.