# Exhibit 1

close

- Home
- Politics
- Culture
- Opinion
- Videos
- Subscribe
- Donate
- About
- Contact
- Advertise
- Privacy Policy
- Terms & Conditions

- Politics
- Culture
- Opinion

Journalist Seymour Hersh Claims Seth Rich Was Wikileaks Source - The Political Insider

- Facebook
- Twitter
- Instagram
- LinkedIn
- YouTube
- Pinterest

Shop
Search
Subscribe

**Politics**

# Journalist Seymour Hersh Claims Seth Rich Was Wikileaks Source

By Rusty Weiss
August 2, 2017 at 10:47am

- Share
- Share
- Share
- Share
- Share
- Share
- Tweet
- Share
- Share
- Flip It
- Comment
- Email

Pulitzer Prize-winning journalist Seymour Hersh claims that Seth Rich reached out to Wikileaks and set up a DropBox account with "an extensive sample" of DNC emails that they were later able to access.

Rich was a DNC staffer who was later murdered during what police claim was a botched robbery.

A lawsuit filed by Rod Wheeler, private investigator for the Rich family, contains a tidbit provided by GOP financier Ed Butowsky, in which he claims Hersh told him of a 'purported FBI report establishing that Seth Rich sent emails to WikiLeaks.'

In leaked audio of a phone call between the journalist and Butowsky, Hersh's own words confirm that the report exists.

Via Big League Politics:

> In an audio recording provided to Big League Politics by a source that currently wishes to remain anonymous, journalist Seymour Hersh confirms that Seth Rich had contacted WikiLeaks with sample emails from the leak. Hersh cites an FBI document as proof for his claim.
>
> "There are no DNC or Podesta emails that exist beyond May 21 or 22, last email from either one of those groups. What the report says is that some time in late Spring… he makes contact with WikiLeaks, that's in his computer," he says. "Anyway, they found what he had done is that he had submitted a series of documents — of emails, of juicy emails, from the DNC."
>
> Hersh explains that it was unclear how the negotiations went, but that WikiLeaks did obtain access to a password protected DropBox where Rich had put the files.

This is devastating news to the left's 'Russia hacked the DNC' narrative, despite the media's focus on other aspects of the lawsuit.



Paul Joseph Watson
@PrisonPlanet · Follow

Strange how the MSM only talks about Seth Rich when they can spin it to damage Trump.

Seymour Hersh's huge revelations IGNORED.

8:11 AM · Aug 2, 2017

❤ 746    💬 Reply    ↑ Share

Read 64 replies

**Support Conservative Voices!**

Sign up to receive the latest political news, insight, and commentary delivered directly to your inbox.

Enter Email    Subscribe



By subscribing, you agree to receive emails from ThePoliticalInsider.com and that you've read and agree to our privacy policy and to our terms and conditions. You further agree that the use of reCAPTCHA is subject to the Google Privacy and Terms of Use.

> I'm sure @washingtonpost & @jaketapper are all over the Seymour Hersh revelations that completely debunk Trump/Russia. #HisNameWasSethRich
>
> — BlueReaganite (@ThinBlueLR) August 1, 2017

You can listen to the conversation below …



The conversation also hints that Rich was concerned for his personal safety, sharing the DropBox account with a few trusted friends.

Conspiracy theorists have questioned the official police report of Rich's death being due to a botched robbery.

"The word was passed, according to the NSA report, he also shared this DropBox with a couple of friends, so that 'if anything happens to me it's not going to solve your problems,'" Hersh stated. "WikiLeaks got access before he was killed."

If you're wondering about the credibility of Hersh, it should be noted that aside from being a Pulitzer and Polk award winner, leftist media outlets such as Alternet and Salon often use him as a reliable and credible source.

He was awarded multiple merits for exposing the Abu Ghraib scandal.

There is little reason for the media to ignore this story, other than to protect the carefully crafted Russia narrative they've been inundating American with for months now.

## Do You Think Seth Rich Was Murdered By A Hired Killer?

Yes

No

I don't know

YOUR EMAIL

By voting, you agree to receive email communication from The Political Insider. Click HERE for more information.

VOTE

By voting, you agree to receive email communication from The Political Insider. Click HERE for more information.

What do you think of this Seth Rich bombshell? Share your thoughts below!

Read this Next on ThePoliticalInsider.com

How Hillary Bullied Tiny Bangladesh To Help Clinton Foundation Donor



meet the author

### Rusty Weiss

- Twitter
- Email Rusty Weiss

Rusty Weiss is a freelance writer focusing on the conservative movement and its political agenda. He has been following and analyzing the political climate for several years, and his writings have appeared in the Daily Caller, FoxNews.com and more.

# Headlines for you

Politics

Snowden Reveals the Real Scandal Over Biden's Classified Documents…

Entertainment    Celebrity

Jack Nicholson's Loved Ones Fear He'll Die Alone As He Hasn't Been…

Entertainment

'The Lord Of The Rings: The Rings Of Power' Showrunner Explains Why…

Entertainment    Celebrity

Entertainment    Celebrity

Celebrity