Exhibit 3

U.S. Department of Justice

Attorney Work Product // May Contain Material Protected Under Fed. R. Crim. P. 6(e)

# Report On The Investigation Into Russian Interference In The 2016 Presidential Election

Volume I of II

Special Counsel Robert S. Mueller, III

*Submitted Pursuant to 28 C.F.R. § 600.8(c)*

Washington, D.C.

March 2019

U.S. Department of Justice

Attorney Work Product // May Contain Material Protected Under Fed. R. Crim. P. 6(e)

Case 4:20-cv-00447-ALM   Document 92-3   Filed 01/13/23   Page 4 of 10 PageID #:  3196

U.S. Department of Justice
Attorney Work Product // May Contain Material Protected Under Fed. R. Crim. P. 6(e)

# TABLE OF CONTENTS – VOLUME I

INTRODUCTION TO VOLUME I ................................................................................................. 1

EXECUTIVE SUMMARY TO VOLUME I....................................................................................... 4

I. THE SPECIAL COUNSEL'S INVESTIGATION ..................................................................... 11

II. RUSSIAN "ACTIVE MEASURES" SOCIAL MEDIA CAMPAIGN ........................................... 14

    A. Structure of the Internet Research Agency ................................................... 15

    B. Funding and Oversight from Concord and Prigozhin .................................... 16

    C. The IRA Targets U.S. Elections....................................................................... 19

        1. The IRA Ramps Up U.S. Operations As Early As 2014 ....................... 19

        2. U.S. Operations Through IRA-Controlled Social Media Accounts ..... 22

        3. U.S. Operations Through Facebook..................................................... 24

        4. U.S. Operations Through Twitter ......................................................... 26

            a. Individualized Accounts................................................................. 26

            b. IRA Botnet Activities ..................................................................... 28

        5. U.S. Operations Involving Political Rallies.......................................... 29

        6. Targeting and Recruitment of U.S. Persons......................................... 31

        7. Interactions and Contacts with the Trump Campaign......................... 33

            a. Trump Campaign Promotion of IRA Political Materials.............. 33

            b. Contact with Trump Campaign Officials in Connection to Rallies ................ 35

III. RUSSIAN HACKING AND DUMPING OPERATIONS ............................................................ 36

    A. GRU Hacking Directed at the Clinton Campaign........................................... 36

        1. GRU Units Target the Clinton Campaign............................................ 36

        2. Intrusions into the DCCC and DNC Networks..................................... 38

            a. Initial Access................................................................................... 38

            b. Implantation of Malware on DCCC and DNC Networks............. 38

            c. Theft of Documents from DNC and DCCC Networks .................. 40

    B. Dissemination of the Hacked Materials ......................................................... 41

        1. DCLeaks ................................................................................................. 41

        2. Guccifer 2.0............................................................................................ 42

        3. Use of WikiLeaks .................................................................................. 44

            a. WikiLeaks's Expressed Opposition Toward the Clinton Campaign ............... 44

            b. WikiLeaks's First Contact with Guccifer 2.0 and DCLeaks ......................... 45

Case 4:20-cv-00447-ALM   Document 92-3   Filed 01/13/23   Page 5 of 10 PageID #: 3197

U.S. Department of Justice
Attorney Work Product // May Contain Material Protected Under Fed. R. Crim. P. 6(e)

      c. The GRU's Transfer of Stolen Materials to WikiLeaks ................................. 45

      d. WikiLeaks Statements Dissembling About the Source of Stolen Materials ........................................................................................................ 48

  C. Additional GRU Cyber Operations ............................................................... 49

    1. Summer and Fall 2016 Operations Targeting Democrat-Linked Victims ........... 49

    2. Intrusions Targeting the Administration of U.S. Elections .................................. 50

  D. Trump Campaign and the Dissemination of Hacked Materials ................................ 51

    1. **HOM** ......................................................................................................... 51

      a. Background ................................................................................................ 51

      b. Contacts with the Campaign about WikiLeaks ......................................... 52

      c. **Harm to Ongoing Matter** .................................................................... 54

      d. WikiLeaks's October 7, 2016 Release of Stolen Podesta Emails ............ 58

      e. Donald Trump Jr. Interaction with WikiLeaks .......................................... 59

    2. Other Potential Campaign Interest in Russian Hacked Materials ....................... 61

      a. Henry Oknyansky (a/k/a Henry Greenberg) ............................................ 61

      b. Campaign Efforts to Obtain Deleted Clinton Emails ............................... 62

IV.  RUSSIAN GOVERNMENT LINKS TO AND CONTACTS WITH THE TRUMP CAMPAIGN ................ 66

  A. Campaign Period (September 2015 – November 8, 2016) ......................................... 66

    1. Trump Tower Moscow Project ............................................................................ 67

      a. Trump Tower Moscow Venture with the Crocus Group (2013-2014) ............ 67

      b. Communications with I.C. Expert Investment Company and Giorgi Rtskhiladze (Summer and Fall 2015) ......................................................... 69

      c. Letter of Intent and Contacts to Russian Government (October 2015- January 2016) ............................................................................................. 70

        i. Trump Signs the Letter of Intent on behalf of the Trump Organization .... 70

        ii. Post-LOI Contacts with Individuals in Russia ....................................... 72

      d. Discussions about Russia Travel by Michael Cohen or Candidate Trump (December 2015-June 2016) ...................................................................... 76

        i. Sater's Overtures to Cohen to Travel to Russia ...................................... 76

        ii. Candidate Trump's Opportunities to Travel to Russia ........................... 78

    2. George Papadopoulos ........................................................................................... 80

      a. Origins of Campaign Work ........................................................................ 81

      b. Initial Russia-Related Contacts ................................................................. 82

      c. March 31 Foreign Policy Team Meeting .................................................. 85

    d. George Papadopoulos Learns That Russia Has "Dirt" in the Form of Clinton Emails .................................................................................................. 86

    e. Russia-Related Communications With The Campaign .................................... 89

    f. Trump Campaign Knowledge of "Dirt" ............................................................ 93

    g. Additional George Papadopoulos Contact ....................................................... 94

3. Carter Page ................................................................................................................ 95

    a. Background ........................................................................................................ 96

    b. Origins of and Early Campaign Work .............................................................. 97

    c. Carter Page's July 2016 Trip To Moscow ........................................................ 98

    d. Later Campaign Work and Removal from the Campaign ............................. 102

4. Dimitri Simes and the Center for the National Interest .......................................... 103

    a. CNI and Dimitri Simes Connect with the Trump Campaign ......................... 103

    b. National Interest Hosts a Foreign Policy Speech at the Mayflower Hotel ................................................................................................................. 105

    c. Jeff Sessions's Post-Speech Interactions with CNI ....................................... 107

    d. Jared Kushner's Continuing Contacts with Simes ......................................... 108

5. June 9, 2016 Meeting at Trump Tower .................................................................... 110

    a. Setting Up the June 9 Meeting ......................................................................... 110

       i. Outreach to Donald Trump Jr. ................................................................... 110

       ii. Awareness of the Meeting Within the Campaign ................................... 114

    b. The Events of June 9, 2016 .............................................................................. 116

       i. Arrangements for the Meeting .................................................................. 116

       ii. Conduct of the Meeting ............................................................................ 117

    c. Post-June 9 Events ........................................................................................... 120

6. Events at the Republican National Convention ...................................................... 123

    a. Ambassador Kislyak's Encounters with Senator Sessions and J.D. Gordon the Week of the RNC ........................................................................ 123

    b. Change to Republican Party Platform ............................................................. 124

7. Post-Convention Contacts with Kislyak .................................................................. 127

    a. Ambassador Kislyak Invites J.D. Gordon to Breakfast at the Ambassador's Residence .................................................................................. 127

    b. Senator Sessions's September 2016 Meeting with Ambassador Kislyak ...... 127

8. Paul Manafort ........................................................................................................... 129

    a. Paul Manafort's Ties to Russia and Ukraine .................................................. 131

        i. Oleg Deripaska Consulting Work ...................................................... 131

        ii. Political Consulting Work .................................................................. 132

        iii. Konstantin Kilimnik ........................................................................... 132

    b. Contacts during Paul Manafort's Time with the Trump Campaign .............. 134

        i. Paul Manafort Joins the Campaign ..................................................... 134

        ii. Paul Manafort's Campaign-Period Contacts........................................ 135

        iii. Paul Manafort's Two Campaign-Period Meetings with Konstantin Kilimnik in the United States ............................................... 138

    c. Post-Resignation Activities ............................................................................. 141

  B. Post-Election and Transition-Period Contacts ........................................................ 144

    1. Immediate Post-Election Activity.................................................................... 144

      a. Outreach from the Russian Government......................................................... 145

      b. High-Level Encouragement of Contacts through Alternative Channels ........ 146

    2. Kirill Dmitriev's Transition-Era Outreach to the Incoming Administration ...... 147

      a. Background .................................................................................................... 147

      b. Kirill Dmitriev's Post-Election Contacts With the Incoming Administration ................................................................................................ 149

      c. Erik Prince and Kirill Dmitriev Meet in the Seychelles ................................ 151

        i. George Nader and Erik Prince Arrange Seychelles Meeting with Dmitriev................................................................................................ 151

        ii. The Seychelles Meetings.................................................................... 153

        iii. Erik Prince's Meeting with Steve Bannon after the Seychelles Trip.... 155

      d. Kirill Dmitriev's Post-Election Contact with Rick Gerson Regarding U.S.-Russia Relations..................................................................................... 156

    3. Ambassador Kislyak's Meeting with Jared Kushner and Michael Flynn in Trump Tower Following the Election................................................................ 159

    4. Jared Kushner's Meeting with Sergey Gorkov................................................... 161

    5. Petr Aven's Outreach Efforts to the Transition Team ....................................... 163

    6. Carter Page Contact with Deputy Prime Minister Arkady Dvorkovich ............. 166

    7. Contacts With and Through Michael T. Flynn .................................................. 167

      a. United Nations Vote on Israeli Settlements ................................................... 167

      b. U.S. Sanctions Against Russia........................................................................ 168

V. PROSECUTION AND DECLINATION DECISIONS ........................................................................ 174

  A. Russian "Active Measures" Social Media Campaign............................................. 174

Case 4:20-cv-00447-ALM   Document 92-3   Filed 01/13/23   Page 8 of 10 PageID #: 3200

U.S. Department of Justice

~~Attorney Work Product // May Contain Material Protected Under Fed. R. Crim. P. 6(e)~~

   B.  Russian Hacking and Dumping Operations ................................................................. 175
       1.  Section 1030 Computer-Intrusion Conspiracy...................................................... 175
           a.  Background ................................................................................................... 175
           b.  Charging Decision As to **Harm to Ongoing Matter** ....... 176
       2.  Potential Section 1030 Violation By **Personal Privacy** ............................. 179
   C. Russian Government Outreach and Contacts............................................................ 180
       1.  Potential Coordination: Conspiracy and Collusion.............................................. 180
       2.  Potential Coordination: Foreign Agent Statutes (FARA and 18 U.S.C. § 951) . 181
           a.  Governing Law.............................................................................................. 181
           b.  Application.................................................................................................... 182
       3.  Campaign Finance ................................................................................................ 183
           a.  Overview Of Governing Law........................................................................ 184
           b.  Application to June 9 Trump Tower Meeting............................................... 185
                i.  Thing-of-Value Element ......................................................................... 186
                ii.  Willfulness .............................................................................................. 187
                iii.  Difficulties in Valuing Promised Information ..................................... 188
           c.  Application to WikiLeaks **HOM** ................................................................... 188
                i.  Questions Over **Harm to Ongoing Matter**
                   ................................................................. 189
                ii.  Willfulness .............................................................................................. 190
                iii. Constitutional Considerations ............................................................. 190
                iv.  Analysis **HOM** ...................................................................... 190
       4.  False Statements and Obstruction of the Investigation........................................ 191
           a.  Overview Of Governing Law........................................................................ 191
           b.  Application to Certain Individuals................................................................ 192
                i.  George Papadopoulos............................................................................. 192
                ii.  **Personal Privacy** ............................................................................. 194
                iii.  Michael Flynn ....................................................................................... 194
                iv.  Michael Cohen ...................................................................................... 195
                v.  **HOM** ................................................................................. 196
                vi. Jeff Sessions .......................................................................................... 197
                vii.  Others Interviewed During the Investigation....................................... 198

Case 4:20-cv-00447-ALM   Document 92-3   Filed 01/13/23   Page 9 of 10 PageID #: 3201

U. S. Department of Justice

Attorney Work Product // May Contain Material Protected Under Fed. R. Crim. P. 6(e)

**Investigative Technique**[176]

On October 7, 2016, WikiLeaks released the first emails stolen from the Podesta email account. In total, WikiLeaks released 33 tranches of stolen emails between October 7, 2016 and November 7, 2016. The releases included private speeches given by Clinton;[177] internal communications between Podesta and other high-ranking members of the Clinton Campaign;[178] and correspondence related to the Clinton Foundation.[179] In total, WikiLeaks released over 50,000 documents stolen from Podesta's personal email account. The last-in-time email released from Podesta's account was dated March 21, 2016, two days after Podesta received a spearphishing email sent by the GRU.

### d. WikiLeaks Statements Dissembling About the Source of Stolen Materials

As reports attributing the DNC and DCCC hacks to the Russian government emerged, WikiLeaks and Assange made several public statements apparently designed to obscure the source of the materials that WikiLeaks was releasing. The file-transfer evidence described above and other information uncovered during the investigation discredit WikiLeaks's claims about the source of material that it posted.

Beginning in the summer of 2016, Assange and WikiLeaks made a number of statements about Seth Rich, a former DNC staff member who was killed in July 2016. The statements about Rich implied falsely that he had been the source of the stolen DNC emails. On August 9, 2016, the @WikiLeaks Twitter account posted: "ANNOUNCE: WikiLeaks has decided to issue a US$20k reward for information leading to conviction for the murder of DNC staffer Seth Rich."[180] Likewise, on August 25, 2016, Assange was asked in an interview, "Why are you so interested in Seth Rich's killer?" and responded, "We're very interested in anything that might be a threat to alleged Wikileaks sources." The interviewer responded to Assange's statement by commenting, "I know you don't want to reveal your source, but it certainly sounds like you're suggesting a man who leaked information to WikiLeaks was then murdered." Assange replied, "If there's someone who's potentially connected to our publication, and that person has been murdered in suspicious

---

[176] **Investigative Technique**

[177] **Personal Privacy**

[178] **Personal Privacy**

[179] *Netyksho* Indictment ¶ 43.

[180] @WikiLeaks 8/9/16 Tweet.

circumstances, it doesn't necessarily mean that the two are connected. But it is a very serious matter…that type of allegation is very serious, as it's taken very seriously by us."[181]

After the U.S. intelligence community publicly announced its assessment that Russia was behind the hacking operation, Assange continued to deny that the Clinton materials released by WikiLeaks had come from Russian hacking. According to media reports, Assange told a U.S. congressman that the DNC hack was an "inside job," and purported to have "physical proof" that Russians did not give materials to Assange.[182]

### C. Additional GRU Cyber Operations

While releasing the stolen emails and documents through DCLeaks, Guccifer 2.0, and WikiLeaks, GRU officers continued to target and hack victims linked to the Democratic campaign and, eventually, to target entities responsible for election administration in several states.

1. Summer and Fall 2016 Operations Targeting Democrat-Linked Victims

On July 27, 2016, Unit 26165 targeted email accounts connected to candidate Clinton's personal office **PP**████████. Earlier that day, candidate Trump made public statements that included the following: "Russia, if you're listening, I hope you're able to find the 30,000 emails that are missing. I think you will probably be rewarded mightily by our press."[183] The "30,000 emails" were apparently a reference to emails described in media accounts as having been stored on a personal server that candidate Clinton had used while serving as Secretary of State.

Within approximately five hours of Trump's statement, GRU officers targeted for the first time Clinton's personal office. After candidate Trump's remarks, Unit 26165 created and sent malicious links targeting 15 email accounts at the domain **PP**████████ including an email account belonging to Clinton aide **PP**████████ The investigation did not find evidence of earlier GRU attempts to compromise accounts hosted on this domain. It is unclear how the GRU was able to identify these email accounts, which were not public.[184]

Unit 26165 officers also hacked into a DNC account hosted on a cloud-computing service **Personal Privacy**████████ On September 20, 2016, the GRU began to generate copies of the DNC data using **PP**████ function designed to allow users to produce backups of databases (referred to **PP**████ as "snapshots"). The GRU then stole those snapshots by moving

---

[181] *See Assange: "Murdered DNC Staffer Was 'Potential' WikiLeaks Source,"* Fox News (Aug. 25, 2016)(containing video of Assange interview by Megyn Kelly).

[182] M. Raju & Z. Cohen, *A GOP Congressman's Lonely Quest Defending Julian Assange*, CNN (May 23, 2018).

[183] "Donald Trump on Russian & Missing Hillary Clinton Emails," YouTube Channel C-SPAN, Posted 7/27/16, *available at* https://www.youtube.com/watch?v=3kxG8uJUsWU (starting at 0:41).

[184] **Investigative Technique**
████████████████

49