# Exhibit 5

UNCLASSIFIED, COMMITTEE SENSITIVE

1

EXECUTIVE SESSION

PERMANENT SELECT COMMITTEE ON INTELLIGENCE,

U.S. HOUSE OF REPRESENTATIVES,

WASHINGTON, D.C.

.

INTERVIEW OF: SHAWN HENRY

Tuesday, December 5, 2017

Washington, D.C.

The interview in the above matter was held in Room HVC-304, the Capitol, commencing at 2:00 p.m.

Present: Representatives Conaway, Stewart, Schiff, Speier, Quigley, Swalwell, and Castro.

UNCLASSIFIED, COMMITTEE SENSITIVE

31

times, over a hundred times from June until even in the last few weeks. Provided them with information related to this attack.

MR. STEWART OF UTAH: Got you.

MR. HENRY: Including electronic data, et cetera.

MR. STEWART OF UTAH: Okay. But you're not aware of them ever asking and being denied any information or any access?

MR. HENRY: I do not have a recollection of that. I'm not aware.

MR. STEWART OF UTAH: And so, if they didn't request it or that was on their own accord, they made the decision not to request access, as far as you know?

MR. HENRY: I don't know.

MR. STEWART OF UTAH: Okay. All right. Chairman, do you have anything you want to follow up on?

███████ You've got 1 minute, sir.

MR. CONAWAY: No. We'll switch.

MR. STEWART OF UTAH: Thank you.

And, Mr. Henry, thanks for your response.

MR. CONAWAY: Turn it over to the ranking member.

MR. SCHIFF: Thank you, Mr. Chairman.

I just have a couple followup questions. Then I'm going to turn it over to Mr. Castro. Welcome, and thank you for coming to testify.

My colleague asked you whether the damage that was done to the DNC through the hack might have been mitigated had the DNC employed your services earlier. Do you know the date in which the Russians exfiltrated the data from the DNC?

UNCLASSIFIED, COMMITTEE SENSITIVE

PROPERTY OF THE UNITED STATES HOUSE OF REPRESENTATIVES

MR. HENRY: I do. I have to just think about it. I do know. I mean, it's in our report that I think the committee has.

MR. SCHIFF: And, to the best of your recollection, when would that have been?

MR. HENRY: Counsel just reminded me that, as it relates to the DNC, we have indicators that data was exfiltrated. We did not have concrete evidence that data was exfiltrated from the DNC, but we have indicators that it was exfiltrated.

MR. SCHIFF: And the indicators that it was exfiltrated, when does it indicate that would have taken place?

MR. HENRY: Again, it's in the report. I believe -- I believe it was April of 2016. I'm confused on the date. I think it was April, but it's in the report.

MR. SCHIFF: It provides in the report on 2016, April 22nd, data staged for exfiltration by the Fancy Bear actor.

MR. HENRY: Yes, sir. So that, again, staged for, which, I mean, there's not -- the analogy I used with Mr. Stewart earlier was we don't have video of it happening, but there are indicators that it happened. There are times when we can see data exfiltrated, and we can say conclusively. But in this case, it appears it was set up to be exfiltrated, but we just don't have the evidence that says it actually left.

MR. SCHIFF: Did the technology vendor -- could you tell us who the technology vendor was that you were working with?

MR. HENRY: That the DNC was working with?

MR. SCHIFF: Yes.

MR. HENRY: His -- it's a company called MIS. And the actual contractor's name was Yared Tamine (ph). Y-a-r-e-d, I believe.