IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>  Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>  Defendant | Case No. 4:20-cv-447-ALM |

## NOTICE

NOW COMES Brian Huddleston, the Plaintiff, giving notice to the Court regarding Plaintiff's Motion to Permit Counsel to View Evidence (hereinafter "Motion") (Dkt. #91):

On page 3 of the Motion in the second footnote, Mr. Huddleston indicated that he had attached a transcript of a podcast interview, but the undersigned nonetheless failed to include the transcript as an exhibit. Rather than submit that exhibit belatedly, Mr. Huddleston offers the following: As witnessed by his signature below, Ty Clevenger declares under penalty of perjury under the laws of the United States that Dkt. #76-3 (internal exhibit 2) contains a true and correct copy of the transcript referenced in footnote 2 the Motion.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
212 S. Oxford Street #7D
Brooklyn, New York 11217
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com

**Counsel for Plaintiff Brian Huddleston**

**Certificate of Conference**

On January 18, 2023, I conferred via email (andrea.parker@usdoj.gov) with Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, and she indicated that the Defendants have no objection to this notice.

**/s/ Ty Clevenger**
Ty Clevenger

**Certificate of Service**

On January 18, 2023, I filed a copy of this response with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, at andrea.parker@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger