IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CIVIL ACTION No. 4:20CV00447 |

# EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS (SHERMAN DIVISION)
*BRIAN HUDDLESTON v. FEDERAL BUREAU OF INVESTIGATION, ET AL.*
4:20-cv-00447

| Page Disposition Totals | |
|---|---|
| **Total:** 205 | |
| RIP: 5 | |
| WIF: 200 | |
| • FOIA Exemption(s): | 139 |
| • Duplicate: | 61 |

## Exemption Application Index
## Re: FBI Production Dated May 23, 2022

| SUMMARY OF FOIA EXEMPTION JUSTIFICATION CATEGORIES | |
|---|---|
| **CODED CATEGORIES** | **INFORMATION WITHHELD** |
| **EXEMPTION (b)(1)** | **INFORMATION CLASSIFIED PER EXECUTIVE ORDER 13526** |
| (b)(1)-1 | Information currently classified pursuant to Executive Order (E.O.) 13526 |
| **EXEMPTION (b)(3)** | **INFORMATION PROTECTED BY STATUTE** |
| (b)(3)-1 | National Security Act of 1947 [50 U.S.C. § 3024(i)(1)] |
| (b)(3)-4 | Cybersecurity Information Sharing Act of 2015 (CISA 2015), 6 U.S.C. § 1504(d)(3) |
| **EXEMPTION (b)(4)** | **CONFIDENTIAL COMMERCIAL INFORMATION** |
| (b)(4)-1 | Confidential Commercial Information |
| **EXEMPTION (b)(6) and EXEMPTION (b)(7)(C)** | **CLEARLY UNWARRANTED INVASION OF PERSONAL PRIVACY AND UNWARRANTED INVASION OF PERSONAL PRIVACY** |
| (b)(6)-1 and (b)(7)(C)-1 | Names and Other Identifying Information of FBI Special Agents and Professional Staff |
| (b)(6)-1 and (b)(7)(C)-2 | Names and Other Identifying Information of Third Parties Merely Mentioned |
| (b)(6)-1 and (b)(7)(C)-3 | Names and Other Identifying Information of Persons of Investigative Interest |
| (b)(6)-1 and (b)(7)(C)-7 | Names and Other Identifying Information Regarding Third Party Victims |
| **EXEMPTION (b)(7)(E)** | **INVESTIGATIVE TECHNIQUES AND PROCEDURES** |

A-1

| Code | Description |
|---|---|
| (b)(7)(E)-1 | FBI Internal Email Addresses and Non-Public Web Addresses |
| (b)(7)(E)-2 | Sensitive Investigative File Numbers and Sub-File Names |
| (b)(7)(E)-4 | Code Names of Investigations |
| (b)(7)(E)-6 | Collection and Analysis of Information |
| (b)(7)(E)-9 | Identities of an FBI Unit, Squad and Division |

| INDEX KEY | |
|---|---|
| RIP: | Released in Part |
| FOIA WIF: | Withheld in full pursuant to FOIA Exemptions |
| Dup: | Duplicate page that was withheld in full |
| Dup of: | Location of original copy |

**FBI DOCUMENT TYPES**

Electronic Communications (ECs)/ FD-1057s: ECs replaced the traditional FBI correspondence (i.e., Memoranda and Letters) as the primary vehicle of correspondence within the FBI. The purpose of an EC is to communicate within the FBI in a consistent format that can be uploaded by the originating Division or office, transmitted, and downloaded by recipient Divisions or offices within the FBI's internal computer network. These forms are often utilized to record and disseminate intelligence/investigative information and for general investigation administration purposes.

| Document Description | Bates | b1 1 | b3 1 | b3 4 | b4 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 7 | 7E 1 | 7E 2 | 7E 4 | 7E 6 | 7E 9 | RIP | FOIA WIF | Dup | Dup of "FBI(20-cv-447)-" |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CrowdStrike Report dated August 24, 2016 consisting of 62 pages - Bates-Numbered FBI(20-cv-447)-1597 through FBI(20-cv-447)-1658 | 1597 | | | | X | | | | | | | | | | X | | | |
| | 1598 | | X | X | | | | | | | | | X | | | X | | |
| | 1599 | | X | X | | | | | | | | | X | | | X | | |
| | 1600 | | X | X | | | | | | | | | X | | | X | | |
| | 1601 | | X | X | | | | | | | | | X | | | X | | |
| | 1602 | | X | X | | | | | X | | | | X | | | X | | |
| | 1603 | | X | X | | | | | X | | | | X | | | X | | |
| | 1604 | | X | X | | | | | | | | | X | | | X | | |
| | 1605 | | X | X | | | | | | | | | X | | | X | | |
| | 1606 | | X | X | | | | | X | | | | X | | | X | | |
| | 1607 | | X | X | | | | | X | | | | X | | | X | | |
| | 1608 | | X | X | | | | | | | | | X | | | X | | |
| | 1609 | | X | X | | | | | | | | | X | | | X | | |
| | 1610 | | X | X | | | | | | | | | X | | | X | | |
| | 1611 | | X | X | | | | | X | | | | X | | | X | | |
| | 1612 | | X | X | | | X | | X | | | | X | | | X | | |
| | 1613 | | X | X | | | X | | X | | | | X | | | X | | |
| | 1614 | | X | X | | | X | | X | | | | X | | | X | | |
| | 1615 | | X | X | | | X | | X | | | | X | | | X | | |
| | 1616 | | X | X | | | X | | X | | | | X | | | X | | |
| | 1617 | | X | X | | | | | X | | | | X | | | X | | |
| | 1618 | | X | X | | | | | X | | | | X | | | X | | |
| | 1619 | | X | X | | | | | X | | | | X | | | X | | |
| | 1620 | | X | X | | | | | X | | | | X | | | X | | |
| | 1621 | | X | X | | | X | | X | | | | X | | | X | | |
| | 1622 | | X | X | | | X | | X | | | | X | | | X | | |
| | 1623 | | X | X | | | X | | X | | | | X | | | X | | |
| | 1624 | | X | X | | | X | | X | | | | X | | | X | | |
| | 1625 | | X | X | | | X | | X | | | | X | | | X | | |
| | 1626 | | X | X | | | X | | X | | | | X | | | X | | |
| | 1627 | | X | X | | | X | | X | | | | X | | | X | | |
| | 1628 | | X | X | | | X | | X | | | | X | | | X | | |
| | 1629 | | X | X | | | X | | X | | | | X | | | X | | |
| | 1630 | | X | X | | | X | | X | | | | X | | | X | | |
| | 1631 | | X | X | | | | | X | | | | X | | | X | | |
| | 1632 | | X | X | | | | | X | | | | X | | | X | | |

| Document Description | Bates | b1 1 | b3 1 | b3 4 | b4 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 7 | 7E 1 | 7E 2 | 7E 4 | 7E 6 | 7E 9 | RIP | FOIA WIF | Dup | Dup of "FBI(20-cv-447)-" |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1633 | | | X | X | | | | X | | | | X | | | X | | |
| | 1634 | | | X | X | | | | X | | | | X | | | X | | |
| | 1635 | | | X | X | | | | X | | | | X | | | X | | |
| | 1636 | | | X | X | | X | | X | | | | X | | | X | | |
| | 1637 | | | X | X | | X | | X | | | | X | | | X | | |
| | 1638 | | | X | X | | X | | X | | | | X | | | X | | |
| | 1639 | | | X | X | | | | X | | | | X | | | X | | |
| | 1640 | | | X | X | | | | | | | | X | | | X | | |
| | 1641 | | | X | X | | | | | | | | X | | | X | | |
| | 1642 | | | X | X | | | | | | | | X | | | X | | |
| | 1643 | | | X | X | | | | | | | | X | | | X | | |
| | 1644 | | | X | X | | | | | | | | X | | | X | | |
| | 1645 | | | X | X | | X | | X | | | | X | | | X | | |
| | 1646 | | | X | X | | | | | | | | X | | | X | | |
| | 1647 | | | X | X | | | | | | | | X | | | X | | |
| | 1648 | | | X | X | | | | X | | | | X | | | X | | |
| | 1649 | | | X | X | | | | | | | | X | | | X | | |
| | 1650 | | | X | X | | | | | | | | X | | | X | | |
| | 1651 | | | X | X | | | | | | | | X | | | X | | |
| | 1652 | | | X | X | | | | | | | | X | | | X | | |
| | 1653 | | | X | X | | | | X | | | | X | | | X | | |
| | 1654 | | | X | X | | | | | | | | X | | | X | | |
| | 1655 | | | X | X | | | | | | | | X | | | X | | |
| | 1656 | | | X | X | | | | | | | | X | | | X | | |
| | 1657 | | | X | X | | | | X | | | | X | | | X | | |
| | 1658 | | | X | X | | | | X | | | | X | | | X | | |
| CrowdStrike Report dated August 8, 2016 consisting of 49 pages - Bates-Numbered FBI(20-cv-447)-1659 through FBI(20-cv-447)-1707 | 1659 | | | | X | | | | | | | | | | X | | | |
| | 1660 | | | X | X | | | | | | | | X | | | X | | |
| | 1661 | | | X | X | | | | | | | | X | | | X | | |
| | 1662 | | | X | X | | | | | | | | X | | | X | | |
| | 1663 | | | X | X | | | | | | | | X | | | X | | |
| | 1664 | | | X | X | | | | X | | | | X | | | X | | |
| | 1665 | | | X | X | | | | | | | | X | | | X | | |
| | 1666 | | | X | X | | | | | | | | X | | | X | | |
| | 1667 | | | X | X | | | | X | | | | X | | | X | | |
| | 1668 | | | X | X | | | X | | | | | X | | | X | | |
| | 1669 | | | X | X | | | | | | | | X | | | X | | |
| | 1670 | | | X | X | | | | | | | | X | | | X | | |

| Document Description | Bates | b1 1 | b3 1 | b3 4 | b4 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 7 | 7E 1 | 7E 2 | 7E 4 | 7E 6 | 7E 9 | RIP | FOIA WIF | Dup | Dup of "FBI(20-cv-447)-" |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1671 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1672 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1673 | | | X | X | | | | X | | | | X | | | X | | |
| | 1674 | | | X | X | | | X | | | | | X | | | X | | |
| | 1675 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1676 | | | X | X | | | | X | | | | X | | | X | | |
| | 1677 | | | X | X | | | | X | | | | X | | | X | | |
| | 1678 | | | X | X | | | | X | | | | X | | | X | | |
| | 1679 | | | X | X | | | | X | | | | X | | | X | | |
| | 1680 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1681 | | | X | X | | | | | | | | X | | | X | | |
| | 1682 | | | X | X | | | X | | | | | X | | | X | | |
| | 1683 | | | X | X | | | | X | | | | X | | | X | | |
| | 1684 | | | X | X | | | | | | | | X | | | X | | |
| | 1685 | | | X | X | | | | X | | | | X | | | X | | |
| | 1686 | | | X | X | | | | X | | | | X | | | X | | |
| | 1687 | | | X | X | | | | X | | | | X | | | X | | |
| | 1688 | | | X | X | | | | X | | | | X | | | X | | |
| | 1689 | | | X | X | | | | | | | | X | | | X | | |
| | 1690 | | | X | X | | | | X | | | | X | | | X | | |
| | 1691 | | | X | X | | | | | | | | X | | | X | | |
| | 1692 | | | X | X | | | | X | | | | X | | | X | | |
| | 1693 | | | X | X | | | | X | | | | X | | | X | | |
| | 1694 | | | X | X | | | | X | | | | X | | | X | | |
| | 1695 | | | X | X | | | | | | | | X | | | X | | |
| | 1696 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1697 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1698 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1699 | | | X | X | | | | | | | | X | | | X | | |
| | 1700 | | | X | X | | | | | | | | X | | | X | | |
| | 1701 | | | X | X | | | | | | | | X | | | X | | |
| | 1702 | | | X | X | | | | | | | | X | | | X | | |
| | 1703 | | | X | X | | | | | | | | X | | | X | | |
| | 1704 | | | X | X | | | | | | | | X | | | X | | |
| | 1705 | | | X | X | | | | | | | | X | | | X | | |
| | 1706 | | | X | X | | | | X | | | | X | | | X | | |
| | 1707 | | | X | X | | | | X | | | | X | | | X | | |

| Document Description | Bates | b1 1 | b3 1 | b3 4 | b4 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 7 | 7E 1 | 7E 2 | 7E 4 | 7E 6 | 7E 9 | RIP | FOIA WIF | Dup | Dup of "FBI(20-cv-447)-" |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CrowdStrike Report dated August 8, 2016 consisting of 31 pages - Bates-Numbered FBI(20-cv-447)-1708 through FBI(20-cv-447)-1738 | 1708 | | | | X | | | | | | | | | | X | | | |
| | 1709 | | | X | X | | | | | | | | X | | | X | | |
| | 1710 | | | X | X | | | | | | | | X | | | X | | |
| | 1711 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1712 | | | X | X | | | | | | | | X | | | X | | |
| | 1713 | | | X | X | | | | X | | | | X | | | X | | |
| | 1714 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1715 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1716 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1717 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1718 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1719 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1720 | | | X | X | | | X | | | | | X | | | X | | |
| | 1721 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1722 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1723 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1724 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1725 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1726 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1727 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1728 | | | X | X | | | X | | | | | X | | | X | | |
| | 1729 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1730 | | | X | X | | | X | X | | | | X | | | X | | |
| | 1731 | | | X | X | | | | X | | | | X | | | X | | |
| | 1732 | | | X | X | | | | | | | | X | | | X | | |
| | 1733 | | | X | X | | | | | | | | X | | | X | | |
| | 1734 | | | X | X | | | | | | | | X | | | X | | |
| | 1735 | | | X | X | | | | | | | | X | | | X | | |
| | 1736 | | | X | X | | | | X | | | | X | | | X | | |
| | 1737 | | | X | X | X | X | | | | | | X | | | X | | |
| | 1738 | | | X | X | | | | X | | | | X | | | X | | |

4

| Document Description | Bates | b1 1 | b3 1 | b3 4 | b4 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 7 | 7E 1 | 7E 2 | 7E 4 | 7E 6 | 7E 9 | RIP | FOIA WIF | Dup | Dup of "FBI(20-cv-447)-" |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FBI FD-1057 dated December 21, 2016 documenting the uploading of a scanned copy of CrowdStrike Incident Investigation Report received approximately August 31, 2016 - consists of one page - Bates-numbered FBI(20-cv-447)-1739 | 1739 | X | X | | | X | | | | X | X | X | X | X | X | | | |
| Duplicate Document | 1740 | | | | | | | | | | | | | | X | | | 1597 |
| | 1741 | | | | | | | | | | | | | | | | X | 1598 |
| | 1742 | | | | | | | | | | | | | | | | X | 1599 |
| | 1743 | | | | | | | | | | | | | | | | X | 1600 |
| | 1744 | | | | | | | | | | | | | | | | X | 1601 |
| | 1745 | | | | | | | | | | | | | | | | X | 1602 |
| | 1746 | | | | | | | | | | | | | | | | X | 1603 |
| | 1747 | | | | | | | | | | | | | | | | X | 1604 |
| | 1748 | | | | | | | | | | | | | | | | X | 1605 |
| | 1749 | | | | | | | | | | | | | | | | X | 1606 |
| | 1750 | | | | | | | | | | | | | | | | X | 1607 |
| | 1751 | | | | | | | | | | | | | | | | X | 1608 |
| | 1752 | | | | | | | | | | | | | | | | X | 1609 |
| | 1753 | | | | | | | | | | | | | | | | X | 1610 |
| | 1754 | | | | | | | | | | | | | | | | X | 1611 |
| | 1755 | | | | | | | | | | | | | | | | X | 1612 |
| | 1756 | | | | | | | | | | | | | | | | X | 1613 |
| | 1757 | | | | | | | | | | | | | | | | X | 1614 |
| | 1758 | | | | | | | | | | | | | | | | X | 1615 |
| | 1759 | | | | | | | | | | | | | | | | X | 1616 |
| | 1760 | | | | | | | | | | | | | | | | X | 1617 |
| | 1761 | | | | | | | | | | | | | | | | X | 1618 |
| | 1762 | | | | | | | | | | | | | | | | X | 1619 |
| | 1763 | | | | | | | | | | | | | | | | X | 1620 |
| | 1764 | | | | | | | | | | | | | | | | X | 1621 |
| | 1765 | | | | | | | | | | | | | | | | X | 1622 |

| Document Description | Bates | b1 1 | b3 1 | b3 4 | b4 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 7 | 7E 1 | 7E 2 | 7E 4 | 7E 6 | 7E 9 | RIP | FOIA WIF | Dup | Dup of "FBI(20-cv-447)-" |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1766 | | | | | | | | | | | | | | | | X | 1623 |
| | 1767 | | | | | | | | | | | | | | | | X | 1624 |
| | 1768 | | | | | | | | | | | | | | | | X | 1625 |
| | 1769 | | | | | | | | | | | | | | | | X | 1626 |
| | 1770 | | | | | | | | | | | | | | | | X | 1627 |
| | 1771 | | | | | | | | | | | | | | | | X | 1628 |
| | 1772 | | | | | | | | | | | | | | | | X | 1629 |
| | 1773 | | | | | | | | | | | | | | | | X | 1630 |
| | 1774 | | | | | | | | | | | | | | | | X | 1631 |
| | 1775 | | | | | | | | | | | | | | | | X | 1632 |
| | 1776 | | | | | | | | | | | | | | | | X | 1633 |
| | 1777 | | | | | | | | | | | | | | | | X | 1634 |
| | 1778 | | | | | | | | | | | | | | | | X | 1635 |
| | 1779 | | | | | | | | | | | | | | | | X | 1636 |
| | 1780 | | | | | | | | | | | | | | | | X | 1637 |
| | 1781 | | | | | | | | | | | | | | | | X | 1638 |
| | 1782 | | | | | | | | | | | | | | | | X | 1639 |
| | 1783 | | | | | | | | | | | | | | | | X | 1640 |
| | 1784 | | | | | | | | | | | | | | | | X | 1641 |
| | 1785 | | | | | | | | | | | | | | | | X | 1642 |
| | 1786 | | | | | | | | | | | | | | | | X | 1643 |
| | 1787 | | | | | | | | | | | | | | | | X | 1644 |
| | 1788 | | | | | | | | | | | | | | | | X | 1645 |
| | 1789 | | | | | | | | | | | | | | | | X | 1646 |
| | 1790 | | | | | | | | | | | | | | | | X | 1647 |
| | 1791 | | | | | | | | | | | | | | | | X | 1648 |
| | 1792 | | | | | | | | | | | | | | | | X | 1649 |
| | 1793 | | | | | | | | | | | | | | | | X | 1650 |
| | 1794 | | | | | | | | | | | | | | | | X | 1651 |
| | 1795 | | | | | | | | | | | | | | | | X | 1652 |
| | 1796 | | | | | | | | | | | | | | | | X | 1653 |
| | 1797 | | | | | | | | | | | | | | | | X | 1654 |
| | 1798 | | | | | | | | | | | | | | | | X | 1655 |
| | 1799 | | | | | | | | | | | | | | | | X | 1656 |
| | 1800 | | | | | | | | | | | | | | | | X | 1657 |
| | 1801 | | | | | | | | | | | | | | | | X | 1658 |