IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

BRIAN HUDDLESTON,

               Plaintiff,

    v.

FEDERAL BUREAU OF
INVESTIGATION and UNITED
STATES DEPARTMENT OF JUSTICE,

           Defendants.

CIVIL ACTION No. 4:20CV00447

# EXHIBIT C

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS (SHERMAN DIVISION)**
*BRIAN HUDDLESTON v. FEDERAL BUREAU OF INVESTIGATION, ET AL.*
**4:20-cv-00447**

| Page Disposition Totals |
|---|
| **Total:** 7 |
| WIF: 7 |
| • FOIA Exemption(s):                          7 |

# Exemption Application Index
## Re: FBI Production Dated December 9, 2022

| SUMMARY OF FOIA EXEMPTION JUSTIFICATION CATEGORIES | |
|---|---|
| **CODED CATEGORIES** | **INFORMATION WITHHELD** |
| **EXEMPTION (b)(3)** | **INFORMATION PROTECTED BY STATUTE** |
| (b)(3)-1 | National Security Act of 1947 [50 U.S.C. § 3024(i)(1)] |
| **EXEMPTION (7)(A)** | **PENDING LAW ENFORCEMENT PROCEEDINGS** |
| (b)(7)(A)-1 | Information the Disclosure of which Could Reasonably be Expected to Interfere with |
| **EXEMPTION (b)(6) and EXEMPTION (b)(7)(C)** | **CLEARLY UNWARRANTED INVASION OF PERSONAL PRIVACY AND UNWARRANTED INVASION OF PERSONAL PRIVACY** |
| (b)(6)-1 and (b)(7)(C)-1 | Names and Other Identifying Information of FBI Special Agents and Professional Staff |
| (b)(6)-1 and (b)(7)(C)-4 | Names and Other Identifying Information of Third Parties who Provided Information |
| (b)(6)-1 and (b)(7)(C)-5 | Names and Other Identifying Information of Non-FB Federal Government Personnel |
| **EXEMPTION (b)(7)(E)** | **INVESTIGATIVE TECHNIQUES AND PROCEDURES** |
| (b)(7)(E)-2 | Sensitive Investigative File Numbers and Sub-File Names |
| (b)(7)(E)-3 | Database Information |
| (b)(7)(E)-6 | Collection and Analysis of Information |
| (b)(7)(E)-9 | Identities of an FBI Unit, Squad and Division |

| (b)(7)(E)-10 | Highly Sensitive Investigative Law Enforcement Technique and Procedure |
|---|---|

## INDEX KEY

| FOIA WIF: | Withheld in full pursuant to FOIA Exemptions |
|---|---|

## FBI DOCUMENT TYPES

FD-1004 (Evidence Chain of Custody): This form tracks evidence within an investigation and contains essential information about the handling, storage and retrieval of evidence.

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 4 | 6/7C 5 | 7E 2 | 7E 3 | 7E 6 | 7E 9 | 7E 10 | FOIA WIF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FD-1004 Evidence Chain of Custody form - consists of one page - Bates-numbered FBI(20-cv-447)-1802 | 1802 | X | X | X | | | X | X | | X | | X |
| FD-1004 Evidence Chain of Custody form - consists of one page - Bates-numbered FBI(20-cv-447)-1803 | 1803 | X | X | X | | | X | | | X | | X |
| Forensic Report - consists of three pages - Bates-numbered pages FBI(20-cv-447)-1804 through FBI(20-cv-447)-1806 | 1804 | X | X | X | | | X | X | X | | X | X |
| | 1805 | X | | X | X | X | X | X | X | | X | X |
| | 1806 | X | | X | X | | X | | X | | | X |
| Letter from a third-party that accompanied the work laptop - consists of a one page letter and envelope - Bates-numbered pages FBI(20-cv-447)-1807 through FBI(20-cv-447)-1808 | 1807 | | X | X | | | | | | | | X |
| | 1808 | | X | X | X | | | | | | | X |