# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**BRIAN HUDDLESTON**,

    Plaintiff,

vs.

**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**

    Defendant

Case No. 4:20-cv-447-ALM

## DECLARATION OF TY CLEVENGER

My name is Ty Clevenger, I am greater than 18 years of age and competent to testify, and I do testify as follows under penalty of perjury under the laws of the United States, as witnessed by my signature below:

(1) I am the attorney representing Brian Huddleston in the case identified above.

(2) The information in my April 25, 2022 declaration (Dkt. 52-1) is true and correct.

(3) Since April 25, 2022 I have accrued additional fees representing Mr. Huddleston, and a true and correct invoice reflecting those fees is attached to this declaration.

(4) Based on the information set forth in my April 25, 2022 declaration, I believe $500 per hour is a reasonable rate given my level of experience, and I believe $115,581.65 is a reasonable charge for my total services thus far.

THE DECLARANT SAYS NOTHING FURTHER.

February 2, 2023

_____
Ty Clevenger

# Ty Clevenger
212 S. Oxford Street #7D
Brooklyn, New York 11219
tyclevenger@yahoo.com

# INVOICE
February 2, 2023

| Date | Time | Expense | Purpose |
|---|---|---|---|
| | | $55,331.65 | Unpaid invoice from April 25, 2023 |
| 5/5/2022 | 0.5 | | Legal research on attorney eyes only |
| 5/6/2022 | 1.7 | | Additional research; draft and file opposition to in camera motion |
| 5/7/2022 | 0.4 | | Amend and file opposition to in camera motion |
| 5/17/2022 | 1.1 | | Review reply; legal research |
| 5/18/2022 | 5.1 | | Legal research; start drafting sur-reply |
| 5/19/2022 | 5.9 | | Draft sur-reply; additional research |
| 5/20/2022 | 7 | | Review the record and look for inconsistincies; draft sur-reply; legal research |
| 5/21/2022 | 7.9 | | Review the record and look for inconsistincies; draft sur-reply; legal research |
| 9/29/2022 | 1.3 | | Review order and discuss w/ E. Quainton |
| 9/30/2022 | 2.2 | | Review order; research for motion to reconsider |
| 10/27/2022 | 1.7 | | Review court order; discuss w/ L. Beech, et al.; review record; correspond w/ A. Parker |
| 10/29/2022 | 0.4 | | Correspond w/ A. Parker & other parties re inconsistencies in FBI motion |
| 11/2/2022 | 1.4 | | Review record for response to motion; email correspondence |
| 11/4/2022 | 1.6 | | Legal research on 7(D) exemption |
| 11/7/2022 | 1.5 | | Research and draft response to reconsideration; research on refusal to search email |
| 11/8/2022 | 2.2 | | Research and draft response to reconsideration; email A. Parker |
| 11/9/2022 | 8.5 | | Review record; more research; email A. Parker; work on our motion to clarify |
| 11/10/2022 | 1.4 | | Finish and file response to motion for reconsideration |
| 11/13/2022 | 3.3 | | Review record for inconsistencies; email team about inconsistencies; work on motion to clarify |
| 11/14/2022 | 1.7 | | Finish and file motion to clairfy; confer w/ A. Parker; work on JSR & draft order |
| 11/15/2022 | 0.3 | | Confer re joint status report |
| 11/30/2022 | 0.4 | | Confer w/ opposing counsel and client re extension of time |
| 12/8/2022 | 0.3 | | Confer w/ opposing counsel about in camera motion |

| Date | Hours | | Description |
|---|---|---|---|
| 12/9/2022 | 1.1 | | Review latest filings by FBI; cross-reference records already produced |
| 12/16/2022 | 0.4 | | Draft and file motion for extension |
| 12/17/2022 | 1.9 | | Review records; email exchanges w/ others familiar w/ S. Rich |
| 12/19/2022 | 0.9 | | Respond to info from E. Tilton; correspond w/ E. Quainton and A. Parker |
| 12/20/2022 | 0.3 | | Review potential new evidence; correspond w/ E. Quainton |
| 12/21/2022 | 0.3 | | Discussion w/ E. Quainton, plans to join case |
| 12/26/2022 | 5.5 | | Legal research; work on surreply re personal laptop |
| 12/27/2022 | 4.9 | | Legal research; work on surreply and motion to permit AEO |
| 12/28/2022 | 4.2 | | Legal research; work on surreply to personal laptop and reply to work laptop |
| 12/29/2022 | 1.9 | | Legal research; confer w/ A. Parker; confer w/ E. Quainton; motion for extension and other relief |
| 12/30/2022 | 0.4 | | Legal research on exemptions / illegal activity |
| 1/10/2023 | 0.2 | | Draft and send correspondence to A. Parker re outstanding matters |
| 1/11/2023 | 6.4 | | Legal research; draft reply to motion to clarify |
| 1/12/2023 | 9.8 | | Update and continue drafting surreply; draft response to motion to clarify; legal research |
| 1/13/2023 | 11.9 | | Confer w/ E. Quainton; legal research; finalize and file motion to view evidence as well as reply and surreply |
| 1/18/2023 | 6 | | Review AEO motion; draft and file notice re error |
| 1/27/2023 | 2.5 | | Legal research re Defendants supplemental MSJ; draft motion for fees |
| 1/28/2023 | 3.1 | | Additional research re MSJ; draft motion for fees |
| 2/2/2023 | 1 | | Email / call A. Parker; finalize motion for fees, incorporate E. Quainton figures |
| 5/5/2022 | 0.5 | | Legal research on attorney eyes only |
| 5/6/2022 | 1.7 | | Additional research; draft and file opposition to in camera motion |
| 5/7/2022 | 0.4 | | Amend and file opposition to in camera motion |
| 5/17/2022 | 1.1 | | Review reply; legal research |
| 5/18/2022 | 5.1 | | Legal research; start drafting sur-reply |
| 5/19/2022 | 5.9 | | Draft sur-reply; additional research |
| 5/20/2022 | 7 | | Review the record and look for inconsistincies; draft sur-reply; legal research |
| 5/21/2022 | 7.9 | | Review the record and look for inconsistincies; draft sur-reply; legal research |
| 9/29/2022 | 1.3 | | Review order and discuss w/ E. Quainton |
| 9/30/2022 | 2.2 | | Review order; research for motion to reconsider |
| 10/27/2022 | 1.7 | | Review court order; discuss w/ L. Beech, et al.; review record; correspond w/ A. Parker |

| Date | Hours | | Description |
|---|---|---|---|
| 10/29/2022 | 0.4 | | Correspond w/ A. Parker & other parties re inconsistencies in FBI motion |
| 11/2/2022 | 1.4 | | Review record for response to motion; email correspondence |
| 11/4/2022 | 1.6 | | Legal research on 7(D) exemption |
| 11/7/2022 | 1.5 | | Research and draft response to reconsideration; research on refusal to search email |
| 11/8/2022 | 2.2 | | Research and draft response to reconsideration; email A. Parker |
| 11/9/2022 | 8.5 | | Review record; more research; email A. Parker; work on our motion to clarify |
| 11/10/2022 | 1.4 | | Finish and file response to motion for reconsideration |
| 11/13/2022 | 3.3 | | Review record for inconsistencies; email team about inconsistencies; work on motion to clarify |
| 11/14/2022 | 1.7 | | Finish and file motion to clairfy; confer w/ A. Parker; work on JSR & draft order |
| 11/15/2022 | 0.3 | | Confer re joint status report |
| 11/30/2022 | 0.4 | | Confer w/ opposing counsel and client re extension of time |
| 12/8/2022 | 0.3 | | Confer w/ opposing counsel about in camera motion |
| 12/9/2022 | 1.1 | | Review latest filings by FBI; cross-reference records already produced |
| 12/16/2022 | 0.4 | | Draft and file motion for extension |
| 12/17/2022 | 1.9 | | Review records; email exchanges w/ others familiar w/ S. Rich |
| 12/19/2022 | 0.9 | | Respond to info from E. Tilton; correspond w/ E. Quainton and A. Parker |
| 12/20/2022 | 0.3 | | Review potential new evidence; correspond w/ E. Quainton |
| 12/21/2022 | 0.3 | | Discussion w/ E. Quainton, plans to join case |
| 12/26/2022 | 5.5 | | Legal research; work on surreply re personal laptop |
| 12/27/2022 | 4.9 | | Legal research; work on surreply and motion to permit AEO |
| 12/28/2022 | 4.2 | | Legal research; work on surreply to personal laptop and reply to work laptop |
| 12/29/2022 | 1.9 | | Legal research; confer w/ A. Parker; confer w/ E. Quainton; motion for extension and other relief |
| 12/30/2022 | 0.4 | | Legal research on exemptions / illegal activity |
| 1/10/2023 | 0.2 | | Draft and send correspondence to A. Parker re outstanding matters |
| 1/11/2023 | 6.4 | | Legal research; draft reply to motion to clarify |
| 1/12/2023 | 9.8 | | Update and continue drafting surreply; draft response to motion to clarify; legal research |
| 1/13/2023 | 11.9 | | Confer w/ E. Quainton; legal research; finalize and file motion to view evidence as well as reply and surreply |
| 1/18/2023 | 6 | | Review AEO motion; draft and file notice re error |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 1/27/2023 | 2.5 | | Legal research re Defendants supplemental MSJ; draft motion for fees |
| 1/28/2023 | 3.1 | | Additional research re MSJ; draft motion for fees |
| 2/2/2023 | 1 | | Email / call A. Parker; finalize motion for fees, incorporate E. Quainton figures |
| Total | 120.5 | $55.331.65 | |
| | 120.5x500= | $60,250.00 | |
| Grand Total | | $115,581.65 | |