# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE<br><br>    Defendant | Case No. 4:20-cv-447-ALM |

## DECLARATION OF EDEN P. QUAINTON

I, Eden P. Quainton, declare under penalty of perjury that the following is true and correct:

1. I have been retained by Ty Clevenger to assist in the above-captioned matter.

2. I am a member of the New York and New Jersey bars and am admitted to the federal courts for the Southern, Eastern and Northern Districts of New York and the District of Columbia. I am also admitted to the Second Circuit Court of Appeals and the D.C. Circuit Court of Appeals.

3. I am familiar with many of the issues involved in this matter, as I have acted as counsel for Edward Butowsky and Matthew Couch in the matter of *Rich v. Butowsky, et al.*, 18-cv-0861, and as counsel for Mr. Butowsky in the matter of

*Rich v. Fox News Network, LLC et al.*, 18-cv-2223. I am currently counsel to Matthew Couch in the matter of *Couch v. Verizon Communications, Inc., et al.*, 20-cv-2151, currently on appeal before the D.C. Circuit Court of Appeals, 22-7114.

    4.    Attached hereto as Exhibit A is a true and accurate copy of the invoice for services rendered provided to Mr. Clevenger on January 30, 2023.

*Den Quainton*
EDEN P. QUAINTON

# Exhibit 2

(Internal Exhibit A)



**QUAINTON LAW, PLLC**
2 Park Ave., 20th Fl.
New York, NY 10016

Bill to:

    **Ty Clevenger**

**FOIA   0076**

# INVOICE

December 01, 2021 - January 30, 2023

| | |
|---|---|
| Invoice Date | January 30, 2023 |
| Invoice Number | 139 |
| Due Date | Due Upon Receipt |

| Account Summary | |
|---|---|
| Previous Balance | $0.00 |
| Payments Received | $0.00 |
| Outstanding Balance | $0.00 |
| Current Invoice | $6,000.00 |
| **Total Due** | **$6,000.00** |

## Fee Detail

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 1/22/2022 | Reviewing and analyzing Seidel, Brinkman and Smith declarations<br>A104 - Review/analyze<br>L240 - Dispositive Motions | 1.50 | $500.00/hr | $750.00 |
| 12/12/2022 | Various emails TC re surreply | 0.40 | $500.00/hr | $200.00 |
| 12/16/2022 | Tc's T. Clevenger re Huddleston briefing | 0.60 | $500.00/hr | $300.00 |
| 12/19/2022 | Reviewing, analyzing and commenting on Seidel declaration | 3.50 | $500.00/hr | $1,750.00 |
| 12/20/2022 | Reviewing Bauman interview; email T. Clevenger re interview; various tc's T.Clevenger | 1.10 | $500.00/hr | $550.00 |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 12/21/2022 | Reviewing summary judgment opinion and order; tc's T. Clevenger | 1.20 | $500.00/hr | $600.00 |
| 12/26/2022 | Reviewing and revising Huddleston surreply | 1.50 | $500.00/hr | $750.00 |
| 12/28/2022 | Reviewing and revising surreply | 1.20 | $500.00/hr | $600.00 |
| 1/21/2023 | Tc T. Clevenger re Seidel 7th declaration and exhibits | 1.00 | $500.00/hr | $500.00 |
| | **Hours Total** | **12.00** | **Fee Total** | **$6,000.00** |

## Expense Detail

| Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|

*No expenses have been charged for this invoice.*

| | | | **Expenses Total** | **$0.00** |
|---|---|---|---|---|

| Fees | $6,000.00 |
|---|---|
| Expense | $0.00 |
| **Current Due** | **$6,000.00** |
| Outstanding Balance | $0.00 |
| **Total Due** | **$6,000.00** |

**FOIA     0076**
**Ty Clevenger**

| | |
|---|---|
| Due Date | Due Upon Receipt |
| Invoice # | 139 |
| **Total Due** | **$6,000.00** |
| Amount Paid | $           . |

Make payment to:

**QUAINTON LAW, PLLC**
2 Park Ave., 20th Fl.
New York, NY 10016

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -