IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>      Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>      Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

The Plaintiff's Supplemental Motion for Interim Payment of Costs and Attorney Fees (Dkt. #96) is now before the Court. The motion is GRANTED, and the Federal Bureau of Investigation is ORDERED to pay $115,581.65 to Ty Clevenger and $6,000 to Eden Quainton within 30 days of the date of this ORDER.