IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**, <br><br> Plaintiff, <br><br> vs. <br><br> **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** <br><br> Defendant | Case No. 4:20-cv-447-ALM |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

NOW COMES Brian Huddleston, the Plaintiff, moving the Court to extend the deadline for responding to Defendant FBI's Notice of Supplemental Search Declaration and Vaughn Indices (hereinafter "Notice")(Dkt. #95):

The Plaintiff and the Defendants agree that the Notice is actually a supplemental motion for summary judgment, therefore the deadline would be governed by Local Rule CV-7(e). The mother of the undersigned passed away in early January, and he has been struggling to catch up with several deadlines. The Plaintiff therefore moves the Court to extend the deadline 30 days, which would result in a deadline of February 21, 2023 (because of a weekend and holiday). The undersigned has conferred with Defendants' Counsel and the Defendants do not object.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com

**Counsel for Plaintiff Brian Huddleston**

## Certificate of Conference

I conferred via email with Asst. U.S. Attorney Andrea Parker on January 27, 2023, and she indicated that the Defendants do not oppose the Plaintiff's request for a 30-day extension of time to respond to the Notice.

**/s/ Ty Clevenger**
Ty Clevenger

## Certificate of Service

On February 3, 2023, I filed a copy of this response with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, at andrea.parker@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger