## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

**BRIAN HUDDLESTON**,

      Plaintiff,

vs.

**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**

      Defendant

**Case No. 4:20-cv-447-ALM**

## ORDER

The Plaintiff's Unopposed Motion for Extension of Time (Dkt. #97) is now before the Court.  The motion is GRANTED, and the Plaintiff's deadline for responding to Defendant FBI's Notice of Supplemental Search Declaration and Vaughn Indices (Dkt. #95) is extended until February 21, 2023.