IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § § | |
| Plaintiff, | § § § | CIVIL ACTION No. 4:20CV447 |
| v. | § § | |
| FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, | § § § § § | JUDGE AMOS MAZZANT |
| Defendants. | § § | |

## ORDER DENYING PLAINTIFF'S MOTION TO PERMIT COUNSEL TO VIEW EVIDENCE

On this day came to be heard Plaintiff's Motion To Permit Counsel to View Evidence, and, having reviewed the same, heard the arguments and objections, if any, this Court finds that the motion should be denied. Therefore, it is

**ORDERED** that Plaintiff's Motion to Permit Counsel to View Evidence is **DENIED.**