# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON, | |
| Plaintiff, | CIVIL ACTION No. 4:20CV447 |
| | JUDGE AMOS MAZZANT |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendants. | |

### FBI'S MOTION FOR LEAVE TO FILE RESPONSE OUT-OF-TIME TO PLAINTIFF'S MOTION TO PERMIT COUNSEL TO VIEW EVIDENCE

As correctly noted in Plaintiff's reply filed yesterday [ECF 99], the deadline for the FBI to file its response to Plaintiff's Motion to Permit Counsel to View Evidence [ECF 91] expired on January 30, 2023. The FBI accordingly moves for leave of Court to file its response out-of-time. Due to a calendaring error, the response deadline was calculated for 21 days, rather than 14 days for a response to a non-dispositive motion. Additionally, the undersigned was out of the country on a personal

vacation last week and only returned to the office yesterday, unaware at the time of filing the response that the deadline was miscalculated. The undersigned takes full responsibility for the error and apologizes to the Court and to the plaintiff for the oversight.

The FBI has attached its response (filed yesterday, ECF 98) to this motion for leave. The FBI respectfully requests that it be granted leave to file the response out of time.

The undersigned has discussed this motion with Plaintiff's counsel, and he has graciously indicated that he is unopposed.

        Respectfully submitted,

        BRIT FEATHERSTON
        UNITED STATES ATTORNEY

        */s Andrea L. Parker*
        ANDREA L. PARKER
        Assistant United States Attorney
        Texas Bar No. 00790851
        550 Fannin, Suite 1250
        Beaumont, Texas 77701
        Tel:  (409) 839-2538
        Fax:  (409) 839-2550
        Email: andrea.parker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2023, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

                                            */s/ Andrea L. Parker*
                                            ANDREA L. PARKER
                                            Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), undersigned counsel hereby certifies that I have conferred with Plaintiff's counsel, and he is not opposed to this motion.

                                            */s/ Andrea L. Parker*
                                            ANDREA L. PARKER
                                            Assistant United States Attorney