IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CIVIL ACTION No. 4:20CV447<br><br>JUDGE AMOS MAZZANT |

**DEFENDANT FBI'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO PERMIT COUNSEL TO VIEW EVIDENCE**

Defendant FBI files this response in opposition to Plaintiff's Motion to Permit Counsel to View Evidence. [ECF 91]. Plaintiff seeks permission to view the document submitted *in camera* by the FBI on December 9, 2022. [ECF 82]. The document at issue is a see-through redacted version of the FD-302 identified in the FBI's *Vaughn* Index at 405-407. As the Court is in possession of the see-through redacted version of the FD-302, the Court is in the best position to determine whether or not the document has been improperly withheld by the FBI. The justification for the withholding and asserted exemptions are apparent on the face of the document itself. The Court should deny Plaintiff's motion.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney
Texas Bar No. 00790851
550 Fannin, Suite 1250
Beaumont, Texas 77701
Tel:   (409) 839-2538
Fax:   (409) 839-2550
Email: andrea.parker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney