# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | CIVIL ACTION No. 4:20CV447 <br><br> JUDGE AMOS MAZZANT |

### ORDER GRANTING DEFENDANT FBI'S MOTION FOR LEAVE TO FILE RESPONSE OUT-OF-TIME TO PLAINTIFF'S MOTION TO PERMIT COUNSEL TO VIEW EVIDENCE

On this day came to be heard Defendant FBI's Unopposed Motion for Leave to File Response Out-Of-Time to Plaintiff's Motion to Permit Counsel to View Evidence, and having reviewed the same, heard the arguments and objections, if any, this Court finds that the motion should be granted.  Therefore, it is

**ORDERED** that Defendant FBI's Unopposed Motion for Leave to File Response Out-Of-Time to Plaintiff's Motion to Permit Counsel to View Evidence is **GRANTED.**