IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON, <br><br>    Plaintiff, <br><br>vs. <br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE <br><br>    Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

The Plaintiff's Unopposed Motion for Extension of Time (Dkt. #97) is now before the Court. The Court finds the motion should be, and hereby is, GRANTED, and the Plaintiff's deadline for responding to Defendant FBI's Notice of Supplemental Search Declaration and Vaughn Indices (Dkt. #95) is extended until February 21, 2023.

    IT IS SO ORDERED.

    SIGNED this 7th day of February, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE