# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON, § | |
| § | |
| Plaintiff, § | CIVIL ACTION No. 4:20CV447 |
| § | |
| § | JUDGE AMOS MAZZANT |
| v. § | |
| § | |
| FEDERAL BUREAU OF § | |
| INVESTIGATION and UNITED § | |
| STATES DEPARTMENT OF § | |
| JUSTICE, § | |
| § | |
| § | |
| Defendants. § | |

**ORDER GRANTING DEFENDANT FBI'S MOTION FOR LEAVE TO FILE RESPONSE OUT-OF-TIME TO PLAINTIFF'S MOTION TO PERMIT COUNSEL TO VIEW EVIDENCE**

Before the Court is Defendant FBI's Unopposed Motion for Leave to File Response Out-Of-Time to Plaintiff's Motion to Permit Counsel to View Evidence (Dkt. #100). The Court, having reviewed the motion and noting it is unopposed, finds that the motion should be granted.

It is therefore ORDERED that Defendant FBI's Unopposed Motion for Leave to File Response Out-Of-Time to Plaintiff's Motion to Permit Counsel to View Evidence is **GRANTED**, and Defendant FBI's Response in Opposition to Plaintiff's Motion to Permit Counsel to View Evidence (Dkt. #98) is deemed timely filed.

**IT IS SO ORDERED.**

SIGNED this 9th day of February, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE