# Exhibit 4



# Democratic National Committee

EXPERIENCE

Counsel to Democratic National Committee.

## Contacts



**Rebecca H. Gordon**
Partner
Washington, D.C.
D +1.202.434.1676