Exhibit 18

Case 4:20-cv-00447-ALM Document 104-18 Filed 02/21/23 Page 2 of 2 PageID #: 3591
Case 1:19-cr-00018-ABJ Document 271 filed 02/21/22 Page 2 of 2
Co-931 Rev. 2/02

SEALED
UNSEALED

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### NOTICE OF DESIGNATION OF PENDING* RELATED CRIMINAL CASE PURSUANT TO LOCAL

Case: 1:19-cr-00018
Assigned To : Judge Amy B Jackson
Assign. Date : 01/24/2019
Description: INDICTMENT (B)
Related Case: 18cr215 (ABJ)

**NOTICE TO PROSECUTOR**

Pursuant to LCrR 57.12(a)(1) of this Court's Rules, you should prepare this form and submit it to the Clerk's Office along with the indictments in any related cases. One copy is needed for the Clerk's records, one for the Judge to whom the case is assigned, and one additional copy for each defendant. Therefore, in a one defendant case you should submit 3 copies, for a two defendant case you should submit 4 copies, etc. The Clerk will mail copies of this form to all defense counsel along with the arraignment notice.

**NOTICE TO DEFENDANT**

LCrR 57.12(b)(1) of this Court's Rules requires that any objection by the defendant to the related case designation shall be served on the U.S. Attorney and filed with the Clerk within 10 days after arraignment.

**NOTICE TO ALL COUNSEL**

LCrR 57.12(b)(3) requires, in part, that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The prosecutor will please complete the following:

1. Name of defendant: __Roger Jason Stone, Jr.__
2. Number of related case: __18-cr-215 (ABJ)__
3. Name of Judge assigned to related case: __Hon. Amy Berman Jackson__
4. Name of United States Court in which the related case is pending (if other than this Court)

5. Relationship of new case to related case:

[Check appropriate box(es)]

- [ ] a. New case is a superceding indictment
- [ ] b. More than one indictment is filed or pending against defendant
- [ ] c. Prosecution against different defendant(s) arise from:
  - [ ] a common wiretap
  - [x] a common search warrant
  - [x] activities which are a part of the same alleged criminal event or transaction

(*) A case is considered pending until a defendant has been sentenced. LCrR 57.12(a)(1)

The government has designated this case as related to United States v. Viktor Netyksho et al., No. 18-cr-215 (ABJ), pursuant to LCrR 57.12(a)(1)(iii) as a prosecution against a different defendant that "arises from a common . . . search warrant" or from "activities which are a part of the same alleged criminal event or transaction." In particular, certain evidence that is relevant to this case was derived from search warrants executed in Netyksho et al., and the alleged obstructive conduct in this case arises from claimed and then disputed advance knowledge about the dissemination of stolen documents during the 2016 presidential campaign that forms, in part, the basis for the criminal charges against Netyksho et al.