Exhibit 4

Case 4:20-cv-00447-ALM   Document 105-4   Filed 02/21/23   Page 2 of 2 PageID #:  3717



# Democratic National Committee

EXPERIENCE

Counsel to Democratic National Committee.

## Contacts



**Rebecca H. Gordon**
Partner
Washington, D.C.
D +1.202.434.1676