Exhibit 11

2/21/23, 6:33 PM
Twitter Files Part 7: FBI, DOJ 'discredited' information about Hunter Biden's foreign business dealings | Fox News

Case 4:20-cv-00447-ALM   Document 105-11   Filed 02/21/23   Page 2 of 15 PageID #: 3835

Login    Watch TV

MEDIA · Published December 19, 2022 11:44am EST

# Twitter Files Part 7: FBI, DOJ 'discredited' information about Hunter Biden's foreign business dealings

'Organized effort' by intelligence community to influence Twitter, independent writer says



By **Brian Flood** | **Fox News**



**Twitter files reveal FBI communicated with platform for two years**

New York Post reporter Jon Levine joined 'America's Newsroom' to discuss the latest on the fallout over the Twitter files and the role the FBI played in the scandal.

Independent writer Michael Shellenberger released part 7 of the "Twitter Files" on Monday, delving into how the FBI and intelligence community "discredited factual information about Hunter Biden's foreign business dealings."

The lengthy Twitter thread reveals what Shellenberger calls an "influence campaign" by the FBI that eventually "worked" when Twitter censored Hunter Biden's scandalous laptop.

Elon Musk had been vocal about being transparent when it comes to Twitter's past and present actions curating content on the platform, including censored content. The Twitter owner has enlisted independent journalists to slowly release evidence of these actions in a series dubbed the "Twitter Files" that continue to expose once-secret communications.

"In Twitter Files #6, we saw the FBI relentlessly seek to exercise influence over Twitter, including over its content, its users, and its data," Shellenberger wrote, later adding, "We have discovered new info that points to an organized effort by the intel community to influence Twitter & other platforms."

2/21/23, 6:38 PM Twitter Files Part 7: FBI, DOJ discredited information about Hunter Biden's foreign business dealings | Fox News

Case 4:20-cv-00447-ALM Document 105-11 Filed 02/21/23 Page 4 of 15 PageID #: 3837



Billionaire industrialist Elon Musk took over Twitter in late October and immediately fired several top executives. (Jakub Porzycki/NurPhoto | Carina Johansen/NTB/AFP via Getty Images – Photo illustration)

**TWITTER FILES PART 6 REVEALS FBI'S TIES TO TECH GIANT: 'AS IF IT WERE A SUBSIDIARY'**

"In Twitter Files #7, we present evidence pointing to an organized effort by representatives of the intelligence community (IC), aimed at senior executives at news and social media companies, to discredit leaked information about Hunter Biden before and after it was published," he continued. "The story begins in December 2019 when a Delaware computer store owner named John Paul (J.P.) Mac Isaac contacts the FBI about a laptop that Hunter Biden had left with him On Dec 9, 2019, the FBI issues a subpoena for, and takes, Hunter Biden's laptop."







**Michael Shellenberger** @ShellenbergerMD · **Follow**

1. TWITTER FILES: PART 7

The FBI & the Hunter Biden Laptop

How the FBI & intelligence community discredited factual information about Hunter Biden's foreign business dealings both after and *before* The New York Post revealed the contents of his laptop on October 14, 2020

10:09 AM · Dec 19, 2022

Read the full conversation on Twitter

165.8K Reply Share

Read 8.7K replies

**Michael Shellenberger** @ShellenbergerMD · **Follow**

Replying to @ShellenbergerMD

In Twitter Files #6, we saw the FBI relentlessly seek to exercise influence over Twitter, including over its content, its users, and its data.

> **Matt Taibbi** @mtaibbi
> 1. THREAD: The Twitter Files, Part Six
> TWITTER, THE FBI SUBSIDIARY

10:11 AM · Dec 19, 2022

27.3K Reply Share

Read 243 replies

**Michael Shellenberger**
@ShellenbergerMD · **Follow**

Replying to @ShellenbergerMD

In Twitter Files #7, we present evidence pointing to an organized effort by representatives of the intelligence community (IC), aimed at senior executives at news and social media companies, to discredit leaked information about Hunter Biden before and after it was published.

10:13 AM · Dec 19, 2022

32.9K Reply Share

**Read 329 replies**

**Michael Shellenberger**
@ShellenbergerMD · **Follow**

Replying to @ShellenbergerMD

The story begins in December 2019 when a Delaware computer store owner named John Paul (J.P.) Mac Isaac contacts the FBI about a laptop that Hunter Biden had left with him

On Dec 9, 2019, the FBI issues a subpoena for, and takes, Hunter Biden's laptop.

nypost.com/2020/10/14/ema...

10:18 AM · Dec 19, 2022

27.1K Reply Share

**Read 341 replies**



2/21/23, 6:38 PM
Case 4:20-cv-00447-ALM   Document 105-11   Filed 02/21/23   Page 8 of 15 PageID #: 3841
Twitter Files Part 7: FBI, DOJ discredited information about Hunter Biden's foreign business dealings | Fox News



> **Michael Shellenberger** ✓
> @ShellenbergerMD · Follow
>
> Replying to @ShellenbergerMD
>
> By Aug 2020, Mac Isaac still had not heard back from the FBI, even though he had discovered evidence of criminal activity. And so he emails Rudy Giuliani, who was under FBI surveillance at the time. In early Oct, Giuliani gives it to @nypost

**Michael Shellenberger**
@ShellenbergerMD · **Follow**

Replying to @ShellenbergerMD

Shortly before 7 pm ET on October 13, Hunter Biden's lawyer, George Mesires, emails JP Mac Isaac.

Hunter and Mesires had just learned from the New York Post that its story about the laptop would be published the next day.

10:22 AM · Dec 19, 2022

21.8K Reply Share

Read 106 replies







**Michael Shellenberger**
@ShellenbergerMD · **Follow**

Replying to @ShellenbergerMD

7. At 9:22 pm ET (6:22 PT), FBI Special Agent Elvis Chan sends 10 documents to Twitter's then-Head of Site Integrity, Yoel Roth, through Teleporter, a one-way communications channel from the FBI to Twitter.

10:25 AM · Dec 19, 2022

25.2K Reply Share

**Read 292 replies**

**Michael Shellenberger**
@ShellenbergerMD · **Follow**

Replying to @ShellenbergerMD

8. The next day, October 14, 2020, The New York Post runs its explosive story revealing the business dealings of President Joe Biden's son, Hunter. Every single fact in it was accurate.

10:26 AM · Dec 19, 2022

33K Reply Share

**Read 348 replies**

2/21/23, 6:35 PM  Twitter Files Part 7: FBI, DOJ 'discredited' information about Hunter Biden's foreign business dealings | Fox News

Case 4:20-cv-00447-ALM   Document 105-11   Filed 02/21/23   Page 12 of 15 PageID #: 3845



**TWITTER FILES 'SUPPLEMENTAL' SHOWS EVEN TRUST AND SAFETY CHIEF NOT 'COMFORTABLE' WITH FBI 'DEMANDING' ANSWERS**

"It's important to understand that Hunter Biden earned *tens of millions* of dollars in contracts with foreign businesses, including ones linked to China's government, for which Hunter offered no real work," Shellenberger wrote.

"During all of 2020, the FBI and other law enforcement agencies repeatedly primed Yoel Roth to dismiss reports of Hunter Biden's laptop as a Russian 'hack and leak' operation," he wrote, screenshotting a sworn declaration by Roth discussing years of weekly meetings warning of such an operation happening right before the 2020 election.

2/21/23, 6:35 PM
Twitter Files Part 7: FBI, DOJ 'discredited' information about Hunter Biden's foreign business dealings | Fox News
Case 4:20-cv-00447-ALM Document 105-11 Filed 02/21/23 Page 13 of 15 PageID #: 3846

**Michael Shellenberger** ✓
@ShellenbergerMD · Follow

Replying to @ShellenbergerMD

12. And yet, during all of 2020, the FBI and other law enforcement agencies repeatedly primed Yoel Roth to dismiss reports of Hunter Biden's laptop as a Russian "hack and leak" operation.

This is from a sworn declaration by Roth given in December 2020.

fec.gov/files/legal/mu…



10:40 AM · Dec 19, 2022

❤ 26.7K   💬 Reply   ↑ Share

Read 328 replies

2/21/23, 6:35 PM                                Twitter Files Part 7: FBI, DOJ 'discredited' information about Hunter Biden's foreign business dealings | Fox News

Case 4:20-cv-00447-ALM Document 105-1 Filed 02/21/23 Page 14 of 15 PageID #: 3847

Shellenberger noted that Meta CEO Mark Zuckerberg once said the FBI approached Facebook and also warned of Russian "propaganda" ahead of the 2022 election.

"Were the FBI warnings of a Russian hack-and-leak operation relating to Hunter Biden based on \*any\* new intel? No, they weren't," Shellenberger wrote in a tweet sharing comments from FBI agent Elvis Chan.

"Through our investigations, we did not see any similar competing intrusions to what had happened in 2016," Chan wrote.



The New York Times and The Washington Post both verified Hunter Biden's laptop after big tech dismissed the New York Post's bombshell reporting during the 2020 presidential election. (Getty images | New York Post)

2/21/23, 6:35 PM
Twitter Files Part 7: FBI, DOJ 'discredited' information about Hunter Biden's foreign business dealings | Fox News

Case 4:20-cv-00447-ALM Document 105-11 Filed 02/21/23 Page 15 of 15 PageID #: 3848

Shellenberger also noted that Twitter executives "repeatedly" indicated there was "very little" Russian activity on the platform.