# Exhibit 1

# Huddleston

From:  Ty Clevenger (tyclevenger@yahoo.com)

To:     andrea.parker@usdoj.gov

Date:  Thursday, February 23, 2023 at 10:55 AM CST

Andrea,

After I filed the response / cross-motion on 2/21, someone sent me information about companies other than CrowdStrike that investigated the DNC hack in 2016. I've posted some links below. If the FBI has copies of reports / communications from these companies (or other companies or individuals), I believe those reports / communications would be covered by our request.

Ty

https://threatconnect.com/news/guccifer-2-0-dnc-breach/

https://www.mandiant.com/sites/default/files/2021-09/APT28-Center-of-Storm-2017.pdf

https://fidelissecurity.com/threatgeek/archive/findings-analysis-dnc-intrusion-malware/