IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**, <br><br> Plaintiff, <br><br> vs. <br><br> **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** <br><br> Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

The Plaintiff's Unopposed Motion for Extension of Time (Dkt. #____) is now before the Court.  The motion is GRANTED, and the Plaintiff's deadline for filing a sur-reply to Defendant FBI's Notice of Supplemental Search Declaration and Vaughn Indices (Dkt. #95) is extended until March 14, 2023.