IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON, <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE <br><br> Defendant | Case No. 4:20-cv-447-ALM |

# ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Time (Dkt. #108). The Court finds the Motion should be and hereby is GRANTED, and Plaintiff's deadline for filing a sur-reply to Defendant FBI's Notice of Supplemental Search Declaration and Vaughn Indices (Dkt. #95) is extended until March 14, 2023.

IT IS SO ORDERED.

SIGNED this 8th day of March, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE