# Exhibit 1

## RE: [EXTERNAL] Huddleston

From:  Parker, Andrea (USATXE) (andrea.parker@usdoj.gov)

To:  tyclevenger@yahoo.com

Date:  Friday, January 27, 2023 at 03:39 PM EST

I am not opposed to 30 days, and I do consider it a supplemental MSJ, so however you want to address it is fine with me.

**From:** Ty Clevenger <tyclevenger@yahoo.com>
**Sent:** Friday, January 27, 2023 11:55 AM
**To:** Parker, Andrea (USATXE) <AParker@usa.doj.gov>
**Subject:** [EXTERNAL] Huddleston

Andrea,

I believe I should have 30 days under the local rules to respond to your supplemental MSJ, but I want to make sure. Would you oppose 30 days? If not, do you think I should handle it as a motion for extension or a notice that the parties consider it to be a supplemental MSJ? Thanks.

Ty