# Exhibit 3

**A: Organizational Chart**

