# Exhibit 5



ThreatConnect.

Home ▸ News ▸ Guccifer 2.0 and The DNC Breach

In the Media

# Guccifer 2.0 and The DNC Breach

We are very excited to share that ThreatConnect has been featured in multiple news articles about the recent hack of the Democratic National Committee. The Democrats think that the Russians hacked their system in order to rig the United States presidential election in favor of the Republican candidate Donald Trump. The ThreatConnect Research team, led by CIO Rich Barger, have done extensive research on the subject that was included in the articles. For links to the various articles, please see below.

**https://www.fastcompany.com/3062196/why-the-suspected-russian-hack-of-the-dnc-is-such-a-game-changer**

**http://www.thedailybeast.com/articles/2016/07/25/fbi-suspects-russia-hacked-dnc-u-s-officials-say-it-was-to-elect-donald-trump.html**

**https://hacked.com/hillary-clinton-email-leak-russian-ploy-help-trump-says-campaign-official/**

**http://www.businessinsider.com/russia-accused-of-leaking-dnc-emails-by-clinton-camp-security-experts-2016-7?r=UK&IR=T**

http://www.chicagotribune.com/news/nationworld/politics/ct-clinton-russia-dnc-email-hack-20160724-story.html

http://www.vocativ.com/343010/guccifer-2-0-dnc-hack/

http://www.latimes.com/nation/la-na-pol-fbi-hack-dnc-russia-20160725-snap-story.html

https://www.theguardian.com/technology/2016/jul/29/cozy-bear-fancy-bear-russia-hack-dnc

http://fortune.com/2016/07/29/security-experts-russia-hack-democrats/

http://www.cnn.com/videos/tv/2016/09/14/exp-tsr-todd-powell-emails-hacked-russian-connecto.cnn

http://www.computerworld.com/article/3120585/security/hackers-are-already-shaping-us-election-coverage-with-data-leaks.html

http://www.networkworld.com/article/3120488/hackers-are-shaping-us-election-coverage-with-data-leaks.html

http://www.cio.com/article/3120489/hackers-are-shaping-us-election-coverage-with-data-leaks.html

http://www.csoonline.com/article/3120443/security/hackers-are-shaping-us-election-coverage-with-data-leaks.html

http://www.ibtimes.co.uk/dnc-hacker-guccifer-2-0-appears-london-cybersecurity-event-releases-more-documents-democrats-1581210

http://www.ibtimes.co.uk/former-gop-secretary-state-colin-powell-calls-trump-national-disgrace-hacked-emails-1581235



summit-216319

http://www.darkreading.com/vulnerabilities—threats/russia-others-indeed-could-hack-the-vote/d/d-id/1326946

http://www.cnn.com/videos/tv/2016/09/14/exp-tsr-todd-powell-emails-hacked-russian-connecto.cnn

**Q&A: staying alert for state-sponsored cyber attacks** – *IT Pro Portal*

**Trump campaign denies Russian server reports as election looms** – Computer Business Review

*TechNewsWorld –* **Feds Probe Alleged Phone Hacks as Election Fears Surge**

**News report – DNC leaks. Interview with Toni Gidwani** – *Channel 4 News*

**Russian hackers 'linked' to Democrat stolen emails** – *Channel 4 News*

NBC News – **Russia Hack of U.S. Politics Bigger Than Disclosed, Includes GOP**

NBC News – **Could Russian Hackers be Targeting U.S. Election Systems?**

# Subscribe
## to our newsletter