# Exhibit 9

# Huddleston

From: Ty Clevenger (tyclevenger@yahoo.com)

To: andrea.parker@usdoj.gov

Date: Monday, October 31, 2022 at 03:24 PM EDT

Andrea,

Someone sent me a list of FBI forms that would be relevant to the Seth Rich laptop / disk, and I have posted them below. I am aware of the 302 in which someone met with an agent and prosecutor from Mueller's office, but I do not recall seeing any of the other forms. Please ask the FBI if it has any of the forms below. Thank you.

Ty


FD-886 - Evidence Recovery Log
FD-192 - FBI Evidence - Data Loading Form
FD-441a - Return Receipt for Evidence Control Custodian
FD-455 - Access. Log - Evidence Storage Facility
FD-504a - Chain of Custody - ELSUR Evidence Envelope (9-1/2 x 12 inches)
FD-631 - Letter to Accompany Return of Documentary Evidence
FD-632 - Evidence Transmittal Envelope
FD-597 - Receipt for Property Received, Returned, Released, Seized
FD-756 - Special Case Items Property Receipt