# Exhibit 10

# Huddleston

| | |
|---|---|
| From: | Ty Clevenger (tyclevenger@yahoo.com) |
| To: | andrea.parker@usdoj.gov |
| Date: | Monday, February 13, 2023 at 07:31 PM EST |

Andrea,

As you know, in *The Transparency Project vs. U.S. Department of Justice, et al.,* Case No. 4:20-cv-00467-SDJ, our clients are battling over records about a task force convened by former CIA Director John Brennan to investigate purported Russian interference in the 2016 Presidential election. FBI personnel served on that task force, therefore any records from that task force (e.g., emails transmitted across FBI email systems among task force members) should have been produced.

Likewise, if the FBI is in possession of any records about the CIA (or any other government agency) inserting Russian "fingerprints" into DNC emails that were later published by Wikileaks, *see* First Amended Complaint (Dkt. #5) ¶11, Case No. 4:20-cv-00467-SDJ, then those records should have been produced. Finally, if the FBI is in possession of any records about the CIA (or any other government agency) creating or operating social media accounts like "Guccifer 2.0" or "DCLeaks" for the purposes of hiding the origins of the DNC email leak, *id.*, then those records should have been produced.

The foregoing records, if they were in the possession of the FBI, are covered by at least two requests within Mr. Huddleston's FOIA letter, including the following:

> *All documents, records, or communications exchanged with any other government agencies (or representatives of such agencies) since January 1, 2016 regarding (1) Seth Rich's murder or (2) Seth Rich's or Aaron Rich's involvement in transferring data from the Democratic National Committee to Wikileaks.*
> [Explanation: If the U.S. Government tried to divert attention from any role played by Seth or Aaron Rich, e.g., by inserting Russian "fingerprints" or creating social media accounts, then records of that would necessarily be records "regarding" the Rich's involvement in the leaks].
>
> *All data, documents, communications, records or other evidence indicating whether Seth Rich, Aaron Rich, or any other person or persons were involved in transferring data from the Democratic National Committee to Wikileaks in 2016, either directly or through intermediaries.* [Explanation: Insofar as "Guccifer 2.0" and "DCLeaks" played a public role in transferring DNC emails, any records of that would be responsive to the request].

As you know, I am planning to file a new cross-motion for summary judgmnent. Please ask the FBI if it has searched for records such as those described above. Thank you.

Ty