Exhibit 13

### Re: Huddleston v. DOJ et al (4:20CV447)

From: Ty Clevenger (tyclevenger@yahoo.com)

To: andrea.parker@usdoj.gov

Date: Sunday, November 13, 2022 at 08:34 PM EST

Andrea,

Per your email below, the FBI agreed to conduct additional searches of OTD and DITU. As I recall, the FBI claimed it did not find any documents in OTD or DITU. I happened to review BATES #s 692-694 this evening, and those pages reflect a request that the Cyber Division conduct a follow-up interview with someone. Would you ask the FBI to explain whether there are any records regarding that follow-up interview?

I also have a question regarding the second FOIA request from April 8, 2020, which sought "all data, documents, records, or communications regarding any person or entity's attempt to hack into Seth Rich's electronic or internet accounts (e.g., email) after his death." Based on the public statements and testimony of former AUSA Deborah Sines, it appears that the FBI examined Seth's work laptop. Ms. Sines also claims there was an investigation into whether a foreign entity tried to hack into his computer.

In the second item of Mr. Huddleston's April 9, 2020 FOIA request he sought the following: "All data, documents, records, or communications regarding any person or entity's attempt to hack into Seth Rich's electronic or internet accounts (e.g., email) after his death." I have not found any entries in the Vaughn index that reflect the existence of such records. Please ask the FBI to clarify whether it has records regarding (1) anyone trying to hack into Seth's computer, and/or (2) anyone trying to hack into his electronic or internet accounts. Thank you.

Ty

> On Tuesday, February 22, 2022 at 12:40:37 PM EST, Parker, Andrea (USATXE) <andrea.parker@usdoj.gov> wrote:
>
> Ty,
>
> FBI will conduct the below additional searches:
>
> 1. Conduct a search in the FBI's Counterintelligence Division
> 2. Conduct a search in the FBI's Operational Technology Division ("OTD"), to include the Data Intercept Technology Unit ("DITU")

FBI will strive to complete these additional searches, and retrieve any potentially responsive records, within 1 month. At that point, of course, the number of responsive records that might be retrieved would dictate how long additional processing will take.

I propose that I file a motion to stay the briefing schedule for 30 days, at which point FBI will provide a status report to you and the Court relating the results of the additional searches, and either proposing a production schedule or reinstating the briefing schedule, depending on the results of the searches.

BRIT FEATHERSON

UNITED STATES ATTORNEY

Andrea L. Parker

Andrea Parker

Assistant United States Attorney

Eastern District of Texas

550 Fannin, Suite 1250

Beaumont, Texas 77001

(409) 839-2538 main

(409) 981-7938 direct