IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**BRIAN HUDDLESTON**,

    Plaintiff,

vs.

**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**

    Defendant

Case No. 4:20-cv-447-ALM

## ORDER

The Plaintiff's Corrected Motion for Summary Judgment (Dkt. #112) is now before the Court. The motion is GRANTED. The Federal Bureau of Investigation ("FBI") is ordered to search the following sources and locations for records responsive to the Plaintiff's Freedom of Information Act requests: (1) digital evidence files; (2) Lync messages; (3) Teleporter messages; and (4) electronic surveillance and geolocation data. The FBI is further ordered to search for (1) any responsive forms described in the October 31, 2022 email found at Dkt. #112-9; (2) any responsive records related to activities of the Central Intelligence Agency as well as other agencies and third parties; (3) responsive records related to confidential informants and online personas; (4) all reports concerning the "hack" or leak of Democratic National Committee emails in 2016; and (5) records responsive to the November 13, 2022 email found at Dkt. #112-13. Finally, the Court permits the Plaintiff to conduct discovery as follows: