# Exhibit 1

TY CLEVENGER
147 Prince Street, Suite 2-15
Brooklyn, New York 11217

*telephone: 202.577.8606*                                                            *tyclevenger@yahoo.com*
*facsimile:  979.530.9523*                                                     *Texas Bar No. 24034380*

October 3, 2022

Mr. Michael G. Seidel, Section Chief
Record/Information Dissemination Section
Federal Bureau of Investigation
Winchester, Virginia

*Via facsimile*
(540) 868-4997

Mr. Seidel:

      I recently became aware of *Pub. Citizen, Inc. v. Lew*, 127 F. Supp. 2d 1, 19–20 (D.D.C. 2000), which appears to require the FBI to index its email systems pursuant to 5 USC §552(g). I request the opportunity to view all of the information described in §552(g), as permitted by the subsection itself.

      Thank you in advance for your assistance.

      Respectfully,

      *[signature]*

Ty Clevenger


cc:    Ms. Andrea Parker, Asst. U.S. Attorney
        Eastern District of Texas