IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**, <br><br> Plaintiff, <br><br> vs. <br><br> **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** <br><br> Defendant | Case No. 4:20-cv-447-ALM |

# ORDER

The Plaintiff's Motion for Leave to File Supplemental Complaint (Dkt. #113) is now before the Court. The motion is GRANTED, and the Clerk is directed to file the First Supplemental Complaint (Dkt. #113-3) as a supplemental pleading to the First Amended Complaint (Dkt. #3).