IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CIVIL ACTION No. 4:20CV447<br><br>JUDGE AMOS MAZZANT |

### DEFENDANT FBI'S UNOPPOSED MOTION FOR EXTENSION

Defendant Federal Bureau of Investigation (FBI) files this unopposed motion for extension of time to file a response to Plaintiff's Motion for Leave to File Supplemental Complaint [ECF 113].

On April 8, 2023, Plaintiff filed a Motion for Leave to File Supplemental Complaint [ECF 113]. Defendant's response is due on April 24, 2023. The FBI seeks a one-week extension of the response deadline to May 1, 2023.

This request for extension is not made for purposes of delay, but so that justice may be served. The undersigned is currently in a consultation process with agency counsel and does not yet have authority to file the response. The FBI respectfully requests an extension of one week, up to and including May 1, 2023, to file a response. Plaintiff's counsel has indicated that he is unopposed to this motion.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney
Texas Bar No. 00790851
550 Fannin St. Suite 1250
Beaumont, Texas   77701-2237
Tel:  (409) 839-2538
Fax: (409) 839-2550
Email:  andrea.parker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2023, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), undersigned counsel hereby certifies that I have conferred with plaintiff's counsel, and he is unopposed to this motion.

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney
