# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CIVIL ACTION No. 4:20CV447<br><br>JUDGE AMOS MAZZANT |

## ORDER GRANTING DEFENDANTS FBI'S UNOPPOSED MOTION FOR EXTENSION

On this day came for consideration, Defendant Federal Bureau of Investigation's (FBI) Unopposed Motion for Extension to file a response to Plaintiff's Motion for Leave to File Supplemental Complaint [ECF 113]. The Court, having considered same, is of the opinion that said motion has merit and should be GRANTED. It is therefore,

ORDERED, ADJUDGED and DECREED that Defendant's deadline for filing a response to Plaintiff's Motion for Leave to File Supplemental Complaint [ECF 113] shall be extended up to and including Friday, May 1, 2023.