IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CIVIL ACTION No. 4:20CV447<br><br>JUDGE AMOS MAZZANT |

**ORDER GRANTING DEFENDANTS FBI'S UNOPPOSED<br>MOTION FOR EXTENSION**

Before the Court is Defendant Federal Bureau of Investigation's Unopposed Motion for Extension to file a response to Plaintiff's Motion for Leave to File Supplemental Complaint (Dkt. #115). The Court, having considered same, is of the opinion that the motion has merit and should be GRANTED.

It is therefore ORDERED that Defendant's deadline for filing a response to Plaintiff's Motion for Leave to File Supplemental Complaint shall be extended up to and including May 1, 2023.

**IT IS SO ORDERED.**

SIGNED this 27th day of April, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE