IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>      Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE<br><br>      Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

Before the Court is Plaintiff's Motion for Summary Judgment (Dkt. #111). On April 8, 2023, Plaintiff's Corrected Motion for Summary Judgment (Dkt. #112) was filed.

It is therefore ORDERED that Plaintiff's Motion for Summary Judgment (Dkt. #111) is denied as moot.

**IT IS SO ORDERED.**

SIGNED this 3rd day of May, 2023.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE