IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>    Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>    Defendant | Case No. 4:20-cv-447-ALM |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

    NOW COMES Brian Huddleston, the P-laintiff, moving the Court to grant a ten-day extension of time to reply to Defendant FBI's Response in Opposition to Plaintiff's Motion for Leave to File Supplemental Complaint (Dkt. #117) and Defendant FBI's Response to Plaintiff's Corrected Motion for Summary Judgment (Dkt. #118). Mr. Huddleston's request would extend the deadline for both replies from May 8, 2023 until May 18, 2023. Mr. Huddleston's father-in-law died on April 30, 2023 and he and his family have been handling his father-in-law's final affairs. Furthermore, Plaintiff's Counsel was ill during the latter part of the week of May 1, 2023. Plaintiff's Counsel conferred with counsel for the FBI, and the FBI does not oppose this request.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
147 Prince Street, Suite 2-15B
Brooklyn, New York 11201
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com

**Counsel for Plaintiff Brian Huddleston**

## Certificate of Conference

On May 5, 2023, I conferred via email with Asst. U.S. Attorney Andrea Parker, and she indicated that the Defendants do not oppose the Plaintiff's request for a one-week extension.

**/s/ Ty Clevenger**
Ty Clevenger

## Certificate of Service

On May 7, 2023, I filed a copy of this response with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, at andrea.parker@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger