IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

The Plaintiff's Unopposed Motion for Extension of Time (Dkt. #120) is now before the Court. The motion is GRANTED, and the Plaintiff's deadline for filing a reply to Defendant FBI's Response in Opposition to Plaintiff's Motion for Leave to File Supplemental Complaint (Dkt. #117) and Defendant FBI's Response to Plaintiff's Corrected Motion for Summary Judgment (Dkt. #118) is extended until March 14, 2023.