IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON,**<br><br>       Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>       Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Time (Dkt. #120). The Court finds the motion should be and hereby is GRANTED. Plaintiff's deadline for filing a reply to Defendant FBI's Response in Opposition to Plaintiff's Motion for Leave to File Supplemental Complaint (Dkt. #117) and Defendant FBI's Response to Plaintiff's Corrected Motion for Summary Judgment (Dkt. #118) are extended until May 18, 2023.

       **IT IS SO ORDERED.**

       **SIGNED** this 10th day of May, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE