IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>   Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>   Defendant | Case No. 4:20-cv-447-ALM |

## UNOPPOSED MOTION FOR STAY

NOW COMES Brian Huddleston, the Plaintiff, moving the Court to stay this case for 60 days. Plaintiff's Counsel is scheduled to be hospitalized tomorrow and unable to work for an extended period of time. The Defendants do not oppose this request.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
147 Prince Street, Suite 2-15B
Brooklyn, New York 11201
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com

**Counsel for Plaintiff Brian Huddleston**

- 1 -

- 2 -

## Certificate of Conference

On May 11, 2023, I conferred via email and telephone with Asst. U.S. Attorney Andrea Parker, and she indicated that the Defendants do not oppose the Plaintiff's request for a 60-day stay.

**/s/ Ty Clevenger**
Ty Clevenger

## Certificate of Service

On May 12, 2023, I filed a copy of this response with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, at andrea.parker@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger