IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON,**<br><br>　　Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>　　Defendant | Case No. 4:20-cv-447-ALM |

# ORDER

Before the Court is Plaintiff's Unopposed Motion for Stay (Dkt. #122). The Court finds the motion should be, and hereby is GRANTED, and this case is stayed until July 17, 2023.

**IT IS SO ORDERED.**
**SIGNED** this 18th day of May, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE