IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>    Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>    Defendant | Case No. 4:20-cv-447-ALM |

## UNOPPOSED MOTION FOR STAY

NOW COMES Brian Huddleston, the Plaintiff, moving the Court to stay this case for an additional 30 days. The undersigned's treatment took longer than expected, and he is not yet working a full schedule. The Defendants do not oppose this request.

    Respectfully submitted,

    */s/ Ty Clevenger*
    Ty Clevenger
    Texas Bar No. 24034380
    147 Prince Street, Suite 2-15B
    Brooklyn, New York 11201
    (979) 985-5289
    (979) 530-9523 (fax)
    *tyclevenger@yahoo.com*

    **Counsel for Plaintiff Brian Huddleston**

**Certificate of Conference**

On July 13, 2023, I conferred via email and telephone with Asst. U.S. Attorney Andrea Parker, and she indicated that the Defendants do not oppose the Plaintiff's request for a 30-day stay.

**/s/ Ty Clevenger**
Ty Clevenger

**Certificate of Service**

On July 15, 2023, I filed a copy of this response with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, at andrea.parker@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger