IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON,**<br><br>     Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>     Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

The Plaintiff's Unopposed Motion for Stay (Dkt. #124) is now before the Court.

The motion is GRANTED, and the stay of this case is continued until August 18, 2023.

**IT IS SO ORDERED.**

SIGNED this 18th day of July, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE