IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**, | |
| Plaintiff, | |
| vs. | Case No. 4:20-cv-447-ALM |
| **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** | |
| Defendant | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

NOW COMES Brian Huddleston, the Plaintiff, moving the Court to extend the deadline for filing his reply in support of his Corrected Motion for Summary Judgment ("MSJ")(Dkt. #121). Mr. Huddleston is awaiting a declaration from a witness, but the witness's father died last week, the funeral was held this week, and the decedent was interned today.[1] Under the circumstances, the undersigned did not and does not wish to disturb or pressure the witness with respect to the declaration. Mr. Huddleston therefore moves the Court to extend the deadline for filing the reply until August 25, 2023. Mr. Huddleston does not seek this extension for purposes of delay, and the Defendants do not oppose this request.

---

[1] As witnessed by his electronic signature, Ty Clevenger declares under penalty of perjury under the laws of the United States that his representations in this motion are true and correct.

- 1 -

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
212 S. Oxford Street #7D
Brooklyn, New York 11217
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com

**Counsel for Plaintiff Brian Huddleston**

**Certificate of Conference**

On August 17, 2023, I conferred via email with Asst. U.S. Attorney Andrea Parker, and she indicated that the Defendants do not oppose the Plaintiff's request for a one-week extension.

**/s/ Ty Clevenger**
Ty Clevenger

**Certificate of Service**

On August 18, 2023, I filed a copy of this response with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, at andrea.parker@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger