# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

**BRIAN HUDDLESTON**,

    Plaintiff,

vs.

**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**

    Defendant

Case No. 4:20-cv-447-ALM

## ORDER

The Plaintiff's Unopposed Motion for Extension of Time (Dkt. #126) is now before the Court. The motion is GRANTED, and this case is stayed until August 25, 2023.