IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>　　　Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>　　　Defendant | Case No. 4:20-cv-447-ALM |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

NOW COMES Brian Huddleston, the Plaintiff, moving the Court to grant him permission to exceed the five-page limit (*see* L.R. Civ. 7(a)(2)) when filing his reply in support of Plaintiff's Motion for Leave to File Supplemental Complaint (Dkt. #113). Defendant FBI's Response in Opposition to Plaintiff's Motion for Leave to File Supplemental Complaint (Dkt. #117) raises issues that need to be addressed in some level of detail, therefore Mr. Huddleston seeks permission to file a seven-page reply. The Defendants do not oppose this request.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Ty Clevenger**
　　　　　　　　　　　　　　　　　　　Ty Clevenger
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24034380
　　　　　　　　　　　　　　　　　　　212 S. Oxford Street #7D
　　　　　　　　　　　　　　　　　　　Brooklyn, New York 11217
　　　　　　　　　　　　　　　　　　　(979) 985-5289
　　　　　　　　　　　　　　　　　　　(979) 530-9523 (fax)
　　　　　　　　　　　　　　　　　　　tyclevenger@yahoo.com

　　　　　　　　　　　　　　　　　　　**Counsel for Plaintiff Brian Huddleston**

## Certificate of Conference

On August 21, 2023, I conferred via email with Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, and she indicated that the Defendants do not oppose this request.

**/s/ Ty Clevenger**
Ty Clevenger

On August 21, 2023, I filed a copy of this response with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, at andrea.parker@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger