**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **BRIAN HUDDLESTON**, | |
| Plaintiff, | |
| vs. | **Case No. 4:20-cv-447-ALM** |
| **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** | |
| Defendant | |

## <u>ORDER</u>

Plaintiff's Unopposoed Motion for Leave to Exceed Page Limit is now before the Court.

The motion is GRANTED, and the Plaintiff may file a reply in support of Plaintiff's Motion for

Leave to File Supplemental Complaint (Dkt. #113) that is not greater than seven pages in length.