IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE<br><br>    Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Time (Dkt. #126). The Court finds the motion should be and hereby is GRANTED.

It is therefore ORDERED that the deadline for Plaintiff to file a reply in support of his Corrected Motion for Summary Judgment is extended to August 25, 2023.

  IT IS SO ORDERED.

  SIGNED this 21st day of August, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE