# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON,**<br><br>　　　Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>　　　Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to Exceed Page Limit (Dkt. #128). The Court finds the motion should be and hereby is GRANTED, and Plaintiff's Reply in Support of Plaintiff's Motion for Leave to File Supplemental Complaint (Dkt. #129) is deemed filed.

**IT IS SO ORDERED.**
**SIGNED this 22nd day of August, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE