IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>    Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>    Defendant | Case No. 4:20-cv-447-ALM |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

NOW COMES Brian Huddleston, the Plaintiff, moving the Court to grant him permission to exceed the five-page limit (*see* L.R. Civ. 7(a)(2)) when filing his reply in support of his motion for summary judgment (Dkt. #112). A number of relevant events have occurred since the motion was filed, and Defendant FBI's Response in Opposition to Plaintiff's Correctioed Motion for Summary Judgment (Dkt. #118) raises issues that need to be addressed in significant detail, therefore Mr. Huddleston seeks permission to file a 16-page reply. The Defendants do not oppose this request.

    Respectfully submitted,

    **/s/ Ty Clevenger**
    Ty Clevenger
    Texas Bar No. 24034380
    212 S. Oxford Street #7D
    Brooklyn, New York 11217
    (979) 985-5289
    (979) 530-9523 (fax)
    *tyclevenger@yahoo.com*

    **Counsel for Plaintiff Brian Huddleston**

- 2 -

**Certificate of Conference**

On August 24, 2023, I conferred via email with Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, and she indicated that the Defendants do not oppose this request.

**/s/ Ty Clevenger**
Ty Clevenger

On August 25, 2023, I filed a copy of this response with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, at andrea.parker@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger