## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

**BRIAN HUDDLESTON**,

      Plaintiff,

vs.

**FEDERAL BUREAU OF
INVESTIGATION and UNITED STATES
DEPARTMENT OF JUSTICE**

      Defendant

**Case No. 4:20-cv-447-ALM**

## <u>ORDER</u>

Plaintiff's Unopposoed Motion for Leave to Exceed Page Limit is now before the Court.

The motion is GRANTED, and the Plaintiff may file a reply in support of Plaintiff's Corrected

Motion for Summary Judgment (Dkt. #112) that is not greater than 16 pages in length.