Exhibit 6



# governmentattic.org

*"Rummaging in the government's attic"*

| | |
|---|---|
| Description of document: | Forms used by the Federal Bureau of Investigation (FBI) 2003-2004 |
| Release date: | 29-August-2003 |
| Release date: | 28-January-2004 |
| Posted date: | 21-March-2022 |
| Source of document: | FOIA Request<br>Federal Bureau of Investigation<br>Attn: Initial Processing Operations Unit<br>Record/Information Dissemination Section<br>200 Constitution Drive<br>Winchester, VA 22602<br>Fax:   (540) 868-4997<br>FBI: eFOIPA |

The governmentattic.org web site ("the site") is a First Amendment free speech web site and is noncommercial and free to the public. The site and materials made available on the site, such as this file, are for reference only. The governmentattic.org web site and its principals have made every effort to make this information as complete and as accurate as possible, however, there may be mistakes and omissions, both typographical and in content. The governmentattic.org web site and its principals shall have neither liability nor responsibility to any person or entity with respect to any loss or damage caused, or alleged to have been caused, directly or indirectly, by the information provided on the governmentattic.org web site or in this file. The public records published on the site were obtained from government agencies using proper legal channels. Each document is identified as to the source. Any concerns about the contents of the site should be directed to the agency originating the document in question. GovernmentAttic.org is not responsible for the contents of documents published on the website.



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

August 29, 2003

Subject: FORMS FBI

FOIPA No.  0976312- 000

Dear Requester:

       The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | Section 552a | |
|---|---|---|
| ☒(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☐(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☒(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☐(b)(6) | | ☐(k)(7) |

33  **page(s)** were reviewed and 33  **page(s)** are being released.

☐  Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA].  This information has been:

    ☐  referred to the OGA for review and direct response to you.

    ☐  referred to the OGA for consultation.  The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release.  Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C.  20530-0001 within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal."  Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☐ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)  (2)



# Federal  Bureau  of Investigation

# Freedom  of  Information / Privacy Acts

# Release

## Subject: FORMS FBI

# Records Management Division

RMD Home | Forms Desk |

# Forms Available
## FD Forms

"0" Forms

"0" Forms

SF Forms

TSP Forms

Miscellaneous Forms

- **Volume I**    **Forms FD-001 through FD-199**
- **Volume II**    **Forms FD-200 through FD-299**
- **Volume III**   **Forms FD-300 through FD-399**
- **Volume IV**    **Forms FD-400 through FD-499**
- **Volume V**    **Forms FD-500 through FD-599**
- **Volume VI**    **Forms FD-600 through FD-699**
- **Volume VII**   **Forms FD-700 through FD-799**
- **Volume VIII**  **Forms FD-800 through FD-899**
- **Volume IX**    **Forms FD-900 through (open)**
- **Volume X**    **Forms with varied form numbers**
- **Alphabetical Index of Forms - pdf document**
- **WordPerfect 8.0 Macros available from Pocatello**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-16-2008 BY 60309 auc/baw/rs

## "0" Forms

FD Forms                                                            SF Forms



- **0-4**    **Mail Services‡**
- **0-7**    **Routing Slip‡**
- **0-42**   **Request for Search of Civil & Criminal Files**
- **0-43**   **Check or Bond Receipt**
- **0-93**   **Teletype**
- **0-93a**  **Teletype** *Continued*
- **0-93b**  **Teletype** *Continued*
- **0-004**  **The White House**

Forms Available

- **0-102** **File Request Form**


# SF Forms

"0" Forms                                                    TSP Forms

Please Note: The forms below have been downloaded from the
Office of Personnel Management (OPM) website or the General
Services Administration (GSA) website. These non-FBI forms
below will be checked periodically for revisions; however, if FBI
managers over programs that use these non-FBI forms become
aware of more current versions, they should contact the Forms
Desk on extension [    ] and provide revised copies of those
forms.

b2

- **SF-8**     **Notice to Federal Employee About
  Unemployment Insurance**

- **SF-50**    **Notification of Personnel Action**

- **SF-52**    **Request for Personnel Action**

- **SF-61**    **Appointment Affidavits**

- **SF-75**    **Request for Preliminary Employment
  Data**

- **SF-81**    **Request for Space**

- **SF-86**    **Questionnaire for National Security
  Positions**

- **SF-86A**   **Continuation form for SF-86**

- **SF-86C**   **Certification form for SF-86**

- **SF-88**    **Medical Record - Report of Medical
  Examination**

- **SF-93**    **Medical Record - Report of Medical**

Forms Available

### History

- **SF-95** **Claim for Damage, Injury or Death**

- **SF-120** **Report of Excess Personal Property**

- **SF-120A** **Continuation form for SF-120**

- **SF-122** **Transfer Order Excess Personal Property**

- **SF-126** **Report of Personal Property For Sale**

- **SF-126A** **Report of Personal Property For Sale (Continuation Sheet)**

- **SF-182** **Request Authorization Agreement and Certification of Training (GETA)‡**

- **SF-256** **Self-Identification of Handicap**

- **SF-312** **Classified Information Nondisclosure Agreement**

- **SF-700** **Security Container Information (Sample Only)**

- **SF-1012** **Travel Voucher**

- **SF-1034** **Public Voucher for Purchases and Services Other than Personal**

- **SF-1038** **Advance of Funds Application and Account**

- **SF-1199A Direct Deposit Sign-up Form**

- **SF-2801   Application for Immediate Retirement Under the Civil Service Retirement System (CSRS)**

- **SF-2803   Application to Make Deposit or Redeposit (CSRS)**

- **SF-2804   Application to Make Voluntary Contributions (CSRS)**

- **SF-2808   Designation of Beneficiary (CSRS)‡**

- **SF-2809   Employee Health Benefits Election Form (with instructions)‡**

- **SF-2817   Life Insurance Election (FEGLI)‡**

- **SF-2818   Continuation of Life Insurance Coverage (FEGLI)‡**

- **SF-3102   Designation of Beneficiary (FERS)‡**

- **SF-3107   Application for Immediate Retirement Federal Employees Retirement System (FERS)**

## Thrift Forms

**SF Forms**                                **Miscellaneous Forms**

- **TSP-1 - Election Form ‡**
- **TSP-3 - Designation of Beneficiary ‡**
- **TSP-20 - Loan Application ‡**

- **TSP-60 - Request for a Transfer into the TSP** ‡
- **TSP-76 - Financial Hardship In-Service Withdrawal Package** ‡

# Miscellaneous

**Top of Page**

- **9th House Network License Request/Usage Agreement** ‡ (FBIHQ Only)
- **Department of Labor - Form WH-380 - Certification of Health Care Provider - (Family and Medical Leave Act of 1993)**
- **Developmental Recommendations Form**‡
- **Flexible Work Option Request Form**‡
- **Form 4414 - Sensitive Compartmented Information Nondisclosure Agreement**
- **OGE Forms - Fillable and Print**
  - **OGE Form 450**‡
  - **OGE Form 450 - Confidential Financial Disclosure Report** (5 pages) Print Only
  - **OGE Form 450: A Review Guide - U.S. Governement Ethics** - 9/96 (68 pages)
  - **SF-278**‡
  - **SF-278 - Public Financial Disclosure Report** (18 pages) - Print Only
  - **Conflict of Interest Certification** - Print Only
  - **$150 Gift Donation Form** - Print Only
  - **Gift Donation Form** - Print Only
  - **Probono Legal Services** - Print Only
- **Performance Documentation Worksheet**‡

- **<u>Probationary Agent Program For New Special Agents Training Log</u>**

‡ **- Fillable pdf Form**

**<u>Top of Page</u>**

**FBI FORM BOOK**
**TABLE OF CONTENTS**

**VOLUME I**

FD-4      -   Routing Slip

FD-4d     -   Managers' Intra-Division Routing Slip

FD-5      -   File - Serial Charge Out

FD-10     -   Disposition Request

FD-26     -   Consent to Search

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-24-2019 BY 60250 b2e/mlt/cls

FD-26 1
FD-26 2
FD-26 4
FD-26 4a
FD-26 5
FD-26 7
FD-26 8
FD-26 9
FD-26 10
FD-26 12
FD-26 14
FD-26 15
FD-26 17
FD-26 18
FD-26 20
FD-26 25
FD-26 31

b2

FD-28     -   Daily Report

FD-29     -   Monthly Administrative Report

FD-29a    -   Administrative Report

FD-36     -   Field Teletype

FD-37     -   Advance Blue Slip

FD-39     -   Field Firearms Training

FD-40     -   Field Firearms Training Record

FD-56     -   Stop Notice

FD-57     -   Mail Cover Index Card

FD-65     -   Fugitive Form

FD-71     -   Complaint Form

FD-73     -   Auto Record

FD-77      -   Dictation Slip

FD-79      -   Charge-out Record of Nonexpendable Property

FD-109     -   Records Transferred or Personnel Transferred

FD-111     -   Monthly Motor Vehicle Report (Cost of Operation and Accrued Mileage)

FD-120     -   Notice of Tardiness

FD-123     -   Request for Information Concerning Savings Bond Purchases

FD-125     -   Record Request

FD-140     -   Application for Employment

FD-140a    -   Continuation Sheet for FD-140

FD-159     -   Record of Information Furnished Other Agencies

FD-160     -   Indices Search Slip

FD-160a    -   Indices Search Slip (continuation page)

FD-164     -   Nomination of Law Enforcement Officer to Attend the National Academy Program

FD-164a    -   Application to Attend FBI National Academy Program

FD-164b    -   Report of Medical Examination - FBINA Applicant

FD-165     -   FBI Field Office Wanted-Flash-Cancellation Notice

FD-166     -   Absence Schedule

FD-173     -   Information Concerning Last Federal Employment

FD-183     -   Reemployment Rights Following Military Service

FD-190     -   Special Agent Interview

FD-190a    -   Professional, Technical, and Administrative Specialty Applicant Interview Form

FD-190b    -   Compilation of Applicant Background Data (SET)

FD-192     -   FBI Evidence - Data Loading Form

FD-192a    -   Inventory of Bulky Nonevidentiary Property

FD-193     -   Report of Exit Interview and Separation

FD-193a    -   Report of Exit and Separation Temporary Employment

FD-195     -   Statement of Federal Service

FD-196     -   Request for Search in National Fraudulent Check File

FD-197     -   File Locate

SECRET

**FBI FORM BOOK**
**TABLE OF CONTENTS**

## VOLUME II

FD-204    - Investigative Report

FD-205    - Notification of Delinquent Deadline Case

FD-207    - Name Change and/or Change in Marital Status

FD-207a   - Notification of Birth/Adoption

FD-208    - Report of Death of Immediate Relative

FD-209    - Memorandum for Recording Contacts with Informants

FD-209a   - Asset Contact

FD-211    - Record of Incoming Accountable Mail (Registered, Express, Certified)

FD-215    - Individual Security Patrol Daily Report

FD-215a   - Combined Security Patrol Report

FD-215b   - Security Patrol Log

FD-217    - Notification of Bureau File Number

FD-218    - Supply Requisition

FD-223    - Letter to Vendor Concerning Invoices

FD-224    - Personal Data Form (Reinstatement of Serviceman)

FD-226    - Expendable Supply Requisition (For use in LA, MP, NY, PH, and SF)

FD-231    - Cover Letter for EOD Forms

FD-237    - Informant Review Sheet

(S)  b1

FD-242    - Information Concerning the Clerical and Clerical-Skilled Oriented Positions

FD-243    - Position Description

FD-245 1  - File Front and Back (brown border)

FD-245a 1 - File Front and Back, Informant Files (light green)
            FD-245a 2 - Cooperating Witness File (medium green)
            FD-245a 3 - Asset File (dark green)

FD-245b 1 - File Front and Back, LEGAT Office Files (blue)

FD-245c 1 - File Front and Back, Security Files (red)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

7/07/03
CLASSIFIED BY 60293 DCE/NLT/CLJ
REASON: 1.5 (C)
DECLASSIFY ON: 25X 1
                    976312

VOLUME II



SECRET

FD-245d - File Front and Back, Personnel File (white)
FD-245d 1 (Medical Records) (purple)
FD-245d 2 - (Security Program Records) (orange)

FD-249 - Arrest and Institution Fingerprint Card (white/red ink)

FD-252 - Employee Suggestion

FD-253 - Application/Renewal of Membership and Designation of Beneficiary (Special Agents Insurance Fund and Charles S Ross Fund)

FD-254 - Receipt for GTR (transportation requests)

FD-255 - Recommendation for Incentive Award

FD-255a - Recommendation for Honorary Medal

FD-257 - Information Concerning Special Agent Position

FD-258 - Applicant Fingerprint Card (white/blue ink)

FD-263 - Cover Page Accompanying Investigative Report

FD-264 - Job Qualification Statement for Position of Electronics Technician

FD-266 - Request for Information

FD-268 - Laboratory Positions in the FBI

FD-271 - File Review Sheet

FD-272 - Cover Page for Prosecutive Summary Report

FD-276 - Radio Interference Report

FD-277 - Return to Duty

FD-279 - HF Radio Log

FD-281 - Receipt for Government Property

FD-282 - Leave Request

FD-283 - FM Radio Station Log

FD-288 - Operator's Road Test and Driving Certification

FD-291 - Employment Agreement

FD-292 - Change in Marital Status

FD-294 - Letter Initiating Investigations of Support and Special Agent Applicants

FD-295 - Selective Service - Reserve Status

FD-297 - Log for Technical Surveillance

[redacted] b1 (S)

FD-299   -   Historical Record    SECRET



SECRET

FBI FORM BOOK
TABLE OF CONTENTS

## VOLUME III

FD-300   -   Attachment to Standard Form 88, "Report of Medical Examination"

FD-300a   -   New Agents Mandatory Physical Fitness Tests

FD-301   -   Report of Audit of Imprest Fund

FD-302   -   Form for Reporting Information That May Become Testimony

FD-302a   -   Continuation Page for FD-302

FD-308   -   Federal Savings Bond Payroll Allotment Authorization and Record

FD-309   -   Request for Extended Leave Without Pay and/or Departure on Leave of Absence for Maternity Reasons

FD-313   -   In-Service Training Confirmation

FD-314   -   Personnel Resource List Letter

FD-315   -   INS Lookout Notice

FD-316   -   Background Data for Limited Inquiries on  Maintenance Employees

FD-318   -   Electronics Questionnaire

FD-319   -   Interview Form - FBI National Academy Applicant

FD-320   -   FBI Case Status Form

FD-328   -   Waiver of Consent to Polygraph

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

7/07/03
CLASSIFIED BY 60280 SCR/MLT/CLJ
REASON: 1.5 (C)
DECLASSIFY ON: 25X

976312

FD-328 1
FD-328 2
FD-328 4
FD-328 4a
FD-328 8
FD-328 9
FD-328 10
FD-328 14
FD-328 15
FD-328 17
FD-328 18
FD-328 31

b2

FD-328a   -   Employee Agreement to Polygraph

FD-328b   -   Applicant Agreement to Polygraph

FD-328c   -   Employee Consent to Polygraph (Security Program)

FD-330   -   Itinerary

FD-331   -   Request to Engage in Outside Employment

FD-331a   -   Termination of Outside Employment



SECRET

SECRET

FD-333  -  Interview - Departure for Military Service

FD-338  -  Intraoffice Memorandum re Destruction of Channelizing Memoranda after Inclusion in Reports

FD-338a  -  Intraoffice Memorandum re Destruction of Channelizing Memoranda under 1 Year Rule

FD-339  -  Currency List

FD-340  -  1-A Envelope (changed to clasped envelope)  (7 x 9 inches)

FD-340a  -  1-A Envelope (9 x 11 ½ inches)

FD-340b  -  1-A Envelope (clasped envelope, 5 1/8 x9 ½ inches)

FD-340c  -  1-A Envelope (clasped envelope, 8 ½ x 11 inches)

FD-341  -  Radio Equipment Maintenance Log

FD-342  -  Dissemination Routing Slip - Local Intelligence Agencies

FD-344  -  Annual Telecommunications Equipment and Cost Report

FD-344a  -  Resident Agency Annual Telecommunications Equipment and Cost Report

FD-346  -  Immigrant Case Form Letter to Bureau and Washington Field Office

FD-348  -  Informant Index Card

FD-349  -  Work Sheet - Typist's Production Average

FD-350  -  Mounting Sheet for Newspaper Clippings

FD-351  -  Arrest Advisory/Assumption of Custody Request

FD-352  -  Handwriting and/or Hand Printing Specimen in Fraudulent Check Cases

FD-353  -  Personal Identification Fingerprint Card

FD-354  -  Interview or Report re Sick Leave

FD-356  -  Request for Agency Check

FD-361  -  Request and Authorization for, or Cancellation of, Allotment of Compensation for City and State Income Tax Exempt
             Purposes

FD-365  -  Summary of Complaint

FD-366  -  Letterhead Memorandum Advising Secret Service of Change in Residence and/or Employment of Certain Bureau
             Subjects

FD-367  -  Transmittal Letter for Cease-duty

FD-369  -  Requisition for Supplies and/or Equipment

FD-369a  -  Requisition for Supplies and/or Equipment

FD-375  -  Training Agreement

FD-376  -  Dissemination Letter to Secret Service


SECRET

[S]  SECRET

| | | |
|---|---|---|
| FD-380 | - | Personnel Record (Fingerprint Card)   b1 |
| FD-381 | - | Motor Vehicle Maintenance Record |
| FD-382 | - | Foreign Assignment Agreement |
| FD-383 | - | FBI Facial Identification Fact Sheet |
| FD-388 | - | Leads Letter re Change in Marital Status |
| FD-391 | - | Request for Authority to Hire Applicants |
| FD-395 | - | Advice of Rights |

| FD-395 a | (Pocket size) |
|---|---|
| FD-395 1 | (Arabic) |
| FD-395 2 | (Armenian) |
| FD-395 3 | (Bulgarian) |
| FD-395 4 | (Chinese-Traditional) |
| FD-395 4a | (Chinese-Simplified) |
| FD-395 5 | (French) |
| FD-395 6 | (German) |
| FD-395 7 | (Hungarian) |
| FD-395 8 | (Iranian (Farsi)) |
| FD-395 9 | (Italian) |
| FD-395 10 | (Japanese) |
| FD-395 11 | (Polish) |
| FD-395 12 | (Serbo-Croatian) |
| FD-395 13 | (Romanian) |
| FD-395 14 | (Russian) |
| FD-395 15 | (Spanish) |
| FD-395 16 | (Ukrainian) |
| FD-395 17 | (Vietnamese) |
| FD-395 18 | (Korean) |
| FD-395 19 | (Greek) |
| FD-395 20 | (Cambodian) |
| FD-395 21 | (Hindi) |
| FD-395 22 | (Pashto) |
| FD-395 23 | (Serbian) |
| FD-395 24 | (Urdu) |
| FD-395 25 | (Taglog) |
| FD-395 26 | (Thai) |
| FD-395 27 | (Lao) |
| FD-395 28 | (Albanian) |
| FD-395 29 | (Hebrew) |
| FD-395 30 | (Haitian-Creole) |
| FD-395 31 | (Portuguese) |
| FD-395 32 | (Turkish) |
| FD-395 33 | (Yiddish) |
| FD-395 34 | (Punjabi) |

FD-396  -  Envelope for Submission of "The Investigator" Items (9 x 11 ½ inches)

FD-399  -  FBI Publications Requisition



SECRET

FBI FORM BOOK
TABLE OF CONTENTS

**VOLUME IV**

FD-404   -   Your Rights at a Lineup

| | |
|---|---|
| FD-404 1 | (Arabic) |
| FD-404 2 | (Armenian) |
| FD-404 4 | (Chinese-Traditional) |
| FD-404 4a | (Chinese-Simplified) |
| FD-404 8 | (Iranian)(Farsi) |
| FD-404 9 | (Italian) |
| FD-404 10 | (Japanese) |
| FD-404 14 | (Russian) |
| FD-404 15 | (Spanish) |
| FD-404 17 | (Vietnamese) |
| FD-404 18 | (Korean) |

FD-406   -   Authority to Release Information

FD-406 7      [                ]      b2

FD-407   -   Recommendation for Transfer of Special Agent to Resident Agency

FD-409   -   BUAP - Status Inquiry

FD-411   -   Notification of Location of Delinquent Registrants

FD-412   -   Cover Sheet for Dissemination of Major Case Memorandum

FD-414   -   NCIC Entry Form - Stolen Vehicle and Parts

FD-415   -   NCIC Entry Form - Stolen /Embezzled/Counterfeit Securities

FD-416   -   NCIC Entry Form - Stolen Article and/or "Recovered " Gun

FD-417   -   Dissemination Routing Slip

FD-418   -   Shooting Incident

FD-420   -   Attendance Register

FD-420a  -   Attendance Register/TURK

FD-421   -   Data Communications Log

FD-426   -   Visitors' Log

FD-427   -   Intraoffice Memorandum to RUC Case

FD-429   -   Investigative Assistant Agreement

FD-430   -   Bank Robbery ADP Entry

FD-431   -   Authorization for Use of Personally Owned Side Arm

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

7/07/03

CLASSIFIED BY 60J93 BCB/MLT/CLJ
REASON: 1.5 (C)
DECLASSIFY ON: 25X 1

976312

[                ]   (S)   b1

VOLUME IV
1

SECRET

SECRET

FD-433  -  Request for Leave Audit

FD-434  -  Request for Cancellation of Savings or Checking Account Allotments

FD-435  -  Military Service Restoration Interview

FD-440  -  "Type of Blood" Card

FD-441  -  Return Receipt of Mail Card

FD-441a  -  Return Receipt for Evidence Control Custodian

FD-441b  -  Registered Mail Tracer

FD-448  -  Facsimile Cover Sheet

FD-455  -  Access Log - Evidence Storage Facility

FD-456  -  Letter Initiating Investigations of National Academy Applicants

FD-460  -  Request for Advance of Funds

FD-462  -  Maternity Benefits

FD-463  -  FM Radio Installation Data

FD-464  -  Identification or Credential Card Request

FD-465  -  Authority to Release Medical Information

|          |           |
|----------|-----------|
| FD-465 14 | (Russian) |
| FD-465 15 | (Spanish) |

FD-466  -  Information Concerning Positions of Computer Programmer and Computer Systems Analyst

FD-467  -  Financial Institution Fraud (FIF) Matter

FD-468  -  Recommendation for Certificate/Letter from Director

FD-472  -  Telephone Device Consent

FD-472 1
FD-472 2
FD-472 3
FD-472 4
FD-472 4a
FD-472 6
FD-472 7
FD-472 8
FD-472 9
FD-472 10
FD-472 11
FD-472 13
FD-472 14
FD-472 15
FD-472 16
FD-472 17
FD-472 18
FD-472 19

b2

SECRET

FD-473   -   Body Recorder/Transmitter Consent



FD-473 1
FD-473 2
FD-473 3
FD-473 4
FD-473 4a
FD-473 6
FD-473 7
FD-473 8
FD-473 9
FD-473 10
FD-473 11
FD-473 13
FD-473 14
FD-473 15
FD-473 16
FD-473 17
FD-473 18

b2

FD-473a -   Consent for Use of Closed Circuit Television (CCTV)

FD-473a 15          (Spanish)

FD-474   -   Manuals Up-to-Date Certification

FD-475   -   Physical Examination - Card

FD-478   -   List of Files Destroyed/Transferred to FBIHQ

FD-484   -   Privacy Act Notice for Maintenance Employees

FD-485   -   Evaluation Memorandum for Informative Asset

FD-486   -   Privacy Act Statement

FD-487   -   NCIC Activity Log

FD-488   -   Privacy Act Request for In-Service Personnel

FD-490   -   Authorization to Maintain Bureau Vehicle Overnight at Employee's Residence on Irregular and/or
             Emergency Basis

FD-491   -   Transmittal Communication for Documents to OO

FD-493   -   Headquarters Records Review Request of FBIHQ Indices and Files

FD-494   -   Control for Pretrial Diversion Cases

FD-495   -   Channel Log

FD-496   -   Privacy Act Statement - Civil Rights

FD-497   -   Polygraph Examination Worksheet

FD-498   -   Polygraph  Report



# SECRET

## FBI FORM BOOK
### TABLE OF CONTENTS

**VOLUME V**

FD-500   -   Report of Lost or Stolen Property

b1

(S)

FD-503   -   FOIPA Inventory Worksheet

FD-504a  -   Chain of Custody - ELSUR Evidence Envelope (9 ½ x 12 inches)

FD-504b  -   Chain of Custody - Original Tape Recording  Envelope (8 x 10 ½ inches)

FD-508   -   Excess Supplies and/or Equipment Report

FD-508a  -   Excess Supplies and/or Equipment Tag

FD-511   -   Special Agent Applicant Dimension Evaluation Work Sheet

FD-515   -   Accomplishment Report

FD-515a  -   Supplemental Page to the Accomplishment Report

FD-517   -   Prosecutive Report Form

FD-518   -   Narrative Page for Prosecutive Report

FD-519   -   Requirements and Certification for Cannibalization and Destruction of Equipment

FD-520   -   FISUR Log Cover Sheet

FD-521   -   Field Office FOIPA Request

FD-522   -   Hostage/Barricade Report

FD-523   -   Field Request for Photo Processing

FD-523a  -   On-Site Photographic Request

FD-524   -   Numerical Analysis Sheet

FD-528   -   Word Processing Transmittal Envelope

b1

(S)

FD-531   -   Stolen Art Data Sheet

FD-532   -   Confirmation for Declination Interstate Transportation of Stolen Motor Vehicle (ITSMV) Cases

FD-534   -   Itemization of Miscellaneous Expenses

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

7/07/03

CLASSIFIED BY 60390 BCB/RST/CLP
REASON:  1.5  (C)
DECLASSIFY ON:  25X 1

976312



SECRET

FD-535  -  Privacy Act Notice (for use with Forms FD-190, FD-190a, FD-510, FD-511)

FD-537  -  Language Specialist

(S)

FD-540  -  Travel Request                                                                                 b1

(S)

FD-542  -  Investigative Accomplishment Report

FD-543  -  Investigative Assistant Workload Data

FD-585  -  "Lifted Print" Backing Card

FD-586  -  Aviator Qualifications

FD-587  -  Application for Specialized Training

FD-594  -  Leave Audit Chart

FD-597  -  Receipt for Property Received, Returned, Released, Seized

FD-598  -  Request for Bank Robbery Note File Examination

SECRET

SECRET

**FBI FORM BOOK**
**TABLE OF CONTENTS**

## VOLUME VI

FD-604  -  Pilot-in-Command Qualification and Proficiency Checkride

FD-604a  -  Pilot-in-Command and Proficiency Checkride

FD-604b  -  Qualification and Proficiency Checkride

FD-607  -  Field Office and Resident Agency Change in Address or Telephone Number

FD-608  -  Recommendation for Quality Step Increase (QSI) or Cash Award in Lieu of QSI

FD-610  -  Data Input for Civil Rights Cases

FD-612  -  Notification of Document Classification Action

FD-613  -  Photograph Identification (4 1/2 x 3 in)

FD-617  -  Subpoena

FD-619  -  Engineering Section Positions

FD-620  -  Accounting Technician Position

FD-621  -  Airtel - Usage Report for Consensual Monitoring

FD-622  -  Language Specialist Agreement

FD-623  -  Automotive Maintenance Employee Agreement

FD-624  -  FISUR Log Cover Sheet

FD-624a  -  FISUR Log Cover Sheet

FD-625  -  Special Agent Accountant Vocational Record

FD-626  -  Missing Person Report

FD-627  -  NCIC Entry Form - Stolen License Plate

FD-628  -  NCIC Entry Form - Stolen Boat

FD-629  -  NCIC Entry Form - Boat File Add-on Feature

FD-630  -  NCIC Entry Form - Missing Person

FD-631  -  Letter to Accompany Return of Documentary Evidence

FD-632  -  Evidence Transmittal Envelope

FD-633  -  Educational Certification for Special Agent Accountant Applicant

FD-634  -  Forfeiture/Seized Property

FD-635  -  Record of Seized Property

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

7/07/03
CLASSIFIED BY 60290 DCG/RLS/CLJ
REASON: 1.5 (C)
DECLASSIFY ON 25X 1

976312



SECRET

FD-636   -   Field Office Asset Seizure Log

FD-637   -   Military Deposit Worksheet and Application for Payment

FD-637a  -   Military Deposit Cancellation and Application for Completion of Deposit

FD-638   -   Supervisory Vacancy Request Form

FD-644   -   Warning and Assurance to Employee Requested To Provide Information on a Voluntary Basis

FD-645   -   Warning and Assurance to Employee Required to Provide Information

FD-646   -   Preliminary Application for Special Agent Position

FD-646a  -   Preliminary Application for Honors Internship

FD-646c  -   Preliminary Application for Support Positions

**(S)**   b1

FD-648   -   Electronics Technician Agreement

FD-650   -   Motor Vehicle Maintenance Summary

FD-652   -   Transcription Request/Approval Sheet

FD-653   -   Motor Vehicle Inspection Inventory Record

FD-654   -   Permanent Serial Charge Out

FD-655   -   Routing of Earnings and Leave Record

FD-658   -   Preliminary Application for Language Specialist and Contract Linguist Position

FD-659   -   Reimbursement Voucher

FD-659a  -   Imprest Funds, Status of Funds

FD-660   -   Verification of Lien

FD-661   -   Waiver for Transporting Bureau Personnel Via FBI Vehicles

FD-664   -   ELSUR Card Submission

FD-667   -   Petition Report

FD-668   -   Data re Controlled Substances Investigation

FD-669   -   Checklist re Title III (Criminal Matters)

FD-670   -   Checklist re Telephone Consensual Monitoring (Criminal Matters)

FD-671   -   Checklist re Nontelephone Consensual Monitoring (Criminal Matters)

FD-672   -   Issued Personal Property Inventory Certification

FD-673   -   Report of Overage, Shortage, or Damaged Supplies

FD-674   -   Photographic Log



SECRET

FD-675  -  Supervisor's 90-Day Informant/Cooperative Witness File Review Log

FD-676  -  VI-CAP Crime Analysis Report

FD-677  -  Authorization for Closed Circuit Television (CCTV) Monitoring

FD-678  -  Data Change to Resource Management System (RMS)

FD-679  -  Relocation Income Tax (RIT) Allowance Certification

FD-682  -  Certification of Nondiscrimination

FD-694  -  Security and Complaint Assistant Daily Report

FD-697  -  Maintenance Log-Copying/Duplicating Equipment Record

VOLUME VI

SECRET

SECRET
FBI FORM BOOK
TABLE OF CONTENTS

## VOLUME VII

FD-702   -   File Charge Out from Field Office to FBIHQ

FD-704   -   Field Police Training Program, Course and Instructor Evaluation

FD-705   -   Kidnapping Offense Report

FD-706   -   Freedom of Information-Privacy Acts (FOIPA) Request

FD-712   -   Pen Register/Trap and Trace Usage

FD-715   -   Privileged Information Protection (9 x 11 ½)

FD-717   -   Exercise Tolerance Test Advisement

FD-720   -   Special Agent Applicant Language

FD-721   -   Special Agent Matter

FD-722   -   Inadvertent Disclosure Statement

FD-723   -   Drug Label

FD-724   -   Request/Authorization for the Use of Classes of Service Higher than Coach

FD-725   -   Ticket and Signature Log

FD-727 1 -   Performance Plan - Notice Page

FD-727 2 -   Performance Plan - Critical Element and Performance Standards Page

FD-728 1 -   Performance Appraisal Report - Cover Page

FD-728 2 -   Performance Appraisal Report - Evaluation Page

FD-728 3 -   Performance Appraisal Report - Narrative Page

FD-730   -   [                                    ]   FD-730 15   (Spanish)

FD-731   -   FBI Bomb Data Center Hazardous Devices  School Course Application

FD-733   -   Address List Change

FD-734   -   Shipping Invoice

FD-735   -   Voucher Reconciliation

FD-735a  -   Advance Reconciliation

FD-736   -   Itemization of Expenditures

FD-737   -   Indemnity Agreement

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

7/07/03

CLASSIFIED BY 60290 BCB/MIT/CLJ
REASON: 1.5 (C)
DECLASSIFY ON: 25X1 1

976312

b2
b7E



**SECRET**

FD-738    -   Notice of FBI Forfeiture Action to the United States Attorney

FD-739    -   Oath of Office - Special Deputation

FD-739a   -   Credential for Special Deputation
              (attached to FD-739)

FD-744    -   Drug Deterrence Program Acknowledgment

FD-746    -   Disclosure of Informant Identity

FD-747    -   Photo Spread Folder

FD-749    -   Tampering with Consumer Products

FD-750    -   Invoice for Technical Equipment

FD-751    -   Performance Plan - Notice Page (Executive Personnel)

FD-751a   -   Performance Plan - Critical Element and Performance Standards Page (Executive Personnel)

FD-752    -   Performance Appraisal Report - Cover Page   (Executive Personnel)

FD-752a   -   Performance Appraisal Report - Narrative Page (Executive Personnel)

FD-754    -   Notice of Attempted Contact

FD-754a   -   Notice of Attempted Contact by Special Investigators

FD-755    -   Release of Personal Information Regarding Former Special Agents to the Society of Former Special Agents

FD-756    -   Special Case Items Property Receipt

FD-758    -   Race and National Origin

FD-759    -   Emergency Nontelephonic Consensual Monitoring

FD-760    -   Report of Medical Examination FBI Support Applicants and Appointees

FD-765    -   Volunteer Leave Donor

FD-766    -   Leave Recipient

FD-770    -   News Media Data

FD-772    -   Report of Official/Unofficial Foreign Travel

FD-773    -   Roommate Background Data

FD-774    -   Roommate Background Data Cover Letter

FD-776    -   Cryptographic Access Briefing Acknowledgment

FD-777    -   Receipt for Informant Payments

FD-779    -   Employee Follow-up, Foreign Language TDY

FD-780    -   Office Follow-up, Foreign Language TDY

**SECRET**

SECRET

FD-782    -   Notice of Seizure of Property for Personal Use, Quantities of Controlled Substances

|        |            |
|--------|------------|
| FD-782 2  | (Armenian)  |
| FD-782 3  | (Bulgarian) |
| FD-782 4  | (Chinese)   |
| FD-782 6  | (German)    |
| FD-782 7  | (Hungarian) |
| FD-782 9  | (Italian)   |
| FD-782 10 | (Japanese)  |
| FD-782 11 | (Polish)    |
| FD-782 13 | (Romanian)  |
| FD-782 14 | (Russian)   |
| FD-782 15 | (Spanish)   |
| FD-782 16 | (Ukrainian) |
| FD-782 18 | (Korean)    |

(S)          b1

FD-785    -   Weight Certification

FD-786    -   CIA Name Check Request

FD-788    -   On-The-Spot Awards

FD-789    -   Influenza Vaccine Waiver

FD-790    -   Work Request for Investigative Support

FD-793    -   Draft System Transaction

FD-794    -   Draft Request (Field)

FD-794a   -   Draft Request (FBIHQ)

FD-795    -   Accountable Property Officer Designation

FD-796    -   Property Custodian Designation

FD-797    -   Supply Technician Designation

FD-798    -   Clerical Applicant, Preliminary Interview Questions

# FBI FORM BOOK
## TABLE OF CONTENTS

**VOLUME VIII**

FD-800  -  Clerical Applicant Rating Form

FD-801  -  Computer Investigation and Threat Assessment Data Transmittal

FD-804  -  Applicant Background Survey

FD-805  -  Application for Language Testing for Foreign Language Achievement/Incentive Program

FD-806  -  Language Utilization Base (LUB) Worksheet

FD-809  -  Public Information Request (Butte)

FD-809a -  Public Information Request (Savannah)

FD-810  -  Butte ITC PSIC Reply Form

FD-812  ·  Time Off From Duty as an Incentive Award

FD-813  -  Approval for Compensatory Time

FD-814  -  Security Reinvestigation Questionnaire

FD-815  -  Deputation of State and Local Officers

FD-816  -  Access of Non-FBI Personnel to FBI Facilities

FD-817  -  Support Employee Transfer Availability List

FD-818  -  Special Agents Insurance Fund

FD-819  -  Evaluation Summary - General Schedule  Supervisory Guide

FD-820  -  Sign Language Interpreter Request

FD-820 1 - Sign Language Interpreter Request (W Va  Only)

FD-821  -  Report of CAP-STUN Use

FD-822  -  Information Control (Rapid Start)

FD-822a -  Information Control Continuation Sheet (Rapid Start)

FD-826  -  Foreign Assignment Request

FD-827  -  SASS Phase I Shipping Invoice

FD-828  -  FBI Test/Interview Usage and Inventory Log

FD-829  -  Record Sheet for Test Administrators

FD-830  -  Examinee Roster for Phase 1

FD-831  -  Applicant Testing Checklist

FD-833  -  Nondisclosure Statement for Selection Tests and Interviews

FD-834  -  Request for Access to Official Personnel File

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-24-2013 BY 60290 bca/alt/clj

FD-834a - Withheld Page Information Sheet

FD-835 - Security Acknowledgment Form (Security Unit)

FD-836 - Log of Federal Occupational Injuries and Illness (See BU Safety and Occupational Health Manager)

FD-837 - Drug Test Refusal

FD-838 - Log for Adding Postage to Meters (Mail Room)

FD-839 - Authorization for Disclosure of Medical Information

FD-840 - Applicant Checklist for Clerical Test

FD-841 - Examinee Roster for Clerical Test

FD-842 - Assignment for Value Received to Third Party Relocation Contractor

FD-843 - Special Agent Qualification Questionnaire

FD-844 - Proctor Agreement for FBI Selection Tests

FD-845 - SASS Phase II Shipping Invoice

FD-846 - SASS Phase II Examinee Roster

FD-848 - SASS Phase II Assessor Materials Checklist

FD-849 - Special Agent Selection System Phase II Application Testing Checklist

FD-852 - Certified Test Administrator Agreement

FD-853 - Interview Follow-up Sheet

FD-856 - Selective Placement Program Matters, Reasonable Accommodations Request

FD-857 - Sensitive Information Nondisclosure Agreement

FD-859 - CSB Shipping Invoice

FD-860 - Name Check Request to CIA

FD-861 - Mail/Package Alert

FD-862 - Allotment for Employee Benevolent Fund

FD-863 - Beneficiary for Employee Benevolent Fund

FD-864 - Immunization Questionnaire

FD-865 - Performance Summary Assessment

FD-866 - Fitness for Duty Examination

FD-867 - Travel Savings

FD-868 - Nondisclosure Agreement for Joint Task Force / Contract Members

FD-869 - Application Checklist for the Special Agent Position

FD-870  - Voluntary Hypnotic Agreement

FD-871  - Technical Request Form

FD-872  - Violent Crime/Fugitive Squad Folder

FD-873  - Bombing Incident Report Form

FD-873a -  Bomb Squad Activity Report Form

FD-874  - Special Agent Applicant Physical Readiness Test (PRT) Report

FD-875  - Special Agent Applicant Certificate of Wellness

FD-876  - Special Agent Applicant Liability Waiver

FD-877  - Orientation Checklist

FD-878  - Self-Nomination for In-Service Training

FD-879  - Supervisory Nomination for In-Service Training

FD-880  - Merit Promotion Vacancy Notice

FD-881  - FBI Support Position Application

FD-882  - Immunization Assessment

FD-883  - Aircraft Operations Tag

FD-884  - FBI Standard Palm Print Card

FD-885  - Call Summary Report

FD-886  - Evidence Recovery Log

FD-887  - SCI Access Questionnaire

FD-888  - FBI Arrest Plan Form

FD-889  - Notice of Responsibilities and Computer Security Awareness Certification

FD-891  - IMIS Course Registration

FD-893  - FBI Hazardous Materials Response (HMR) Exposure

FD-894  - FBI Hazardous Materials Response Respiratory Fit Testing Qualitative

FD-895  - Hazardous Materials Response (HMR) Onsite Medical Examination

FD-896  - Daily Baseline Vital Signs

FD-897  - Emergency Medical Information Form

FD-898  - Emergency Medical Incident Report

FD-899  - FBI Hazardous Materials Response Physician's Report

**FBI FORM BOOK**
**TABLE OF CONTENTS**

**VOLUME IX**

FD-900  -  FBI Hazardous Materials Response Respiratory Medical Evaluation Questionnaire

FD-901  -  Information Resources Management Resources Request

FD-902  -  Drug Deterrence Program Unable To Test Notification

FD-903  -  Alcohol and Controlled Substance Abuse Program Reasonable Suspicion Full Restriction Form

FD-904  -  Alcohol and Controlled Substance Abuse Program Commercial Driver Notice

FD-905  -  Alcohol and Controlled Substance Abuse Program Refusal Form

FD-906  -  Alcohol and Controlled Substance Abuse Program Commercial Driver's Application Form

FD-907  -  Alcohol and Controlled Substance Abuse Program Temporary Restriction Form

FD-908  -  Alcohol and Controlled Substance Abuse Program Full Restriction Form

FD-909  -  Administrative Subpoena

FD-909a  Continuation Sheet for the FD-909

FD-910  -  Acquisition Planning Form $1,000,000-$5,000,000

FD-911  -  Acquisition Planning Form $5,000,000 or Greater

FD-913  -  Access Log - Safes and Storage Facilities Containing Cash and Valuables

FD-914  -  Centralized Control System Advance of Funds Ledger

FD-915  -  Centralized Control System Advance of Funds Journal

FD-916  -  Cash Count Summary Report

FD-917  -  Cash Count Certification Report

FD-919  -  Victim Notification System (VNS) Form

FD-919a -  Victim Identification Form

FD-920  -  Opening of Drug Investigation Form

FD-921  -  Laser Eye Examination Form

FD-922  -  FBI Health Care Programs Unit Physician Treatment Orders

FD-923  -  FBI Legat/ALAT Applicant Awareness Checklist

FD-923a -  FBI International Support Applicant Awareness Checklist

FD-924  -  Alcohol and Controlled Substance Abuse Program Authority to Release Information

FD-925  -  Title III Action Memorandum

FD-926  -  Chief Division Counsel/Field Office Title Checklist

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-07-2003 BY 60290 BOX/XIT/CLJ

FD-927   -   Warning and Assurance to Employee Requested to Provide Information Following a Shooting Incident

FD-930   -   NCIC Violent Gang and Terrorist Organizations File (VGTOF) Gang Member Entry Form

FD-930a   -   VGTOF Group Code Request

FD-931   -   Request for Employee Retirement Letter

FD-932   -   Continuing Education Program Certification Form

FD-933   -   Suspicious Activity Report (SAR) Notification Letter

FD-934   -   Acceptance of Travel Expenses from Non-Federal Sources

FD-935   -   Consent and Information from the National Missing Person DNA Database

FD-936   -   Request for National DNA Database Entry

FD-938   -   Country Clearance Request Form

FD-939   -   Inside The World of an FBI Profiler

FD-940   -   Pre-Title III Elsur Search Request

FD-941   -   Consent to Search Computer(s)

FD-941 1   
FD-941 15   b2

FD-942   -   Statement of Military Reserve Obligations

FD-943   -   FBI Fitness For Duty Periodic Exam Form

FD-944   -   FBI Hazardous Materials Response Team - Initial

FD-945   -   FBI Applicant Exam Authorization Form

FD-946   -   Respiratory Protection Program Exams

FD-947   -   FBI Hazardous Material Response Team Periodic

FD-948   -   Physical Capacities

FD-949   -   LEGAT Multi-Use Form

FD-950   -   FBI LEGAT Dependent Exam 11 yrs of Age or Younger

FD-951   -   LEGAT Dependent Infant One Year or Younger

FD-952   -   Native American Recruitment Brochure

FD-952 1-   Native American Recruitment Brochure

FD-952 2-   Native American Recruitment Brochure

FD-952 3-   Native American Recruitment Brochure

FD-953   -   FBI Letter of Intent for Special Agents and Non-ASAC

FD-954   -   Candidate Recommendation Form (CRF)

FD-955   -   Candidate Qualification Form (CQF)

FD-956   -   Honors Internship Program School Certification Form

FD-958   -   FBI Financial Disclosure Form

FD-959   -   Justice Employee Transit Savings (JETS) Program Application for Transit Subsidy

FD-960   -   General Vaccine Consent Form

FD-961   -   FBI Bioterrorism Preparedness Act  Entity / Individual Information

**FBI FORM BOOK**
**TABLE OF CONTENTS**

**VOLUME X**

I-12   -   Flash-Cancellation Notice

R-84   -   Final Disposition Report

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-24-2003 BY 60309 bu4/plt/clh



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

January 28, 2004

Subject: FORMS/12 SPECIFIC

FOIPA No.  0985165- 000

     The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a.  Deletions have been  made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision.  In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely.  The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☐(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☐(b)(6) | | ☐(k)(7) |

<u>32</u>  **page(s)** were reviewed and **27  page(s)** are being released.

☐  Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA].  This information has been:

    ☐  referred to the OGA for review and direct response to you.

    ☐  referred to the OGA for consultation.  The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release.  Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C.  20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal."  Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation.  Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s).  Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s).  Because of our significant backlog, we have given priority to processing only the main investigative file(s).  If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☐ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

Enclosure(2)

**FEDERAL BUREAU OF INVESTIGATION**
**FOIPA**
**DELETED PAGE INFORMATION SHEET**

Serial Description ~ COVER SHEET          07/20/1994

Total Deleted Page(s) ~ 9
Page 1 ~ b2
Page 2 ~ b2
Page 3 ~ b2
Page 4 ~ b2
Page 6 ~ b2
Page 7 ~ b2
Page 9 ~ b2
Page 27 ~ b2
Page 28 ~ b2

```
XXXXXXXXXXXXXXXXXXXXXXXXX
X     Deleted Page(s)      X
X No Duplication Fee       X
X     for this Page        X
XXXXXXXXXXXXXXXXXXXXXXXXX
```

|                        | City              | File & Serial Number |
|------------------------|-------------------|----------------------|

Name of Person

☐ Security

Address

☐ Fugitive

☐ Other

| Date Cover Placed | Period          |         |
|-------------------|-----------------|---------|
|                   | From -          | To -    |

Placed by

_____
Special Agent

**Mail Cover Index Card**
FD-57 (6-25-73)

Notice of Tardiness
FD-120 (Rev. 11-6-79)

| To | | Date |
|----|--|------|
| Name | Division | Section |
| Work Hours | Telephoned<br>☐ No<br>☐ Yes    Time _____ | Arrived |

Times Previously Tardy this Calendar Year

| Tardiness<br>☐ Excused<br>☐ Unexcused | Leave Slip Submitted<br>☐ Yes  ☐ No | Reason |
|---|---|---|
| Remarks | | |

Supervisor

FD-120 Notice of Tardiness

## GENERAL

This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 31, 1974, for individuals supplying information for completion of the Notice of Tardiness form.

## AUTHORITY

Title 28, Code of Federal Regulations, section 0.137, authorizes the Director of the FBI to exercise power and authority vested in the Attorney General by law to take final action in matters pertaining to the employment, direction and general administration of personnel in the FBI.

## PURPOSES AND USES

This information will be used to determine whether the tardiness will be excused or unexcused, and, if unexcused, to support possible administrative action that may be taken in accordance with FBI policy. This form will document the tardiness and will be placed in your personnel folder. This information may be furnished to any Federal Agency or other employer for uses published in the Federal Register.

## EFFECTS OF NONDISCLOSURE

Disclosure of the information requested is voluntary; however, failure to supply all of the information may result in the tardiness being classified as unexcused and your being charged as absent without leave (AWOL).

FBI/DOJ

FD-140 (Rev. 7-17-00)
Cover Page

Form Approval
(Exp. 5-31-02)
OMB No. 1110-0016



# Application for Employment
# Federal Bureau of Investigation

---

### INSTRUCTIONAL INFORMATION SHEET

The Instructional Information Sheet has been prepared to assist you in completing the application for FBI employment. If a question does not apply to you, please indicate "N/A" in the appropriate space. If you need additional space for any question on the application or want to give additional information, you must use the FD-140a for Sections II and IV and/or you may use plain sheets that are the same size as this application for any other question. You should number each answer to correspond to each question and include your name and Social Security Account Number at the top of each continuation sheet.

Type or legibly print your answers in black ink. If your form is illegible, it will not be accepted.

**Note: Persons with disabilities who require accommodations to complete the application process should notify the FBI of their needs.**

### COMMON OMISSIONS

Incomplete information will delay the processing your application. Therefore, answer each question as thoroughly as possible. In Part XIV, we have found that some applicants omit the middle names of relatives. If a relative does not have a middle name, indicate "NMN," meaning no middle name. If you are unable to furnish complete information concerning your parents or relatives, give a justifiable explanation as to why you cannot do so.

If you served in the Armed Forces, indicate in Part II, by each address, whether you lived on or off base. Be sure to include overseas tours. If you have relatives who are currently in the military, indicate their complete addresses and whether they reside on or off base.

### TRANSCRIPTS

Official transcripts of all college courses will be necessary if you are applying for a specialty position. Examples of speciality positions are Computer Scientist, Electronics Technician, Laboratory Aide/Technician, Budget Analyst, Operating Accountant, and Financial Analyst. Attach your transcripts to your application so that we can determine your qualifications for the position. If you are unsure as to whether the position you are applying for requires transcripts, contact your local FBI office.

### CERTIFICATIONS

If you are applying for Special Agent under the Accounting Program, you may need certification of your academic qualifications. Contact your local FBI office for further information.

### HATCH ACT REFORM PROVISIONS

The Hatch Act Reform Amendments of 1993, 5 U.S.C. § 3303, prohibit the FBI from accepting oral or written statements from congressional or political sources that are unsolicited recommendations for your appointment to an employment position.

**YOU MAY DETACH THIS INFORMATION SHEET, BUT INCLUDE
ALL OTHER SHEETS WITH YOUR COMPLETED APPLICATION.**

FD-140 (Rev. 4-17-00)

Form Approval
(Exp. 5-31-02)
OMB No. 1110-0018

# Application for Employment
# Federal Bureau of Investigation

## EFFECTS OF NONDISCLOSURE AND PENALTIES FOR INACCURATE OR FALSE STATEMENTS

The employment application forms request both mandatory and optional information. If you omit answering an item, however, you may not receive full consideration for a position; and without your social security number, we cannot process your application. Consequently, it is in your best interest to answer all of the questions. The U.S. Criminal Code, Title 18 § 100 1, provides that knowingly falsifying or concealing a material fact is a felony that may result in fines of up to $10,000 or 5 years in prison, or both. Under 5 U.S.C. § 8315, a false answer to questions relating to membership in the Communist Party, U.S.A., or other communist or fascist organizations could deprive you of your right to an annuity when you reach retirement age. Deliberately and materially making false or fraudulent statements on this form will be grounds for not granting you a security clearance and not hiring you or for firing you after you begin work. In addition, these violations will become part of your permanent record for future employment.

You are applying for a sensitive position, and your trustworthiness and suitability for FBI employment is vital to your eligibility for a security clearance. Consequently, your prospects for placement and a security clearance are better if you answer all questions honestly and completely. An investigation of your statements will include checking fingerprints, police records, and former employers. Should questions on any of your statements arise, you will be given an adequate opportunity to respond, and your comments will be included in the official record. As a further condition of employment, you will be administered a polygraph examination. This examination will focus on your truthfulness on the FBI application form, which includes questions on prior drug use. Please note that you can be disqualified for FBI employment if you have done any of the following:

* used marijuana during the last 3 years,
* used marijuana more than 15 times,
* used an illegal drug or combination of illegal drugs, other than marijuana, more than 5 times,
* used an illegal drug or combination of illegal drugs, other than marijuana, during the last 10 years,
* sold an illegal drug for profit,
* used an illegal drug while employed in a law enforcement or prosecutorial position or while in a position of high-level responsibility or public trust,
* failed an FBI polygraph examination regarding prior drug use, even if the extent of use would not have been disqualifying,
* failed an FBI polygraph examination regarding truthfulness/candor on an FBI employment application, or
* failed an FBI polygraph examination regarding contact with non-U.S. Intelligence Services.

Printed Name

Signature (as usually written, without nicknames)

Social Security Account Number

Date

**(Public Burden and Privacy Act Statements on next page)**

1

**PUBLIC BURDEN INFORMATION** The public burden reporting for this collection of information is estimated to be 8 hours per response. This estimate includes reviewing instructions, searching information sources, and gathering and reporting the information. You may send your comments on the time estimate and other aspects of data collection, including suggestions for reducing the time it takes to complete this form to the Fraud Section, Criminal Division, U. S. Department of Justice, Washington, D.C. 20535-0001, and to the Office of Management and Budget, OMB Number 1110-0016, Washington, D.C. 20535-0001.

## AUTHORITY

The FBI investigates and assesses suitability and security issues of federal employment primarily under 5 U.S.C. §§ 3301 and 9101 and Executive Orders 10450 and 12968. The Director of the FBI exercises power and authority vested in the Attorney General to take final action on the employment, direction, and general administration of FBI personnel under 28 C.F.R. § 0.137. The Bureau requests your Social Security Account Number (SSAN) under Executive Order 9397.

## PRIVACY ACT NOTICE

Pursuant to the Privacy Act of 1974, 5 U.S.C. § 552a, we are providing the following information on principal purposes and routine uses for individuals completing the FBI employment application forms.

## PRINCIPAL PURPOSES AND ROUTINE USES

The principal purpose of this form is to collect information to determine the qualifications and suitability of FBI employment applicants and to determine the reassignment, reinstatement, transfer, or promotion of current FBI employees. By law and regulation, we may evaluate your application to determine, for example, if you are entitled to Veterans' Preference and if you are restricted by citizenship, family members already employed, or residence requirements. We may also use your application to contact you for an interview and to verify your availability for employment. The further purpose of this form is to collect information for an FBI background investigation to establish your eligibility for a required security clearance and for other authorized purposes within the Department of Justice. Your SSAN identifies you throughout your federal career from job application to retirement. We may use your SSAN to accurately identify your records and to process your application for employment. We may use your SSAN to seek information about you from employers, schools, banks, and other individuals who know you. Your SSAN may also be used in studies and computer matches with other government files that, for instance, may pertain to unpaid student loans or parent locators. Furthermore, all or part of your completed FBI application form may be disclosed outside the Department of Justice to the following:

1. Federal agencies requesting lists of individuals who are eligible for appointment, reassignment, reinstatement, transfer, or promotion.

2. State or local government agencies under either the Intergovernmental Personnel Act or the President's Executive Program when you have expressed an interest in such employment.

3. Federal agency investigators to determine suitability for federal employment.

4. Selecting officials who are involved with the internal personnel management of federal agencies.

5. Appropriate federal, state, local, foreign, or other public authorities conducting criminal, intelligence, or security background investigations.

6. Federal, state, or local agencies creating other personnel records after you have been appointed to an agency position.

7. Appropriate entities responsible for licensing or for investigating, prosecuting, or enforcing law, regulation, or contract.

8. Federal, state, local, foreign, or other public authorities if there is a request for information on employment, security, contracting, or licensing determinations.

9. The news media or general public when the disclosure of factual information would be in the public interest and would not constitute an unwarranted invasion of privacy.

10. Officials or employees of other federal agencies to assist in the performance of their duties, including the White House for employment, security, or access purposes and for matters of constitutional, statutory, or other official duties of the President.

11. Non-FBI employees acting in furtherance of a Department of Justice function.

12. Courts or adjudicative bodies when the FBI has an official interest in the proceedings.

13. Identified persons or entities to publish notice in the **Federal Register** of the routine use of information.

2

## Application for Employment
## Federal Bureau of Investigation

Position for which you are applying:
☐ Special Agent  ☐ Clerical  ☐ Honors Intern  Date: ....................
☐ Professional/Technical (Specify): ....................

### I. PERSONAL HISTORY

1. Name in Full (Last, First, Middle)

2. List all other names you have used including nicknames. If female, furnish your maiden name. If you have used a surname, other than your true name, give the time period and the circumstances under which you used this name. If you legally changed your name, give the date, place, and court in which this occurred.

3. Birth Date (Month, Date, Year)

4. Birthplace (City, State, Country, Zip Code). If foreign born to American parent(s), attach a copy of State Department Form 240 - Report of Birth Abroad of a Citizen of the United States.

5. Age   6. Sex  ☐ Female  ☐ Male

7. Social Security Account Number (See Privacy Act Notice on Cover Page)

8. Marital Status:
☐ Never Married  ☐ Engaged  ☐ Married  ☐ Separated  ☐ Legally Separated  ☐ Divorced  ☐ Widowed
a. Give marriage date and place (City, State, Zip Code).

b. Give the dates, places (City, State, Zip Code), and reason for all separations, divorces, or annulments.

9. Citizenship
   a. Country of current citizenship: ....................  b. Citizenship acquired by: ☐ Birth  ☐ Naturalization
   c. Date and place (City, State, Zip Code) of naturalization: ....................
   d. Naturalization Certificate Number: ....................  e. Alien Registration Number: ....................
   f. Name used when entering the United States ....................
   g. If you are or were a dual citizen of the United States and another country, provide the name of that country: ....................

### II. RESIDENCES

List all places where you have lived and account for all time periods. Begin with your most recent place of residence and work back to age 16. Be sure to indicate the actual physical location of your residence. Do not use a post office box as an address, and do not list a permanent address when you are actually living at school. During military service, be sure to list each place of residence, including your base or ship/home port.
* Note: If you need additional space, attach FD-140s (Continuation Sheet to FD-140).

| Month/Year - Month/Year | Street Address | Apt.# | City (County) | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|---|
| 1. to Present | | | | | | ( ) |
| Apartment Complex/Landlord | Street Address | Apt.# | City (County) | State | Zip Code | |
| 2. Month/Year - Month/Year to | Street Address | Apt.# | City (County) | State | Zip Code | Telephone Number ( ) |
| Apartment Complex/Landlord | Street Address | Apt.# | City (County) | State | Zip Code | |
| 3. Month/Year - Month/Year to | Street Address | Apt.# | City (County) | State | Zip Code | Telephone Number ( ) |
| Apartment Complex/Landlord | Street Address | Apt.# | City (County) | State | Zip Code | |

The Federal Bureau of Investigation is an equal opportunity employer.

| Field Office | |
|---|---|
| SEARCHED | INDEXED |
| SEARCHED | FILED |
| FBI- | |

| Headquarters | |
|---|---|
| 67- | |
| SEARCHED | NUMBERED |
| THREE | |

3

## II. RESIDENCES (con't)

| Month/Year - Month/Year | Street Address | Apt.# | City (County) | | State | Zip Code | Telephone Number ( ) |
|---|---|---|---|---|---|---|---|
| 4.          to | | | | | | | |

| Apartment Complex/Landlord | Street Address | | Apt.# | City (County) | State | Zip Code |
|---|---|---|---|---|---|---|
| | | | | | | |

| Month/Year - Month/Year | Street Address | Apt.# | City (County) | | State | Zip Code | Telephone Number ( ) |
|---|---|---|---|---|---|---|---|
| 5.          to | | | | | | | |

| Apartment Complex/Landlord | Street Address | | Apt.# | City (County) | State | Zip Code |
|---|---|---|---|---|---|---|
| | | | | | | |

## III. EDUCATION

### 1. High School

| Name of High School from which you graduated or issuer of GED | Address (City, State, Zip Code) | From Month/Year | To Month/Year |
|---|---|---|---|
| | | | |

### 2. College or University

| Names and Addresses of all Colleges or Universities Attended (City, State, Zip Code) | Subject | | From Month/Year | To Month/Year | Degree Received | GPA |
|---|---|---|---|---|---|---|
| | Major | Minor | | | | |
| #1 | | | | | | |
| | | | | | | |
| #2 | | | | | | |
| | | | | | | |
| #3 | | | | | | |
| | | | | | | |

### 3. Specialized Schools

| Name and Address of School (City, State, Zip Code) | Study or Specialization | Certificate/ Degree received | From Month/Year | To Month/Year |
|---|---|---|---|---|
| #1 | | | | |
| | | | | |
| #2 | | | | |
| | | | | |

4.  Was any disciplinary action taken against you while you were in school or were you dismissed or suspended from school for academic reasons?
☐ Yes ☐ No    If yes, provide the name of the school, the action, and the date of action below.

| School | Action | Date |
|---|---|---|
| | | |
| | | |

4

## IV. EMPLOYMENT

List your employment activities, beginning with the present (#1) and working back to age 16. You should list all full-time work, part-time work, military service, temporary military duty locations over 90 days, self-employment, other paid work, and all periods of unemployment. The entire period must be accounted for without breaks, but you need not list employments before your 16th birthday. If you need additional space, attach FD-140a (Continuation Sheet to FD-140).

● Code. Use one of the codes listed below to identify the type of employment:

| | | |
|---|---|---|
| 1 - Active military duty stations | 4 - Other Federal employment | 7 - Unemployment (Include name of person who can verify) |
| 2 - National Guard/Reserve | 5 - State Government (Non-Federal employment) | 8 - Federal Contractor (List contractor, not Federal agency) |
| 3 - U.S.P.H.S. Commissioned Corps | 6 - Self-employment (Include business name and /or name of person who can verify) | 9 - Other |

### 1.
| Month/Year-Month/Year to Present | Code | Employer/Name/Military Duty Location | | | Your Position Title/Military Rank |
|---|---|---|---|---|---|

| Address of Employment | City (County) | State | Zip Code | Telephone Number ( ) |
|---|---|---|---|---|

| Immediate Supervisor | Telephone Number of Supervisor . ( ) | Reason for Leaving |
|---|---|---|

Salary/Earnings
Starting $ .............. per ........ Ending $ .............. per ........  □ Full Time  □ Part Time  Average No. of Hrs. per week ....................  Level of Security Clearance (if applicable)

Work Description (Describe your specific duties and, if applicable, include all supervisory, managerial, scientific, and professional experience.)

### 2.
| Month/Year-Month/Year | Code | Employer/Name/Military Duty Location | | | Your Position Title/Military Rank |
|---|---|---|---|---|---|

| Address of Employment | City (County) | State | Zip Code | Telephone Number ( ) |
|---|---|---|---|---|

| Immediate Supervisor | Telephone Number of Supervisor | Reason of Leaving |
|---|---|---|

Salary/Earnings
Starting $ ............ per ...... Ending $ ............ per ......  □ Full Time  □ Part Time  Average No. of Hrs. per week ............  Level of Security Clearance (if applicable)

Work Description (Describe your specific duties and, if applicable, include all supervisory, managerial, scientific, and professional experience.)

### 3.
Has any of the following happened to you? If Yes, begin with the most recent occurrence and go backward, providing date fired, quit, or left, and other information requested.  □ Yes  □ No   Attach additional sheets as necessary.
● Code. Use the following codes and explain the reason your employment ended:

| | |
|---|---|
| 1 - Fired from a job | 4 - Left a job by mutual agreement following allegations of unsatisfactory performance |
| 2 - Quit a job after being told you'd be fired | |
| 3 - Left a job by mutual agreement following allegations of misconduct | 5 - Left a job for other reasons under unfavorable circumstances |

| Month/Year | Code | Specify Reason | Employer's Name and Address (Include City/Country if outside U.S.) | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

### 4.
To your knowledge, have you ever had a clearance or access authorization denied, suspended, or revoked, or have you ever been debarred from government employment?  □ Yes  □ No  If Yes, give date of action and agency.  Note: An administrative downgrade or termination of a security clearance is not a revocation.

| Month/Year | Department or Agency Taking Action | Month/Year | Department or Agency Taking Action |
|---|---|---|---|
| | | | |
| | | | |

## V. MILITARY RECORD

1. Did you register with the Selective Service System as required.   ☐Yes  ☐No   If yes, provide the following:

Registration Number ............................................ Location (City, State, Zip Code) ..........................................

If no, provide reason:............

2. Have you served on active duty in the United States Armed Forces? ☐Yes ☐No   If yes, attach a copy of each DD-214 received and proceed to question 3.  If no, proceed to Part VI.

3. Branch of military service:

| 4. Dates of active duty  (Month, Date, Year) | 5.  Military Serial Number  or  SSAN: |
|---|---|
| From: .........................................To: ......................... | |
| From: .........................................To: ......................... | 6.  Are you a member of the Reserve?  ☐Yes  ☐No<br>☐Ready  ☐Standby<br>Branch of Service: ....................................... |

7. Was any disciplinary action taken against you while you were in the service?  ☐Yes  ☐No   If applicable, be sure to include nonjudicial punishment and Article 15s.  If yes, provide details. ...........................................

8. Have you served in the National Guard? ☐Yes  ☐No  If yes, provide dates, unit location, and name of Commanding Officer.

9. a. Do you claim Veterans Preference?  ☐Yes  ☐No
   b. If yes, indicate dates of service and attach DD-214. ....................................
   c. If claiming 10-point Veterans Preference, in addition to your DD-214, you must provide a Standard Form 15 (Application for 10-point Veteran Preference) with appropriate documentation.

## VI. REFERENCES/SOCIAL ACQUAINTANCES

List three people who know you well and live in the United States.  They should be good friends, peers, colleagues, college roommates, etc., whose combined association with you covers as well as possible the last 10 years.  Do not list your spouse, former spouse, or other relatives, and try not to list anyone who is listed elsewhere on this form.

| 1. Complete Name | |
|---|---|
| | Home Address ............................................. |
| _(Last, First, Middle)_ | (City, State, Zip Code) ............................................. |
| Yrs. Acq. \| Occupation | Home Phone (Including Area Code) ............................................. |
| | Business Address ............................................. |
| DOB or Approximate Age | Business Phone (Including Area Code) ............................................. |
| 2. Complete Name | |
| | Home Address ............................................. |
| _(Last, First, Middle)_ | (City, State, Zip Code) ............................................. |
| Yrs. Acq. \| Occupation | Home Phone (Including Area Code) ............................................. |
| | Business Address ............................................. |
| DOB or Approximate Age | Business Phone (Including Area Code) ............................................. |
| 3. Complete Name | |
| | Home Address ............................................. |
| _(Last, First, Middle)_ | (City, State, Zip Code) ............................................. |
| Yrs. Acq. \| Occupation | Home Phone (Including Area Code) ............................................. |
| | Business Address ............................................. |
| DOB or Approximate Age | Business Phone (Including Area Code) ............................................. |

6

## VII. FOREIGN TRAVEL

1. List all foreign countries you have visited.  (Include travel while serving in the United States Armed Forces.)  Under "Reasons for Travel" indicate whether the travel was for business, pleasure, education, or other. Attach additional sheets as necessary.

Passport Number: _____   Date issued _____

| Countries Visited | From Month/Year | To Month/Year | Reasons for Travel |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

2. Have you served in the Armed Forces of a foreign country?  ☐ Yes  ☐ No  If yes, specify country, type of service, and dates of service.

3. Do you or members of your immediate family, including in-laws, have relatives now residing outside the United States?  (Do not include relatives living abroad who are in the Armed Forces or employed by the United States Government.)  ☐ Yes  ☐ No  If yes, provide information requested below.

| Name | Age | Relationship | Frequency of Contact | City | Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

4. Have you or members of your immediate family, including in-laws, had contact with foreign diplomatic establishments or their representatives in the U.S. or abroad, which include commercial, consular, news media, and trade or travel organizations?  ☐ Yes  ☐ No  If yes, explain the circumstances on a separate page.

5. Have you or members of your immediate family, including in-laws, been employed by or acted as a consultant for a foreign government, firm, or agency?  ☐ Yes  ☐ No  If yes, attach a separate page explaining the circumstances.

6. Have you or members of your immediate family, including in-laws, had contact with a foreign government, its establishments (embassies or consulates), or its representatives (either inside or outside the United States) for other than official government business?  (Do not include routine visa applications and border-crossing contacts.)  ☐ Yes  ☐ No  If yes, attach a separate page explaining the circumstances.

## VIII. ASSOCIATION RECORD

1. Have you been an officer or a member of or contributed to an organization that is dedicated to the violent overthrow of the United States Government and that engages in illegal activities with the specific intent to further that end?  ☐ Yes  ☐ No  If yes, provide details.

2. Have you engaged in acts or activities designed to overthrow the United States Government by force?  ☐ Yes  ☐ No  If yes, provide details.

## IX. COURT RECORD

1. Have you been a party to a civil court action?  ☐ Yes  ☐ No  If yes, provide the requested information below.

| Month/Year | Nature of Action | Result of Action | Names of parties, (identify plaintiff and defendant) the court and address (city, county, state, zip code; or country if a court outside the U.S.) |
|---|---|---|---|
| | | | |
| | | | |

2. Have you ever been arrested or charged with any violation including traffic, but excluding parking tickets?  ☐ Yes  ☐ No  If yes, list all such matters even if not formally charged or no court appearance, or found not guilty, or matter settled by payment of fine or forfeiture of collateral. Attach additional sheets as necessary.

| Date | Place and Department | Charge | Court and Place | Disposition | Details |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

7

## IX. COURT RECORD (continued)

3. To your knowledge, have any members of your immediate family been arrested? ☐ Yes ☐ No  If yes, list all such matters even if not formally charged or no court appearance, or found not guilty, or matter settled by payment of fine or forfeiture of collateral. Attach additional sheets as necessary.

| Date | Place and Department | Charge | Court and Place | Disposition | Details |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

## X. FINANCIAL STATUS

| | | |
|---|---|---|
| 1. Have you ever been over 120 days delinquent on any debt(s) or had any debt placed for collection? | | ☐ Yes ☐ No |
| 2. Are you currently delinquent on any debt(s)? | | ☐ Yes ☐ No |
| 3. Have you ever filed a petition under any chapter of the bankruptcy code (to include Chapter 13)? | | ☐ Yes ☐ No |
| 4. Have you ever had your wages garnished or had any property repossessed for any reason? | | ☐ Yes ☐ No |
| 5. Have you ever had a lien placed against your property for failing to pay taxes or other debts? | | ☐ Yes ☐ No |
| 6. Have you ever had any judgments filed against you? | | ☐ Yes ☐ No |
| 7. Are you currently delinquent or have you ever been in default on any student loan? | | ☐ Yes ☐ No |

If you answered "Yes" to items 1-7, provide the information requested below:

| Month/Year | Action Taken | Amount | Name Action Occurred Under | Name/ Address of Court or Agency Handling Case | City | Zip Code |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

8. Are you current on all federal, state and local tax debts? (Include individual and employer tax debts that apply to you).
☐ Yes ☐ No  If no, provide details.

9. Do you have income from sources other than your salary or your spouse's salary? ☐ Yes ☐ No  If yes, specify the source and amount

## XI. SPECIAL QUALIFICATIONS AND SKILLS

1. Do you have foreign language abilities? ☐ Yes ☐ No  If yes, indicate your foreign language proficiency by rating each category of ability as "slight," "good" or "fluent."

| Name of Language | Speak | Understand | Read | Write |
|---|---|---|---|---|
| | | | | |

2. Are you a member of the bar? ☐ Yes ☐ No  If yes, give the date of membership and the state below. Also indicate if any complaints or grievances were ever filed against you. (If applicable)

| Date | State | Grievance/Complaint Information |
|---|---|---|
| | | |

3. Are you a Certified Public Accountant? ☐ Yes ☐ No  If yes, give the date of membership and the state below. Also indicate if any complaints or grievances were ever filed against you. (If applicable)

| Date | State | Grievance/Complaint Information |
|---|---|---|
| | | |

4. a. Are you a licensed automobile driver? ☐ Yes ☐ No  b. Are you a licensed motorcycle driver? ☐ Yes ☐ No
Do you possess a Commercial Driver's License? ☐ Yes ☐ No  If yes to a., b., or c. indicate the following:

State: .................................. Expiration Date: .................................. License # (s): ..................................

State: .................................. Expiration Date: .................................. License # (s): ..................................

5. Do you have any special skills for which certification or licensing is required? (Nurse, Emergency Medical Technician, Pilot, Real Estate, Cosmetology, etc.)

8

## XII. RELATIVES

All applicants must give complete information concerning their close relatives and in-laws. Relatives include spouse, parents, stepparents, siblings, step and half siblings, children, and stepchildren. This information will be verified through a background investigation. If you have been married more than once, give the requested information for each former spouse. For deceased relatives, give the requested information and indicate the decedent's last residence and year of death. If you or your spouse were raised by legal guardians or others, give the requested information on them as well as the biological parents. If you are engaged to be married, indicate this in Part 1, Block 8, and give information on your future spouse and future in-laws in Part XII, Blocks 21 through 26, clearly indicating that they are future relationships. For any relatives (excluding in-laws) who were born outside the United States to American parents, attach a copy of State Department Form - 240.

| 1. FATHER (Last, First, Middle) | 2. MOTHER (Last, First, Middle) (Maiden) |
|---|---|
| Address  (City, State, Zip Code) | Address  (City, State, Zip Code) |
| Name of Firm or Employer | Name of Firm or Employer |
| Address of Employer  (City, State, Zip Code) | Address of Employer  (City, State, Zip Code) |
| Date of Birth           Place of Birth | Date of Birth           Place of Birth |
| 3. SPOUSE (Last, First, Middle) (Maiden) | 4. FORMER SPOUSE (Last, First, Middle) (Maiden) |
| Address  (City, State, Zip Code) | Address  (City, State, Zip Code) |
| Name of Firm or Employer | Name of Firm or Employer |
| Address of Employer  (City, State, Zip Code) | Address of Employer  (City, State, Zip Code) |
| Date of Birth           Place of Birth | Date of Birth           Place of Birth |
| 5. CHILD (Last, First, Middle) (Maiden) | 6. CHILD'S SPOUSE (Last, First, Middle) (Maiden) |
| Address  (City, State, Zip Code) | Address  (City, State, Zip Code) |
| Name of Firm or Employer | Name of Firm or Employer |
| Address of Employer  (City, State, Zip Code) | Address of Employer  (City, State, Zip Code) |
| Date of Birth           Place of Birth | Date of Birth           Place of Birth |

9

## XII. RELATIVES (continued)

| 7. CHILD (Last, First, Middle) (Maiden) | 8. CHILD'S SPOUSE (Last, First, Middle) (Maiden) |
|---|---|
| Address (City, State, Zip Code) | Address (City, State, Zip Code) |
| Name of Firm or Employer | Name of Firm or Employer |
| Address of Employer (City, State, Zip Code) | Address of Employer (City, State, Zip Code) |
| Date of Birth          Place of Birth | Date of Birth          Place of Birth |
| 9. BROTHER (Last, First, Middle) | 10. BROTHER'S SPOUSE (Last, First, Middle) (Maiden) |
| Address (City, State, Zip Code) | Address (City, State, Zip Code) |
| Name of Firm or Employer | Name of Firm or Employer |
| Address of Employer (City, State, Zip Code) | Address of Employer (City, State, Zip Code) |
| Date of Birth          Place of Birth | Date of Birth          Place of Birth |
| 11. BROTHER (Last, First, Middle) | 12. BROTHER'S SPOUSE (Last, First, Middle) (Maiden) |
| Address (City, State, Zip Code) | Address (City, State, Zip Code) |
| Name of Firm or Employer | Name of Firm or Employer |
| Address of Employer (City, State, Zip Code) | Address of Employer (City, State, Zip Code) |
| Date of Birth          Place of Birth | Date of Birth          Place of Birth |
| 13. BROTHER (Last, First, Middle) | 14. BROTHER'S SPOUSE (Last, First, Middle) (Maiden) |
| Address (City, State, Zip Code) | Address (City, State, Zip Code) |
| Name of Firm or Employer | Name of Firm or Employer |
| Address of Employer (City, State, Zip Code) | Address of Employer (City, State, Zip Code) |
| Date of Birth          Place of Birth | Date of Birth          Place of Birth |

## XII. RELATIVES (continued)

| 16. SISTER (Last, First, Middle) (Maiden) | 16. SISTER'S SPOUSE (Last, First, Middle) |
|---|---|
| Address (City, State, Zip Code) | Address (City, State, Zip Code) |
| Name of Firm or Employer | Name of Firm or Employer |
| Address of Employer (City, State, Zip Code) | Address of Employer (City, State, Zip Code) |
| Date of Birth          Place of Birth | Date of Birth          Place of Birth |
| 17. SISTER (Last, First, Middle) (Maiden) | 18. SISTER'S SPOUSE (Last, First, Middle) |
| Address (City, State, Zip Code) | Address (City, State, Zip Code) |
| Name of Firm or Employer | Name of Firm or Employer |
| Address of Employer (City, State, Zip Code) | Address of Employer (City, State, Zip Code) |
| Date of Birth          Place of Birth | Date of Birth          Place of Birth |
| 19. SISTER (Last, First, Middle) (Maiden) | 20. SISTER'S SPOUSE (Last, First, Middle) |
| Address (City, State, Zip Code) | Address (City, State, Zip Code) |
| Name of Firm or Employer | Name of Firm or Employer |
| Address of Employer (City, State, Zip Code) | Address of Employer (City, State, Zip Code) |
| Date of Birth          Place of Birth | Date of Birth          Place of Birth |
| 21. FATHER-IN-LAW (Last, First, Middle) | 22. MOTHER-IN-LAW (Last, First, Middle) (Maiden) |
| Address (City, State, Zip Code) | Address (City, State, Zip Code) |
| Name of Firm or Employer | Name of Firm or Employer |
| Address of Employer (City, State, Zip Code) | Address of Employer (City, State, Zip Code) |
| Date of Birth          Place of Birth | Date of Birth          Place of Birth |

11

## XII. RELATIVES (continued)

| 23. SPOUSE'S BROTHER  (Last, First, Middle) | 24. SPOUSE'S BROTHER  (Last, First, Middle) |
|---|---|
| Address (City, State, Zip Code) | Address (City, State, Zip Code) |
| Name of Firm or Employer | Name of Firm or Employer |
| Address of Employer (City, State, Zip Code) | Address of Employer (City, State, Zip Code) |
| Date of Birth          Place of Birth | Date of Birth          Place of Birth |
| 25.  SPOUSE'S SISTER  (Last, First, Middle) (Maiden) | 26. SPOUSE'S SISTER  (Last, First, Middle) (Maiden) |
| Address  (City, State, Zip Code) | Address  (City, State, Zip Code) |
| Name of Firm or Employer | Name of Firm or Employer |
| Address of Employer  (City, State, Zip Code) | Address of Employer  (City, State, Zip Code) |
| Date of Birth          Place of Birth | Date of Birth          Place of Birth |

12

## XIII. COTENANTS

List all individuals with whom you have resided in the last 5 years, for a period of 30 days or more.  Do not include relatives listed in section XII above (Attach additional sheets if necessary.)

| 1.  Name (Last, First, Middle) (Maiden) | 2.  Name (Last, First, Middle) (Maiden) |
|---|---|
| Current Address  (City, State, Zip Code) | Current Address  (City, State, Zip Code) |
| Home Telephone Number | Home Telephone Number |
| Name of Firm or Employer | Name of Firm or Employer |
| Address of Employer  (City, State, Zip Code) | Address of Employer  (City, State, Zip Code) |
| Work Telephone Number | Work Telephone Number |
| Date of Birth          Place of Birth | Date of Birth          Place of Birth |
| Dates of Residence     From: (Month, Day, Year)  To: (Month, Day, Year) | Dates of Residence     From: (Month, Day, Year)  To: (Month, Day, Year) |

## XIV. CITIZENSHIP OF RELATIVES/COTENANTS

Are any close relatives or cotenants naturalized or non-United States citizens? ☐ Yes ☐ No  If yes, provide the information below. (You do not need to list this information for in-laws unless they currently reside with you).  Attach additional pages, if necessary.

| Full Name | Name Used When Entering U.S. | Relationship to Applicant | Alien Registration Number | Naturalization Number, Date, and Place of Naturalization (City, State, Zip Code) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## XV. FRIENDS OR ACQUAINTANCES EMPLOYED BY THE FBI

| Full Name | Location | Length of Acquaintance |
|---|---|---|
|  |  |  |
|  |  |  |

## XVI. PHYSICAL DATA

| 1.  Height Without Shoes | 3.  Persons with a disability who require an accommodation to complete the application process are required to notify the FBI of their need for the accommodation. |
|---|---|
| 2.  Weight Without Clothes |  |

13

## XVII. PERSONAL DECLARATIONS

1. Have you used marijuana during the last 3 years? ☐ Yes ☐ No

2. Have you used marijuana more than 15 times? ☐ Yes ☐ No

3. Have you used an illegal drug or combination of illegal drugs, other than marijuana, more than 5 times? ☐ Yes ☐ No

4. Have you used an illegal drug or combination of illegal drugs, other than marijuana, during the last 10 years? ☐ Yes ☐ No

5. Have you used an illegal drug while employed in a law enforcement or prosecutorial position? ☐ Yes ☐ No

6. Have you used an illegal drug while employed in a position of high-level responsibility or public trust? ☐ Yes ☐ No

7. Have you ever sold illegal drugs? ☐ Yes ☐ No  If yes, provide details.

8. Do you understand that all prospective FBI employees will be required to submit to a urinalysis for drug abuse prior to employment? ☐ Yes ☐ No

9. List all federal agencies and any state or local law enforcement agencies to which you have applied for employment.

10. Has any organization listed in number 9 above investigated, interviewed, tested, or polygraphed you?  If so, indicate the name of the agency and the date and type of pre-screening method.

11. Are you now or have you been a member of a foreign or domestic organization, association, movement, group, or combination of persons that is totalitarian, fascist, communist, or subversive or that has adopted or shows a policy of advocating or approving acts of force or violence to deprive other persons of their rights under the Constitution of the United States or that seeks to alter the form of Government of the United States by unconstitutional means? ☐ Yes ☐ No  If yes, provide details.

12. Have you been a member of a foreign intelligence organization, or have you supported or had any connection with its activities? ☐ Yes ☐ No  If yes, provide details.

13. All information on this application will be investigated. Are you therefore aware of any information about yourself or anyone with whom you are or have been closely associated (including relatives and roommates) that tends to reflect unfavorably on your reputation, morals, character, abilities, or loyalty to the United States? ☐ Yes ☐ No  If yes, provide complete details.

## XVIII. AVAILABILITY OF APPLICANT

1. Have you previously submitted an application for employment to the FBI? ☐ Yes ☐ No

Date:............................................  Position:...................................................................

2. Are you willing to relocate to Washington, D.C., or to another duty station at your own expense? ☐ Yes ☐ No

3. If appointed as a Special Agent, do you agree to serve a minimum of 3 years, and do you clearly understand that you must be available for an assignment wherever your services are needed? ☐ Yes ☐ No

4. If applying for a position which duties typically require travel, are you prepared to accept temporary duty assignments anywhere worldwide? ☐ Yes ☐ No

5. What is the earliest date that you would be available for employment?

6. How much notice do you need to report for work?

7. Do you understand that if you are appointed to a support position, you are not assured of an appointment to Special Agent even if you qualify for the position in the future? ☐ Yes ☐ No

14

---

### XIX. PHOTOGRAPH

All Applicants - For identification, attach an unmounted full-face photograph of yourself, no larger than 3/4 x 2 1/2 inches.  Print your name plainly on the back of the photograph.  The photograph must be taken no more than 3 months prior to the date of this application.  Please note that this photograph, as well as other materials that you submit, will become the property of the FBI and will not be returned.

---

### ATTENTION - THIS STATEMENT MUST BE SIGNED BY THE APPLICANT

I understand that I will be required to submit to a pre-employment polygraph examination to assist the Federal Bureau of Investigation in determining my qualifications for a Top Secret Security Clearance and suitability for employment.

I understand that all appointments are probationary for a period of one year, except for Special Agents and Forensic Examiners which have a probationary period of two years, during which time I must demonstrate my fitness for continued employment with the Federal Bureau of Investigation. I understand that, in many parts of the FBI, it has been necessary to establish regular night and midnight shifts, as well as weekend duty, and that I may be required to work such schedules as needs arise. I further understand that any appointment offered to me will be contingent on the results of a complete character and fitness investigation, and I am aware notwithstanding a State Expungement Order concerning criminal history that willfully withholding information or making false statements on this application will be grounds for dismissal from the Federal Bureau of Investigation and constitutes a violation of Section 1001, Title 18 of the U.S. Criminal Code. I agree to these conditions and hereby certify that all of my statements on this application are, to the best of my knowledge, true and complete.

Finally, I understand that as an applicant for employment with the Federal Bureau of Investigation, I have been notified that if I believe I have been discriminated against because of race, color, religion, sex, sexual orientation, national origin, age (must be at least 40 years old) or disability (mental or physical or both), or as a reprisal for previous involvement in the EEO process, I must contact an EEO Counselor at any FBI field office or at FBI Headquarters within 45 calendar days of an alleged discriminatory action. I also understand that if I fail to contact a counselor within 45 days, it is likely that I may forfeit my right to pursue a claim of discrimination.

Printed Name

Signature (as usually written, without nicknames)

Date

15

FD-140a (7-17-00)

## CONTINUATION SHEET FOR FD-140

INSTRUCTIONS:  Use this form to continue your answers to Sections II. Residences and IV.  Employment.  Follow the instructions on the FD-140 and give information in the same sequence.  Use as many continuation sheets as needed.

| Your Name: | Social Security Number: |
|---|---|

## II. RESIDENCES (continued)

| Month/Year - Month/Year | Street Address | Apt.# | City (County) | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|---|
| 1. to | | | | | | ( ) |
| Apartment Complex/Landlord | Street Address | Apt.# | City (County) | | State | Zip Code |

| Month/Year - Month/Year | Street Address | Apt.# | City (County) | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|---|
| 2. to | | | | | | ( ) |
| Apartment Complex/Landlord | Street Address | Apt.# | City (County) | | State | Zip Code |

| Month/Year - Month/Year | Street Address | Apt.# | City (County) | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|---|
| 3. to | | | | | | ( ) |
| Apartment Complex/Landlord | Street Address | Apt.# | City (County) | | State | Zip Code |

| Month/Year - Month/Year | Street Address | Apt.# | City (County) | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|---|
| 4. to | | | | | | ( ) |
| Apartment Complex/Landlord | Street Address | Apt.# | City (County) | | State | Zip Code |

| Month/Year - Month/Year | Street Address | Apt.# | City (County) | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|---|
| 5. to | | | | | | ( ) |
| Apartment Complex/Landlord | Street Address | Apt.# | City (County) | | State | Zip Code |

| Month/Year - Month/Year | Street Address | Apt.# | City (County) | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|---|
| 6. to | | | | | | ( ) |
| Apartment Complex/Landlord | Street Address | Apt.# | City (County) | | State | Zip Code |

| Month/Year - Month/Year | Street Address | Apt.# | City (County) | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|---|
| 7. to | | | | | | ( ) |
| Apartment Complex/Landlord | Street Address | Apt.# | City (County) | | State | Zip Code |

## IV. EMPLOYMENT (continued)

| 1. Month/Year-Month/Year | Code | Employer/Name/Military Duty Location | Your Position Title/Military Rank | | |
|---|---|---|---|---|---|

| Address of Employment | City (County) | State | Zip Code | Telephone Number |
|---|---|---|---|---|
| | | | | ( ) |

| Immediate Supervisor | Telephone Number of Supervisor | Reason for Leaving |
|---|---|---|

| Salary/Earnings | Average No. of Hrs. per week | Level of Security Clearance (if applicable) |
|---|---|---|
| Starting $_____ per ____ Ending $_____ per ____ | ☐ Full Time  ☐ Part Time | |

Work Description (Describe your specific duties and, if applicable, include all supervisory, managerial, scientific, and professional experience.)

FD-190 (Rev. 4-25-91)        —        **Special Agent Interview Form** 

**Note:** *Read verbatim to applicant:* "Do you fully realize that willfully withholding information or making false or incomplete statements during this interview will be a basis for dismissal from the FBI and that making a false statement is a violation of Title 18, U.S. Code, Section 1001?" Did applicant acknowledge understanding? ☐ Yes ☐ No

**To: Director, FBI**                                      Form FD-535 must be executed and attached to this form.

| 1. Name of applicant (*Last, First, Middle*) | | 2. Sex<br>☐ Male<br>☐ Female | 3. U.S. citizen<br>☐ Yes<br>☐ No | 4. Age | 5. Height (*without shoes*) | 6. Weight |
|---|---|---|---|---|---|---|

**7.** Addresses and telephone numbers

Residence _____     Telephone _____

Business _____     Telephone _____

| 8. Field Office | 11. Interviewers' Typed Names and Signatures | 12. Overall Recommendation |
|---|---|---|
| **9.** Date | | ☐ Acceptable |
| **10.** Place of Interview | | ☐ Unacceptable |

**13.** Availability    (a)  Applicant is completely available for general and special assignment wherever and whenever services are needed and is willing to serve a minimum of three years.   ☐ Yes ☐ No

(b)  The demanding requirements, including overtime, transfers, etc., have been thoroughly discussed with applicant?  ☐ Yes ☐ No
(*If "No" explain under item #27.*)

(c)  Is applicant aware of any physical or other problems of any nature involving applicant, family members or members of spouse's family which would preclude acceptance and continuous availability if appointment is offered?  ☐ Yes ☐ No
(*If "Yes" explain under item #27.*)

**14.**  (a)  Earliest date applicant can report for work _____

(b)  Minimum number of days' notice required prior to reporting for work _____

**Miscellaneous**

**15.**  If applicant has not listed a Social Security Number on application, has applicant been advised that if offered appointment applicant should have one when reporting for duty?
☐ Yes ☐ No   SSAN: _____

**Note:** *(If the answer to question 17, 18,19, 20, or 21 is "Yes" secure full details, including pertinent names, dates, and places, and include under item #27 using additional sheets if necessary.)*

| 16. Does applicant use alcohol?<br>☐ No ☐ Yes To what extent? | 17. Has applicant or any member of the family ever used drugs of abuse such as heroin, LSD, or marijuana without a doctor's prescription?  ☐ Yes ☐ No |
|---|---|

| 18. Has applicant or any member of the family ever suffered from, or been treated for, any form of mental illness, insanity, epilepsy, been mentally retarded, or had psychiatric consultation of any kind?  ☐ Yes ☐ No<br><br>If confined, name and address of institution _____ | 19. Has applicant ever been declared bankrupt?<br>☐ Yes ☐ No |
|---|---|

**20.**  Following question should be read verbatim to applicant: "Have you, or any member of your family, ever been sympathetic toward, affiliated in any way with, or a member of the Communist Party, any Communist or Fascist group, any group or doctrine advocating the overthrow of the U.S. Government, any group whose purpose is to deprive persons of their rights under the Constitution of the U.S. or any group or doctrine which could be construed as being subversive, opposed to the best interests of the U.S., in favor of, or controlled by, a foreign power?"  Applicant's answer:  ☐ Yes ☐ No

**21.**  Is applicant aware of any incident or information concerning himself or a relative which might tend to reflect unfavorably upon the applicant's reputation, morals, character, ability or loyalty to the United States?  ☐ Yes ☐ No

**22.**  (a)  Drives automobile  ☐ Yes ☐ No;  has valid license in State(s) of _____

(b)  Does applicant have any physical defects, including any which would preclude unrestricted, regular participation in all phases of Bureau's firearms training, physical training, and defensive tactics?  ☐ Yes ☐ No  (*If "Yes" explain under item #27.*)

(c)  Has applicant in the past or does applicant now participate in any athletic activities, such as golf, basketball, tennis, etc.,?  ☐ Yes ☐ No  (*If "Yes" explain under item #27.*)

**23.**  Reserve obligation of applicant (*Amplify under item #27.*)  ☐ None ☐ Ready ☐ Standby ☐ Retired

(a)  What is duration of applicant's obligated service? _____

(b)  Does applicant actively participate in camps, drills, etc.?  ☐ Yes ☐ No

(c)  Is applicant interested in more active participation?  ☐ Yes ☐ No

(d)  If applicant had an option to resign, would applicant do so?  ☐ Yes ☐ No

(e)  What is applicant's Military Occupational Specialty (MOS)? _____
MOS# _____

**For FBIHQ Use Only**

| Action: (*For FBIHQ use only*) | Routers Block |
|---|---|
| | |
| | FBI/DOJ |

| | | | | | | |
|---|---|---|---|---|---|---|
| **24.** Photograph:  Is photograph a good likeness? ☐ Yes   ☐ No   *(If "No" explain under item # 27.)* | | | | | | |
| **25.** How did applicant become interested in Bureau employment, i.e., career days, Bureau acquaintances, friends, relatives, etc.? | | | | | | |
| **26.** Dimension Profile Scores:  *(Circle Number)* | | | | | | |
| **Initial Impact -** Creates a good first impression, commands attention and respect in situations where little time is available for building an extensive relationship. | 0 | 1 | 2 | 3 | 4 | 5 |
| **Oral Communication -** Verbal skill, including clarity, tone, grammar, rate, organization, inflection.  This dimension includes only the verbal aspects of effective communication. | 0 | 1 | 2 | 3 | 4 | 5 |
| **Current Events -** Knowledge of local, state, national and international events. | 0 | 1 | 2 | 3 | 4 | 5 |
| **Resourcefulness -** Degree to which applicant produces new/original ideas or products, and acts in creative and effective ways. | 0 | 1 | 2 | 3 | 4 | 5 |
| **Range of Interest -** Degree to which applicant is knowledgeable about and interested in a variety of non-work activities. | 0 | 1 | 2 | 3 | 4 | 5 |
| **Interest/Motivation to Become an FBI Agent -** Degree to which applicant shows desire and preparation to become a Special Agent. | 0 | 1 | 2 | 3 | 4 | 5 |
| **Accomplishments -** Extent to which applicant produced significant achievements in school, personal life, and/or work. | 0 | 1 | 2 | 3 | 4 | 5 |
| **Overall Impression -** Acts in a way to produce a favorable impression throughout the interview; includes persuasiveness, appearance, composure, poise.  This is your general impression of the applicant throughout the interview. | 0 | 1 | 2 | 3 | 4 | 5 |

## 27.  Summary of Interview Observations *(Narrative)*

Ensure that all information included on Application, Background Information Form or developed during interview which may be of a derogatory nature or requires consideration or resolution is commented upon in your write-up. **Set forth the applicant's behavioral responses to support your rating on each of the eight dimensions as well as your overall recommendation.**  *(Use supplemental sheets if necessary.)*

FD-193 (Rev. 12-5-02)
Report of Exit and Separation

| To: | | | Date: |
|---|---|---|---|
| From: | | | |

| Name of Employee | | EOD Date | Title |
|---|---|---|---|

| Cease-active-duty Date (hour and last day physically at work) | Working Hours (Include workweek if other than Monday-Friday) |
|---|---|

| Interview Conducted By: (Signature) | Title: |
|---|---|

**Read Before Interviewing**

**Purposes:** Serves as a basis for (1) information supplied by Bureau upon request by State Unemployment Compensation Boards, (2) accurate analysis of turnover, (3) determining necessary or desirable organizational improvements, and (4) permitting a recorded recommendation regarding future reinstatement (5) and ensuring the return of government property.

**When and Where Conducted:** As promptly as possible after receipt of resignation in adequate privacy with adequate time.

**Reasons Given for Separation:** The reason that the employee documented on the SF-52, and the electronic entry of same into BPMS, should be placed in only one corresponding category of reason.

01 □ Resignation                           06 □ Military
Retirements:                               07 □ Maternity
02 □ Optional                              08 □ Reduction-in-Force (RIF)
03 □ Mandatory                             09 □ Other Federal Agency (Complete A listed below)
04 □ Disability                            10 □ Removal
05 □ Discontinued Service                  11 □ Other _____

A. **Comments:** If employee is transferring to another federal government agency, state what agency transferring to, the address, and when employment will begin on the back of the form SF-52, Request for Personnel Action.

B. Employee was advised by interviewing official that employment information beyond name, past and present positions, titles, grades, salaries, duty stations, and reason for separation as shown on the Notification of Personnel Action may be disseminated if a prospective employer is a Federal Agency or a state or local agency within the criminal justice community, without the written consent of the employee.  □ Yes  □ No

C. 1. Did employee violate terms under transfer agreement, 3-34b □ Yes  □ No; Foreign Assignment, FD-382 □ Yes □ No; Government Employees' Training Act □ Yes □ No; Transportation Expense Agreement, 3-591? □ Yes □ No
   2. Did employee resign prior to expiration of any agreement made not covered in #1, such as to remain a specific period following initial appointment or following special training? □ Yes □ No If yes, specify agreement(s) involved and explain.
   3. If support employee, did employee resign within 182 days of entrance on duty owing advanced salary? □ Yes □ No
   4. If answer to either question 1, 2, or 3 above is "Yes" and/or employee has advanced leave:
   a. □ Will the employee be indebted to the U.S. government? □ Yes □ No If yes:  How does employee intend to discharge this debt?
   _____
   b. □ Advise employee that interest can be charged on overdue payments at the current Treasury rate.
   c. □ Advise employee any money due will be held in abeyance until determination is made as to any indebtedness.

D. Employee has been advised concerning Post-Employment Restrictions in the Ethics Reform Act of 1989, as detailed in Part I, Section 1-1 (11) of the Manual of Administrative Operations and Procedures. □ Yes □ No (If No, explain why.)

E. Employee has been afforded a debriefing by his/her respective Security Officer. □ Yes □ No (If No, explain why.)

F. All documents made or received while in the FBI's service will be collected on date employee ceases active duty (exceptions:  Commendations, censure or promotion letters or copies of expense vouchers, etc.) □ Yes □ No

G. If employee is resigning for maternity purposes, appropriate block must be marked:
   □ Even though the employee may be incapacitated for duty following the cease-active-duty date, she is not entitled to a lump sum payment for sick leave.
   □ Doctor's certificate attached indicating (1) employee is incapacitated for duty after indicated cease-active-duty date, and (2) expected date of confinement.
   □ Doctor's certificate attached indicating employee can safely continue working until date specified.  (Applicable to those cases where the employee desires to work up to less than 6 weeks before expected date of delivery.)

H. Was employee advised that any inquires concerning his/her FBI employment should be directed to FBI, JEH Building, 935 Pennsylvania Ave., N. W. Washington, D.C. 20535, as such information is not available elsewhere? □ Yes □ No

I. Was retiring employee (including approved disability retirements) advised that his/her credentials/identification card and SA badge will be mounted on a retirement plaque and forwarded to him/her? □ Yes □ No  Property to be mounted on the plaque should be forwarded to FBIHQ, Retirement Office, Room 1829.

J.  For Special Agents Only: Employee was presented with Form FD-755 regarding release of personal information. ☐ Yes ☐ No (If no, explain why.)

K.  For Resigning Employees Only:  Does employee understand that favorable consideration may not be given for reinstatement unless reason(s) for resigning were compelling and beyond employee's control? ☐ Yes ☐ No

L.  For Resigning Employees Only:  Employee was presented with the Standard Form 8, "Notice to Federal Employee About Unemployment Insurance", at this time. ☐ Yes ☐ No (If no, explain why.)

M.  (1) Reports from the Property Management Application have been reviewed and all property listed for the employee will be collected on the last day of employment, ☐ Yes ☐ No (If No, explain why.)  (2) Reports from the Bureau Personnel Management System/Issued Personal Property Subsystem will be reviewed and all property will be returned on the last day of employment, ☐ Yes ☐ No. (If no, explain why.)  (3) All other automated and manual records will be reviewed for property charged to the employee and all property will be returned, ☐ Yes ☐ No. (If no, explain why.)  (4) Documentation has been verified that all firearms issued to the employee will be retrieved and returned to the Training Division, Weapons Management Facility upon separation.

N.  Recommendation re reinstatement: ☐ Yes ☐ No. (If no, explain why.)

Please have employee read and sign items 1, 2, 3, and 4, if applicable; however, if resignation tendered during personnel action inquiry, advise employee of the Bureau's procedures for employee discipline and have employee sign items 1, 2, 3, 4, and 5.

1.  I understand that this is a voluntary resignation and, as such, may under applicable law, disqualify me totally or in part from receiving unemployment compensation.

_____
Signature

2.  I hereby waive my rights under the Privacy Act of 1974, 5 United States Code 552a, and authorize the FBI to release to any state unemployment compensation commission, or other such governmental agency, information from my personnel records concerning my separation from duty for the limited purpose of providing information to that agency so that it might assess my qualification for unemployment compensation.

_____
Signature

3.  For resignations only:  I understand that I have two options regarding my health benefits coverage. (Employees who are retiring from FBI service will be advised by the Retirement Office of their options into retirement.) The first option is that after my 31 days of free coverage have ended, I may convert my health coverage to an individual plan with no waiting period for benefits. The other option is that I may continue my health benefits coverage by paying the employee share and the government share of the premium, plus an additional two percent administrative fee. Further information regarding continuation of health benefits may be obtained by calling the Employee Benefits Unit (EBU), FBIHQ, (202) 324-3771. This request must be received by EBU within 60 days after separation from the Bureau.

_____     _____
Signature                    Date

4.  I understand that Federal Law prohibits former government employees from retaining government property, including classified and/or sensitive information, firearms and other property issued to me while I was an employee of the FBI.  I understand that I may be prosecuted for possession of classified information, (as defined in MIOG, Part II, Section 35-12 (13) and (63). I further understand that pursuant to 41 CFR 128-51, I may be subject to financial recovery action for lost or stolen government property which was assigned to me. I affirm that I have returned all classified and/or sensitive information and government property that was in my custody as an FBI employee.

_____     _____
Signature                    Date

5.  I understand that I am the subject of a personnel action inquiry. Depending on the outcome of this inquiry, my position with the FBI could be terminated.  I have been advised of and understand the Bureau's procedures for employee discipline and that these procedures in certain cases allow me the opportunity to respond to any allegations and/or changes. Also, I understand that these procedures allow me in certain cases to demonstrate any facts tending to mitigate my actions. I fully understand that it is not at all certain, at this time, that I will be dismissed.  Nevertheless, I am hereby voluntarily resigning, and, therefore, freely giving up the opportunities provided by the FBI's disciplinary procedures.

_____
Signature

**GENERAL**

This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 31, 1974, for individuals supplying information for completion of the Report of Exit and Separation Form.

**AUTHORITY**

Title 28, Code of Federal Regulations, Section 0.137, authorizes the Director of the FBI to exercise power and authority vested in the Attorney General by law to take final action in matters pertaining to the employment, direction and general administration of personnel in the FBI.

**PURPOSES AND USES**

Information concerning your reason for leaving the FBI will be placed on your final Notification of Personnel Action and will be furnished to prospective employers upon their request. This information may also be used to determine your suitability for reinstatement in the FBI should you apply for reemployment.

**EFFECTS OF NONDISCLOSURE**

Disclosure of the information requested is voluntary; however, failure to supply the information may result in no reason being given for your separation from the FBI on your Notification of Personnel Action and/or your not being considered favorably for reinstatement.



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

February 13, 2004

Request No.: 0989860- 000
Subject: FORMS/21 SPECIFIC

    This letter is in reference to the Freedom of Information-Privacy Acts (FOIPA) request submitted by you to the FBI. The enclosed file is being furnished to you in its entirety. No deletions in this material were found to be necessary.

    If you desire, you may appeal any decisions reflected herein. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530, within sixty days from receipt of this letter. The envelope and the letter should be marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Inventory Worksheet
FD 503 (Rev 10 18 94)

File No _____   Re: _____   Date: _____
Number of Pages                                                    (Month/Year)

| Serial | Date | Description (Type of communication, to, from) | Actual | Rev'd | Ret'd | Ref'd | Dupe | Exemptions used or, to whom referred (Identify statute if (b) (3) cited) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

FD-515 (Rev 7-16  02)

**Accomplishment Report**
(Accomplishment must be reported and loaded into ISRAA
within 30 days from date of accomplishment)

☐ Squad supervisor approval
(please initial)

Date Prepared _____
Date Loaded _____
Data Loader's Initials _____

Accomplishment involves
(check all that apply)

- Drugs ☐
- A Fugitive ☐
- Bankruptcy Fraud ☐
- Computer Fraud/Abuse ☐
- Corruption of Public Officials ☐
- Money Laundering ☐
- Sub Invest Asst by FO (s) ☐

Asst FO(s) __, __, __, __
A,  B,  C,  D

File Number
_____

Stat Agent Soc  Sec  No
- - 

Stat Agent  Name
_____

| RA | Squad |
|----|-------|

Assisting Agents Soc Sec  No ×
1  - -
Name
2  - -
Name

Task Force
_____

Assisting Agencies × •
1 _____
2 _____

**Investigative Assistance or Technique Used**

1 Used  but did not help
2-Helped, minimally
For Sub Invest Asst by other FO (s) indicate  A,B,C,D for corresponding FO

3 - Helped, substantially
4 - Absolutely essential

| Rate | FO | IAT | Rate | FO | IAT | Rate | FO | IAT | Rate | FO | IAT |
|------|----|----|------|----|----|------|----|----|------|----|----|
| | | Fin Analyst | | | Lab Div Exam | | | UCO - Group I | | | Ft Mon - ITC |
| | | Aircraft Asst | | | Lab Field Sup | | | UCO - Group II | | | For Lang Asst |
| | | Computer | | | Pen Registers | | | UCO  Nat Back | | | Non FBI Lab Ex |
| | | Consen Mon | | | Photo Cover | | | NCAVC / VI  CAP | | | Vict With Coor |
| | | Elsur / FISC | | | Polygraph | | | Crim/NS Intel Asst | | | IO Wanted Flyer |
| | | Elsur / T  III | | | Search Warrant | | | Cnsis Neg - Fed | | | SARs |
| | | Eng  Field Spt | | | Show Money | | | Cnsis Neg - Local | | | CART |
| | | Eng  Tape Ex | | | SOG Asst | | | ERT Asst | | | Asset Forf Prog |
| | | Legats Asst | | | Swat Team | | | Butte - ITC | | | Forf Support Proj |
| | | Evid Purchase | | | Tech Ag/Equip | | | Sav - ITC | | | |
| | | Inf/CW Info | | | Phone Toll Rec | | | Poc - ITC | | | |

---

**A  Complaint / Information / Indictment**

☐ Federal  ☐ Local  ☐ International
Complaint Date _____
Check if Civil Rico Complaint ☐
Information Date _____
Indictment Date _____

**B  Locate/ Arrest**

☐ Federal  ☐ Local  ☐ International
Subject Priority  ☐ A  ☐ B  ☐ C
Locate Date _____
Arrest Date _____
☐ Subject Resisted Arrest
☐ Subject Arrested was Armed

**C  Summons Date** _____
☐ Federal  ☐ Local

**D  Recovery/Restitution/PELP X**

☐ Federal  ☐ Local  ☐ International
Recovery Date _____
Code *_____ ✓ Amount $_____
Code *_____ ✓ Amount $_____
Restitution Date _____
☐ Court Ordered  ☐ Pretrial Diversion
Code *_____ ✓ Amount $_____
PELP Date _____
Code *_____ ✓ Amount $_____

**E  Hostage(s) Released Date** _____
Released by ☐ Terrorist ☐ Other
Number of Hostages _____

**F  Conviction**

☐ Federal  ☐ Local  ☐ International
Conviction Date _____
Subject Description Code _____ *(___) •
For 6F, G, H-Include Agency Code
☐ Felony  or  ☐ Misdemeanor
☐ Plea  or  ☐ Trial
State _____ Judicial District _____

**G  U S Code Violation**

Required for sections A,B,F,and J
(Federal Only)
Title          Section          # Counts
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____

**H  Sentence Date** _____
Sentence Type _____ •
In Jail      Years____ Months ____
Suspended  Years ____ Months ____
Probation   Years__ ___ Months ____
Fines       . $_____

**I  Disruption/Dismantlement** ✓
Disruption Date _____
Dismantlement Date _____
Completion of FD-515a Side 2 **Mandatory**

**J  Civil Rico Matters  Date** _____
Also Complete "Section G"
Other Civil Matters Date _____
Judgment ____ ___ ___ ___ •
Judicial Outcome ___ ___ ___ ___ *x
Amount $_____
Suspension  Years ____ Months _____

**K  Administrative Sanction Date** _____
Subject  Description Code _____ •
Type          Length
☐ Suspension  ☐ Permanent
☐ Debarment  or
☐ Injunction  Year____ Months ____

**L  Asset Seizure Date** _____
Asset Forfeiture Date _____
CATS # Mandatory _____
Circle below one of the three asset forfeiture
Admin, Civil Judicial, or Criminal
Do not indicate $ value in Section D

**M  Acquittal/Dismissal/Pretrial Diversion**
(circle one) Date _____

**N  Drug Seizures ✓  Date** _____
Drug Code *_____
Weight _____ Code *_____
FDIN _____
Do not indicate $ value in Section D

**O  Child Victim Information**
Child located/identified Date _____
☐ Living  ☐ Deceased

---

**P  Subject Information - Required for all blocks excluding block D (Recovery/PELP), blocks E, I, L, and N**

| Name | Race * | Sex | Date of Birth | Social Security No  (if available) |
|------|--------|-----|---------------|------------------------------------|
| | | | | |
| | | | | |

For indictments/Convictions only
☐ Subject related to an LCN Asian Organized Crime (AOC)  Italian Organized Crime (IOC)  Russian/Eastern European, Caribbean  or Nigerian Organized Crime Group
Complete FD 515a  Side 1 Blocks A-E mandatory  F-H as appropriate
☐ Subject related to an OC/Drug Organization, a VCMO Program National Gang Strategy target group  or a VCMO Program National Priority Initiative target group -
Complete FD 515a, Side 1 Blocks A C only

Serial  No  of FD-515
_____

x  Additional information may be added by attaching another form or a plain sheet of paper for additional entries
•  See codes on reverse side
✓  Requires that an explanation be attached and loaded into ISRAA for recovery over $1m and PELP over $5, disruption, dismantlement  and drug seizures

For Further Instructions See  MAOP, Part II, Sections 3-5 thru 3-5 3

**PROPERTY CODES**

| | |
|---|---|
| 01 | Cash |
| 02 | Stocks  Bonds or Negot  Instruments |
| 03 | General Retail Merchandise |
| 04 | Vehicles |
| 05 | Heavy Machinery & Equipment |
| 06 | Aircraft |
| 07 | Jewelry |
| 08 | Vessels |
| 09 | Art  Antiques or Rare Collections |
| 11 | Real Property |
| 20 | All Other |

**SENTENCE TYPES**

| | |
|---|---|
| CP | Capital Punishment |
| JS | Jail Sentence |
| LP | Life Parole |
| LS | Life Sentence |
| NS | No Sentence (Subject is a Fugitive, Insane has Died or is a Corporation) |
| PB | Probation |
| SJ | Suspension of Jail Sentence |
| YC | Youth Correction Act |

**PELP CODES**

| | |
|---|---|
| 22 | Counterfeit Stocks/Bonds/Currency/ Negotiable Instruments |
| 23 | Counterfeit/Pirated Sound Recordings or Motion Pictures |
| 24 | Bank Theft Scheme Aborted |
| 25 | Ransom  Extortion or Bribe Demand Aborted |
| 26 | Theft From or Fraud Against Government Scheme Aborted |
| 27 | Commercial or Industrial Theft Scheme Aborted |
| 30 | All Other |

**RACE CODES**

| | |
|---|---|
| A | Asian/Pacific Islander |
| B | Black |
| I | Indian/American |
| U | Unknown |
| W | White |
| X | Nonindividual |

**AGENCY CODES**

| | |
|---|---|
| AFOIS | Air Force Office of Special Investigations |
| ACIS | Army Criminal Investigative Service |
| BATF | Bureau of Alcohol  Tobacco & Firearms |
| BIA | Bureau of Indian Affairs |
| DCAA | Defense Contract Audit Agency |
| DCIS | Defense Criminal Investigative Service |
| DEA | Drug Enforcement Administration |
| DOC | Department of Corrections |
| DOJ | Dept of Justice |
| EPA | Environmental Protection Agency |
| FAA | Federal Aviation Administration |
| FDA | Food and Drug Administration |
| HHS | Dept of Health & Human Services |
| HUD | Dept of Housing & Urban Development |
| INS | Immigration and Naturalization Service |
| IRS | Internal Revenue Service |
| NASA | Nat'l Aeronautics & Space Admin |
| NBIS | Nat'l NARC Border Interdiction |
| NCIS | Naval Criminal Investigative Service |
| RCMP | Royal Canadian Mounted Police |
| SBA | Small Business Administration |
| USBP | U S  Border Patrol |
| USCG | U S  Coast Guard |
| USCS | U S  Customs Service |
| USDS | U S  Department of State |
| USMS | U S  Marshals Service |
| USPS | U S  Postal Service |
| USSS | U S  Secret Service |
| USTR | U S  Treasury |
| LOC | Local |
| CITY | City |
| COUN | County |
| ST | State |
| OTHR | Other |

**JUDGMENT CODES**

| | |
|---|---|
| CJ | Consent Judgment |
| CO | Court Ordered Settlement |
| DF | Default Judgment |
| DI | Dismissal |
| JN | Judgment Notwithstanding |
| MV | Mixed Verdict |
| SJ | Summary Judgment |
| VD | Verdict for Defendant |
| VP | Verdict for Plaintiff |

**JUDICIAL OUTCOME**

| | |
|---|---|
| AG | Agreement |
| BR | Barred/Removed |
| CC | Civil Contempt |
| DC | Disciplinary Charges |
| FI | Fine |
| PI | Preliminary Injunction |
| PR | Temporary Restraining Order |
| PS | Pre filing Settlement |
| RN | Restitution |
| SP | Suspension |
| VR | Voluntary Resignation |
| OT | Other |

**DRUG CODES**

| | |
|---|---|
| COC | Cocaine |
| HER | Heroin |
| HSH | Hashish |
| KAT | Khat |
| LSD | LSD |
| MAR | Marijuana |
| MDM | Methylenedioxymethamphetamine |
| MET | Methamphetamine |
| MOR | Morphine |
| OPM | Opium |
| OTD | Other drugs |

**DRUG WEIGHT CODES**

| | |
|---|---|
| GM | Gram(s) |
| KG | Kilogram(s) |
| L | Liter(s) |
| ML | Milliliter(s) |
| P | Plant(s) |
| DU | Dosage Unit(s) |

---

**SUBJECT DESCRIPTION CODES**

**ORGANIZED CRIME SUBJECTS**

| | |
|---|---|
| 1F | Boss |
| 1G | Underboss |
| 1H | Consigliere |
| 1J | Acting Boss |
| 1K | Capodecina |
| 1L | Soldier |

**KNOWN CRIMINALS**

| | |
|---|---|
| 2A | Top Ten or I O  Fugitive |
| 2B | Top Thief |
| 2C | Top Con Man |

**FOREIGN NATIONALS**

| | |
|---|---|
| 3A | Legal Alien |
| 3B | Illegal Alien |
| 3C | Foreign Official W/out Diplomatic Immunity |
| 3D | U N  Employee W/out Diplomatic Immunity |
| 3E | Foreign Student |
| 3F | All Others |

**TERRORISTS**

| | |
|---|---|
| 4A | Known Member of a Terrorist Organization |
| 4B | Possible Terrorist Member or Sympathizer |

**UNION MEMBERS**

| | |
|---|---|
| 5D | President |
| 5E | Vice President |
| 5F | Treasurer |
| 5G | Secretary/Treasurer |
| 5H | Executive Board Member |
| 5I | Business Agent |
| 5J | Representative |
| 5K | Organizer |
| 5L | Business Manager |
| 5M | Financial Secretary |
| 5N | Recording Secretary |
| 5P | Office Manager |
| 5Q | Clerk |
| 5R | Shop Steward |
| 5S | Member |
| 5T | Trustee |
| 5U | Other |

**GOVERNMENT SUBJECTS**
(6F 6G  6H- Include Agency Code)

| | |
|---|---|
| 6A | Presidential Appointee |
| 6B | U S  Senator/Staff |
| 6C | U S  Representative/Staff |
| 6D | Federal Judge/Magistrate |
| 6E | Federal Prosecutor |
| 6F | Federal Law Enforcement Officer |
| 6G | Federal Employee  GS 13 & Above |
| 6H | Federal Employee  GS 12 & Below |
| 6J | Governor |
| 6K | Lt  Governor |
| 6L | State Legislator |
| 6M | State Judge/Magistrate |
| 6N | State Prosecutor |

**Continuation of GOVERNMENT SUBJECTS**

| | |
|---|---|
| 6S | Local Legislator |
| 6T | Local Judge/Magistrate |
| 6U | Local Prosecutor |
| 6V | Local Law Enforcement Officer |
| 6W | 6P |
| | State Law Enforcement Officer |
| 6Q | State  All Others |
| 6R | Mayor Local  All Others |
| 6X | County Commissioner |
| 6Y | City Councilman |

**BANK EMPLOYEES**

| | |
|---|---|
| 7A | Bank Officer |
| 7B | Bank Employee |

**OTHERS**

| | |
|---|---|
| 8A | All Other Subjects |
| 8B | Company or Corporation |

**CHILD PREDATORS**

| | |
|---|---|
| 9A | Child Care provider |
| 9B | Clergy |
| 9C | Athletic Coach |
| 9D | Teacher/Aide |
| 9E | Law Enforcement Personnel |
| 9F | Counselor |
| 9G | Relative |
| 9H | Stranger |
| 9I | Other |

FD-515a (Rev 6-19-00)

## Supplemental Page to the Accomplishment Report  (FD-515)

For Indictments/Convictions only
    Subject related to an LCN, Asian Organized Crime, Italian Organized Crime, Russian/Eastern European, Caribbean, or Nigerian Organized Crime Group-
    Complete FD-515a, Side 1 Blocks A-E **mandatory**, F-H as appropriate
    Subject related to an OC/Drug Organization, a VCMO Program National Gang Strategy target group, or a VCMO Program National Priority Initiative target group-
    Complete FD-515a, Side 1 Blocks A-C only

**A.** Name of Subject _____   **B** Field Office _____   Field Office File No _____

**C** Role ☐ Leadership (L)    ☐ Member (M)
        ☐ Associate (A)    ☐ Other (O)

**D** Criminal Activity - Indicate the primary criminal activity which resulted in the reported indictment and/or conviction  (Indicate only one activity )
    ☐ Labor Racketeering (LR) (See Section F and H if applicable)        ☐ Extortion (EX)
    ☐ Corruption (CR) (See Section G if applicable)        ☐ Loansharking (LS)
    ☐ Illegal Gambling (IG)        ☐ Drugs (DR)
    ☐ Other (OT), specify _____

**E. Organized Criminal Group**
  **1** LCN  ☐ Member (MEM)  ☐ Associate (ASO)

| | | | |
|---|---|---|---|
| ☐ BF | ☐ KC | ☐ NO | ☐ NY-Luchese (LU) | ☐ RC-Rochester |
| ☐ CG | ☐ LA | ☐ NY-Bonanno (BO) | ☐ PH | ☐ SF |
| ☐ CV | ☐ MW | ☐ NY-Colombo (CO) | ☐ PX | ☐ SO-San Jose |
| ☐ DN | ☐ NK-De Cavalcante | ☐ NY-Gambino (GA) | ☐ PG | ☐ SL |
| ☐ DE | ☐ NE-New England-Patriarca | ☐ NY-Genovese (GE) | ☐ PI-Pittston-Bufalino | ☐ TP |

Position
  ☐ Boss (1F)        ☐ Consigliere (1H)        ☐ Capo (1K)
  ☐ Underboss (1G)        ☐ Acting Boss (1J)        ☐ Soldier (1L)

  **2** Other Non-LCN OC Groups, specify _____  ☐ Member (M) ☐ Associate (A)

**F** Business Influenced/Affected (If applicable) Indicate below if the subject's criminal activity influenced or affected a particular trade or industry
  ☐ Toxic Waste (TW)    ☐ Building Trades (BT)    ☐ Entertainment (ET)    ☐ Hotel/Restaurant (HR)
  ☐ Carting (CR)    ☐ Meat/Poultry/Fish (MT)    ☐ Garment (GR)
  ☐ Vending (VN)    ☐ Shipping (SH)    ☐ Trucking/Trans (TT)
  ☐ Other (OT) specify _____

  Name of company subject connected with _____

**G** Elected/Appointed Public Officials - Complete if subject was a public official at time of indictment and/or conviction  Indicate one from each category
  Level -  ☐ Federal (FD)    ☐ State (ST)    ☐ Local (LO)
  Branch -  ☐ Executive (EX)    ☐ Legislative (LE)    ☐ Judicial (JD)

  Position/Title
  ☐ Governor (6J)    ☐ Mayor (6R)    ☐ City (6Y)    ☐ House of Rep/Staff (6C)    ☐ Prosecutor (6E), (6N), (6U)
  ☐ Lt Governor (6K)    ☐ County Comm (6X)    ☐ Senator/Staff (6B)    ☐ Judge/Magistrate    ☐ Law Enforcement Officer
                                              (6D), (6M), (6T)    (6F), (6P), (6V)
  ☐ Other (6Q), (6W), specify _____

**H** Union Members or Officials - If the subject was a Union member or official at the time of indictment and/or conviction, indicate the highest position the
subject held/holds in the Union and the Union's name

  Name of Union _____

  Union Affiliation
  ☐ Teamsters (TM)  ☐ Hotel and Restaurant Employee (HR)  ☐ Laborers International (LI)  ☐ Longshoremans Association (LA)

  ☐ Other (OT), specify _____

  Level - ☐ International (IN) ☐ Conference (CF) ☐ Council (CN) ☐ Local (LC) -Local No _____

  Position
  ☐ Pres (5D)    ☐ Sec/Treas (5G)    ☐ Repr (5J)    ☐ Fin Sec (5M)    ☐ Clerk (5Q)    ☐ Trustee (5T)
  ☐ Vice Pres (5E)    ☐ Ex Brd Memb (5H)    ☐ Orgzr (5K)    ☐ Rec Sec (5N)    ☐ Shop Stew (5R)
  ☐ Tres (5F)    ☐ Bus Agt (5I)    ☐ Bus Mgr (5L)    ☐ Off Mgr (5P)    ☐ Memb (5S)
  ☐ Other (5U), specify _____

Side 1

FBI/DOJ

# DISRUPTION OR DISMANTLEMENT OF AN ORGANIZATION
## Supplemental Page to the Accomplishment Report (FD-515)

*This supplemental page is ONLY required with the FD-515 when a field office is claiming either a disruption or dismantlement of an organization*

A   Definitions

An *organization* **is a group of individuals** with an identified hierarchy engaged in significant criminal activity   These organizations often engage in multiple criminal enterprises and have extensive supporting networks

A *disruption* occurs when the usual operation of an identified organization is significantly impacted so that it is temporarily unable to conduct criminal operations **for a significant period of time.**  This disruption must be the result of an affirmative law enforcement action, including, but not limited to, an arrest, indictment, or conviction of the organization's leadership, or a substantial seizure of the organization's assets

A *dismantlement* occurs when an identified organization is incapacitated to the point that it is no longer capable of operating as a coordinated criminal enterprise   The dismantlement must be the result of an affirmative law enforcement action, including, but not limited to, the arrest, indictment and conviction of all or most of its principal leadership, the elimination of its criminal enterprises and supporting networks, and the seizure of its assets   **The organization must be impacted to the extent that it is incapable of re-forming with its original ability to conduct criminal activity.**

B   Reporting limitations

More than one organization may be investigated under the same file number, however, each organization must be individually identified   **An organization can only be dismantled once.**  A dismantled organization cannot subsequently be disrupted   An organization cannot be disrupted more than once on the same day   An affirmative law enforcement action resulting in multiple arrests, seizures, indictments, or convictions of an organization's members should be reported as one disruption or one dismantlement of that organization, depending on the impact on the organization

C   Identity of organization _____
       ☐  Disrupted      ☐  Dismantled

The organization must be identified by a specific name, which may be the proper name of the organization's leader or the organization's identifying title   The organization's name must not describe a specific geographic region   After the organization has been named, the same name must be used each time a disruption or dismantlement is claimed

D   Identify the scope of the organization disrupted or dismantled

   ☐ International (I)    ☐ National (N)    ☐ Regional (R)    ☐ Local (L)

E   Describe the event(s) and how they disrupted or dismantled the targeted organization   For a claim of disruption or dismantlement, an affirmative law enforcement action must impact the organization, not just an individual   Simply listing individuals arrested, indicted or convicted, property seized, assets forfeited, etc , is not sufficient   **A concise narrative describing the relevant affirmative law enforcement action AND the resulting impact on the organization must accompany each *disruption* and each *dismantlement*.**

Side 2

FD-597 (Rev 8-11-94)                                                                      Page _____ of _____

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) _____     item(s) listed below were
                                                        ☐ Received From
                                                        ☐ Returned To
                                                        ☐ Released To
                                                        ☐ Seized

(Name)_____

(Street Address)_____

(City)_____

_____

Description of Item(s) _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Received By: _____     Received From: _____
                    (Signature)                                    (Signature)

**Notification of Document Classification Action**
FD-612 (Rev 11 4 91)

(Copies to Offices Checked)

TO ☐ Director, FBI Att   Document Classification Section
   ☐ SAC,

This form is ☐ Top Secret ☐ Secret ☐ Confidential ☐ Unclassified

☐ Albany
☐ Albuquerque
☐ Anchorage
☐ Atlanta
☐ Baltimore
☐ Birmingham
☐ Boston
☐ Buffalo
☐ Charlotte
☐ Chicago
☐ Cincinnati
☐ Cleveland
☐ Columbia
☐ Dallas
☐ Denver
☐ Detroit
☐ El Paso
☐ Honolulu
☐ Houston
☐ ASAC Brooklyn Queens (MRA)

☐ Indianapolis
☐ Jackson
☐ Jacksonville
☐ Kansas City
☐ Knoxville
☐ Las Vegas
☐ Little Rock
☐ Los Angeles
☐ Louisville
☐ Memphis
☐ Miami
☐ Milwaukee
☐ Minneapolis
☐ Mobile
☐ Newark
☐ New Haven
☐ New Orleans
☐ New York City
☐ Norfolk

☐ Oklahoma City
☐ Omaha
☐ Philadelphia
☐ Phoenix
☐ Pittsburgh
☐ Portland
☐ Richmond
☐ Sacramento
☐ St Louis
☐ Salt Lake City
☐ San Antonio
☐ San Diego
☐ San Francisco
☐ San Juan
☐ Seattle
☐ Springfield
☐ Tampa
☐ Washington
   Metropolitan Field
☐ Quantico

RE

**Counting of Paragraphs**
Reference-counted as first para , last para  on page continued to next page counted on first page only, page beginning with continued para -first full para  counted as para  one para  followed by ( )-material thereafter counted as part of original para  or referred to as "line _____ , info  not in para  form identified as "line _____", or subject matter

Buhle __ _____ ___

Urhle __ _____
If document has been destroyed or cannot be located, reply is unnecessary

Date_____  _____ _

Re _____
            (Division)

☐ Report of SA _____
☐ Letter   ☐ Airtel   ☐ Teletype
☐ LHM   ☐ Memo   ☐ Other
To _____ Dated_____
☐ Classification retained (see below)
☐ Declassified by _____ on _____
☐ Classified      ☐ Top Secret
☐ Upgraded   To   ☐ Secret
☐ Downgraded     ☐ Confidential
Classified and extended by _____ on _____
Reason for extension
FCIM, II, 1 2 4 2 _____ ☐ 1 _____ ☐ 2 _____ ☐ 3
Date of review
for declassification _____

_____
            (Division)

☐ Cover Communication
☐ Letter   ☐ Airtel   ☐ Report cover pages

To _____ Dated_____
☐ Classification retained (see below)
☐ Declassified by _____ on _____
☐ Classified      ☐ Top Secret
☐ Upgraded   To   ☐ Secret
☐ Downgraded     ☐ Confidential
Classified and extended by _____ on _____
Reason for extension
FCIM, II, 1-2 4 2 _____ ☐ 1 _____ ☐ 2 _____ ☐ 3
Date of review
for declassification _____

The above indicated changes in classification have been made   You are requested to make the changes indicated on your referenced communication(s) and all other file copies in your division   Advise local agencies previously receiving copies of communication(s) of change(s)   The routing slip can be destroyed after changes have been made

| Page | Paragraph | Line | Classification | | |
|------|-----------|------|------|------|------|
|  |  |  | ☐ TS | ☐ S | ☐ C |
|  |  |  | ☐ TS | ☐ S | ☐ C |
|  |  |  | ☐ TS | ☐ S | ☐ C |
|  |  |  | ☐ TS | ☐ S | ☐ C |
|  |  |  | ☐ TS | ☐ S | ☐ C |

☐ See reverse side for additional listings

This form is ☐ Top Secret ☐ Secret ☐ Confidential ☐ Unclassified

SAC _____

OFFICE _____

FBI/DOJ

| Page | Paragraph | Line | Classification |
|---|---|---|---|
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |
| | | | ☐ TS   ☐ S   ☐ C |

FD-624 (12 22-82)   &mdash;   **FISUR LOG COVER SHEET**

Beginning Date of FISUR _____   File # _____   Subject of FISUR _____

Shift _____   Team _____   FO _____

Check if Appropriate

☐ Subject Observed   ☐ Video   ☐ Photo   ☐ Overhear

☐ Vehicle Registration Attached   ☐ Overhear Sheet Attached   ☐ Airplane

FISUR in Support of Consensual Monitoring # _____   ☐ Significant Observations

Sensitive   FISUR in Support of TIII # _____

FISUR in Support of Undercover Operation Code Name _____   ☐ Otherwise Sensitive

| | Places Observed/Frequented | Address (if not already noted) |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

| Persons Observed | Photo | Fisur Conscious |
|---|---|---|
| Person 1 | | |
| Person 2 | | |
| Person 3 | | |
| Person 4 | | |

| | BEG | END | BEG | END | BEG | END | BEG | END |
|---|---|---|---|---|---|---|---|---|
| P1 | | | | | | | | |
| P2 | | | | | | | | |
| P3 | | | | | | | | |
| P4 | | | | | | | | |

| | Vehicles Observed | | | | | | Registration Attached |
|---|---|---|---|---|---|---|---|
| | License/State | Make Model | Year | Color | Used By | | |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |

| Unsubs Observed | HT | WT | SEX | RACE | HAIR | SKIN | EYES | AGE | PHYSICAL CHARACTERISTICS | Photo | FISUR Conscious |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UNSUB 1 | | | | | | | | | | | |
| UNSUB 2 | | | | | | | | | | | |
| UNSUB 3 | | | | | | | | | | | |
| UNSUB 4 | | | | | | | | | | | |
| UNSUB 5 | | | | | | | | | | | |

COMMENTS _____

_____

_____

_____

_____

PAGE _____ OF _____

FB1/DO (

FD-630 (Rev 1-12-87)

# NCIC Entry Form
## Missing Person

Instructions - Reverse Side

Date _____
File No _____
Agent _____
Squad _____

## Make an entry concerning

| | | |
|---|---|---|
| ☐ Endangered ☐ Juvenile (MKE) | Name | (NAM) |
| ☐ Disability ☐ Involuntary | | |
| ☐ Disaster Victim ☐ Caution | | |

| Sex (SEX) | Race (RAC) |
|---|---|
| ☐ Male | ☐ White ☐ Alaskan |
| ☐ Female | ☐ Black ☐ American Indian |
| | ☐ Unknown ☐ Asian/Pacific Islander |

| Place of Birth (POB) | Date of Birth (DOB) | Date of Emancipation (DOE) | Height (HGT) | Weight (WGT) | Eye Color (EYE) |
|---|---|---|---|---|---|
| | | | | | ☐ Blue ☐ Brown ☐ Green ☐ Maroon ☐ Black ☐ Gray ☐ Multicolored ☐ Hazel ☐ Pink ☐ Unknown |

| Hair Color (HAI) | FBI Number (FBI) | Skin Tone (SKN) |
|---|---|---|
| ☐ Black ☐ Sandy ☐ Blonde/Strawberry ☐ Red/Auburn | | ☐ Olive ☐ Albino ☐ Dark ☐ Fair ☐ Light Brown ☐ Medium Brown ☐ Sallow |
| ☐ Brown ☐ White ☐ Gray/Partially Gray ☐ Unknown | | ☐ Black ☐ Dark Brown ☐ Light ☐ Medium ☐ Ruddy ☐ Yellow |

| Scars Marks Tattoo etc (SMT) | NCIC Fingerprint Classification (FPC) |
|---|---|
| | |

| Other Identifying Number (MNU) | Social Security # (SOC) | Operator License Number (OLN) | License State (OLS) | Year of Expiration (OLY) |
|---|---|---|---|---|
| | | | | |

| Missing Person (MNP) | Date of Last Contact (DLC) | File or Case # (OCA) | Build (MIS) |
|---|---|---|---|
| | | | ☐ Very Thin ☐ Medium ☐ Heavy/Stocky ☐ Thin ☐ Muscular ☐ Obese |

Does the missing person have any broken or healed bones  artificial body parts  or missing body parts? ☐ Yes ☐ No   If so, describe

CAUTION   List any reason caution should be used with Missing Person     (MIS)

Any other miscellaneous information?     (MIS)

Below is a list of clothing and personal effects   Please indicate those items the missing person was last seen wearing   Include style  type  size  color  condition  labels  or laundry markings     (MIS)

| Item | Style/Type | Size | Color | Markings | Item | Style/Type | Size | Color | Markings |
|---|---|---|---|---|---|---|---|---|---|
| Head Gear | | | | | Shoes/Boots/Sneakers | | | | |
| Scarf/Tie/Gloves | | | | | Underwear | | | | |
| Coat/Jacket/Vest | | | | | Bra/Girdle/Slip | | | | |
| Sweater | | | | | Stockings/Pantyhose | | | | |
| Shirt/Blouse | | | | | Wallet/Purse | | | | |
| Pants/Skirt | | | | | Money | | | | |
| Belts/Suspenders | | | | | | | | | |
| Socks | | | | | | | | | |

### License Plate and Vehicle Information

| License Plate Number (LIC) | State (LIS) | Year Expires (LIY) | License Plate Type (LIT) |
|---|---|---|---|
| | | | |

| Vehicle Identification # (VIN) | Year (VYR) | Make (VMA) | Model (VMO) | Style (VST) | Color (VCO) |
|---|---|---|---|---|---|
| | | | | | |

| Blood Type (BLT) | Has missing person ever donated blood? ☐ Yes ☐ No | If a blood donor where and when? | Has the missing person been circumcised? ☐ Yes ☐ No (CRC) |
|---|---|---|---|
| ☐ A Pos ☐ B Pos ☐ AB Pos ☐ O Pos | | | |
| ☐ A Neg ☐ B Neg ☐ AB Neg ☐ O Neg | | | |

| Has the missing person ever been fingerprinted? ☐ Yes ☐ No  If yes  by whom? | Are footprints available? ☐ Yes ☐ No (FPA) | Are body X-rays available? ☐ Yes ☐ No (BXR) |
|---|---|---|
| | | |

| Does the missing person have correct vision? ☐ Yes ☐ No ☐ Glasses? ☐ Contact Lenses? | Corrective Vision Rx (VRX) | Type of Contact Lenses and Color |
|---|---|---|
| | | ☐ Hard ☐ Longwear ☐ Blue ☐ Gray ☐ Clear ☐ Soft ☐ Semi ☐ Green ☐ Brown |

| Jewelry Type (JWT) | Jewelry Description (JWL) |
|---|---|
| | |

| NCIC # (NIC) | Entered by Terminal Operator _____ Initials _____ Date _____ | (Block Stamp) |
|---|---|---|
| | | |

Additional Identifiers   Attach photo if available

**Instructions**

1  **Message Key (MKE) -** Enter the message key code that best describes the case along with the caution indicator, if needed

2  **Name (NAM) -** Place full name in this block   Nicknames and aliases should be placed in the miscellaneous information block

3  **Sex (SEX) -** Check appropriate code

4  **Race (RAC) -** Check appropriate box   Latins and Mexicans should be entered with the race code most closely representing the individual

5  **Place of Birth (POB) -** Indicate city and state or, if foreign born, city and country   Where multiple birthplaces are reported, enter verified birthplace

6  **Date of Birth (DOB) -** Enter month, day, and year   Where multiple birth dates are reported, enter verified birth date

7  **Date of Emancipation (DOE) -** Enter month, day, and year

8  **Height (HGT) -** Express in feet and inches   Round off fractions to the nearest inch

9  **Weight (WGT) -** Express in pounds, omitting fractions

10  **Eye Color (EYE) -** Check appropriate color

11  **Hair Color (HAI) -** Check appropriate color

12  **FBI Number (FBI) -** Enter number, if known

13  **Skin Tone (SKN) -** Check appropriate skin tone

14  **Scars, Marks, Tattoos and Other Characteristics (SMT) -** Place in this block only appropriate NCIC coding for scars, marks, tattoos, birthmarks, deformities, missing body parts and artificial body parts as defined in NCIC Operating and Code Manuals   Use miscellaneous block to describe all scars, marks, tattoos, etc , which are not defined in the NCIC Operating and Code Manuals and to more fully describe SMTs which have been entered in SMT block   For example, tattoo on right arm, shown as TAT R ARM in block, might be further described in miscellaneous block as a rose tattoo on inside of lower right arm

15  **NCIC Fingerprint Classification (FPC) -** Enter NCIC fingerprint classification

16  **Other Identifying Number (MNU) -** Miscellaneous numbers may be entered with appropriate identifiers (prefixes)   For first miscellaneous identifying number, use MNU block   When military service number is in fact Social Security Account Number, the number should be entered in both MNU and SOC blocks   Additional identifying numbers should be listed in Additional Identifiers space   The identifier (prefix) should precede the number and be separated from the number by use of a hyphen

17  **Social Security Number (SOC) -** Place person's Social Security Account Number in this block

18  **Operator's License Number (OLN) -** Place the person's operator license number in this block   Also show the licensing state (OLS) and the year the license expires (OLY)

19  **Missing Person (MNP) -** Enter either code MP or DV as described in NCIC Operating Manual

20  **Date of Last Contact (DLC) -** Enter the month, day, and year that the person was last seen or heard from

21  **Field Office File Number (OCA) -** Enter field office file number (include dash)

22  **Miscellaneous (MIS) -** Enter reason for caution, other pertinent data, e g , build, broken bones, etc

23  **License Plate and Vehicle Information -** Place information concerning plate and/or vehicle known to be in the possession of person in appropriate blocks under License Plate and Vehicle Information heading

24  **Blood Type (BLT) -** Check appropriate blood type

25  **Circumcision (CRC) -** Check yes or no

26  **Foot print Available (FPA) -** Check yes or no

27  **Body X-rays Available (BXR) -** Check yes or no

28  **Corrective Vision Prescription (VRX) -** Enter the person's prescription for contact lenses or glasses

29  **Jewelry Type (JWT) -** Check NCIC Manual for appropriate data

30  **Jewelry Description (JWL) -** Enter description of jewelry (maximum 100 alphanumeric characters)

31  **Additional Identifiers -** List information concerning additional license plate (number, state, year expires and type), Social Security numbers, operator license number, state, and year expires, vehicle information (VIN, VYR, VMA, VMO, VST, VCO), MNU's, visible scars, marks, tattoos, etc , and dates of birth   Clearly identify what data is being set forth, e g , Social Security #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, Michigan operator's license 234567, expires 1972, DOBs 4/5/32, 5/3/32, etc   This information will be included in a supplemental record entry

FD-646" (Rev 4-14-88)

# FEDERAL BUREAU OF INVESTIGATION



FIELD OFFICE USE ONLY

Right Thumb Print

Div          Program

Preliminary Application For
Special Agent Position
(Please Type or Print in Ink)

Date

## I  PERSONAL HISTORY

Name in Full   (Last  First  Middle  Maiden)     List College Degree(s) Already Received or Pursuing  Major  School  and Month Year

'⎽ Mr ⎽ Miss  ⎽⎽ Ms   ☐ Mrs
Birth Date  (Month  Date  Year)          Social Security Number   (Optional)   Do you understand FBI employment requires
                                                                               availability for assignment anywhere in the U S ?
Birth Place                                                                    ☐ Yes  ☐ No

Current Address                                                    Home  Phone

Street                                           Apt  No          Area Code        Number

                                                 Work  Phone
City                    State           Zip Code                  Area Code        Number
Are you   CPA ⎽ Yes  ⎽ No    Licensed Driver ⎽ Yes ⎽ No   U S  Citizen ⎽ Yes  ☐ No
Have you served on active duty in the U S  Military?  ⎽ Yes  ⎽⎽ No  If yes  indicate branch of service and dates (month/year) of active duty
Include military school attendance (month·year)

How did you learn about or become interested in FBI employment as a     Have you previously applied for FBI employment?  ⎽ Yes  ☐ No
Special Agent?                                                          If yes, location and date

Do you have a foreign language background?  Yes ☐  No ⎽    List proficiency for each language on reverse side
Have you ever been arrested for any crime (include major traffic violations such as Driving under the Influence or while intoxicated, etc )?  Yes ⎽  No ☐
If so, list all such matters, even if not formally charged, or no court appearance, if the matter was settled by payment of fine or forfeiture of bond  Include date,
place  charge, disposition, details, and police agency on reverse side

## II  EMPLOYMENT HISTORY

Identify your most recent three years FULL TIME work experience  after high school (excluding summer  part time and temporary employment)

| From Month Year | To Month Year | Description of Work | # of hrs per week | Name/Location of Employer |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## III  PERSONAL DECLARATIONS

Persons with a disability who require an accommodation to complete the application process are required to notify the FBI of their need for the
accommodation

Have you used marijuana during the last three years or more than 15 times?  Yes ☐   No ☐

Have you used any illegal drug(s) or combination of illegal drugs, other than marijuana, more than 5 times or during the last 10 years?  Yes ☐   No ☐

All information provided by applicants concerning their drug history will be subject to verification by a preemployment polygraph examination.

Do you understand all prospective FBI employees will be required to submit to an urinalysis for drug abuse prior to employment?  Yes ☐   No ☐

Please do not write below this line

I am aware that willfully withholding information or making false statements on this application constitutes a violation of Section 1001 Title 18 U S Code and if appointed will be the basis for dismissal from the Federal Bureau of Investigation    I agree to these conditions and I hereby certify that all statements made by me on this application are true and complete  to the best of my knowledge

Signature of Applicant as usually written (Do Not Use Nickname)

The Federal Bureau of Investigation is an equal opportunity employer

## CONTINUATION SPACE TO PROVIDE ADDITIONAL INFORMATION

## GENERAL

This information is provided pursuant to Public Law 93 579 (Privacy Act of 1974), December 31, 1974  for individuals completing FBI employment application forms

## AUTHORITY

Title 28  Code of Federal Regulations  Section 0 137, authorizes the Director of the FBI to exercise power and authority vested in the Attorney General by law to take final action in matters pertaining to the employment, direction and general administration of personnel in the FBI

## PURPOSE AND USE

The principal purpose of employment application forms is to collect information needed to determine qualifications  suitability, and availability of applicants for FBI employment and of current FBI employees for reassignment  reinstatement  transfer  or promotion  Your completed application may be used to examine  rate and/or assess your qualifications  to determine if you are entitled under certain laws and regulations such as Veterans Preference  and restrictions based on citizenship, members of family already employed  and residence requirements  and to contact you concerning availability and/or interview   All or part of your completed FBI employment application form may be disclosed outside the FBI to

1  Federal agencies upon request for a list of eligibles to consider for appointment, reassignment, reinstatement, transfer  or promotion
2  State and local Government agencies under the Intergovernmental Personnel Act terms if you have expressed an interest in and availability for such employment consideration
3  State and local Government agencies under the President s Executive Exchange Program terms if you have expressed an interest in and availability for such employment consideration
4  Federal agency investigators to determine your suitability for Federal employment
5  Federal  State  or local agencies to create other personnel records after you have been appointed
6  Appropriate Federal  State, or local law enforcement agencies charged with the responsibility of investigating a violation or potential violation of the law
7  Appropriate Federal  State  or local agencies maintaining records on you to obtain information relevant to an agency decision about you
8  A requesting Federal, State, or local agency to the extent the information is relevant to the requesting agency s decision
9  Federal agency selecting officials involved with internal personnel management functions

## EFFECTS OF NONDISCLOSURE

Because the employment application forms request both optional (other skills, training  etc ) and mandatory (qualifications and biographical, etc ) data it is in your best interest to answer all questions    Omission of an item means you might not receive full consideration for a position in which the information is needed   A false answer to a question in the employment application may be grounds for not employing you  or for dismissing you after you begin work  and may be punishable by fine or imprisonment (U S  Code  Title 18, Section 1001)   All statements are subject to investigation including a check of your fingerprints  police records  and former employers   All information you give will be considered in reviewing your statement   In addition to the penalties described above  a false answer to questions relating to membership in the Communist Party  U S A   could deprive you of your right to an annuity when you reach retirement age

*U S GPO 1997-427-353/53015

FD-664 (Rev 3-14-97)
ELSUR CARD SUBMISSION

## FEDERAL BUREAU OF INVESTIGATION
### SECRET

To       Director, FBI                                                        Date _____
         Attn  **ELSUR Index Subunit**

From    SAC _____  (_____) (P)

Case Title


)


Enclosed for the  FBIHQ ELSUR Index Subunit are _____ ELSUR Cards
                                                              #
☐ **FISA**
   Source # _____          Device _____
   Source # _____          Device _____
   Source # _____          Device _____
   Source # _____          Device _____
   Source # _____          Device _____

Approved by    FISC on _____ Extension Date(s) _____, _____, _____
                        Date

☐ **CONSENSUAL MONITORING (CM) Telephonic (TCM)/Nontelephonic (NTCM)**
   ☐ TCM - # of cards _____ CM # _____   ☐ NTCM - # of cards _____ CM # _____

**ELSUR CARD SUBMISSION:**
Principal Card(s) # of Enclosures _____          Proprietary Interest (PI) Card(s) # of Enclosures _____
List Target(s) Only                                   List all Names, Addresses, Telephone # s, etc  pertaining to PI




Intercept Card(s) # of Enclosures _____
List Name/Facility Only




2 - Bureau  (_____ Enclosures)
2 -                                      (Office ELA            Case Subfile)


### SECRET
Classified By _____
Reason       _____
Declassify On

I D-644 (Rev  8-11-03)

# WARNING AND ASSURANCE TO EMPLOYEE REQUESTED
# TO PROVIDE INFORMATION ON A VOLUNTARY BASIS

You are being contacted to solicit your cooperation in an inquiry regarding information pertaining to, or allegations of, misconduct or improper performance of official duties  In accordance with the Privacy Act of 1974, you are advised that the authority to conduct this interview is contained in Title 28, Code of Federal Regulations, Section 0 85(c)

The matter under investigation could also constitute a violation of law which could result in criminal prosecution of responsible individuals

This inquiry concerns _____

_____
(State the general nature of the matter)

You have the right to remain silent if your answers may tend to incriminate you  If you do decide to answer questions or make a statement, you may stop answering at any time  Any statement you furnish may be used as evidence against you in any future criminal proceeding or agency disciplinary proceeding, or both

Although you would normally be expected to answer questions regarding your official duties, in this instance you are not required to do so  Your refusal to answer on the ground that the answers may tend to incriminate you will not subject you to disciplinary action by the FBI or the Department of Justice  However, if you do decide to answer, you must do so fully and truthfully, and you can expect to be dismissed from the rolls of the FBI if you fail to do so

Pursuant to the Privacy Act, this information is being sought for the purposes of an agency disciplinary proceeding and may potentially involve criminal prosecution  The information itself and any information or evidence resulting therefrom may be used in the course of this proceeding, which could result in disciplinary action, including dismissal  Information may be disclosed to other federal agencies for a law enforcement purpose, including prosecution, to employees of the Department of Justice in the performance of official duties,  to the Judicial Branch of the Federal Government in response to a specific request or otherwise where disclosure appears relevant to the authorized function of the recipient judicial office or court system,  and to an adjudicative body, such as the Equal Employment Opportunity Commission and the Merit Systems Protection Board, when the United States, the FBI, or its employees, in an official capacity, are parties to or have an interest in the litigation, and such records are determined by the FBI to be relevant to the litigation  Disclosure may also be made in accordance with all applicable routine uses published in the <u>Federal Register</u> for the FBI's Central Records System (JUSTICE/FBI-002) and the Blanket Routine Uses Applicable to More Than One FBI System of Records (JUSTICE/FBI-BRU)

# WAIVER

I understand the warnings and assurances stated above and I wish to answer questions or make a statement concerning this matter

_____          _____
Signature of Department of Justice Official                         Employee's Signature
Conducting Inquiry

.

_____          _____
Witness                                                                      Date

FD-645 (Rev 8-11-03)

# WARNING AND ASSURANCE TO EMPLOYEE REQUIRED
# TO PROVIDE INFORMATION

This is an official administrative inquiry regarding possible misconduct or the improper performance of official duties   In accordance with the Privacy Act of 1974, you are advised that the authority to interview you or otherwise obtain a written statement from you is contained in Title 28, Code of Federal Regulations, Section 0 85(c)

This inquiry pertains to an allegation that _____

_____

(State the general nature of the inquiry)

For purposes of this inquiry, you may be interviewed, asked to provide a written statement, or both, and the information you provide will assist in determining whether administrative action is warranted   You have a duty to participate in an interview or to provide written statements, and you can expect to be dismissed from the rolls of the FBI if you refuse to do so, or if you fail to respond fully and truthfully in any answers or written account you provide

Neither your statements nor any information or evidence gained by reason of your statements can be used against you in any criminal proceeding, except that if you knowingly and willfully provide false statements or information, you may be subject to criminal prosecution for that action

Pursuant to the Privacy Act, this information is being sought for the purposes of an agency disciplinary proceeding   The information itself and any information or evidence resulting therefrom may be used in the course of this proceeding, which could result in disciplinary action, including dismissal   Information may be disclosed to other federal agencies for a law enforcement purpose, to employees of the Department of Justice in the performance of official duties, to the Judicial Branch of the Federal Government in response to a specific request or otherwise where disclosure appears relevant to the authorized function of the recipient judicial office or court system, and to an adjudicative body, such as the Equal Employment Opportunity Commission and the Merit Systems Protection Board, when the United States, the FBI, or its employees in an official capacity, are parties to or have an interest in the litigation, and such records are determined by the FBI to be relevant to the litigation   Disclosure may also be made in accordance with all applicable routine uses published in the <u>Federal Register</u> for the FBI's Central Records System (JUSTICE/FBI-002) and the Blanket Routine Uses Applicable to More Than One FBI System of Records (JUSTICE/FBI-BRU)

# ACKNOWLEDGMENT

I have read and understand my rights and obligations as set forth above

_____          _____
Signature of Department of Justice Official                      Employee's Signature
Conducting Inquiry


_____          _____
Witness                                                              Date

Checklist - Consensual Monitoring (CM) - Telephone (Criminal Matters)
FD-670 (Rev 9-10-87)

Execute, serialize and retain in a separate sublettered file to the case file   Additional sheet(s) may be attached to this form as necessary to enter data regarding any item below   Each sheet attached should be numbered as an additional page and reflect the item number being continued

| | Serial Number | Initials |
|---|---|---|
| 1  It will be the responsibility of the case Agent and his/her supervisor to ensure compliance with these instructions | | _____ |
| 2  Review MIOG, Part II, Sections 10-9, and 10-10 through 10-10 2 | | _____ |
| 3  Contact with Squad Supervisor | | _____ |
| 4  Ensure availability of equipment and necessary support | | _____ |
| 5  Opinion of USA obtained prior to CM and confirmed in writing | _____ | _____ |
| 6  Memo to SAC for authority, initialed by Squad Supervisor, that includes brief facts of case, opinion of USA and consent of party obtained | _____ | _____ |
| 7  Tickler set for expiration of authorization, if appropriate | | _____ |
| 8  Execute FD-472 and retain as evidence | _____ | _____ |
| 9  Contact with ELSUR support employee for coordination of necessary recordkeeping | | _____ |
| 10  Contact with appropriate employee for equipment and necessary support (only after proper authorization) | | _____ |
| 11  Mark Recording for Identification purposes   See MIOG, Part II, Section 16-8 1 2 | | _____ |
| 12  Execute FD-504 in its entirely for each **original** tape at the time the tape is initially removed from the recording device or accepted into custody by the FBI | | _____ |
| 13  Complete FD-192 and attach to FD-504   Handcarry to ELSUR tape custodian for duplicating and retention   Assure adherence to 5-day evidence control rule | _____ | _____ |
| 14  Ensure FD-504 **sealed** and accepted into custody by the tape custodian | | _____ |
| 15  ELSUR indexing completed | _____ | _____ |
| 16  Stamp "ELSUR" on file jacket of Vol  I and all subsequent volumes to the case file | | _____ |
| 17  Review case file and notify ELSUR support employee in writing (by routing slip or memo) of the full name, initial overhear date and subsequent overhear dates of any individual monitored previously, but not sufficiently identified for ELSUR indexing purposes | _____ | _____ |
| 18  Supervisor's initials and date certifying compliance with above procedures | _____ (Date) | _____ |

FBI/DOJ

**Checklist - Consensual Monitoring (CM) - Nontelephone (Criminal Matters)**
FD-671 (1-25-88)

Execute, serialize and retain in a separate sublettered file to the case file   Additional sheet(s) may be attached to this form as necessary to enter data regarding any item below   Each sheet attached should be numbered as an additional page and reflect the item number being continued

|  | Serial Number | Initials |
|---|---|---|
| 1  It will be the responsibility of the case Agent and his/her supervisor to ensure compliance with these instructions | | _____ |
| 2  Review MIOG, Part II, Sections 10-9(1) and 10-10 3 through 10-10 6 | | _____ |
| 3  Contact with Squad Supervisor | | _____ |
| 4  Ensure availability of equipment and necessary support | | _____ |
| 5  Opinion of USA obtained prior to CM and confirmed in writing | _____ | _____ |
| 6  Emergency authorization, (if required) | _____ | _____ |
| 7  Communication to FBIHQ requesting routine authority (if required) | _____ | _____ |
| 8  FBIHQ/DOJ authorization obtained   Date authority begins            expires | _____ | _____ |
| 9  Tickler set for expiration and/or renewal of FBIHQ/DOJ authorization | | _____ |
| 10  Execute FD-473 and retain as evidence | _____ | _____ |
| 11  Contact with ELSUR support employee for coordination of necessary recordkeeping | | _____ |
| 12  Contact with appropriate employee for equipment and necessary support (only after proper authorization) | _____ | _____ |
| 13  Mark recording for identification purposes   See MIOG, Part II, Section 16-8 1 2 | | _____ |
| 14  Execute FD-504 in its entirety for each **original** tape at the time the tape is initially removed from the recording device or accepted into custody by the FBI | | _____ |
| 15  Complete FD-192 and attach to FD-504   Handcarry to ELSUR tape custodian for duplicating and retention   Assure adherence to 5-day evidence-control rule   See MAOP, Part II, Section 2-4 4 1(b) | | _____ |
| 16  Assure FD-504 **sealed** and accepted into custody by the tape custodian | | _____ |
| 17  ELSUR indexing completed | _____ | _____ |
| 18  Stamp "ELSUR" on file jacket of Vol  1 and all subsequent volumes to the case file | | _____ |
| 19  FD-621 submitted to FBIHQ | _____ | _____ |
| 20  Review case file and notify ELSUR support employee in writing (by routing slip or memo) of the full name, initial overhear date and subsequent overhear dates of any individual monitored previously, but not sufficiently identified for ELSUR  indexing purposes | _____ | _____ |
| 21  Supervisor's initials and date certifying compliance with above procedures | _____ (Date) | _____ |

FBI/DOJ

FD-677 (Rev 4-4-00)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**                                                                       **Date**

**To**   SAC,

**From:**   SA

**Approved By:**

**Drafted By:**

**Case ID #:**

**Title:**   SAC AUTHORITY REQUEST FOR CLOSED CIRCUIT TELEVISION (CCTV)
MONITORING WITHOUT SOUND DURING A SURVEILLANCE

**Synopsis.**  To request authority for CCTV usage WITHOUT SOUND

**Details:**   SAC authority is requested to utilize CCTV coverage of an exterior public area or an interior common area where no reasonable expectation of privacy exists  No sound authority is being requested  (If sound monitoring is desired, a consenting party is required  Use form FD-759 instead of this EC)  There will be remote monitoring, in that the camera will not be physically held by an Agent or consenting party  No consenting party is required to be in the area to be viewed for this CCTV-NO SOUND authority

This is a criminal investigation to which the provisions of the Attorney General's Guidelines for Foreign Intelligence & Foreign Counterintelligence investigations do not apply

**The area to be viewed will be:**
☐   an exterior public area,                                    ☐   an interior common area where the public has generally

unrestricted access (consult with CDC for concurrence)

**The camera will be located:**
☐  in an FBI vehicle,                                            ☐   in a non-FBI vehicle with consent to install,
☐  outdoors & no trespass is required to install,          ☐   in an area under exclusive FBI possession & control,
☐  in an area controlled by a consenting party,           ☐   Other _____

**Substantive Case Caption:**


**Synopsis of the CCTV Request:**



Name of Case Agent   SA _____

**Field Approval:**

SAC Signature   _____        _____
                                                                                          (Date)

CDC Signature   _____        _____
                                                                                          (Date)

FD-682 (1-18-85)



**U.S. Department of Justice**

Federal Bureau of Investigation

*Washington D C  20535*

# CERTIFICATION OF NONDISCRIMINATION
# FBI ACADEMY
# QUANTICO, VIRGINIA

NAME OF SCHOOL

DATE OF SCHOOL

EMPLOYEE'S NAME

**NOMINATING OFFICIAL'S STATEMENT.**

"I hereby assert that the law enforcement agency making this nomination for a representative to attend the above specialized school at the FBI Academy does not, under any program or activity receiving Federal financial assistance from the Department of Justice, exclude from participation in, deny the benefits of, or otherwise subject to discrimination any person on the grounds of race, color, or national origin, under Title VI of the Civil Rights Act 1964 (Title 42, U S C , Section 2000d, et seq , and Title 28, C F R , Part 42, Subpart C), handicapping condition, under Section 504 of the Rehabilitation Act of 1973, as amended (Title 29, U S C , Section 794), age, under the Age Discrimination Act of 1975, as amended (Title 42, U S C , Section 6101, et seq ), or sex, under Title IX of the Education Amendments of 1972 (Title 20, U S C , Section 1681)  This agency recognizes the rights of the United States to seek judicial enforcement of the assurance

| | | |
|---|---|---|
| Signature of Nominating Official | Name and Title (type or print) | Date |

| | | | |
|---|---|---|---|
| Law Enforcement Agency | City | State | Zip |

**(Forward this executed form to the Special Agent in Charge of the FBI office in your territory )**

FBI/DOJ

FD-624a (12-22-82)

# FISUR LOG COVER SHEET

BEGINNING DATE OF FISUR _____

FILE # _____

FISUR SUBJECT _____

OVERHEAR

       PERSONS OVERHEARD _____

       _____

       _____

       ENTITIES DISCUSSED   (Organizations, gang/cartels, people, nicknames, union, families, etc )

       _____

       _____

       _____

       _____

       _____

COMMENTS _____

_____

_____

_____

_____

PAGE _____ OF _____

FBI/DOJ

FD-500 (Rev 7-24-02)



# FEDERAL BUREAU OF INVESTIGATION
# REPORT OF LOST OR STOLEN PROPERTY
# PROPERTY MANAGEMENT MATTERS

This form is to be submitted to the Property Management Unit within 10 days from the date of loss or theft.

Date

To

From

Reported by                                                    Cost Center

Circumstances    ☐ Stolen      ☐ Lost      ☐ Other _____

Date of Loss/Theft _____

Description _____

Asset Classification _____ Acquisition Cost _____

Manufacturer _____ Serial Number _____

Model Number _____ Asset Number _____

☐ Confidential Property              ☐ Non-confidential Property

Did this item contain sensitive/classified information?    ☐ Yes    ☐ No
(If "yes," attach required information   See MIOG, Part II, Section 26-13 1 )

Has this item been entered into NCIC?  (If "no," please explain on attachment )    ☐ Yes      ☐ No

Date entered into NCIC _____ NIC# _____

Has administrative action been taken regarding this matter?    ☐ Yes      ☐ No

Have you advised the FBIHQ Security Division?    ☐ Yes    ☐ No

Have you forward a copy of this report to OPR?    ☐ Yes    ☐ No

Property was last assigned/charged-out to _____

Property custodian responsible for physical custody _____

**Details or explanation regarding the circumstances of this report:**
**(Continued on separate sheet if necessary):**


Recommendation of Accountable Property Officer (APO)



_____                    _____
Signature of APO                                    Signature of Supply Technician

FD-520 (12-20-77)

# FISUR LOG COVER SHEET

SUBJECT _____     CONDUCTED BY (SA/IA)

_____              _____              _____

_____              _____              _____

Day & Date _____   _____              _____

Shift _____  Team _____   _____              _____

PERSONS OBSERVED
(Note Indexing)                      TIMES OBSERVED (ADP)

| | Start | End | Start | End | Start | End | Start | End | Totals |
|---|---|---|---|---|---|---|---|---|---|
| Subject | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

SYNOPSIS

☐ Subjected observed    ☐ Contact observed    ☐ Photos attempted
☐ Subject not observed   ☐ Unusual activity    ☐ Assessment data obtained

_____ Hours    _____ Minutes  =  Total time on subject

ADMINISTRATIVE DATA

FILE #

FD-522 (Rev 04-02-03)

**HOSTAGE/BARRICADE REPORT**

Return to

**FBI Academy**
**Crisis Negotiation Unit**
**Quantico, VA 22135**
**Phone   (703)632-4202**
**   FAX   (703)632-4246**

**M = MANDATORY ENTRY**

Agency Name _____ Phone _____
Address _____
City _____
State/Province _____ Zip _____ Country _____
Prepared by _____
   (Print)   Last                    First                    MI
Date of report _____ (mm/dd/y y y y)

**Law Enforcement Serial #** _____

---

## SECTION A  INCIDENT

**1   Type   (Select one) M**

☐ Attempted Suicide   ☐ Barricade
☐ Suicide              ☐ Barricade w/victim(s)
☐ Hostage              ☐ Combination

**Method of Suicide**
☐ Firearm      ☐ Jumper
☐ Overdose     ☐ Cutting Instrument
☐ Other  (Specify) _____

**2   Was the incident**

☐ Planned
☐ Unplanned

**3   Date/Time  M**

(mm/dd/y y y y) - Time (24-hour clock)
Start _____ _____
             (mm/dd/y y y y)        Time
End _____ _____
             (mm/dd/y y y y)        Time

**4   Location   (Select one) M**

☐ Apartment/Condominium
☐ Automobile/Motorcycle
☐ Barn/Out Building
☐ Prison/Jail
☐ Other   (Specify) _____

☐ Mobile Home
☐ Office/Workplace
☐ Hotel/Motel
☐ Private Resident/Farmhouse

☐ Public Transportation
☐ Government/Public Building
☐ Hospital
☐ Outside Area

**5   Violence occurred   (Select all that apply)**

☐ Onset
☐ During
☐ Demand/Deadline
☐ Surrender/Conclusion

**6   Violence occurred against whom**

☐ Against Law Enforcement Officer
☐ Against Random Hostage/Victim
☐ Against Selected Hostage/Victim

**7   Was religion a factor in this incident?**

☐ Yes
☐ No

---

## SECTION B  NATURE OF CONTACTS

**8   Communication with subject initiated by   (Select all that apply)**

☐ Employee           ☐ Crisis Hot Line
☐ Family Member      ☐ Neighbor
☐ Law Enforcement    ☐ Social Worker
   ☐ First Responder ☐ Victim
   ☐ Negotiator      ☐ Witness/Passer By
☐ Spouse/Ex-Spouse   ☐ Friend
☐ Significant Other  ☐ Subject
☐ Health Care Professional ☐ Other  (Specify) _____

**9   Method of communication   (Select all that apply)  M**

☐ Bullhorn/PA              ☐ Written
☐ Existing Phone Service   ☐ Robot
☐ Exposed Face-to-Face     ☐ No Communication
☐ Hostage Phone            ☐ Other  (Specify)
☐ Cell Phone                  _____
☐ Voice Contact from Cover
☐ Radio/Internal Intercom
☐ Internet (i e  chat room)

**10   Were Third Party Intermediaries (TPI) used? M**

☐ Yes
☐ No

**12   The TPI   (Select one)**

☐ Helped
☐ Did not help

**13   Was a mental health consultant used during incident? M**

☐ Yes
☐ No

**11   Type of TPI used   (Select all that apply)**

☐ Clergy   (Specify type of Religion) _____
☐ Family Member  (Specify relationship) _____
☐ Friend  (Specify type) _____
☐ Mental Health Consultant   (Specify) _____
☐ Public Official  (Specify) _____
☐ Attorney  (Specify type) _____
☐ Media  (Specify) _____
☐ Other  (Specify) _____

---

1  Barricade Incident  A person(s) refusing to come out from a fortified position or release a victim where there is no substantive demand  Emotional venting predominates over achieving a clearly identified goal
2  Hostage Incident  A person(s) held against their will and the captor has made a substantive demand  It is a goal-oriented incident

# HOSTAGE/BARRICADE REPORT
## SECTION C   RESOLUTION

14  Resolution based on  **M**
- ☐ Negotiation/Surrender
- ☐ Combination negotiation/tactical
- ☐ Tactical/Intervention
- ☐ Suicide/Attempted Suicide
- ☐ Escape
- ☐ Police Withdraw/Walk Away

17  Negotiating team role in tactical action
(Select all that apply)
- ☐ Diversion
- ☐ False Concessions/Bogus Delivery
- ☐ Stalled for time for tactical preparation
- ☐ Set-Up Subject for Resolution
- ☐ Not Used

15  Type of tactical action
- ☐ Deliberate assault
- ☐ Emergency assault
- ☐ Other   (Specify) _____
- ☐ Overtaken by Hostage/Victim(s)
- ☐ Sniper Shot
- ☐ "Suicide by Cop"
- ☐ Less than lethal means (Select all that apply)
  - ☐ Rubber Bullets   ☐ Net
  - ☐ Pressure Hose   ☐ Bean Bags
  - ☐ Chemical Agent   ☐ Canine
  - ☐ Stun Gun   ☐ No Assault
  - ☐ Other  (Specify)_____

16  Date/time assault initiated
Start _____
(mm/dd/yyyy)        Time

If the Subject committed suicide also capture this data is your answer to question 45 - Status of Subject

## SECTION D   POST INCIDENT

18  Injuries to  (Select all that apply)  **M**
- ☐ Bystanders
- ☐ Law Enforcement
- ☐ None

**Explain in narrative**
**Subject/Victim status recorded later**

21  Negotiations conducted in
- ☐ English
- ☐ Spanish
- ☐ Other Language _____
  Interpreter Used   ☐ Yes   ☐ No

19  Death  (Select all that apply)  **M**
- ☐ Bystanders
- ☐ Law Enforcement
- ☐ None

**Explain in narrative**
**Subject/Victim status recorded later**

22  Number of negotiators on scene _____

20  Was there significant property damage?
- ☐ Yes
- ☐ No

## SECTION E   ANCILLARY INFORMATION (OPTIONAL)

23  Does the agency have a trained negotiation team?   ☐ Yes   ☐ No

24  Does the agency have a mental health professional assigned?   ☐ Yes   ☐ No

25  Does the agency have a dedicated tactical team?   ☐ Yes   ☐ No

26  Does the negotiation team/negotiator(s) regularly train with SWAT?   ☐ Yes   ☐ No

27  Does incident commander participate regularly in negotiation/SWAT training?   ☐ Yes   ☐ No

2

**HOSTAGE/BARRICADE REPORT**
SECTION F   SUBJECT DATA

Subject Number_____

28  Subject  **M**_____       29  Age _____       30  Sex  ☐ Female        ☐ Male
(Letter Reference)                            (Whole years)

31  Marital Status ☐ Single      ☐ Married      ☐ Separated      ☐ Divorced      ☐ Widow/Widower      ☐ Cohabitation

32  Race  **M**
☐ Black                    ☐ White
☐ Asian/Pacific Islander ☐ Hispanic
☐ Native American        ☐ Other  (Specify)
_____

33  English language fluency
(Select one)
☐ Fluent in English
☐ Other  (Specify)
_____

34  Employment ☐ Yes ☐ No
(Select all that apply)
☐ Education              ☐ Management
☐ Government            ☐ Retired
☐ Homemaker            ☐ Student
☐ Law Enforcement    ☐ Laborer
☐ Professional/Technical
☐ Self Employed/Business Owner
☐ Tradesman/Machine Operator
☐ Other  (Specify)_____

35  Education Level  (Select highest level) **M**
☐ Dropout              ☐ Unknown
☐ High School Graduate
☐ Some College
☐ College Graduate
☐ Trade School

36  Military Experience
(Select one)  **M**
☐ Prior
☐ Present
☐ None
☐ Unknown

37  Criminal History   **M**
(Select all that apply)
☐ None
☐ Unknown
apply) Prior Charges
☐ Hostage/Barricade
☐ Other Crime (Specify)_____
☐ Violent

38  Prior suicide attempts
(Select one)
☐ Unknown
☐ None
☐ One or more
(Select all that apply)
☐ Firearm
☐ Overdose
☐ Jumper
☐ Cutting Instrument

39  Mental health problems   **M**
(Select all that apply)
☐ Committed in past to State Mental
Health Facility  (Select all that
apply)
☐ Inpatient      ☐ Outpatient
☐ No Known Current Problems
☐ No Known Prior(s)
☐ Other  (Specify)_____
☐ Receiving Counseling/Therapy
☐ Resident Treatment Facility

40  Substance abuse history
(Select all that apply)
☐ Alcohol
explosi Controlled Dangerous Substance
(Specify) _____
☐ List Non-Prescription
(Specify)_____
☐ List Prescription
(Specify)_____
☐ Unknown
☐ None

41  Substance used in this
incident  (Select all that apply)
☐ Alcohol
☐ Controlled Dangerous Substance
(Specify) _____
☐ List Non-Prescription
(Specify)_____
☐ List Prescription
(Specify)_____
☐ Unknown
☐ None

42  Explosives used in this incident  **M**
☐ Yes
(Describe device and type of
☐ No

43  Weapons used in this incident  **M**
(Select all that apply)
☐ Yes
☐ Blunt Object
☐ Chemical
☐ Handgun
☐ Knife
☐ Shoulder Weapon
☐ Other  (Specify)_____
☐ No

44  Restraining order on this subject
(Select one)
☐ Existing
☐ Prior
☐ None

45  Status of subject  (Select one) **M**
☐ Suicide
☐ Injured
☐ Killed  (Select if applies)
☐ Killed - Suicide by Cop
☐ No Injury

NOTES  If there were multiple subjects involved in the incident, copy this page and fill in the data for each subject  Be sure that each subject has an assigned
sequential letter e g  A, B, C, etc  On each additional page include

Agency name _____  Date of the report  _____

3

### HOSTAGE/BARRICADE REPORT
#### SECTION G  HOSTAGE/VICTIM DATA
If no hostage taken or victim held - explain in narrative

Hostage Number _____

46  Hostage/Victim  **M** _____
(Letter Reference)

47  Age _____
(Whole Years)

48  Sex  ☐ Female  ☐ Male

49  Race  **M**

☐ Black
☐ Asian/Pacific Islander
☐ Native American

☐ White
☐ Hispanic
☐ Other  (Specify)

50  English language fluency
(Select one)
☐ Fluent in English
☐ Other  (Specify)

51  Hostage/Victim treatment  **M**
(Select all that apply)
☐ Verbally Abused
☐ Physically Abused
☐ Sexually Abused
☐ Ignored
☐ Not Mistreated
☐ Talked Freely with Subject(s)
☐ Other  (Specify) _____

52  Hostage/Victim mobility  **M**
(Select all that apply)
☐ Allowed Free Movement
☐ Movement Restricted
☐ Restrained Physically
☐ Isolated

53  Did the victim's mobility
improve during the incident?  **M**
☐ Yes
☐ No

54  Hostage/Victim survival information  **M**
(Select all that apply)
**Stockholm Syndrome**
☐ Negative Feelings Toward Law Enforcement
☐ Positive Feelings Toward Subject
☐ Subject has Returned Positive Feelings
   Toward Hostage/Victim
☐ Not a factor

55  Was subject positively influenced
by hostage/victim(s)?  **M**
☐ Yes
☐ No

56  Relationship to Subject  **M**
(Select all that apply)
☐ Employer
☐ Family Member
☐ Friend/Co-worker
☐ Law Enforcement
☐ None
☐ Other
   (Specify) _____
☐ Spouse/Ex-Spouse
☐ Significant Other

57  Hostage/Victim release  (Select one)
☐ Released at Time of Negotiated Surrender
☐ Released Prior to Resolution of Incident  (Select one)
   ☐ Negotiated Release
   ☐ Non-Negotiated Release
   ☐ Due to Health Factors
☐ Rescued by Tactical Team

58  Status of hostage/victim at end of incident   (Select one)  **M**
☐ No Injury
☐ Injured
☐ Deceased  (Select one)
   ☐ Killed by subject
   ☐ Died (Specify) _____

59  Did subject allow this hostage/victim to talk to law enforcement?  **M**      ☐ Yes      ☐ No

60  Did subject talk to law enforcement through this hostage/victim?      ☐ Yes      ☐ No

**NOTES**   If there were multiple victims involved in the incident, copy this page and fill in the data for each hostage/victim  Be sure that each victim has an assigned sequential letter e g  A, B, C  etc  On each additional page include

Agency name _____      Date of the report _____

4

## HOSTAGE/BARRICADE REPORT

**SECTION H   NARRATIVE M**
Pnnt, type, or attach police incident summary

5



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

November 17, 2003

Request No.:  0986034- 000
Subject: FORMS/21 SPECIFIC

This is in response to your Freedom of Information (FOIA) request to the Federal Bureau of Investigation.  The  enclosed documents are provided to you without redactions.

If you desire, you may appeal.  Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001 within sixty days from receipt of this letter.  The envelope and letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal."  Please cite the FOIPA number assigned to your request so that it may be easily identified.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

FD-204 (Rev. 12-1-95)

**UNITED STATES DEPARTMENT OF JUSTICE**
**Federal Bureau of Investigation**

Copy to:

Report of:                                                              Office:
Date:

Case ID #:

Title:

Character:

Synopsis:

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-208 (Rev. 01-10-02)

# DEATH OF IMMEDIATE RELATIVE

To:   Executive, Congressional, and Public Constituent        Date:
       Services Unit, OPCA, Room 6236

From: _____

Employee: _____

    ☐ Mr.     ☐ Mrs.     ☐ Ms.     ☐ Miss

Name of Deceased: _____

Relationship:  *☐ Spouse     ☐ Son    *☐ Daughter    ☐ Mother    ☐ Father
               ☐ Sister     ☐ Brother   ☐ Grandparent (if reared by)

Date of Death: _____

Employee's Home Address:


*  If deceased is a spouse or child of employee, a separate copy must be provided to the below Unit with appropriate
    information for processing of insurance benefits.

1 - Employee Benefits Unit, Room 1010
    Social Security Number of Employee: _____
    Date of Birth: _____
    Cause of Death: _____

Additional Comments:


1 - Employee Assistance Unit, Room 10190
    (Provide this copy in all instances)


(See reverse side)

FD-209 (Rev. 11-12-93)

## Memorandum



To        :   Director, FBI

From      :   SAC,

Subject   :

Date

| | |
|---|---|
| Date of Contact | |

File #s on which contacted (Use Titles if File #s not available)

Purpose and results of contact
- ☐ Negative
- ☐ Positive
- ☐ Statistic

**Description of**
**Statistical Accomplishment**                     **Title of Case**                     **File No.**

Information contained herein was obtained confidentially.  The informant's name is not to be disclosed in any form unless a conscious decision has been made to disclose his/her identity by an appropriate FBI official.

**PERSONAL DATA**

1 -
1 -
1 -
Init.
( )

***see reverse side for statistics***

FD-215 (Rev. 5-18-66)

Date _____

## INDIVIDUAL SECURITY PATROL DAILY REPORT

Name of Employee _____

Hours Worked _____

Name of Building _____

| Time | Area Covered | Remarks |
|------|-------------|---------|
|      |             |         |

☐ **Security of Bureau Automobiles**
☐ **Security of Bureau Automobile Keys**  (if applicable)

Time _____

Remarks:

_____
Employee's Signature

FBI/DOJ

Informant Review Sheet
FD-237 (Rev. 4-11-03)

Mark opposite each item the number of the serial in which the information appears. Although these items are regarded as nonvariable, additions should be noted by adding the new serial number and crossing out the old.

Symbol Number _____ Office File _____

## MANDATORY REVIEW ELEMENTS

Serial No.

1. Record Checks
   NCIC/Criminal/Bureau Identification Record
   Background Checks/Photograph

   _____
   _____
   _____

2. AG Guidelines/Yearly Admonishments/Advised
   Policy re Defense Strategy

   (YR)_____
   (YR)_____
   (YR)_____
   (YR)_____

3. Criminal Activity Authorization (Tier I/Tier II)

   _____
   _____
   _____

4. Chief Division Counsels Review of Informants' File when required
   MIOG 137-3.3. (Restrictions regarding the use/operation of
   attorneys, members of news media and specific individuals based
   on their employment or status.)

   _____
   _____
   _____

5. CI Suitability Report and Recommendation

   _____
   _____
   _____

No Serial Number
Keep on Top of Other Serials in File

D-245.1 (Rev. 1-4-99)

**U.S. Department of Justice**

Classification No.

File No.

# Federal Bureau of Investigation

Bureau File Number _____

## Field Office Criminal Investigative and Administrative Files

Serials

Volume Number

_____ Armed and Dangerous

_____ DO NOT DESTROY

_____ ELSUR

_____ Escape Risk

_____ Financial Privacy Act

_____ FOIPA

_____ NCIC

_____ OCIS

_____ Suicidal

_____ Other _____

See also Nos. _____

_____

_____

_____

_____

_____

_____

FD-245a.1
(Rev 12-23-93)

**U.S. Department of Justice**

# Federal Bureau
# of
# Investigation

Bureau File Number

Classification No.

File No.

Serials

## Field Office Informant Files

———— Armed and Dangerous

———— DO NOT DESTROY

———— ELSUR

———— Escape Risk

———— Financial Privacy Act

See also Nos.

———— FOIPA

———— NCIC

———— OCIS

———— Suicidal

———— Other

FD-245a.2
(Rev.12-23-93)

**U.S. Department of Justice**

Classification No.

# Federal Bureau
# of
# Investigation

Bureau File Number_____

Serial

## Cooperating Witness File

————————— Armed and Dangerous
————————— DO NOT DESTROY
————————— ELSUR
————————— Escape Risk
————————— Financial Privacy Act

See also Nos._____

—————————

—————————

—————————

—————— FOIPA
—————— NCIC
—————— OCIS
—————— Suicidal
—————— Other—————————

_____

_____

_____

_____

FD-245a.3
(Rev.12-23-93)

Classification No.

## U.S. Department of Justice

# Federal Bureau
# of
# Investigation

Bureau File Number

## Asset File

| | |
|---|---|
| ———— Armed and Dangerous | ———— FOIPA |
| ———— DO NOT DESTROY | ———— NCIC |
| ———— ELSUR | ———— OCIS |
| ———— Escape Risk | ———— Suicidal |
| ———— Financial Privacy Act | ———— Other——— |

See also Nos.————

FD-245b.1 (Rev. 1-9-91)

**U.S. Department of Justice**

# OFFICE OF
# LEGAL ATTACHE

Legat_____

Bureau File Number_____

Classification No.

File No.

## Field Office Criminal Investigative
## and Administrative Files

Serials

_____ Armed and Dangerous
_____ DO NOT DESTROY
_____ ELSUR
_____ Escape Risk
_____ Financial Privacy Act

_____ FOIPA
_____ NCIC
_____ OCIS
_____ Suicidal
_____ Other _____

See also Nos. _____

_____
_____
_____
_____

_____
_____
_____
_____

FD-245c.1 (Rev. 9-1-94)

**U.S. Department of Justice**

Classification No.

# Federal Bureau
# of
# Investigation

Bureau File Number ————————

## National Security Investigative Files

———— Armed and Dangerous      ———— FOIPA
———— DO NOT DESTROY             ———— NCIC
———— ELSUR                      ———— OCIS
———— Escape Risk                ———— Suicidal
———— Financial Privacy Act      ———— Other————

See also Nos.————————

FD-245d (Rev. 2-27-68)

# U.S. DEPARTMENT OF JUSTICE

# FEDERAL BUREAU
# OF
# INVESTIGATION

Bureau File Number

## FIELD OFFICE PERSONNEL FILES

See also Nos.

FD-252 (Rev 10/07/2002)                                    FD Forms | PRAU | ASD Home



### Employee Suggestion

**FBI Suggestion Program**
**Performance, Recognition and Awards Unit**
**Administrative Services Division**



**To:  Performance, Recognition and Awards Unit (PRAU)**
**Administrative Services Division**

Official Bureau Name (Last First MI): [                    ]

Additional hardcopy documents to follow: [No]
(Mail additional documentation to PRAU, Room 6854)

Suggestion:

Current practice or policy (include pertinent manual citations):

Advantages of suggestion and annual savings (include basis for estimate):

Disadvantages of suggestion (if any):

The use of suggestion by the United States shall not form the basis of a further claim of any nature by me, my heirs, or assigns upon the United States. I understand that I will be consid for any justified award if my suggestion is adopted. **Electronic submission of this form conveys concurrence.**

257

**U.S. Department of Justice**
Federal Bureau of Investigation



# There's a place for you in today's FBI.

## Special Agent Qualifications



The Agent trainee will also be expected to demonstrate a high level of physical fitness during training at the FBI Academy. The physical exercises are as follows:

**NEW AGENTS' PHYSICAL FITNESS EXERCISES AND SELF-ASSESSMENT SCALE**

SPECIAL AGENT applicants are required to take the written examination administered at the nearest FBI field office by appointment. These examinations are scored by computer at FBI Headquarters. Those applicants successfully passing the exam will be afforded an interview based upon their overall qualifications and the needs of the Bureau. Individuals given consideration for employment must undergo a thorough background investigation. A polygraph examination is required, and all prospective FBI employees will be required to submit to a urinalysis to determine illegal drug usage.

Newly appointed Special Agents report to the FBI Academy at Quantico, Virginia, and undergo training for approximately 16 weeks. New Special Agents receive a salary at the GS 10 level, and are eligible for additional compensation for overtime upon completion of training. Training at the Academy generally consists of classroom instruction, physical fitness, and firearms training.

The minimum passing grade on each academic examination is 85 percent and other disqualifying conditions which will result in dismissal are:

(1) failure of two examinations
(2) failure to demonstrate proficiency in defensive tactics
(3) failure to demonstrate proficiency on all qualifying firearms courses by the eleventh week of training
(4) failure to safely handle weapons during firearms training regardless of score
(5) failure to demonstrate proficiency in simulated arrest situations
(6) violations of conduct rules and regulations during training

Each new Agent serves a one-year probationary period in an FBI field office upon successful completion of training at the FBI Academy, and thereafter, becomes a permanent employee.

## MEN

### Pull-Ups

| Number Completed | Points |
| --- | --- |
| 2-3 | 1 |
| 4-5 | 2 |
| 6-7 | 3 |
| 8-9 | 4 |
| 10-11 | 5 |
| 12-13 | 6 |
| 14-15 | 7 |
| 16-17 | 8 |
| 18-19 | 9 |
| 20 or more | 10 |

### Push-Ups

| Number Completed | Points |
| --- | --- |
| 25-30 | 1 |
| 31-35 | 2 |
| 36-40 | 3 |
| 41-45 | 4 |
| 46-50 | 5 |
| 51-55 | 6 |
| 56-60 | 7 |
| 61-65 | 8 |
| 66-70 | 9 |
| 71 or more | 10 |

### Sit-Ups

| Number Completed | Points |
| --- | --- |
| 46-51 | 1 |
| 52-57 | 2 |
| 58-63 | 3 |
| 64-69 | 4 |
| 70-75 | 5 |
| 76-81 | 6 |
| 82-87 | 7 |
| 88-93 | 8 |
| 94-99 | 9 |
| 100 or more | 10 |
| (Sit-Ups done within 2-minute time limit) | |

### 120-Yard Shuttle Run

| Time | Points |
| --- | --- |
| 25.1-26.0 | 1 |
| 24.6-25.0 | 2 |
| 24.1-24.5 | 3 |
| 23.6-24.0 | 4 |
| 23.2-23.5 | 5 |
| 22.8-23.1 | 6 |
| 22.4-22.7 | 7 |
| 22.0-22.3 | 8 |
| 21.6-21.9 | 9 |
| 21.5 or less | 10 |

### Two-Mile Run

| Time | Points |
| --- | --- |
| 15:49-16:30 | 1 |
| 15:24-15:48 | 2 |
| 14:55-15:23 | 3 |
| 14:26-14:54 | 4 |
| 13:57-14:25 | 5 |
| 13:28-13:56 | 6 |
| 12:59-13:27 | 7 |
| 12:30-12:58 | 8 |
| 12:01-12:29 | 9 |
| 12:00 or less | 10 |

*Total possible points: 50*

## WOMEN

### Modified Pull-Ups

| Number Completed | Points |
| --- | --- |
| 10-11 | 1 |
| 12-13 | 2 |
| 14-15 | 3 |
| 16-17 | 4 |
| 18-19 | 5 |
| 20-21 | 6 |
| 22-23 | 7 |
| 24-25 | 8 |
| 26-27 | 9 |
| 28 or more | 10 |

### Push-Ups

| Number Completed | Points |
| --- | --- |
| 14-17 | 1 |
| 18-21 | 2 |
| 22-25 | 3 |
| 26-29 | 4 |
| 30-33 | 5 |
| 34-37 | 6 |
| 38-41 | 7 |
| 42-45 | 8 |
| 46-49 | 9 |
| 50 or more | 10 |

### Sit-Ups

| Number Completed | Points |
| --- | --- |
| 46-51 | 1 |
| 52-57 | 2 |
| 58-63 | 3 |
| 64-69 | 4 |
| 70-75 | 5 |
| 76-81 | 6 |
| 82-87 | 7 |
| 88-93 | 8 |
| 94-99 | 9 |
| 100 or more | 10 |
| (Sit-Ups done within 2-minute time limit) | |

### 120-Yard Shuttle Run

| Time | Points |
| --- | --- |
| 28.1-29.0 | 1 |
| 27.6-28.0 | 2 |
| 27.1-27.5 | 3 |
| 26.6-27.0 | 4 |
| 26.1-26.5 | 5 |
| 25.6-26.0 | 6 |
| 25.1-25.5 | 7 |
| 24.6-25.0 | 8 |
| 24.1-24.5 | 9 |
| 24.0 or less | 10 |

### Two-Mile Run

| Time | Points |
| --- | --- |
| 17:56-18:45 | 1 |
| 17:21-17:55 | 2 |
| 17:01-17:20 | 3 |
| 16:31-17:00 | 4 |
| 15:51-16:30 | 5 |
| 15:31-15:50 | 6 |
| 15:01-15:30 | 7 |
| 14:31-15:00 | 8 |
| 13:46-14:30 | 9 |
| 13:45 or less | 10 |

*Total possible points: 50*

**SPECIAL AGENT** candidates must:

(1) be a United States citizen.
(2) be completely available for assignment anywhere in the Bureau's jurisdiction.
(3) have reached his/her 23rd but not his/her 37th birthday.
(4) have uncorrected vision not worse than 20/200 (Snellen) and corrected 20/20 in one eye and no greater than 20/40 in the other eye. All applicants must pass a color vision test.
(5) meet following hearing standards by audiometer test. No applicant will be considered who exceeds the following: (a) average hearing loss of 25 decibels (ANSI) at 1000, 2000, and 3000 Hertz; (b) single reading of 35 decibels at 1000, 2000, or 3000 Hertz; (c) single reading of 35 decibels at 500 Hertz; (d) single reading of 45 decibels at 4000 Hertz.
(6) possess a valid driver's license.
(7) be in excellent physical condition with no defects which would interfere in firearm use, raids, or defensive tactics.

The four entrance programs under which **SPECIAL AGENTS** qualify are:

1. **LAW** - law school graduates with two years of undergraduate work.
2. **ACCOUNTING** - graduate of a four-year college or university with a degree in accounting or degree in another discipline, preferably economics, business or finance, with a major in accounting. An applicant must also have passed the Uniform Certified Public Accountant Examination or provide certification from the school at which the accounting degree or major was earned that he/she is academically eligible to sit for the above examination.
3. **LANGUAGE** - four-year college degree plus fluency in foreign language(s) for which the Bureau has a current need.
4. **DIVERSIFIED** - four-year college degree plus three years' full-time work experience. Those individuals possessing an advanced degree need only have two years' work experience.

To qualify educationally under any entrance program except Law, one must possess a resident degree from a school accredited by an accrediting body of the Commission on Institutions of Higher Education. Law degrees must be from a state-accredited, resident school, and a law candidate's undergraduate work must be from a resident school accredited as above.

FD-257 (Rev. 06/24/94)

FD-276 (Rev. 10-16-03)

## Instructions for Reporting Harmful Interference

1. When using the radio frequency spectrum, some interference can be expected. However, **harmful** interference should not be tolerated. Harmful interference is "Interference which endangers the function of a radionavigation service or other safety service or seriously degrades, obstructs, or repeatedly interrupts a radiocommunication service operating in accordance with proper rules, regulations, laws, and treaties."

2. When harmful interference is received, the following actions should be taken:

   a. First and foremost, determine if you are operating on an assigned frequency at the authorized location and all of your equipment is set up to match your frequency assignment. This would include the power of the radio and the antenna type, gain, and height (if a base station). If you are not operating legally, you have no reason to complain.

   b. Determine the source, if possible. Within the United States the FCC district offices and monitoring stations can assist in determining the source of harmful interference and may be contacted directly for such assistance.

   c. If the source is identified, try to eliminate the harmful interference by dealing directly with individuals located at the source. Just ask that they confirm that they are operating legally. Then, have them do a test to confirm that they are actually causing the interference.

   d. If direct action is impracticable or unsuccessful, report the circumstances to the Radio Systems Development Unit/Frequency Management Group (RSDU/FMG).

3. When reporting harmful interference, provide all possible information concerning the interference to the FMG. Please use the Radio Frequency Interference Report Form to provide this information.

4. When operating near the Canadian and Mexican borders, some interference can be expected. However, if the interference causes interruption of your operation, report it immediately. As in any Interference Report, you should include everything you know or can find out. Include callsigns, conversations, accents, etc.

5. If you have a tape recorder, tape the interference and forward it to RSDU/FMG.

FM Radio Station Log
FD-283 (Rev. 3-20-78)

| | | | | | DATE | PAGE | |
|---|---|---|---|---|---|---|---|
| CAR | IS | OS | SIG | TIME | OCCUPANT OR MESSAGE | | OPR |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

FBI/DOJ

FD-294 (Rev. 10-2-84)

# Memorandum

To     :   Director, FBI

From   :   SAC,                      (67-

Subject :

        BUAP _____

        BUDED _____

        Reference:

        Enclosed are the following:

☐ Formal Application  ☐ w/photo  ☐  photo follows
☐ FD-190a (Support Applicant Interview Form)
☐ Fingerprint Card
☐ Typing Test
☐ Steno Test
☐ Physical Examination for SA arranged on _____.

        Applicant desires employment

as a _____
☐ at FBIHQ
☐ in the _____ Office.
Investigation being initiated immediately.

        The following offices are being furnished ☐ leads
☐ reproductions of application ☐  FD-406 ☐  reproductions of
FD-190/FD-190a, where needed, and are requested to conduct
indicated investigation.

2 - Bureau - Enc. (   )
2 - PG - Enc.

Date

## AGENCY CHECK RESULTS

### (For WFO use only)

| AGENCY | RES. | DATE | INIT. |
|--------|------|------|-------|
| INS | | | |
| OSI | | | |
| ST-PP | | | |
| BVS | | | |
| CR-DC | | | |
| MPD | | | |
| PARK | | | |
| MONT-PD | | | |
| PG-PD | | | |
| DMV | | | |

### (For BA use only)

| AGENCY | RES. | DATE | INIT. |
|--------|------|------|-------|
| DCII | | | |
| DIS | | | |
| AIRR | | | |
| NIS | | | |
| OSI | | | |
| STATUS: | | | |

### (For AX use only)

| AGENCY | RES. | DATE | INIT. |
|--------|------|------|-------|
| AX-PD | | | |
| ARL-PD | | | |
| FX-PD | | | |
| FX CITY-PD | | | |
| F.C.-PD | | | |
| P.W.-PD | | | |
| VIEN-PD | | | |
| CIA | | | |
| NIS | | | |
| | | | |
| | | | |
| STATUS: | | | |

### (For PG use only)

| AGENCY | RES. | DATE | INIT. |
|--------|------|------|-------|
| OPM | | | |
| | | | |

### (For CG use only)

| AGENCY | RES. | DATE | INIT. |
|--------|------|------|-------|
| SSS | | | |
| | | | |

FBI/DOJ

FD-297 (Rev. 6-24-98)

Case# _____

Date: _____ Day: _____   Monitor: _____

Disk/Tape#: _____ Page #: _____   Signature: _____

Target Telephone: _____   Source Number: _____

| Call # | Comm. Term | Number Dialed/Trapped | Digits | Call Type | Mon. Init. | Activity Intercepted |
|--------|------------|----------------------|--------|-----------|-----------|----------------------|
| | -------- -------- | ( ) _____ | -------- -------- | In Out M C O P | | |
| | -------- -------- | ( ) _____ | -------- -------- | In Out M C O P | | |
| | -------- -------- | ( ) _____ | -------- -------- | In Out M C O P | | |
| | -------- -------- | ( ) _____ | -------- -------- | In Out M C O P | | |
| | -------- -------- | ( ) _____ | -------- -------- | In Out M C O P | | |

P:  Number of Pertinent Calls: _____
M:  Number of Minimized Calls: _____
　C:  Number of Complete Nonpertinent Calls: _____
　　　Total of all Types of Completed Calls: _____
　O:  Off-Hook, Power Surges, Etc.: _____

White - Original          Yellow - Agent Copy          Pink - AUSA

FBI/DOJ

FD-299 (3-14-57)
STOCK NO.

## HISTORICAL RECORD

| ORDERED | | | RECEIVED | | | | | DUE-IN | INVENTORY PRICE | LEAD TIME |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | DOC. NO. | QUANTITY | DATE | DOC. NO. | QUANTITY | UNIT COST | TOTAL COST | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

### CONSUMPTION

| MONTH | 19 | 19 | 19 | 19 |
|---|---|---|---|---|
| JAN | | | | |
| FEB | | | | |
| MAR | | | | |
| APR | | | | |
| MAY | | | | |
| JUNE | | | | |
| JULY | | | | |
| AUG | | | | |
| SEPT | | | | |
| OCT | | | | |
| NOV | | | | |
| DEC | | | | |

| ORDER UNIT | | ISSUE UNIT | |
|---|---|---|---|

### INTERIM REVIEW POINT

| DATE | |
|---|---|
| QUANT. | |
| DATE | |
| QUANT | |

### LOCATION

| BULK | |
|---|---|
| BIN | |

FBI/DOJ

FD-299 (3-14-57)
STOCK NO.

## HISTORICAL RECORD

| ORDERED | | | RECEIVED | | | | | DUE-IN | INVENTORY PRICE | LEAD TIME | CONSUMPTION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | DOC. NO. | QUANTITY | DATE | DOC. NO. | QUANTITY | UNIT COST | TOTAL COST | | | | MONTH | 19 | 19 | 19 | 19 |
| | | | | | | | | | | | JAN | | | | |
| | | | | | | | | | | | FEB | | | | |
| | | | | | | | | | | | MAR | | | | |
| | | | | | | | | | | | APR | | | | |
| | | | | | | | | | | | MAY | | | | |
| | | | | | | | | | | | JUNE | | | | |
| | | | | | | | | | | | JULY | | | | |
| | | | | | | | | | | | AUG | | | | |
| | | | | | | | | | | | SEPT | | | | |
| | | | | | | | | | | | OCT | | | | |
| | | | | | | | | | | | NOV | | | | |
| | | | | | | | | | | | DEC | | | | |

ORDER UNIT      ISSUE UNIT

INTERIM REVIEW POINT
DATE
QUANT.
DATE
QUANT

LOCATION
BULK            FBI/DOJ
BIN



# FEDERAL BUREAU OF INVESTIGATION
## UNITED STATES DEPARTMENT OF JUSTICE
### CJIS DIVISION/CLARKSBURG, WV  26306

# APPLICANT

**1. LOOP**



CENTER OF LOOP

DELTA

**THE LINES BETWEEN CENTER OF LOOP AND DELTA MUST SHOW**

**2. WHORL**



DELTAS

**THESE LINES RUNNING BETWEEN DELTAS MUST BE CLEAR**

**3. ARCH**

**ARCHES HAVE NO DELTAS**

FD-258 (REV. 8-11-99)

TO OBTAIN CLASSIFIABLE FINGERPRINTS

1. USE BLACK PRINTER'S INK
2. DISTRIBUTE INK EVENLY ON INKING SLAB
3. WASH AND DRY FINGERS THOROUGHLY.
4. ROLL FINGERS FROM NAIL TO NAIL, AND AVOID ALLOWING FINGERS TO SLIP.
5. BE SURE IMPRESSIONS ARE RECORDED IN CORRECT ORDER.
6. NOTATE IN THE APPROPRIATE FINGER BLOCKS IF APPLICANT IS MISSING ONE OR MORE FINGERS FOR ANY REASON. IF NOT MISSING, ALL TEN IMPRESSIONS MUST BE PROVIDED WITH SCARS AND DEFORMITIES NOTATED.
7. IF SOME PHYSICAL CONDITION MAKES IT IMPOSSIBLE TO OBTAIN PERFECT IMPRESSIONS, SUBMIT THE BEST THAT CAN BE OBTAINED.
8. EXAMINE THE COMPLETED PRINTS TO SEE IF THEY CAN BE CLASSIFIED, BEARING IN MIND THAT MOST FINGERPRINTS FALL INTO THE PATTERNS SHOWN ON THIS CARD (OTHER PATTERNS OCCUR INFREQUENTLY AND ARE NOT SHOWN HERE).

**THIS CARD FOR USE BY:**

1. LAW ENFORCEMENT AGENCIES IN FINGERPRINTING APPLICANTS FOR LAW ENFORCEMENT POSITIONS*
2. OFFICIALS OF STATE AND LOCAL GOVERNMENTS FOR PURPOSES OF EMPLOYMENT, LICENSING, AND PERMITS, AS AUTHORIZED BY STATE STATUTES AND APPROVED BY THE ATTORNEY GENERAL OF THE UNITED STATES.  LOCAL AND COUNTY ORDINANCES, UNLESS SPECIFICALLY BASED ON APPLICABLE STATE STATUTES DO NOT SATISFY THIS REQUIREMENT.*
3. U.S. GOVERNMENT AGENCIES AND OTHER ENTITIES REQUIRED BY FEDERAL LAW.**
4. OFFICIALS OF FEDERALLY CHARTERED OR INSURED BANKING INSTITUTIONS TO PROMOTE OR MAINTAIN THE SECURITY OF THOSE INSTITUTIONS.

**INSTRUCTIONS:**

*1. PRINTS MUST FIRST BE CHECKED THROUGH THE APPROPRIATE STATE IDENTIFICATION BUREAU, AND ONLY THOSE FINGERPRINTS FOR WHICH NO DISQUALIFYING RECORD HAS BEEN FOUND LOCALLY SHOULD BE SUBMITTED FOR FBI SEARCH.
2. PRIVACY ACT OF 1974 (PL. 93-579) REQUIRES THAT FEDERAL STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION AND USES WHICH WILL BE MADE OF IT.
**3. IDENTITY OF PRIVATE CONTRACTORS SHOULD BE SHOWN IN SPACE "EMPLOYER AND ADDRESS". THE CONTRIBUTOR IS THE NAME OF THE AGENCY SUBMITTING THE FINGERPRINT CARD TO THE FBI.
4. FBI NUMBER, IF KNOWN, SHOULD ALWAYS BE FURNISHED IN THE APPROPRIATE SPACE.
MISCELLANEOUS NO. - RECORD:  OTHER ARMED FORCES NO. PASSPORT NO. (PP), ALIEN REGISTRATION NO. (AR), PORT SECURITY CARD NO. (PS), SELECTIVE SERVICE NO. (SS) VETERANS' ADMINISTRATION CLAIM NO. (VA).

**LEAVE THIS SPACE BLANK**



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

November 28, 2005

Request No.:  1010710- 000
Subject: FORMS/26 SPECIFIC

This letter is in the reference to the Freedom of Information-Privacy Acts (FOIPA) request submitted by you to the FBI.  The enclosed file is being furnished to you in its entirety.  No deletions in this material were found to be necessary.

Pursuant to Title 28, Code of Federal Regulations, Sections 16.11 and 16.49, there is a fee of ten cents per page for duplication of the enclosed documents.  Please submit your check or money order in the amount of $4.30 payable to the Federal Bureau of Investigation.  Normally the first 100 pages released are free, but you have already received 227 pages of FBI forms from previous requests, and it was our error in not charging you up to this point.  To insure proper identification of your request, please return this letter or include the FOIPA request number with your payment.

If you desire, you may appeal any decisions reflected herein.  Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530, within sixty days from receipt of this letter.  The envelope and the letter should be marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure

FD-816 (1-22-93)

## ACCESS OF NON-FBI PERSONNEL TO FBI FACILITIES
## BACKGROUND DATA INFORMATION FORM
### (COMPLETE ALL ITEMS)

| Name (Type or Print Legibly) | Other Names Used (Maiden name and alias) |
|---|---|

| Residence (Include City and State) | Social Security Number |
|---|---|

| Date of Birth Month/Day/Year | Place of Birth | Sex ☐ Male   ☐ Female |
|---|---|---|

| Company Name & Address | Supervisor & Telephone Number |
|---|---|

U. S. Citizenship: ☐ By Birth   ☐ By Naturalization   ☐ By Other

| Location Naturalized | Date Naturalized |
|---|---|

| Alien Registration Number | Location Registered | Date Registered |
|---|---|---|

| | |
|---|---|
| Have you ever been charged with or convicted of any felony offense | ☐ Yes  ☐ No |
| Have you ever been charged with or convicted of a firearms or explosives offense? | ☐ Yes  ☐ No |
| Are there currently any charges pending against you for any criminal offense? | ☐ Yes  ☐ No |
| Have you ever been charged with or convicted of any offense(s) related to alcohol or drugs? | ☐ Yes  ☐ No |
| In the last 10 years, have you been arrested for, charged with, or convicted for any offense(s) not listed above?  (Leave out traffic fines less than $100) | ☐ Yes  ☐ No |

**If yes, or if you have doubts (e.g-expungement, pardon, etc.) furnish details on back of form. Attach additional sheet, if necessary.**

Have you ever lived in or visited a foreign country  ☐ Yes   ☐ No
If yes, furnish details.  Attach additional sheet, if necessary

### CERTIFICATION THAT MY ANSWERS ARE TRUE

I have read and understand each of the above questions.  My statements on this form, and any attachments to this form, are true, complete, and correct to the best of my knowledge and belief and are made in good faith.  I understand that a knowing and willful false statement on this form can be punished by fine or imprisonment or both and will be reason to deny access to all FBI facilities.

Signature _____     Date _____
(Sign in Ink)

FD-821 (3-28-94)

Date _____

To:  Assistant Director, Training Division

From:  SAC, _____   Field File # _____

Subject:  **REPORT ON CAP-STUN USE INVOLVING SPECIAL AGENT(S) AND/OR ACCOMPANYING LAW ENFORCEMENT OFFICERS**

(It is the responsibility of the Principal Firearms Instructor or their designee to complete this form in its entirety.)
**(Submit via airtel within 5 days of the incident)**
_____

Briefly describe the circumstances involving the use of CAP-STUN:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**PERSONAL DATA**

Official Name of Agent/Officer: _____
Agency/Office Name and Address: _____
_____
DOB: _____   Age: _____   Height: _____   Weight: _____   EOD: _____
Duty Status at Time of Incident:   ☐ On Duty   ☐ Off Duty
Total Years of Law Enforcement Experience: _____

**INCIDENT DATA**

Date of Incident: _____   Day of Week: _____   Time: _____
Briefly describe lighting conditions: _____
_____
_____

CAP-STUN was utilized:   ☐ Indoors   ☐ Outdoors
CAP-STUN utilized against:  ☐ Person   ☐ Animal
If outdoors, describe weather conditions (i.e., wind, rain, temperature, etc.): _____
_____
_____
_____

Number of Subjects: _____
Number of Agents/Officers on the Scene: _____
Number of Agents/Officers Discharging CAP-STUN: _____
Number of Other Persons Present: _____

## TYPE OF INVESTIGATION

Classification of Violation: _____

☐ Planned Arrest        ☐ Spontaneous

☐ Planned Raid          ☐ Other _____

## DISTANCE

Estimate the distance between the Agent and the subject when the Agent discharged the CAP-STUN unit.

☐ 0 - 5 feet            ☐ 11 - 20 feet

☐ 6 - 10 feet           ☐ Other _____ feet

## MODEL OF CAP-STUN UNIT USED BY THE AGENT

☐ Z-205 - .42 ounces    ☐ Z-505 - 5 ounces - crowd unit

☐ Z-305 - 1 ounce       ☐ Z-605 - 5 ounces - aerosol grenade

## NUMBER OF SPRAYS FIRED BY AGENT AND DURATION (IN SECONDS)

☐ 1. _____ seconds

☐ 2. _____ seconds

☐ 3. _____ seconds

☐ Continuous spray for _____ seconds

☐ Other _____ number of sprays _____ seconds

## NUMBER OF SPRAYS STRIKING SUBJECT
## (INDICATE IN CATEGORIES LISTED BELOW)

☐ Face and Eyes         ☐ Top of Head

☐ Side of Face          ☐ Neck Area

☐ Upper Chest           ☐ Other

## INJURIES TO AGENT/OFFICER

Was the Agent/Officer injured as a result of the incident?
☐ Yes    ☐ No
If so, briefly describe the nature of the injuries: _____
_____
_____

## INJURIES TO SUBJECT(S)

Was the subject injured as a result of the incident?    ☐ Yes    ☐ No
If so, briefly describe the nature of the injuries: _____
_____
_____

## EFFECTIVENESS OF CAP-STUN

☐ Subject affected/subdued          ☐ Subject affected but continued
☐ Subject unaffected                     to resist
☐ Higher level of force needed     ☐ Agent/Officer affected

## AFTERCARE PROCEDURE

☐ Fresh air and/or water sufficient
☐ Fresh air, soap, and water
☐ Subject offered medical treatment - declined
☐ Subject received medical treatment

## RECOVERY TIME

Exposed individual(s) recovered in _____ minutes.

## SUBJECT(S)' DATA

Complete this section for each subject involved in the initial investigation.  (If more than one subject, attach additional sheet with appropriate data.)
Subject's Name: _____
Sex:    ☐ Male    ☐ Female
List the subject's known criminal history: _____
_____
_____

## SUBJECT'S CONDITION

Under the Influence of:

☐ Alcohol

☐ Drugs

☐ Drugs **and** Alcohol

☐ Violent/Noncompliant

☐ Appeared Mentally Unstable

☐ None Noted

## TYPE OF WEAPON USED BY THE SUBJECT

Was the subject armed?  ☐ Yes  ☐ No
If so, what type of weapon (to include animals): _____
_____
_____

## USE OF CAP-STUN ON ANIMAL(S)

Type: _____    Size: _____
Breed: _____    Weight: _____
Number of animals: _____
Effect of CAP-STUN on animal(s): _____
_____
_____

What lessons can be learned from this incident, and what could the Training Division do to better prepare Agents for this type of incident/problem?  (If additional time is needed to respond to this question, a response may be submitted by separate airtel within 10 working days.)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

FD-834 (9-19-94)

DATE:

TO:

FROM:

SUBJECT:    REQUEST FOR ACCESS TO OFFICIAL PERSONNEL FILE

I request the opportunity to review my official personnel file.

I understand that I will not be permitted to remove documents from my personnel file nor will copies of documents contained in my personnel file be provided to me until such time as I submit a Privacy Act request.  I am aware, however, that I am entitled to submit, for inclusion in my personnel file, a response or rebuttal of any information contained therein.

In addition, I understand that the terms of my employment with the FBI preclude discussion of classified and/or sensitive information contained in FBI files.

_____
Signature

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
.On _____, I was afforded an opportunity to review my personnel file.

Information was redacted for one or more of the following reasons and the appropriate numeral(s) appears next to the redacted information:

I.     Instances where confidentiality has been requested.
II.    Personal information regarding living third parties such as friends, relatives, other employees, etc.
III.   Testing materials.
IV.   _____
      _____
      _____

_____
Signature

**THIS IS NOT A PRIVACY ACT REQUEST**

Personnel File - White          FBIHQ Control File - Yellow          Request to FBIHQ (Field only/optional) - Pink

FBI/DOJ

FD-834a (10-18-94)

XXXXXX
XXXXXX
XXXXXX

# FEDERAL BUREAU OF INVESTIGATION
## WITHHELD PAGE INFORMATION SHEET

_____ Page(s) withheld entirely at this location in the file.

☐   I. Instances where confidentiality has been requested.

☐   II. Personal information regarding living third parties such as friends, relatives, other employees, etc.

☐   III. Testing materials.

☐   IV. _____

_____

_____

_____

_____

☐ Information pertained only to a third party with no mention of you.

☐ For your information: _____

_____

_____

_____

_____

The following information identifies the document and/or pages being withheld and the location in the file:

File number: _____

Serial: _____

Doc. Date: _____

Doc. Descr.: _____

XXXXXX                                      XXXXXX
XXXXXX                                      XXXXXX
XXXXXX                                      XXXXXX

FBI/DOJ

FD-835a (1-25-02)



# FOREIGN NATIONALS
# SECURITY ACKNOWLEDGMENT FORM

**Instruction:**  Read, date, sign and keep
one of the two copies.

I hereby acknowledge by my signature that I am fully aware, and understand completely, the information provided to me during the security briefing.  I also agree to adhere to the below-listed instructions:

1.  I will not read or browse through computerized data, files, or any materials that may be on desks or other office furniture.

2.  As a condition of my having access to an FBI facility, I will not disclose to unauthorized persons any information that may come to my attention as a result of my work at the FBI facility.

3.  I will report any attempts to obtain information concerning FBI cases, operations, personnel, or facilities.

4.  I will not attempt to access or venture into any space without prior permission or approval from the appropriate FBI personnel.

5.  I will report any planned foreign travel outside the United States or contact with foreign nationals who are not US or _____ citizens to the FBI Security Programs Manager, the Division security Officer, or my FBI point of contact.

6.  I will report any security violations, whether committed by  myself or others, to either the Security Programs Manager, the Division Security Officer, or my FBI point of contact.

7.  I will advise the Security Programs Manager, or the Division Security Officer if, while I have access to an FBI facility, I am involved in any violations of the law, have adverse contact with a police agency, or are involved in any other situation that may impact the FBI's or my agency's assessment of trustworthiness.

8.  I understand the possible consequences if I violate FBI security requirements.

Continued - Over

# IF ISSUED A SECURITY BADGE

1.   I will safeguard my access badge and display it only while in an FBI facility.  I will not otherwise use my badge to indicate my relationship with the FBI.

2.   I will immediately report to the FBI Security Programs Manager, Division Security Officer, or my FBI point of contact if my badge is lost, stolen, or misplaced.

3.   I will not attempt entry with a badge that I know has been reported as being lost, stolen, misplaced or does not belong to me.

4.   I will not give my badge to another person or allow another person to use my badge.

5.   I will advise the FBI Security Programs Manager, Division Security Officer, or my FBI point of contact of the identity of any individual attempting to gain entry either illegally or by attempting to circumvent FBI security policies and procedures.

6.   I acknowledge the Security badge to be FBI property and will ensure its return to FBI security when no longer needed.

7.   I also understand the issuance of the Security badge does not entitle me to escort others within FBI space.

---

Date _____

Printed Signature _____

Written Signature _____

Address _____

_____

Social Security Number _____

Company Name _____

Witness: _____     Position: _____
                                                                          (Security Officer or other designated
                                                                          officials)

Date: _____

FD-837 (1-3-95)

# Federal Bureau of Investigation

## Drug Deterrence Program Refusal

On this date _____, I _____ am
(MM/DD/YYYY)                                                    (Printed Name)

refusing to submit a urine sample in accordance with the FBI's Drug Deterrence Program.  I have been

made aware that refusing to be tested when so required will be considered insubordinate and subject to

the full range of disciplinary action, up to and including dismissal, pursuant to the Manual of

Administrative Operating Procedures (MAOP), Part I, Section 1-25.11 (5).

_____
Employee's Signature

_____
DDP Collector/Coordinator Signatures

_____
Office Location

FD-857 (7-13-95)

# SENSITIVE INFORMATION
# NONDISCLOSURE AGREEMENT

**An Agreement between** _____

**and the Federal Bureau of Investigation (FBI) regarding the following activities:**

     1.  Intending to be legally bound, I hereby accept the obligations contained in this Agreement in consideration of my being granted access to sensitive information from FBI investigations as required to perform my duties.  As used in this Agreement, sensitive information is marked or unmarked information, including, but not limited to, oral communications, the disclosure of which may compromise, jeopardize or subvert any investigation. Sensitive information also includes information relating to closed investigations, the disclosure of which might compromise, jeopardize or subvert other law enforcement activities or investigations.  I understand and accept that by being granted access to this sensitive information, special confidence and trust shall be placed in me by the FBI.

     2.  I hereby acknowledge that I have received an indoctrination concerning the nature and protection of sensitive information, including the procedures to be followed in ascertaining whether other persons to whom I contemplate disclosing this information have been approved for access to it, and that I understand these procedures.

     3.  I have been advised that the unauthorized disclosure, unauthorized retention, or negligent handling of sensitive information may cause irreparable damage to FBI investigations and that I will never divulge sensitive information to anyone unless (a) I have officially verified that the recipient has been properly authorized by the FBI to receive it; or (b) I have been given prior written notice of authorization from the FBI that such disclosure is permitted.  I understand that if I am uncertain as to the sensitive nature or status of information,  I am required to confirm from an authorized official that the information may de disclosed prior to disclosure of this information.

     4.  I have been advised that any breach of this Agreement may result in the termination of my relationship with the FBI.  In addition, I have been advised that any unauthorized disclosure of information by me may constitute a violation or violations of United States criminal laws, including Title 18, United States Code, or may lead to criminal prosecution for obstruction of lawful government functions.  I realize that nothing in this Agreement constitutes a waiver by the United States of the right to prosecute me for any statutory violation.

     5.  I understand that all sensitive information to which I have access or may obtain access by signing this agreement is now and will remain the property of, or in the control of the FBI unless otherwise determined by an authorized official or final ruling in a court of law.  I agree that I shall return all sensitive materials which have or may come into my possession, or for which I am responsible because of such access:  (a) upon demand by an authorized representative of the United States Government; or (b) upon the conclusion of my relationship with the FBI, whichever occurs first.

6.  Unless and until I am released in writing by an authorized representative of the FBI, I understand that all conditions and obligations imposed upon me by this Agreement apply during the time I am granted access to the sensitive information and at all times thereafter.

7.  Each provision of this Agreement is severable.  If a court should find any provision of this Agreement to be unenforceable, all other provisions of this Agreement shall remain in full force and effect.

8.  I understand that the United States Government may seek any remedy available to it to enforce this Agreement including, but not limited to, application for a court order prohibiting disclosure of information in breach of this agreement.  I hereby assign to the United States Government all royalties, remunerations, and emoluments that have resulted, will result or may result from any disclosure, publication, or revelation of sensitive information not consistent with the terms of this Agreement.

9.  I have read this Agreement carefully and my questions, if any, have been answered.

Signature _____   Date _____

Organization (if contractor, provide name and address):



The briefing and execution of this Agreement was witnessed by

_____   (type or print name)

Signature _____   Date _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**SECURITY DEBRIEFING ACKNOWLEDGMENT**

I reaffirm that the provisions of the Federal criminal laws applicable to the safeguarding of sensitive information have been made available to me; that I have returned all sensitive information in my custody; that I will not communicate or transmit sensitive information to any unauthorized person or organization; that I will promptly report to the FBI any attempt by an unauthorized person to solicit sensitive information, and that I have received a debriefing regarding the security of sensitive information.

Signature _____   Date _____

Name of Witness (type or print) _____

Signature of Witness _____   Date _____

FD 860 (10-9-96)



**U.S. Department of Justice**

Federal Bureau of Investigation

_Washington, D.C. 20535_

**BY COURIER**

Date:                                                          Return to Room _____

To:        Director, Central Intelligence Agency            Name _____
                                                             Extension _____

   ☐ Attention:  Deputy Director for Operations

   ☐ Attention:  Office of the Director of Personnel Security

From:      Director, Federal Bureau of Investigation

Subject:

SSAN:

### NAME CHECK REQUEST

   It is requested that this Bureau be furnished with all information available in the files of your agency's

☐ Office of the Director of Personnel Security  ☐ Office of the Deputy Director for Operations, concerning captioned subject.
Positive information should be attached to this form, classified where appropriate, and returned to this Bureau.  If the requested check
is negative, return this form with  stamped notation to that effect.

| Date and Place of Birth | | Aliases | Sex | Marital Status | Spouse's Name |
|---|---|---|---|---|---|
| Residence Address | | Occupation | | | |
| Current Employer | | Former Employments | | | |
| Position Applying For | | Clearance Level | | | |
| Additional Remarks | | | | | |

1 - Deputy Director for Operations
1 - Director of Personnel Security

FBI/DOJ

FD-861 (2-14-97)



# MAIL/PACKAGE ALERT

(Notify Appropriate Personnel and Post on X-ray Machine)

From: _____          To: _____

_____          _____

_____          _____

Point of Contact: _____          Shipment Method:

Telephone Number: _____          ❏ FedEx

Date Sent: _____          ❏ USPS Registered

Accountable/Tracking Number: _____          ❏ USPS Certified

❏ UPS

❏ Other: _____

Description of Contents: _____

_____

_____

_____

Date Received: _____

Received By: _____

FBI/DOJ

FD-864 (Rev. 5-4-98)

# FEDERAL BUREAU OF INVESTIGATION

### Immunization Questionnaire

Name: _____     Date: _____

Division: _____     SSN: _____

Known Medical Problems: _____     Blood Type: _____

Allergies: _____

 Please respond **Yes**, **No** or **Unknown** to the following questions.  If **Yes**, please place the date, the dosage, facility where given, and person (if known), who gave it to you.  If you have traveled overseas you should have all injections listed on your Travel Immunization Record.  Some of these are a series of immunizations and some are childhood immunizations.  A good resource is the college where you graduated.

 Have you ever been **immunized** or **had** any of the following?

| Immunization | Yes | No | Unk | Date | Dosage | Facility Where Injection Given | Person Giving Injection |
|---|---|---|---|---|---|---|---|
| **Diphtheria/Tetanus (Td)** | | | | | | | |
| Dose one | | | | | | | |
| Dose two | | | | | | | |
| Dose three | | | | | | | |
| **Hepatitis A (Havrix or VAQTA)** | | | | | | | |
| Dose one | | | | | | | |
| Dose two | | | | | | | |
| **Hepatitis B** | | | | | | | |
| Dose one | | | | | | | |
| Dose two | | | | | | | |
| Dose three | | | | | | | |
| **Influenza** | | | | | | | |
| **Measles (3 days) (Rubella)** | | | | | | | |
| **Measles (9 days) (Rubeola)** | | | | | | | |
| **Meningococcal Meningitis (MM)** | | | | | | | |
| **MMR  (Measles, Mumps, Rubella)** | | | | | | | |

| Immunization | Yes | No | Unk | Date | Dosage | Facility Where Injection Given | Person Giving Injection |
|---|---|---|---|---|---|---|---|
| **Pertussis (Whooping Cough)** | | | | | | | |
| Dose one | | | | | | | |
| Dose two | | | | | | | |
| Dose three | | | | | | | |
| **Polio** | | | | | | | |
| Dose one | | | | | | | |
| Dose two | | | | | | | |
| Dose three | | | | | | | |
| Adult Booster  (OPV) | | | | | | | |
| **Rabies** | | | | | | | |
| Pre Exposure | | | | | | | |
| Dose one | | | | | | | |
| Dose two | | | | | | | |
| Dose three | | | | | | | |
| Post Exposure | | | | | | | |
| Dose one | | | | | | | |
| Dose two | | | | | | | |
| Dose three | | | | | | | |
| Dose four | | | | | | | |
| Booster | | | | | | | |
| **Typhoid (oral)** | | | | | | | |
| **Yellow Fever** | | | | | | | |
| **Japanese Encephalitis** | | | | | | | |
| **Other** | | | | | | | |

# Privacy Act Statement

**Authority and Principal Purposes for which Information is Intended to be Used**

Authority for maintenance of these records includes 5 U. S. C. §§ 3301 and 7901; 5 C. F. R. §§ 293 and 297; and 28 C. F. R. § 0.137.  Providing this personal information will facilitate and document your health care.  The information you furnish will be maintained in your medical file in order to ensure that your medical history is current, and that no condition exists which would interfere with the performance of duty in a position involving a high degree of responsibility toward the public or sensitive national security concerns.  The immunization record must be maintained and updated in the event that the nature of your duties requires exposure to chemical substances, fluids, or other dangerous materials, or in the event that your duties require overseas travel which would increase your risk to communicable diseases.

**Routine Uses**

The primary use of this information is to provide, plan, and coordinate health care, as necessary.  Other possible uses include:  Aid in preventive health and communicable disease control programs and reporting medical conditions required by law to federal, state, and local agencies;  compile statistical data;  determine suitability of persons for duties or assignments; adjudicate claims and determine benefits;  other lawful purposes, including law enforcement and litigation; conduct authorized investigations; evaluate care rendered; those routine uses as published in the notice for the FBI's Central Records System in the Federal Register; and other uses as established by the Office of Personnel Management for its records system, OPM/GOVT-10 - Employee Medical File System Records.

**Effects of Nondisclosure**

For employees in or applying for positions for which medical qualifications or standards have been established, disclosure is mandatory.  Failure to provide the requested information may lead to disqualification for the position.  For others, disclosure of the requested information is voluntary.  If the requested information is not furnished, it will be more difficult to provide health care as necessary;  however, such care will not, unless otherwise indicated, be denied.

**Social Security Number**

The Social Security Number (SSN) is utilized to identify and retrieve health care records, and to maintain the overall accuracy of Bureau health records.  Solicitation of the SSN is authorized under provisions of Executive Order 9397, dated November 22, 1943.  The information gathered through the use of the number will be used only as necessary in personnel administration processes carried out in accordance with established regulations and published notices of systems of records.  The use of the SSN is made necessary because of the large number of present and former federal employees, and applicants who have identical names and birth dates, and whose identities can only be distinguished by the SSN.

Your signature acknowledges that you have been advised of the foregoing.

_____          _____
Signature                                                                                         Social Security Number

_____
Date Signed

Enclosure

FD-865 (Rev. 10-01-2000)

| PERFORMANCE SUMMARY ASSESSMENT | |
|---|---|
| Payroll Name of Employee | Social Security Number <br> –    – |
| Position Title, Grade, and Number | Office of Assignment |

Period of Assessment From _____ to _____

| Comments |
|---|
| Critical Element #1 Investigating, Decision Making, and Analyzing |
| Critical Element #2 Organizing, Planning, and Coordinating |
| Critical Element #3 Relating with Others and Providing Professional Service |
| Critical Element #4 Acquiring, Applying, and Sharing Job Knowledge |
| Critical Element #5 Maintaining High Professional Standards |
| Critical Element #6 Communicating Orally and in Writing |
| Critical Element #7 Intelligence Base |

Employee Initial_____

Page 1 of  2

Period of Assessment From                TO

| |
|---|
| Specialized Element: Supervising (If applicable) |
| Specialized Element: Instructing (If applicable) |
| Collateral/Specialty/Coordinator duties (If applicable) |
| Other Comments |

Signature of Employee_____     Date _____

Signature of Supervisor_____     Date _____

Page 2 of  2

FD-866 (Rev. 7-24-00)

# Federal Bureau of Investigation Fitness For Duty (FFD) Examination

Check One:     ☐ Applicant          ☐ Employee          Date of FFD Exam   _____

1. Were you greeted courteously?               ☐ Yes        ☐ No

2. Was there a suitable changing facility for examination preparation?   ☐ Yes       ☐ No

3. Were your screening tests in preparation for physician examination conducted in a complete and professional manner (blood draw, blood pressure, pulse, height, weight, eye pressures, vision and hearing testing, electrocardiogram)?   ☐ Yes        ☐ No

Comment? _____

4. Did the physician conducting the examination perform an appropriate review of your medical history, including questions regarding alcohol use, medications, operations, allergies, accidents, and hospitalization?   ☐ Yes        ☐ No

Comment? _____

5. Was the physician examination performed in a courteous and professional manner and were the results discussed with you, answering questions to your satisfaction?   ☐ Yes        ☐ No

Comment? _____

6. Was the physical examination thorough, covering all important body areas?   ☐ Yes        ☐ No

Comment? _____

7. What was your waiting time for examination?   ☐ 10 min       ☐ 10-20 min       ☐ 20 min or more

| 8. Overall Quality of Service | Excellent | Very Good | Good | Fair | Poor |
|---|---|---|---|---|---|
| Examining Physician | ☐ | ☐ | ☐ | ☐ | ☐ |
| Nursing/Support Staff | ☐ | ☐ | ☐ | ☐ | ☐ |
| Facility Hygiene/Cleanliness | ☐ | ☐ | ☐ | ☐ | ☐ |
| Hearing Test Environment | ☐ | ☐ | ☐ | ☐ | ☐ |

May we contact you for clarification or additional information?   ☐ Yes       ☐ No

Name: _____   Telephone Number:  _____

Comment? (Please comment if rating is fair or poor)  _____

_____

_____

_____

_____

_____

FD-868 (Rev. 8-19-97)



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

## NONDISCLOSURE AGREEMENT FOR JOINT TASK FORCE/CONTRACTOR MEMBERS
## AN AGREEMENT BETWEEN _____ AND THE FBI

(Name of Individual-Printed or Typed)

As consideration for assignment in the Federal Bureau of Investigation (FBI), United States Department of Justice, and as a condition for continued assignment, I hereby declare that I intend to be governed by and I will comply with the following provisions:

1. That I am hereby advised and I understand Federal Law, including statutes, regulations issued by the Attorney General and Orders of the President of the United States, prohibit loss, misuse or unauthorized disclosure or production of information in the files of the FBI.

2. I understand that unauthorized disclosure of information in the files of the FBI or information I may acquire as a Task Force/Contractor employee of the FBI could result in impairment of national security, place human life in jeopardy, or result in denial of due process to a person or persons who are subjects of an FBI investigation, or prevent the FBI from effectively discharging its responsibilities. I understand the need for this secrecy agreement; therefore, as consideration for assignment, I agree that I will never divulge, publish, or reveal either by word or conduct, or by other means of disclosure to any unauthorized recipient without official written authorization by the Director of the FBI or his delegate, any information from the investigatory files of the FBI or any information relating to material contained in the files, or disclose any information or produce any material acquired as a part of the performance of my official duties or because of my official status. The burden is on me to determine, prior to disclosure, whether information may be disclosed and in this regard I agree to request approval of the Director of the FBI in each such instance by presenting the full text of my proposed disclosure in writing to the Director of the FBI at least thirty (30) days prior to disclosure. I understand that this agreement is not intended to apply to information which has been placed in the public domain or to prevent me from writing or speaking about the FBI, but it is intended to prevent disclosure of information where disclosure would be contrary to the law, regulation, or public policy. I agree the Director of the FBI is in a better position than I to make that determination.

3. I agree that all information acquired by me in connection with my duties while on assignment with the FBI and all official material to which I have access remains the property of the United States of America, and I will surrender upon demand by the Director of the FBI or his delegate, or upon separation from the FBI, any material relating to such information or property in my possession. I also agree assignment to the United States of any profits resulting from the publication of information in breach of this agreement.

4. I understand that obtaining information under false pretenses or any unauthorized disclosure may be a violation of Federal law and prosecuted as a criminal offense and, in addition to this agreement, may be enforced by means of an injunction or other civil remedy. I also understand that the use of the FBI network and its automated information systems, i.e. the Automated Case Support (ACS) System, to access records other than in furtherance of authorized responsibilities will be viewed as obtaining information under false pretenses and may be in violation of the Privacy Act.

5. I agree that all the information that I will access will be for the sole purpose of authorized and lawful purposes in furtherance of the responsibilities of the particular Joint Task Force or contract under which the user is being provided access. (JTF/Contract_____ )

I accept the above provisions as conditions for my assignment and continued assignment in the FBI.  I agree to comply with these provisions both during my assignment in the FBI and following termination of such assignment.  I have read this Agreement carefully and my questions, if any, have been answered.


_____
(Signature)


_____
(Type or Print Name)


Witnessed and accepted in behalf of the Director FBI on

_____, _____, by _____
      (Date)                          (Year)                                                    (Signature)

FD-869 (8-26-97)



## Application Checklist for the Special Agent Position

Date _____

Name _____ SSAN _____
     (First)             (Middle)         (Last)

FBI Processing Office _____

Listed below are specific qualifications that you must be willing and able to meet, with or without reasonable accommodations in accordance with the Rehabilitation Act of 1973 and Americans with Disabilities Act of 1990 (ADA), in order to be eligible for the Special Agent position. Please read the following minimum qualifications and indicate your response by answering **Yes** or **No** to each item and place your initials next to each response. By initialing, you verify that you have received and understand the information about the Special Agent job and application process. If you do **not** understand **any** of the items listed, or are in need of a reasonable accommodation during this process, please contact your Applicant Coordinator or Special Agent Recruiter and refer to the Applicant Information Booklet for clarification or assistance prior to completing this form.

**Section 1 - Minimum Qualifications**

**I confirm that as a Special Agent candidate:**

|  |  | Yes | No | Initials |
|---|---|---|---|---|
| 1. | I am a United States citizen. | ☐ | ☐ | _____ |
| 2. | I am at least age 23. I understand that if I reach age 37 prior to the time of appointment to the FBI Academy I will be disqualified from the applicant process. | ☐ | ☐ | _____ |
| 3. | I possess a valid driver's license. | ☐ | ☐ | _____ |
| 4. | I have a four-year degree or an advanced degree from a resident college/university certified by one of the six Regional Accreditation Associations. | ☐ | ☐ | _____ |
| 5. | **(Those with No degree in Law or Accounting, or No fluency in a foreign language)** Possess a four-year degree plus three years of full-time work experience **Or** possess an advanced degree plus two years of full-time work experience (as defined by my employer), excluding internships, co-operatives, summer or temporary employment. | ☐ | ☐ | _____ |
| 6. | I am completely available for assignment anywhere in the FBI's jurisdiction (The United States and Puerto Rico) at any time during my tenure with the FBI. | ☐ | ☐ | _____ |
| 7. | I have discussed my potential transfer with my spouse, significant other, and/or family. They know that I must be willing to relocate as a requirement of the Special Agent position. | ☐ | ☐ | _____ |
| 8. | I am willing and able to engage in strenuous and potentially dangerous duties to include, but not limited to, the use of **firearms**, participation in raids, arrests and/or the use of defensive tactics. | ☐ | ☐ | _____ |

|  |  | Yes | No | Initials |
|---|---|---|---|---|

9.  I am willing to undergo a comprehensive background investigation, including contacts with all references, employers, co-workers, close personal associates, etc., and review of my driving record, credit history, criminal history, and service in the military, as well as undergo a pre-employment polygraph, physical examination, a urinalysis drug test. ☐ ☐ _____

## Section 2 - Automatic Disqualifiers

The conditions listed below are **disqualifiers** for the Special Agent position.  Please respond honestly to the following questions:

10.  I am aware that refusal to submit to a FBI urinalysis (drug testing) or polygraph examination is grounds for disqualification from the Special Agent applicant process. ☐ ☐ _____

**Have you ever:**

11.  Been convicted of a felony charge? ☐ ☐ _____

12.  Defaulted on a student loan (insured by U.S. Government)? ☐ ☐ _____

13.  Used marijuana in the past 3 years? ☐ ☐ _____

14.  Used marijuana more than 15 times in your life? ☐ ☐ _____

15.  Used any other illegal drug (including the use of anabolic steroids after February 27, 1991) in the past 10 years? ☐ ☐ _____

16.  Used any other illegal drug (including the use of anabolic steroids after February 27, 1991) more than 5 times in your life? ☐ ☐ _____

17.  Sold an illegal drug at any time in your life? ☐ ☐ _____

18.  Engaged in the unauthorized usage of any illegal drug while employed in a position of public trust (e.g., a sworn Law Enforcement Officer, etc.)? ☐ ☐ _____

19.  Failed to register for selective service, if required? ☐ ☐ _____

20.  Omitted, mis-stated, or falsely stated any information, in writing or orally, to the FBI during the course of the application process? ☐ ☐ _____

## Section 3 - Application and Testing Process

21.  I have received and read the Applicant Information Booklet for the Special Agent position. ☐ ☐ _____

22.  I understand that I must fully and accurately complete all application forms for employment.  Failure to do so will result in the delay or discontinuation of my application processing. ☐ ☐ _____

|  |  | Yes | No | Initials |
|---|---|---|---|---|
| 23. | I will follow all instructions provided to me during the testing sessions and hiring process. | ☐ | ☐ | _____ |
| 24. | I understand that I will receive only a "pass" or "fail" as a result of the Phase I test battery and the Phase II interview and written exercise.  I understand that due to the high volume of applicants, FBI policy, and fair employment practices at the FBI, numerical test scores, cut scores, areas of deficiency or strength, percentiles, etc., will **not** be provided to me. | ☐ | ☐ | _____ |
| 25. | I understand that during the final stages of the hiring process, placement on a New Agent's Class list is **tentative**.  A hiring decision is conditional upon the successful resolution of any outstanding inquires or issues. | ☐ | ☐ | _____ |
| 26. | I understand that I must successfully complete a 1.5 mile run within the established time frame. | ☐ | ☐ | _____ |
| 27. | I understand that prior to being placed in New Agents Training, I must meet the established height, weight, and body fat standards. | ☐ | ☐ | _____ |
| 28. | I understand that my appointment as a Special Agent is conditional and subject to budgetary limitations and authorized positions. | ☐ | ☐ | _____ |

**Section 4- Job Requirements**

The following are some **required and potentially difficult** aspects of the Special Agent position.  You must be both **willing** and **able**, with or without reasonable accommodation (in accordance with the Rehabilitation Act of 1973 and Americans with Disabilities Act of 1990), to perform these aspects of the job in order to be considered for this position.  Please read the following job requirements and indicate your response by answering **Yes** or **No** to each item and place your initials next to each response.

**I am aware that as a Special Agent, I will be required to :**

|  |  | Yes | No | Initials |
|---|---|---|---|---|
| 29. | Be available for FBI employment within 90 days of Phase II testing.  Applicants may be required to accept no more than a two week notice to report to New Agent Training upon successful completion of the applicant process.  Failure to do may result in disqualification for future consideration. | ☐ | ☐ | _____ |
| 30. | **(Active Duty Military Only in lieu of #29 above)** Provide a copy of my request to process out of the military upon successful completion of the polygraph examination.  Further, I will accept a two-week notice to report to New Agent Training within two weeks of the date of any military discharge papers.  I acknowledge that it is my choice to process out of the military, whether or not I am hired by the FBI. | ☐ | ☐ | _____ |
| 31. | If in military reserve, resign or be eligible to transfer to standby reserve status.  Special Agents occupy "Key Federal Employee" positions and therefore may not be members of, or rejoin during FBI employment, military Ready Reserve units. | ☐ | ☐ | _____ |

|  |  | Yes | No | Initials |
|---|---|---|---|---|
| 32. | Successfully complete New Agent Training at the FBI Academy in Quantico, Virginia for 16 weeks which includes physical fitness, firearms, defensive tactics, academics, practical exercises, self-study, and teamwork. | ☐ | ☐ | _____ |
| 33. | Successfully complete a two-year probationary period as a New Special Agent. | ☐ | ☐ | _____ |
| 34. | Commit to serving the FBI as a Special Agent for three years. | ☐ | ☐ | _____ |
| 35. | Drive a car. | ☐ | ☐ | _____ |
| 36. | Guard and defend myself and others in dangerous and unpredictable situations such as being physically assaulted or fired upon with gun fire (Personal safety may sometimes be in jeopardy). | ☐ | ☐ | _____ |
| 37. | Pursue and apprehend violators of the law (offenders may be unwilling to be detained and could be violent). | ☐ | ☐ | _____ |
| 38. | Use physical and/or deadly force if necessary. | ☐ | ☐ | _____ |
| 39. | Routinely carry firearms and **use** them, as appropriate, in a variety of life-threatening situations. | ☐ | ☐ | _____ |
| 40. | Maintain proficiency with FBI firearms. | ☐ | ☐ | _____ |
| 41. | Be assigned to any area within the FBI's jurisdiction (United States and Puerto Rico) in order to meet FBI needs on a temporary or permanent basis. | ☐ | ☐ | _____ |
| 42. | Maintain physical conditioning/fitness training required to perform duties (e.g., raids, arrests, firearms), to include exercises during training at the FBI Academy such as pull-ups, push-ups, sit-ups, two-mile run, shuttle run/sprint, and defensive tactics. | ☐ | ☐ | _____ |
| 43. | Be available at all times to meet the needs of the FBI, including, weekends holidays, and cancellation of scheduled vacations. | ☐ | ☐ | _____ |
| 44. | Work an average of 10 hours per day.   Work overtime or work an irregular schedule as required. | ☐ | ☐ | _____ |
| 45. | Witness heinous crimes or crime scenes. | ☐ | ☐ | _____ |
| 46. | Talk to victims of crime, their family or friends. | ☐ | ☐ | _____ |
| 47. | Accept a starting salary of mid-$30, 000s per year during the 16 weeks of training at the FBI Academy, and mid-$40,000s (not including locality pay, prior federal service credit, availability pay, etc.) upon successful completion of the FBI Academy. | ☐ | ☐ | _____ |

|  | Yes | No | Initials |
|---|---|---|---|

**I understand that:**

48.  If I am hired, there will be at least a two week delay in the effective date of my medical coverage if I enroll as a new Federal employee in the Federal Employee Health Benefits program.     ☐  ☐  _____

49.  Federal law requires Special Agents to retire at the age of 57.     ☐  ☐  _____

**Please read the following statement and sign in the area below.**

**Warning:**   Any intentional false statement in this document or willful misrepresentation will result in disqualification from the Special Agent position.  If the misrepresentation is discovered after hiring, you may be subject to inquiry and suitable administrative or disciplinary action up to and including dismissal.

> **I hereby acknowledge that I have read this document entitled "Application Checklist for the Special Agent position," and to the best of my knowledge and belief, the declarations made by me on this form are true.  I understand that it is my responsibility to request any reasonable accommodations under the Americans with Disabilities Act and Rehabilitation Act of 1973 which I require to complete the application, testing, or hiring process.**

Applicant's Signature _____     Date _____

Applicant's Social Security Number _____

Applicant Coordinator's or SA Recruiter's Signature _____

Field Office _____     Date _____

FD-870 (8-5-97)

# VOLUNTARY HYPNOTIC AGREEMENT

I, _____, have been orally informed
(Name)

concerning the technique of hypnosis and voluntarily agree to undergo hypnosis during a

session to take place at _____ at the request
(Location)

of the Federal Bureau of Investigation (FBI).  The hypnosis session will be conducted by

_____          _____
(Name of qualified hypnotist)                                         (Credentials)

for the sole purpose of assisting the FBI to obtain additional details of my observations

concerning _____ .
(Event and time period)

I also voluntarily agree to the audio and/or video taping of the entire hypnosis session and

its disclosure for appropriate investigative purposes.


Signed: _____


Date/Time: _____


Location: _____


Witness: _____


Witness: _____

FD-873a (5-31-00)

# FBI Bomb Data Center
## Bomb Squad Activity Report Form

### *Background*

Not all bomb squad deployments involve an actual device or bombing incident.  However, these deployments require diagnostic time and effort.  As such, this form was created to adequately record the activity levels of Accredited Bomb Squads.  This form captures the following activities:  bomb threat and suspicious package calls, protective details, bomb squad training, operational activities, disposal of explosives and assisting other agencies.  With full participation, the results from this form should produce a great guideline for the allocation of resources for additional equipment and personnel.

### *Instructions*

This form, like the Incident Report Form (FD-873), is a two-sided page.  One side of the page includes the values (codes) to be entered into the corresponding form fields.  The other side contains blank fields.  Please print clearly with the appropriate code (<u>number</u>) in the space provided, if you are not reporting via Law Enforcement Online.  Upon completion, remove this page and submit the report to the Bomb Data Center using **one** of the options in Section J.

### *Tips*

- In Sections A through D, along with Nature of Target (within Sections G or H), write or type the corresponding code number.  *Protective Detail Example:*



- In Sections G and H, **circle** the appropriate response.  *Example:*



- Suspicious Packages found with a threatening note/letter, or associated with a telephone threat should not be reported on this form.  Please utilize the Incident Report Form (FD-873).  *Example:*  If the answer to the first question in Section H is Yes, then you need to use the Form FD-873.

FBI/DOJ

**A.**    **Nature of Activity**
      1. Bomb Squad Training        2. Operational Standby/Special Events
      3. Protective Detail                4. Bomb Threat Call
      5. Suspicious Package Call      6. Disposal of Explosives/Pyrotechnics
      7. Assisting Another Agency

**B.**    **Start Time**
-Starting Time of Activity in 24 Hour Format

**C.**    **End Time**
-Ending Time of Activity in 24 Hour Format

**D.**    **Number of Personnel Utilized**
-Number of Bomb Squad Personnel involved in Activity

**E.**    **Date of Activity**

**F.**    **Squad Information**
-Reporting Agency Information (Officer - Person submitting Activity Report)

**G.**    **Bomb Threat Information**

*Nature of Target (Within Sections G or H)*

| | | |
|---|---|---|
| 1. Person | 2. Vehicle | 3. Mailbox |
| 4. Private residence | 5. Bank | 6. Safe |
| 7. ATM | 8. Night Deposit | 9. Hotel |
| 10. Restaurant | 11. Office Building | 12. Commercial Business |
| 13. Airport | 14. Police facility | 15. Military facility |
| 16. Judicial facility | 17. Educational facility | |

18. Utility (electrical, water, gas, sewage)
19. Government facility (city, county, state government)

| | | |
|---|---|---|
| 20. Church | 21. Hospital | 22. Other (specify) |
| 23. Federal Government facility | 24. Abortion Clinic | 25. Airplane |

*-Estimated Economic Disruption* - Provide estimated cost of disruption to facility

**H.**    **Suspicious Package Information**
*-Diagnostic Methods Used:* Indicate methods used to diagnose suspicious package. Indicate all that apply.

**I.**    **Details**
-Provide additional information, if necessary.

**J.**    **Report Submission**
-Self Explanatory. Select **one** method of report submission.

FD-873a (5-31-00)



**Federal Bureau of Investigation**
*Laboratory Division*

BDC Activity
Report Number:

## Bomb Data Center
## Bomb Squad Activity Report Form

| A. - Nature of Activity | B. - Start Time (24 hr) | C. - Ending Time (24 hr) | |
|---|---|---|---|
| D. - Number of Personnel Involved | E. - Date of Activity | Month | Day | Year |
| | | / | / |

### F. - Squad Information

| Reporting Agency | Address | City | State | Zip |
|---|---|---|---|---|
| Reporting Officer | Telephone Number<br>(   ) | Facsimile Number<br>(   ) | Bomb Squad Identifier | |
| Reporting Agency File # | | | . | |

### G. - Bomb Threat Information

| Was Search of Location Conducted?<br>Yes    No | Was Search Conducted by Bomb Squad?<br>Yes    No | Ongoing Investigation by Police?<br>Yes    No |
|---|---|---|
| Nature of Target | If Target was Other, Specify: | |
| Was Location Evacuated?<br>Yes    No | Method Threat Conveyed:<br>Verbal    Written    Other (Specify) | |
| Estimated Economic Disruption:<br>$ | Verbal Method Used<br>Personal    Telephone    Other (Specify) | |

### H. - Suspicious Package Information

| Was Threat Associated with Package?<br>Yes    No | Was Location Evacuated?<br>Yes    No | Was Disruption Performed?<br>Yes    No |
|---|---|---|
| Nature of Target | Nature of Target (Other) | |
| Indicate Diagnostic Methods Used on Package:<br>None    X-ray    Robot    Canine    Hand Entry    Other (Specify) | | |
| Estimated Economic Disruption:<br>$ | Ongoing Investigation?<br>Yes    No | |

### I. - Details

| Provide details of Training Activity, Operational Support, or Incident |
|---|
| |
| |
| |

### J. - Send Reports to (Select **ONE**):

FBI Bomb Data Center
*Attn.: Activity Reports*
J. Edgar Hoover Building, Room 1B327, Box #22
935 Pennsylvania Avenue, Northwest
Washington, D.C. 20535-0001

Or via Facsimile at (202) 324-3784

Or via Law Enforcement Online

FD-874 (Rev. 12-19-03)

# Special Agent Applicant Physical Fitness Test (PFT) Report

Date of Assessment: _____     Time of Assessment: _____

Field Office: _____     Location of Assessment: _____

PFT Administrator: _____     Position: _____

Applicant Name: _____     Applicant Gender:  ☐ M   ☐ F

Applicant's HQ 67 File Number: _____

This applicant is taking the PFT for the _____ time.

**To be completed by the PFT Administrator:**

### APPLICANT'S SCORE

| SIT-UPS | | 300 METER | | PUSH-UPS | | 1.5 MILE | | PULL-UPS | |
|---|---|---|---|---|---|---|---|---|---|
| Number Completed | Points | Number Completed | Points | Number Completed | Points | Number Completed | Points | Number Completed | Points |
| | | | | | | | | | |

(To be ready for New Agent training, the applicant must score a minimum of 12 total points with at least one point in each event. The applicant's pull-up score is not to be counted for this determination.)

This applicant  ☐ is ready   ☐ is not ready  for New Agent training.  (Check One).

_____          _____
Date                                                      PFT Administrator Signature

**To be completed by the Applicant:**

By signing this signature block, you concur that all of the information recorded on this form is true and accurate, and that no administrative problems occurred during your testing session.

If you believe there was an administrative problem, it must be brought to the test administrator's attention **prior to the time**
**that you leave the testing session.**

_____          _____
Date                                                      Applicant Signature

_____          _____
Social Security Number                       Printed Name

# NEW AGENTS PHYSICAL FITNESS TEST RATING SCALE

| MEN | | WOMEN | |
|---|---|---|---|
| **SITUPS**<br>NUMBER COMPLETED | POINTS | **SITUPS**<br>NUMBER COMPLETED | POINTS |
| 31 and below | -2 | 29 and below | -2 |
| 32 - 37 | 0 | 30 - 34 | 0 |
| 38 | 1 | 35 - 36 | 1 |
| 39 - 42 | 2 | 37 - 40 | 2 |
| 43 - 44 | 3 | 41 - 42 | 3 |
| 45 - 47 | 4 | 43 - 46 | 4 |
| 48 - 49 | 5 | 47 - 48 | 5 |
| 50 - 51 | 6 | 49 - 50 | 6 |
| 52 - 53 | 7 | 51 - 52 | 7 |
| 54 - 55 | 8 | 53 - 54 | 8 |
| 56- 57 | 9 | 55 - 56 | 9 |
| 58 and over | 10 | 57 and over | 10 |
| **300 METER SPRINT**<br>TIME COMPLETED | POINTS | **300 METER SPRINT**<br>TIME COMPLETED | POINTS |
| 55.1 and over | -2 | 67.5 and over | -2 |
| 55.0 - 52.5 | 0 | 67.4 - 65.0 | 0 |
| 52.4 - 51.0 | 1 | 64.9 - 62.5 | 1 |
| 51.0 - 49.5 | 2 | 62.4 - 60.0 | 2 |
| 49.4 - 48.0 | 3 | 59.9 - 57.5 | 3 |
| 47.9 - 46.1 | 4 | 57.4 - 56.0 | 4 |
| 46.0 - 45.0 | 5 | 55.9 - 54.0 | 5 |
| 44.9 - 44.0 | 6 | 53.9 - 53.0 | 6 |
| 43.9 - 43.0 | 7 | 52.9 - 52.0 | 7 |
| 42.9 - 42.0 | 8 | 51.9 - 51.0 | 8 |
| 41.9 - 41.0 | 9 | 50.9 - 50.0 | 9 |
| 40.9 and below | 10 | 49.9 and below | 10 |
| **PUSHUPS**<br>NUMBER COMPLETED | POINTS | **PUSHUPS**<br>NUMBER COMPLETED | POINTS |
| 19 and below | -2 | 4 and below | -2 |
| 20 - 29 | 0 | 5 - 13 | 0 |
| 30 - 32 | 1 | 14 - 18 | 1 |
| 33 - 39 | 2 | 19 -21 | 2 |

| 40 - 43 | 3 | 22 - 26 | 3 |
|---|---|---|---|
| 44 - 49 | 4 | 27 - 29 | 4 |
| 50 - 53 | 5 | 30 - 32 | 5 |
| 54 - 56 | 6 | 33 - 35 | 6 |
| 57 - 60 | 7 | 36 - 38 | 7 |
| 61 - 64 | 8 | 39 - 41 | 8 |
| 65 - 70 | 9 | 42 - 44 | 9 |
| 71 and over | 10 | 45 and over | 10 |
| **1.5 MILE RUN** TIME COMPLETED | POINTS | **1.5 MILE RUN** TIME COMPLETED | POINTS |
| 13:30 and over | -2 | 15:00 and over | -2 |
| 13:29 - 12:25 | 0 | 14:59 - 14:00 | 0 |
| 12:24 - 12:15 | 1 | 13:59 - 13:35 | 1 |
| 12:14 - 11:35 | 2 | 13:34 - 13:00 | 2 |
| 11:34 - 11:10 | 3 | 12:59 - 12:30 | 3 |
| 11:09 - 10:35 | 4 | 12:29 - 11:57 | 4 |
| 10:34 - 10:15 | 5 | 11:56 - 11:35 | 5 |
| 10:14 - 9:55 | 6 | 11:34 - 11:15 | 6 |
| 9:54 - 9:35 | 7 | 11:14 - 11:06 | 7 |
| 9:34 - 9:20 | 8 | 11:05 - 10:45 | 8 |
| 9:19 - 9:00 | 9 | 10:44 - 10:35 | 9 |
| 8:59 - below | 10 | 10:34 and below | 10 |
| **PULLUPS** NUMBER COMPLETED | POINTS | **PULLUPS** NUMBER COMPLETED | POINTS |
| 0 - 1 | 0 | 0 | 0 |
| 2 - 3 | 1 | 1 | 1 |
| 4 - 5 | 2 | 2 | 2 |
| 6 - 7 | 3 | 3 | 3 |
| 8 - 9 | 4 | 4 | 4 |
| 10 - 11 | 5 | 5 | 5 |
| 12 - 13 | 6 | 6 | 6 |
| 14 - 15 | 7 | 7 | 7 |
| 16 - 17 | 8 | 8 | 8 |
| 18 - 19 | 9 | 9 | 9 |
| 20 and above | 10 | 10 and above | 10 |

FD-885 (2-2-98)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**                                              Date:

**To:**

**From:**

       **Contact:**

**Approved By:**

**Drafted by:**

**Case ID #:**

**Title:**

**Synopsis:**

                               **Classified By**  :
                               **Reason**      :
                               **Declassified On:**

## SRI DATA
Line ID _____      Technique _____      Source/Symbol _____
Intercept # _____      Call Direction _____      Call Type _____
Intercept/Call Date _____      Call Start Time _____      Call Stop Time _____
Call Duration _____      Raw Digits _____

## IDENTIFICATION
Language/Dialect Spoken _____      Group ID _____      Subgroup ID _____

## SUBJECT/CONTACT DATA
### Main Subject

| Name (Last) | (Middle) | (First) | Race | Sex | DOB | | DDN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Name (Last) | (Middle) | (First) | | | | | DDN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Address: House # | Pre Direction | Street Name | Street Suffix | Post Direction | Unit | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Miscellaneous

Additional Subjects:

### Contact

| Name (Last) | (Middle ) | (First) | Race | Sex | DOB | | DDN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Name (Last) | (Middle ) | (First) | | | | | DDN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Address: House # | Pre Direction | Street Name | Street Suffix | Post Direction | Unit | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Miscellaneous

Additional Subjects:

FD-886 (Rev. 12-4-98)

Page _____ of _____

# EVIDENCE RECOVERY LOG

Location: _____

Date: _____

Case Identifier: _____

Log Preparer: _____

Assistants: _____

_____

Personnel   _____   _____

_____   _____

_____   _____

_____   _____

_____   _____

| Item No. | Description | Where Found | Found By | Collected By | Photo | Marking Direct-D Indirect-I | Packaging Method | Misc. Comments |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

FD-888 (Rev. 10-16-02)

# ARREST PLAN FORM

| | |
|---|---|
| **FILE NUMBER** | |
| FIELD DIVISION/SQUAD | |
| Date Prepared | Planned Date of Operation |

| | |
|---|---|
| **TITLE OF CASE** | |

| | |
|---|---|
| CASE AGENT/OFFICER | PH # |
| ALTERNATE CA/OFFICER | PH # |

## SITUATION/MISSION

| Type of Operation | Location of Activity |
|---|---|
| ☐ Arrest<br>☐ Search<br>☐ Surveillance<br>☐ Other | |

Warrant Information

Overall Concept of Mission  (Brief statement of who, what, why, when, and where)

**CAUTION STATEMENT**

This Document has been prepared by the Federal Bureau of Investigation
**FOR LAW ENFORCEMENT USE ONLY**

1

## SITUATION/MISSION CONTINUED

| SUBJECT INFORMATION | | |
|---|---|---|
| Name: | Race: Sex: DOB: | |
| Aliases: | Height: Weight: | |
| | Eyes: Hair: | |
| Fingerprint Code: | SSAN: FBI#: | |

Identifying Marks and Tattoos:

Address:

Vehicle Info:

Criminal History:

**REASON FOR CAUTION STATEMENT** (subject specific)

Identify other legal process outstanding to include issuing official, district and date issued, and warrant location.

Other Information **Regarding Subject** (Can include items such as possible locations of subject, identification of associates, and information provided by informants and other law enforcement agencies. **Provide Photo If Available.**

Use copies of this page for information on additional subjects and number as 2-A, 2-B, etc.

This Document has been prepared by the Federal Bureau of Investigation
**FOR LAW ENFORCEMENT USE ONLY**

2

## SITUATION/MISSION CONTINUED

INTELLIGENCE - Additional pertinent information can be added as an attachment

### LAW ENFORCEMENT PARTICIPANTS IN THE OPERATION

Identify personnel directly involved in the operation, as well as their assignment (entry/perimeter) for the operation

| | NAME | ASSIGNMENT | SIGNAL # |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |

Other Law Enforcement Personnel
Identify personnel who are not directly involved in the subject operation, but may support the overall mission
(e.g., mass interviews, evidence technicians, photo specialists, traffic control, etc.)

| |
|---|
| |
| |
| |
| |
| |
| |

This Document has been prepared by the Federal Bureau of Investigation
**FOR LAW ENFORCEMENT USE ONLY**

3

**EXECUTION**

---

OVERALL SUMMARY OF PRIMARY PLAN

---

SPECIFIC DUTIES
(Concise, detailed statements directing how each unit, squad, team, or individual accomplishes their duties.)

(Continue on additional blank sheet(s) of paper as necessary)

---

This Document has been prepared by the Federal Bureau of Investigation
**FOR LAW ENFORCEMENT USE ONLY**

4

## EXECUTION CONTINUED

**COORDINATING INSTRUCTIONS**
(Include here instructions common to all. Examples include times and dates for specific phases of the operation, coordination intra-office or with other agencies, warrant verification, danger areas, rehearsals, debriefings, etc.)

**FBI DEADLY FORCE POLICY** (effective 11/21/00)
"Agents may use deadly force only when necessary, that is, when the Agents have probable cause to believe that the subject of such force poses an imminent danger of death or serious physical injury to the Agents or to another persons."

**CONTINGENCIES**

This Document has been prepared by the Federal Bureau of Investigation
**FOR LAW ENFORCEMENT USE ONLY**

## ADMINISTRATION AND EQUIPMENT

| WEAPONS AND AMMUNITION |
| --- |
| |
| |

| CLOTHING AND EQUIPMENT<br>(Includes protective gear, identifying clothing, and special equipment, e.g., body armor, pepper spray, flex cuffs, etc.) |
| --- |
| Body Armor, |
| |
| |

| HANDLING OF INJURED<br>(Be specific. Include EMS telephone numbers, local radio channels, and addresses of medical facilities and/or EMS) |
| --- |
| |
| |
| |

## CONTROL AND COMMUNICATIONS

| Command Post (if utilized) | | |
| --- | --- | --- |
| Supervisor in Charge: | Location: | |
| Phone #: | Radio Channel: | Call Sign: |
| On-Scene Command | | |
| Agent in Charge: | Location: | |
| Phone #: | Radio Channel: | Call Sign: |
| RADIO COMMUNICATIONS (include channels, frequencies, private or clear mode, and call signs) | | |
| Channel Information | USE | |
| | | |
| | | |
| CAUTION STATEMENT | | |

This Document has been prepared by the Federal Bureau of Investigation
**FOR LAW ENFORCEMENT USE ONLY**

6

FD-896 (4-15-99)



# DAILY BASELINE VITAL SIGNS

| Name | Time/Date | B/P | R/R | P | T | LOC |
|------|-----------|-----|-----|---|---|-----|
|      |           |     |     |   |   |     |
|      |           |     |     |   |   |     |
|      |           |     |     |   |   |     |
|      |           |     |     |   |   |     |
|      |           |     |     |   |   |     |
|      |           |     |     |   |   |     |
|      |           |     |     |   |   |     |
|      |           |     |     |   |   |     |

| Name | Time/Date | B/P | R/R | P | T | LOC |
|------|-----------|-----|-----|---|---|-----|
|      |           |     |     |   |   |     |
|      |           |     |     |   |   |     |
|      |           |     |     |   |   |     |
|      |           |     |     |   |   |     |
|      |           |     |     |   |   |     |
|      |           |     |     |   |   |     |
|      |           |     |     |   |   |     |
|      |           |     |     |   |   |     |

| Name | Time/Date | B/P | R/R | P | T | LOC |
|------|-----------|-----|-----|---|---|-----|
|      |           |     |     |   |   |     |
|      |           |     |     |   |   |     |
|      |           |     |     |   |   |     |
|      |           |     |     |   |   |     |
|      |           |     |     |   |   |     |
|      |           |     |     |   |   |     |
|      |           |     |     |   |   |     |
|      |           |     |     |   |   |     |

HMRU file copy (pink)
Field BLS/ALS copy (white)

FBI/DOJ