Exhibit 8



Login   Watch TV



**DURHAM PROBE**

# FBI ignored 'clear warning sign' of Clinton-led effort to 'manipulate' bureau for 'political purposes'

Then-CIA Director Brennan briefed Obama, Biden on Hillary Clinton's plan to tie Trump to Russia in July 2016

By **Brooke Singman** · **Fox News**

Published May 16, 2023 2:43pm EDT

    



WinStar World Casino & Resort | You're Invited to Escape
by elite.winstar.com



**Durham facing calls to testify after release of Trump-Russia report**

Correspondent Alexandria Hoff reports the latest on the fallout from the final report.

The FBI "failed to act" on a "clear warning sign" that the bureau was the "target" of a Hillary Clinton-led effort to "manipulate or influence the law enforcement process for political purposes" ahead of

the 2016 presidential election, Special Counsel John Durham found.

Durham was referring to intelligence on a plan stirred up by Hillary Clinton's presidential campaign in July 2016 to tie then-candidate Donald Trump to Russia in an effort to distract from the investigation into her use of a private email server and mishandling of classified information.

**DURHAM FINDS DOJ, FBI 'FAILED TO UPHOLD' MISSION OF 'STRICT FIDELITY TO THE LAW' IN TRUMP-RUSSIA PROBE**



WASHINGTON, DC - MAY 16:  Former CIA director John Brennan (2nd L) and former director of National Intelligence James Clapper (R) arrive at a closed hearing before the Senate (Select) Intelligence Committee May 16, 2018 on Capitol Hill in Washington, DC. (Alex Wong/Getty Images)

8/25/23, 8:58 AM    FBI ignored 'clear warning sign' Clinton-led effort to manipulate Dept. for political purposes | Fox News

Case 4:20-cv-00447-ALM  Document 133-8  Filed 08/25/23  Page 4 of 22 PageID #: 4915

Durham found that then-CIA Director John Brennan "realized the significance" of the intelligence that Clinton was stirring up a plan to tie Trump to Russia—so much so, he "expeditiously" briefed then-President Barack Obama, then-Vice President Joe Biden, and other top national security officials.

But nothing came of that briefing or of his subsequent referral of the information to the FBI, according to Durham's final report.

"The aforementioned facts reflect a rather startling and inexplicable failure to adequately consider and incorporate the Clinton Plan intelligence into the FBI's investigative decision-making in the Crossfire Hurricane investigation," the report states.



FBI ignored 'clear warning sign' Clinton-led effort to manipulate department for political purposes | Fox News

**Democratic presidential nominee Hillary Clinton speaks at a campaign rally in Raleigh, North Carolina November 8, 2016. REUTERS/Chris Keane - D1BEULPJOPAC (REUTERS/Chris Keane)**

"Indeed, had the FBI opened the Crossfire Hurricane investigation as an assessment and, in turn, gathered and analyzed data in concert with the information from the Clinton Plan intelligence, it is likely that the information received would have been examined, at a minimum, with a more critical eye," the report continued.

ENCLOSURE_1__Brennan_Notes__U-1...   1 / 2   —   85%   +   ⊡   ◇



FBI ignored 'clear warning sign' Clinton led effort to manipulate Department for political purposes | Fox News



In October 2020, Fox News Digital first reported the Brennan briefing to Obama and administration officials, after then-Director of National Intelligence John Ratcliffe declassified Brennan's handwritten notes memorializing that meeting.

The FBI on July 31, 2016, opened a counterintelligence investigation into whether candidate Donald Trump and members of his campaign were colluding or coordinating with Russia to influence the 2016 campaign. That investigation was referred to inside the bureau as "Crossfire Hurricane."

**FLASHBACK: DNI DECLASSIFIES BRENNAN NOTES, CIA MEMO ON HILLARY CLINTON 'STIRRING UP' SCANDAL BETWEEN TRUMP, RUSSIA**

Durham found, after years of investigating, that the FBI did not have any actual evidence to support the start of that investigation.

But on July 28, 2016, then-CIA Director John Brennan briefed Obama on a plan from one of Hillary Clinton's campaign foreign policy advisers "to vilify Donald Trump by stirring up a scandal claiming interference by the Russian security service." Biden, former Attorney General Loretta Lynch, former FBI Director James Comey, and former ODNI James Clapper were in the Brennan-Obama briefing, the report says.



**US President Barack Obama speaks with FBI Director James Comey (R).  (Getty)**

After that briefing, the CIA properly forwarded that information through a Counterintelligence Operational Lead (CIOL) to then-FBI Director James Comey and then-Deputy Assistant Director of Counterintelligence Peter Strzok, with the subject line: "Crossfire Hurricane."

Fox News first obtained and reported on the CIOL in October 2020, which stated: "The following information is provided for the exclusive use of your bureau for background investigative action or lead purposes as appropriate."

"Per FBI verbal request, CIA provides the below examples of information the CROSSFIRE HURRICANE fusion cell has gleaned to date," the memo continued. "An exchange [REDACTED] discussing US presidential candidate Hillary Clinton's approval of a plan concerning US presidential candidate Donald Trump and Russian hackers hampering US elections as a means of distracting the public from her use of a private email server."

ENCLOSURE_2__DCIA_Memo_09-07...      1 / 3      —      85%      +





The memo was heavily redacted.

Durham interviewed a number of Clinton campaign officials, including then-foreign policy advisor, now-Biden National Security Adviser Jake Sullivan. Sullivan, when asked about the Clinton Plan intelligence, said he had not seen the reporting, and called it "ridiculous."

"Although the campaign was broadly focused on Trump and Russia, Sullivan could not recall anyone articulating a strategy or 'plan' to distract negative attention away from Clinton by tying trump to Russia, but could not conclusively rule out the possibility," the report states.



FILE - White House national security adviser Jake Sullivan speaks at a press briefing at the White House in Washington, Sept. 20, 2022. (AP Photo/Andrew Harnik, File)

**FLASHBACK: DNI DECLASSIFIES BRENNAN NOTES, CIA MEMO ON HILLARY CLINTON 'STIRRING UP' SCANDAL BETWEEN TRUMP, RUSSIA**

Durham, in his report, said the FBI "failed to act on what should have been—when combined with other incontrovertible facts— a clear warning sign that the FBI might then be the target of an effort to manipulate or influence the law enforcement process for political purposes during the 2016 presidential election."

FBI ignored 'clear warning sign' Clinton-led effort to manipulate department | Fox News

"Whether or not the Clinton plan intelligence was based on reliable or unreliable information, or was ultimately true or false it, it should have prompted FBI personnel to immediately undertake an analysis of the information and to act with far greater care and caution when receiving, analyzing, and relying upon materials of partisan origins, such as the Steele Reports, and the Alfa Bank allegations," Durham's report states.

Durham also said the FBI "should have disseminated the Clinton Plan intelligence more widely among those responsible for the Crossfire Hurricane investigation so that they could effectively incorporate it into their analysis and decision-making and their representations to the OI attorneys, and, ultimately, the FISC."



**Christopher Steele authored the infamous anti-Trump dossier first published by BuzzFeed News. (Photo by TOLGA AKMEN/AFP via Getty Images)**

The anti-Trump Steele dossier was also linked to the Clinton campaign.

The dossier contained allegations of purported coordination between Trump and the Russian government. It was authored by Christopher Steele, an ex-British intelligence officer.

The Clinton campaign and the DNC funded the dossier through the law firm Perkins Coie, where both Elias and Sussmann were employed at the time.

The Justice Department inspector general revealed that the unverified anti-Trump dossier helped serve as the basis for controversial Foreign Intelligence Surveillance Act (FISA) warrants obtained against former Trump campaign aide Carter Page.

And the 2017 Intelligence Community Assessment (ICA) on Russian election interference revealed that the dossier had, at the time, only "limited corroboration." CIA officials at the time pushed back, arguing the dossier should not be included in the assessment, casting it as simply "internet rumor."



Special Counsel John Durham, who then-United States Attorney General William Barr appointed in 2019 after the release of the Mueller report to probe the origins of the Trump-Russia investigation, arrives at the United States District Court for the District of Columbia on May 17, 2022, in Washington, D.C.  (Ron Sachs/Consolidated News Pictures/Getty Images)

The dossier has been largely discredited.

**[FLASHBACK: NEWLY DECLASSIFIED INTEL DOCUMENT NOTED STEELE DOSSIER CLAIMS HAD 'LIMITED CORROBORATION'](#)**

The FBI's investigation was handed off to Special Counsel Robert Mueller after Trump was elected. Mueller was appointed on May 17, 2017. But Mueller's team, like the FBI, did not investigate the allegations linked to Clinton-affiliated individuals.



But Durham's team could not charge anyone related to omission or failure to act on the "Clinton Plan Intelligence."

"Whether these failures by U.S. officials amounted to criminal acts, however, is a different question," Durham's report states.

"Although the evidence we collected revealed a troubling disregard for the Clinton Plan intelligence and potential confirmation bias in favor of continued investigative scrutiny of Trump and his associates, it did not yield evidence sufficient to prove beyond a reasonable doubt that any FBI or CIA officials intentionally furthered a Clinton campaign plan to frame or falsely accuse Trump of improper ties to Russia," the report states.

**TRUMP SAYS THERE 'MUST BE A HEAVY PRICE TO PAY' FOR COMEY, DEMOCRATS AFTER RELEASE OF DURHAM REPORT**

8/25/23, 6:35 PM    FBI ignored 'clear warning sign' Clinton-led effort to manipulate Bureau into 'political purposes' | Fox News

Case 4:20-cv-00447-ALM    Document 133-8    Filed 08/25/23    Page 15 of 22    PageID #: 4926



Former U.S. President Donald Trump speaks during a rally in at the Waco Regional Airport in March 2023. (Brandon Bell/Getty Images)

**[READ DURHAM'S REPORT ON THE ORIGINS OF THE FBI'S RUSSIAN COLLUSION PROBE](#)**

Durham said his team also was not able to find sufficient evidence to prove that the "omission" of the Clinton Plan intelligence from applications to the FISC "was a conscious or intentional decision, much less one intended to influence the Court's view of the facts supporting probable cause."

"In sum, the government's handling of the Clinton Plan intelligence may have amounted to a significant intelligence failure and a troubling instance in which confirmation bias and a tunnel-vision pursuit of investigative ends may have caused government personnel to fill to appreciate the extent to which uncorroborated reporting funded by an opposing political campaign was intended to influence rather than inform the FBI," the report states.

8/25/23, 6:38 PM    FBI ignored 'clear warning sign' Clinton-led effort to manipulate Bureau for political purposes | Fox News

Case 4:20-cv-00447-ALM    Document 133-8    Filed 08/25/23    Page 16 of 22 PageID #: 4927

**CLICK HERE TO GET THE FOX NEWS APP**

It added: "It did not, all things considered, however, amount to a provable criminal offense."

Reacting to Durham's report, the FBI said in a statement: "The conduct in 2016 and 2017 that Special Counsel Durham examined was the reason that current FBI leadership already implemented dozens of corrective actions, which have now been in place for some time. Had those reforms been in place in 2016, the missteps identified in the report could have been prevented. This report reinforces the importance of ensuring the FBI continues to do its work with the rigor, objectivity, and professionalism the American people deserve and rightly expect."

Brooke Singman is a Fox News Digital politics reporter. You can reach her at Brooke.Singman@Fox.com or @BrookeSingman on Twitter.

## Sponsored Stories

- **Thousands of Americans are ditching Gmail for this new Email service to defend their...**
  Proton Mail

- **Experts Amazed: Foot Neuropathy Device Takes The US By Storm**
  Health Insight Journal

- **Hands Down One of the Best Cards for Good Credit**
  The Motley Fool

- **5 Things Men Over 40 Can Do To Look 10 Years Younger**

  gentlemantoday.co

- **These Are the 5 Best Colognes for Men in 2023**

  gentlemantoday.co

- **Beyond Brushing: Expert Vet Discovers New Way To "Brush" Your Dog's Teeth**

  Dr. Marty

Recommended by Outbrain ▷

8/25/23, 6:26 PM
Case 4:20-cv-00447-ALM  Document 133-8  Filed 08/25/23  Page 18 of 22 PageID #: 4929
FBI ignored 'clear warning sign' Clinton-led effort to manipulate department | Fox News

# Conversation   3.5K Comments

👥 3 Viewing

Discussions are moderated. For more details, click [here](here).

| What do you think? |
| --- |

Sort by Best ⌄

---

**B**    **beachlady1999**
16 May, 2023

They didn't "miss" anything. They knew exactly what they were doing, what they have done and are doing. FBI, the people have list all confidence in your agency. I pray more whistleblowers come forward out of duty for country. This agency needs a deep cleaning. And the DOJ.

Reply  •  👍 212   👎 2  •  Share

↳ 25 replies

---

**1**    **1-sw**
16 May, 2023

Let us not forget about the use of the FISA court in this debacle.  If the existence and then weaponization of that court doesn't scare the citizenry then we are already lost.

Reply  •  👍 109   👎 3  •  Share

↳ 8 replies

---

**I**    **imsmarterthanyou873**
16 May, 2023

They did not ignore it. They made a distinct and specific choice to use it. Big difference.

Reply  •  👍 32   👎  •  Share

---

**G**    **GoldQuill**

16 May, 2023

They didn't "miss" anything. They colluded. Big difference.

By the way, they still are.

Reply    •    👍 212    👎 2    •    Share

↳ 8 replies

---

 **LoneStarRanger**                                    ⋯
16 May, 2023

They didn't miss the signs, they ignored them.... just as casually as I ignore 55mph signs.
  *(Edited)*

Reply    •    👍 162    👎 3    •    Share

↳ 18 replies

---

 **SpongeWorthy621**                                  ⋯
16 May, 2023

They didn't miss it, they chose to ignore it to stick it to Trump at all costs.

Reply    •    👍 194    👎 1    •    Share

↳ 16 replies

---

 **1average_joe**                                      ⋯
16 May, 2023

The FBI didn't *"miss"* anything. Their actions and intent were well planned and approved at
the highest levels of the FBI and DOJ. The FBI fully intended to defame Trump in order to
control election narratives.
  *(Edited)*

Reply    •    👍 36    👎    •    Share

---

 **capt.caveman**                                      ⋯
16 May, 2023

They didn't miss anything, they were part of the coup.  The remaining federal employees
reporting this are now just trying to save face and the reputation of the agencies.  It is why
they will not prosecute the crimes.

Reply    •    👍 15    👎    •    Share

---

 **betterthanlife**                                    ⋯
16 May, 2023

Let's be completely honest. The FBI and DOJ didn't miss anything. They fully aided and
abetted the entire thing.

Reply    •    👍 92    👎 2    •    Share

---



1 reply

**meezermom**
16 May, 2023

They did not miss it - they were complicit.

Reply  •  👍 54  👎  •  Share

↳ 1 reply

**Show More Comments**

Powered by ○ OpenWeb                                Terms  |  Privacy  |  Feedback

## U.S.

Crime
Military
Education
Terror
Immigration
Economy
Personal Freedoms
Fox News Investigates

## Opinion

## World

U.N.
Conflicts
Terrorism
Disasters
Global Economy
Environment
Religion
Scandals

## Politics

Executive
Senate
House
Judiciary
Foreign Policy
Polls
Elections

## Entertainment

Celebrity News

Movies

TV News

Music News

Style News

Entertainment Video

## Lifestyle

Food + Drink

Cars + Trucks

Travel + Outdoors

House + Home

Fitness + Well-being

Style + Beauty

Family

Faith

## Tech

Security

Innovation

Drones

Computers

Video Games

Military Tech

## Business

Personal Finance

Economy

Markets

Watchlist

Lifestyle

Real Estate

Tech

## Science

Archaeology

Air & Space

Planet Earth

Wild Nature

Natural Science

Dinosaurs

## Health

Coronavirus

Healthy Living

Medical Research

Mental Health

Cancer

Heart Health

Children's Health

## TV

Shows

Personalities

Watch Live

Full Episodes

Show Clips

News Clips

## Other

Fox Business

Fox Weather

Fox Nation

Women's World Cup 2023

Fox News Shop

Fox News Go

Fox News Radio

Outkick

Newsletters

Podcasts

Apps & Products

## About

Contact Us

Careers

Fox Around the World

Advertise With Us

Media Relations

Corporate Information

Compliance



New Terms of Use  |  New Privacy Policy  |  Your Privacy Choices  |  Closed Captioning Policy  |  Help  |  Contact Us  |
Accessibility Statement

This material may not be published, broadcast, rewritten, or redistributed. ©2023 FOX News Network, LLC. All rights reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by Refinitiv Lipper.