IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION and UNITED STATES<br>DEPARTMENT OF JUSTICE<br><br>    Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to Exceed Page Limit (Dkt. #132). The Court finds the motion should be GRANTED, and Plaintiff's Reply in support of Corrected Motion for Summary Judgment (Dkt. #133) is deemed filed.  Counsel is reminded to send a courtesy copy to the undersigned.

IT IS SO ORDERED.

SIGNED this 29th day of August, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE