IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CIVIL ACTION No. 4:20CV00447 |

### DECLARATION OF ROBERT A. EIKHOFF

I, Robert A. Eikhoff, declare as follows:

1. I am the Section Chief of the Cyber Operations Section ("COS"), Operational Technology Division ("OTD"), Federal Bureau of Investigation ("FBI"), United States Department of Justice ("DOJ") in Quantico, VA. I am responsible for, among other things, delivering technology-based solutions that enable and enhance the FBI's intelligence, national security, and law enforcement operations.

2. This declaration is based upon subject matter expertise, information provided to me in my official capacity, and my conclusions and determinations reached and made in accordance therewith.

3. This declaration is submitted to provide the Court a description of Teleporter and to explain why Teleporter it is not a system of records under the Freedom of Information Act (FOIA).

4. The Teleporter system allows users the ability to upload and share files between law enforcement and partner communities that include state, local, tribal, foreign law enforcement, other government agencies (OGAs), and the private sector. It allows users to move data from external environments to the Teleporter system, which is part of the Law Enforcement Enterprise Portal (LEEP)[1]. Teleporter is *only* available to authorized users and to anyone who maintains a trusted relationship with the FBI and an individual granted temporary access to Teleporter to upload/download files.

5. Teleporter is not a system of records because all user data is deleted automatically after 90 days or when the user manually deletes the data, whichever occurs first.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of August 2023.

Robert A. Eikhoff
Federal Bureau of Investigation
Operational Technology Division

---

[1] The Law Enforcement Enterprise Portal (LEEP) is a secure platform for law enforcement agencies, intelligence groups, and criminal justice entities. LEEP provides web-based investigative tools and analytical resources, and the networking it supports is unrivaled by other platforms available to law enforcement. Users collaborate in a secure environment, use tools to strengthen their cases, and share departmental documents.