# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON, | |
| Plaintiff, | CIVIL ACTION No. 4:20CV447 |
| | JUDGE AMOS MAZZANT |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendants. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Federal Bureau of Investigation and United States Department of Justice file this Notice of Substitution of Counsel and request that Assistant United States Attorney James Gillingham be substituted as counsel in the above-referenced cause. Accordingly, Defendants respectfully request that Assistant United States Attorney Andrea L. Parker be withdrawn and removed from the service list as counsel.

The undersigned requests that he be added to the list of counsel in this case to receive all future notices, orders, and filings via the Court's CM/ECF system.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

*/s/ James Gillingham*
JAMES GARLAND GILLINGHAM

        Texas State Bar No. 24065295
        james.gillingham@usdoj.gov
        110 N. College, Suite 700
        Tyler, TX  75702
        (903) 590-1400
        Fax: (903) 590-1436

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2023, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

        */s/ James Gillingham*
        JAMES GARLAND GILLINGHAM
        Assistant United States Attorney