IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CIVIL ACTION No. 4:20CV447<br><br>JUDGE AMOS MAZZANT |

### DEFENDANT FBI'S UNOPPOSED MOTION FOR EXTENSION

Defendant Federal Bureau of Investigation (FBI) files this unopposed motion for extension of time to file a Joint Status Report in accordance with the Court's Memorandum Opinion and Order [ECF 136].

On November 28, 2023, the Court entered a memorandum opinion and order that, among other things, ordered the parties "to recommend to the court a timeline for the disclosure of information on Seth Rich's personal laptop, Seth Rich's work laptop, the DVD, and tape drive within 14 days following the issuance [of the] Memorandum Opinion and Order." [ECF 136, p. 25.] Based on this Order, the status report would be due on or before December 12, 2023.

On December 1, 2023, former Assistant United States Attorney Andrea Parker took a position outside of the U.S. Attorney's Office. Prior to leaving the U.S. Attorney's

Office, AUSA Parker had been responsible for handling litigation. Although a new attorney has been assigned, additional time is necessary for counsel to get up to speed and be able to recommend a timeline for production of documents as required by the Court's Order. Although the undersigned counsel has had preliminary discussions with the FBI regarding a potential timeline, additional time is needed to continue those conversations and formulate a recommendation. For these reasons, the Federal Bureau of Investigation seeks a thirty (30) day extension of the deadline to make a recommendation to the Court, up to and including January 11, 2024.

    Wherefore, the FBI respectfully requests an extension of thirty (30) days, up to and including January 11, 2024, to respond to the Court's order. Plaintiff's counsel has indicated that he is unopposed to this motion.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

*/s/ James Gillingham*
JAMES GARLAND GILLINGHAM
Texas State Bar No. 24065295
james.gillingham@usdoj.gov
110 N. College, Suite 700
Tyler, TX  75702
(903) 590-1400
Fax: (903) 590-1436

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2023, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

/s/ James Gillingham
JAMES GARLAND GILLINGHAM
Assistant United States Attorney

**CERTIFICATE OF CONFERENCE**

In compliance with Local Rule CV-7(h), undersigned counsel hereby certifies that I have conferred with plaintiff's counsel, and he is unopposed to this motion.

/s/ James Gillingham
JAMES GARLAND GILLINGHAM
Assistant United States Attorney