## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON, | |
| Plaintiff, | CIVIL ACTION No. 4:20CV447 |
| | JUDGE AMOS MAZZANT |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendants. | |

### ORDER GRANTING DEFENDANTS FBI'S UNOPPOSED MOTION FOR EXTENSION

On this day came for consideration, Defendant Federal Bureau of Investigation's (FBI) Unopposed Motion for Extension to file a Joint Status Report in accordance with the Court's Memorandum Opinion and Order [ECF 136]. The Court, having considered same, is of the opinion that said motion has merit and should be GRANTED.  It is therefore,

ORDERED, ADJUDGED and DECREED that Defendant's deadline for providing a response to the Court's Memorandum Opinion and Order [ECF 136] shall be extended up to and including Friday, January 11, 2024.