# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | CIVIL ACTION No. 4:20CV447 <br><br> JUDGE AMOS MAZZANT |

## ORDER GRANTING DEFENDANTS FBI'S UNOPPOSED MOTION FOR EXTENSION

Before the Court is Defendant Federal Bureau of Investigation's (FBI) Unopposed Motion for Extension (Dkt. #139) to file a Joint Status Report in accordance with the Court's Memorandum Opinion and Order (Dkt. #136). The Court, having considered same, is of the opinion that the motion has merit and should be GRANTED.

It is therefore ORDERED that Defendant's deadline for providing a response to the Court's Memorandum Opinion and Order (Dkt. #136) shall be extended up to and including Friday, January 11, 2024.

**IT IS SO ORDERED.**
**SIGNED this 12th day of December, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE