Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**BRIAN HUDDLESTON**,

    Plaintiff,

vs.

**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**

    Defendant

Case No. 4:20-cv-447-ALM

## DECLARATION OF YAACOV APPELBAUM

My name is Yaacov Apelbaum, I am greater than 18 years of age and competent to testify, and I do testify as follows under penalty of perjury under the laws of the United States, as witnessed by my signature below:

(1) I have attached a copy of my CV to this declaration, and I attest that its contents are true and correct.

(2) I serve as a cyber intelligence and cyber forensic expert and consultant to Mr. Huddleston via his counsel, Ty Clevenger.

(3) On November 29, 2023, the Court ordered the parties to submit proposed production schedules for the contents of Seth Rich's personal laptop, his work laptop, a DVD and a tape drive.

(4) Extraction of metadata and file names are routine processes. Metadata and file names could be extracted from all of the foregoing devices within a few hours and perhaps within a matter of minutes.

(5) Metadata is "data about data." *See* Ellie Farrier, "What is Metadata: Definition and Meaning," October 12, 2023 *Digital Life*, https://www.avast.com/c-what-is-metadata. It summarizes a set of other data and can include information such as: (1) How the data was created — the means; (2) When the data was created — the time and date; (3) Why the data was created — the purpose; (4) Who created the data — the author; (5) Where the data was created — the location; (6) How big the data is — the file size. *Id*. A file name is a sequential list of the names of folders, subfolders, and files such as the following:

https://d.docs.live.net/c9cc5810f70727/Documents/My%20Documents/2023%20Backup/Legal/N%20Server/Brian%20Huddleston.

(6) Once the Metadata and file names are produced, I should be able to determine quickly whether Mr. Rich played a role in leaking Democratic National Committee emails to Wikileaks. If, for example, DNC emails or other DNC content was downloaded to or uploaded from one of Mr. Rich's devices, then that could be determined from the metadata and/or file names.

(7) The Metadata and file names would <u>not</u> reveal the actual contents of the electronic file.

THE DECLARANT SAYS NOTHING FURTHER.

January 11, 2024

Yaacov Apelbaum

# Yaacov Apelbaum - CV

Software engineering and information security development professional with over 30 years of experience. Holder of multiple U.S. technology patents and published author. Expertise in high-performance real-time Homeland security solutions, cyber security, intelligence, and OSINT platforms, Video Analytics, Big Data Analytics, and IoT technologies.

**Specialties**
Ethical Hacking ● Intelligence Collection and Analysis ● Safe City ● Video and Data Analytics

**Bibliography**
1. The Mechanics of Deception *The Association of Former Intelligence Officers*
2. Washington's Mystery Firearm *Revolutionary War Journal*
3. Behind the Scenes of Virtual Jihad – Part I
4. Behind the Scenes of Virtual Jihad – Part II
5. Behind the Scenes of Virtual Jihad – Part III
6. Behind the Scenes of Virtual Jihad – Part IV
7. Authentication Principles, Theory, and Practice
8. Building Secure Exchange Gateways with Windows Server Http Extensions *Microsoft PDC*

**Professional**
MCSD Visual C++ 6 – Developing Windows-Based Applications
MCSD Visual C++ 6 – Developing Web Applications
MCSD Visual C++ 6 – Developing XML Web Services|
MCSD Visual C++ 6 – Desktop Applications
MCSD Visual C++ 6 – Distributed Applications
Microsoft SQL Server 7 Transact SQL Programming Hands-On I
Microsoft SQL Server 7 Database Administration
Microsoft SQL Server 2000 Transact SQL Programming Hands-On II
Oracle Certified Internet Application Developer 6/6i
Oracle Certified Financial Applications Developer
Oracle Database 9i: Program with PL/SQL
Oracle 10g: Implementing and Administrating Data Warehouse Professional
IBM Developing Server-Side Applications using Visual Age for Java I
IBM Developing Server-Side Applications using Visual Age for Java II
IBM Object Oriented programming using Visual Age for Java
IBM Developing OO Application with Java-The Full Life Cycle
IBM DB2 Universal Database Advanced Administration
IBM DB2 Family Fundamentals
IBM WebSphere Application Server 3.5 Administration I
IBM WebSphere Application Server 3.5 Administration II
IBM WebSphere Application Server 3.5 Administration III
Network Associates Troubleshooting with the Sniffer Network Analyzer (TNV-303-GUI, and TNV-304)
Microsoft Windows NT Certified Professional
Microsoft Certified System Engineer for Windows 2000
Microsoft Certified System Engineer Windows Server 2003
Microsoft Implementing Internet Security and Acceleration Server 2004
SEC504 Hacker Techniques, Exploits & Incident Handling
SEC560 Network Penetration Testing and Ethical Hacker Techniques
SEC575 Mobile Device Security and Ethical Hacking
SEC617 Wireless Ethical Hacking, Penetration Testing and Defenses
FOR500 Windows Forensic Analysis