IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**, <br><br> Plaintiff, <br><br> vs. <br><br> **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** <br><br> Defendant | Case No. 4:20-cv-447-ALM |

### PLAINTIFF'S UNOPPOSED REQUEST FOR CLARIFICATION

The Court's November 28, 2023 Order (Dkt. #136) includes the following paragraph near the end:

> With the exceptions of Seth Rich's work laptop, the DVD, the tape drive, and the compact disk containing images of Seth Rich's personal laptop, which are responsive to Huddleston's FOIA requests, the Court finds the Government properly withheld or redacted information responsive to Huddleston's requests in accordance with the FOIA's exemptions.

November 28, 2023 Order, p. 24. The Order elsewhere indicates that it is directed to Defendant FBI's Motion for Clarification, or in the Alternative, Reconsideration of the Memorandum Opinion and Order Entered September 29, 2022 (Dkt. #73) and Plaintiff's Motion for Clarification of the Memorandum Opinion and Order Entered September 29, 2022 (Dkt. #77). The Plaintiff would note that the Court has not yet ruled on Plaintiff's Cross-Motion for Partial Summary Judgment (Dkt. #105) or Plaintiff's Corrected Motion for Summary Judgment (Dkt. #112), at least not explicitly, and those motions seek records not covered by the motions found at

- 1 -

- 2 -

Dkt. #s 73 and 77. He therefore moves the Court to clarify whether the November 28, 2023 Order was intended to resolve Dkt. #s 105 and 112 as well as Dkt. #s 73 and 77.

        Respectfully submitted,

        **/s/ Ty Clevenger**
        Ty Clevenger
        Texas Bar No. 24034380
        212 S. Oxford Street #7D
        Brooklyn, New York 11217
        (979) 985-5289
        (979) 530-9523 (fax)
        tyclevenger@yahoo.com

        **Counsel for Plaintiff Brian Huddleston**

## Certificate of Conference

On January 11, 2024, I conferred with Asst. U.S. Attorney James Gillingham via telephone, and he indicated that the Defendants do not oppose this request for clarification.

        **/s/ Ty Clevenger**
        Ty Clevenger

## Certificate of Service

On January 11, 2024, I filed a copy of this request with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney James Gillingham, Counsel for the Defendants, at james.gillingham@usdoj.gov.

        **/s/ Ty Clevenger**
        Ty Clevenger