Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **BRIAN HUDDLESTON**, | |
|      Plaintiff, | |
| vs. | |
| | **Case No. 4:20-cv-447-ALM** |
| **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** | |
|      Defendant | |

## DECLARATION OF TY CLEVENGER

My name is Ty Clevenger, I am greater than 18 years of age and competent to testify, and I do testify as follows under penalty of perjury under the laws of the United States, as witnessed by my signature below:

(1) I am the attorney representing Brian Huddleston in the case identified above.

(2) The information in my February 2, 2023 declaration (Dkt. #96-1) is true and correct, as is the information in my April 25, 2022 declaration (Dkt. #52-1).

(3) Since February 2, 2023 I have accrued another $48,650 in fees while representing Mr. Huddleston, plus $70.91 in expenses. A true and correct invoice reflecting those fees and costs is attached to this declaration.

(4) I believe $500 per hour is a reasonable rate given my level of experience, and I believe $164,302.56 is a reasonable charge for my total services thus far.

THE DECLARANT SAYS NOTHING FURTHER.

January 12, 2024

Ty Clevenger

# Ty Clevenger

212 S. Oxford Street #7D
Brooklyn, New York 11219
*tyclevenger@yahoo.com*

# INVOICE
January 12, 2024

| Date | Time | Expense | Purpose |
|------|------|---------|---------|
| | | $115,581.65 | Prior unpaid invoices |
| 2/13/2023 | 0.8 | | Review status of record and send email to A. Parker |
| 2/14/2023 | 6.9 | | Legal research; draft response to supplemental MSJ |
| 2/15/2023 | 1.4 | | Review R. Stone docket; |
| 2/18/2023 | 2.9 | | Research and draft MSJ response |
| 2/19/2023 | 2.3 | | Research and draft MSJ response |
| 2/20/2023 | 11.9 | | Research and draft MSJ response |
| 2/21/2023 | 6.5 | | Finalize and file MSJ response |
| 2/22/2023 | 0.5 | | Prepare and submit chambers copy |
| 2/25/2023 | 0.6 | | Legal research on code names |
| 2/28/2023 | 0.3 | | Review FBI reply |
| 3/6/2023 | 0.2 | | Review court order on attorney fees |
| 3/7/2023 | 0.4 | | Motion for extension |
| 3/9/2023 | 0.3 | | Teleconf. w/ M. Couch about revelations in Nordean case |
| 3/12/2023 | 2.9 | | Legal research; draft sur-reply |
| 3/13/2023 | 2 | | Draft sur-reply; review records from LA case |
| 3/16/2023 | 1.1 | | Draft motion for reconsideration |
| 4/5/2023 | 3 | | Draft MSJ |
| 4/6/2023 | 3.5 | | Draft MSJ |
| 4/7/2023 | 2.9 | | Finish and file MSJ; draft motion to supplement |
| 4/8/2023 | 2 | | File corrected MSJ and motion for leave to file supplemental complaint |
| 5/12/2023 | 0.4 | | Confer w/ A. Parker; draft and file motion for stay |
| 7/12/2023 | 0.3 | | Review file; status of case |
| 7/14/2023 | 0.6 | | Review reports possibly leading to new records; |
| 8/5/2023 | 3.9 | | Draft reply ISO MSJ |
| 8/16/2023 | 3.5 | | Draft reply ISO MSJ |
| 8/17/2023 | 6 | | Draft reply ISO MSJ; email colleagues w/ question |
| 8/18/2023 | 5.5 | | Draft & file motion for extension; draft and file reply ISO supplemental complaint |
| 8/21/2023 | 6.1 | | Extended conversation with Y. Applebaum about malware; rewrite reply ISO supplemental complaint; motion for leave to file excess pages |
| 8/24/2023 | 2 | | Draft reply brief for MSJ |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 8/25/2023 | 6.7 | | Draft and file motion for leave to file excess pages; finish and file reply ISO MSJ |
| 1/5/2024 | 1.1 | | Draft response to 11/28/23 order; email J. Gillingham |
| 1/6/2024 | 1.2 | | Legal research; draft proposed production schedule |
| 1/7/2024 | 1.1 | | Draft proposed production schedule |
| 1/8/2024 | 0.5 | | Draft declaration for Y. Apelbaum and email for review |
| 1/9/2024 | 3.9 | | Legal research; update Apelbaum declaration; update draft production schedule; draft motion to clarify; draft fee motion |
| 2/13/2023 | 0.8 | | Review status of record and send email to A. Parker |
| 2/14/2023 | 6.9 | | Legal research; draft response to supplemental MSJ |
| 2/15/2023 | 1.4 | | Review R. Stone docket; |
| 2/18/2023 | 2.9 | | Research and draft MSJ response |
| 2/19/2023 | 2.3 | | Research and draft MSJ response |
| 2/20/2023 | 11.9 | | Research and draft MSJ response |
| 2/21/2023 | 6.5 | | Finalize and file MSJ response |
| 2/22/2023 | 0.5 | $70.91 | Prepare, print, and submit chambers copy |
| 2/25/2023 | 0.6 | | Legal research on code names |
| 2/28/2023 | 0.3 | | Review FBI reply |
| 3/6/2023 | 0.2 | | Review court order on attorney fees |
| 3/7/2023 | 0.4 | | Motion for extension |
| 3/9/2023 | 0.3 | | Teleconf. w/ M. Couch about revelations in Nordean case |
| 3/12/2023 | 2.9 | | Legal research; draft sur-reply |
| 3/13/2023 | 2 | | Draft sur-reply; review records from LA case |
| 3/16/2023 | 1.1 | | Draft motion for reconsideration |
| 4/5/2023 | 3 | | Draft MSJ |
| 4/6/2023 | 3.5 | | Draft MSJ |
| 4/7/2023 | 2.9 | | Finish and file MSJ; draft motion to supplement |
| 4/8/2023 | 2 | | File corrected MSJ and motion for leave to file supplemental complaint |
| 5/12/2023 | 0.4 | | Confer w/ A. Parker; draft and file motion for stay |
| 7/12/2023 | 0.3 | | Review file; status of case |
| 7/14/2023 | 0.6 | | Review reports possibly leading to new records; |
| 8/5/2023 | 3.9 | | Draft reply ISO MSJ |
| 8/16/2023 | 3.5 | | Draft reply ISO MSJ |
| 8/17/2023 | 6 | | Draft reply ISO MSJ; email colleagues w/ question |
| 8/18/2023 | 5.5 | | Draft & file motion for extension; draft and file reply ISO supplemental complaint |
| 8/21/2023 | 6.1 | | Extended conversation with Y. Applebaum about malware; rewrite reply ISO supplemental complaint; motion for leave to file excess pages |
| 8/24/2023 | 2 | | Draft reply brief for MSJ |

| Date | Hours | | Description |
|------|-------|---|-------------|
| 8/25/2023 | 6.7 | | Draft and file motion for leave to file excess pages; finish and file reply ISO MSJ |
| 1/5/2024 | 1.1 | | Draft response to 11/28/23 order; email J. Gillingham |
| 1/6/2024 | 1.2 | | Legal research; draft proposed production schedule |
| 1/7/2024 | 1.1 | | Draft proposed production schedule |
| 1/8/2024 | 0.5 | | Draft declaration for Y. Apelbaum and email for review |
| 1/9/2024 | 3.9 | | Legal research; update Apelbaum declaration; update draft production schedule; draft motion to clarify; draft fee motion |
| 1/11/2024 | 2.1 | | Confer w/ J. Gilingham; Westlaw research; respond to latest FBI stunt |

Total $115,652.56

97.3 hrs. x
500 / hr =   $48,650.00

Grand Total $164,302.56