IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON,**<br><br>  Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>  Defendant | Case No. 4:20-cv-447-ALM |

### ORDER

  Plaintiff's Renewed Motion for Interim Payment of Costs and Attorney Fees is now before the Court. The motion is GRANTED, and the Defendants are directed to pay $_____ in attorney fees and $_____ in costs not later than _____.