IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>    Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>    Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

Plaintiff's Unopposed Request for Clarification (Dkt. #142) is now before the Court. The request is GRANTED, and the Court clarifies as follows: The November 28, 2023 Memorandum Opinion & Order (Dkt. #136) only addresses the issues raised by Defendant FBI's Motion for Clarification, or in the Alternative, Reconsideration of the Memorandum Opinion and Order Entered September 29, 2022 (Dkt. #73) and Plaintiff's Motion for Clarification of the Memorandum Opinion and Order Entered September 29, 2022 (Dkt. #77).

   IT IS SO ORDERED

   SIGNED this 19th day of January, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE