Exhibit 1

Newsweek 90

SUBSCRIBE FOR $1

U.S. | Seth Rich    FBI    Texas    Democratic Party

# Seth Rich's Laptop to Be Turned Over by FBI, Judge Rules

Nov 29, 2023 at 8:35 AM EST



By **Aliss Higham**

**Newsweek** 90

SUBSCRIBE FOR $1

A judge has ordered the FBI to turn over the laptop of murdered Democrat staffer Seth Rich.

Texas Judge Amos L. Mazzant ordered "a timeline for the disclosure of information on Seth Rich's personal laptop, Seth Rich's work laptop, the DVD and tape drive within 14 days following issuance of this Memorandum of Opinion and Order" on Wednesday morning.

Rich, who worked for the Democratic National Committee (DNC), was killed on July 10, 2016, while making his way home from a night out in Washington, D.C. The 27-year-old was speaking to his girlfriend on the phone when shots were heard.

His death has, in the years since, been used by right-wing activists to fuel far-reaching theories about Democrats. While a killer has not been found, police have said evidence indicates he was the victim of a botched robbery.



**Go To Grant**
Choctaw Casino &... - Sponsored

CLICK HERE

✕

**Newsweek** 90                                                                    SUBSCRIBE FOR $1



Seth Rich in an image given by his family. He was killed in 2016 while returning from a night out in Washington, D.C.

The ruling is the latest in a long-running freedom of information battle between the FBI and Ty Clevenger, an attorney representing the plaintiff, Texas-based Brian Huddleston.



**NEWSLETTER**

## The Bulletin

Your daily briefing of everything you need to know

Email address

SIGN ME UP

By clicking on SIGN ME UP, you agree to Newsweek's Terms of Use & Privacy Policy. You may unsubscribe at any time.

✕

**Newsweek** 90                                                    SUBSCRIBE FOR $1

information relating to his investigation into Rich's potential involvement in DNC email leaks in June 2016, RadarOnline reported last year.

Although the FBI responded to Huddleston's request two weeks later saying they were "unable to locate any responsive main files," it was later unveiled that the FBI had over 20,000 pages of potentially relevant material, according to RadarOnline.



Of these, 1,596 pages were directly related to Rich. Another 1,496 of the pages were withheld due to a series of FOIA exemptions.

In September 2022, the court entered a Prior Order requiring the FBI and the Department of Justice to produce the information it possessed related to Seth Rich's laptop and responsive to the plaintiff's FOIA requests.

The FBI filed a Motion for Clarification in September 2022, which has now been denied. The bureau is also required to "produce a Vaughn index addressing the
information it possesses on the compact disk containing images of Seth Rich's personal laptop that is responsive to plaintiff's FOIA requests."

---

READ MORE

- Donald Trump shaded at Rosalynn Carter service with Melania in front row

- As online fraudsters run amok, U.S. response is lagging

- Donald Trump's plans should "send shivers" down spines: Ex-DOJ official

---

*Newsweek* reached out to the FBI via email for comment.                    ✕

**Newsweek** 90

SUBSCRIBE FOR $1

After his death, Rich was proven to not be the source of any email leaks, with the Mueller Report—also known as the Report on the Investigation into Russian Interference in the 2016 Presidential Election—finding Russian hackers responsible.

*Update 11/29/23, 9:55 a.m. ET: This article was updated with additional information.*



## Fairness Meter

Newsweek is committed to journalism that's factual and fair.

Hold us accountable and submit your rating of this article on the meter.



Click On Meter
To Rate This Article

Request Reprint & Licensing | Submit Correction | View Editorial Guidelines

## About the writer

### Aliss Higham

FOLLOW

Aliss Higham is a Newsweek reporter based in Glasgow, Scotland. Her focus is reporting on issues across the U.S., including ... read more

To read how Newsweek uses AI as a newsroom tool, click here.

SPONSORED CONTENT

mgid

✕