IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>       Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE<br><br>       Defendant | Case No. 4:20-cv-447-ALM |

# ORDER

The Plaintiff's Motion Regarding Ex Parte, In Camera Filing (Dkt. #___) is now before the Court. In that motion, the Plaintiff asks the Court to order the FBI to elaborate on an *ex parte, in camera* filing described in Paragraph 9 of the February 8, 2024 Eighth Declaration of Michael G. Seidel[1] (Dkt. #148-1). The motion is GRANTED, and the FBI ordered to do the following within 14 days of entry of this Order:

(1) State when the *ex parte* filing occurred;

(2) Explain what rule, statute or other law authorized the *ex parte* filing;

(3) Explain why the FBI did not notify Plaintiff's Counsel that it was making an *ex parte* filing;

(4) Explain why the FBI could not have provided some generic description of the document(s) that it filed *ex parte*;

(5) Provide a general description of the document(s) filed with the Court; and

---

[1] The February 8, 2024 was actually the *ninth* declaration of Mr. Seidel in this case. The eighth declaration was filed on January 20, 2023. *See* Dkt. #95-5.

(6) Disclose whether there have been any other *ex parte* filings, communications, or presentations that have not been disclosed previously.

The FBI is further directed to provide a copy of the ex parte filing to Ty Clevenger, counsel for Plaintiff Brian Huddleston. Mr. Clevenger is prohibited from sharing the filing or revealing its contents to any other person or entity under penalty of contempt. The Court does / does not intend to rely on the filing as evidence.