IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>　　　Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>　　　Defendant | Case No. 4:20-cv-447-ALM |

## UNOPPOSED MOTION FOR EXTENSION

　　NOW COMES Brian Huddleston, the Plaintiff, moving the Court to grant an extension of time to respond to Defendants' Motion for Summary Judgment Regarding FOIA Exemption 7(a) (Dkt. #148):

　　The Defendants' motion for summary judgment was filed on February 8, 2024 and the Plaintiff's response is due on February 29, 2024. Due to illness, Plaintiff's Counsel is now working at a much-reduced rate, therefore the Plaintiff moves the Court to grant a one-week extension of he deadline from February 29, 2024 to March 6, 2024. Plaintiff's Counsel has conferred with Defendants' Counsel, and the Defendants do not oppose this request.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
212 S. Oxford Street #7D
Brooklyn, New York 11217
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com

**Counsel for Plaintiff Brian Huddleston**

### Certificate of Conference

On February 26, 2024, I conferred with Asst. U.S. Attorney James Gillingham via email, and he indicated that the Defendants will not oppose this motion.

**/s/ Ty Clevenger**
Ty Clevenger

### Certificate of Service

On February 28, 2024, I filed a copy of this request with t he Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney James Gillingham, Counsel for the Defendants, at james.gillingham@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger