# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | CIVIL ACTION No. 4:20CV447 <br><br> JUDGE AMOS MAZZANT |

## ORDER

On this day came to be considered Plaintiff's Motion Regarding *Ex Parte, In Camera* Filing (ECF No. 149). The Court, having considered the same, is of the opinion that said motion lacks merit and should be **DENIED**. It is therefore:

**ORDERED** that Plaintiff's Motion Regarding *Ex Parte, In Camera* Filing is **DENIED.**