IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE<br><br>　　　　Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

The Plaintiff's Unopposed Motion for Extension of Time (Dkt. #150) is now before the Court. The motion is GRANTED, and the Plaintiff's deadline for responding to Defendants' Motion for Summary Judgment Regarding FOIA Exemption 7(a) (Dkt. #148) is extended from February 29, 2024, until March 6, 2024.

**IT IS SO ORDERED.**

**SIGNED** this 29th day of February, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE