IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

BRIAN HUDDLESTON,

     Plaintiff,

vs.

FEDERAL BUREAU OF
INVESTIGATION and UNITED STATES
DEPARTMENT OF JUSTICE

     Defendant

Case No. 4:20-cv-447-ALM

## NOTICE

Plaintiff's Counsel attached the wrong document as Exhibit 2 (Dkt. #154-2) to Plaintiff's

Response in Opposition to Defendants' Motion for Summary Judgment Regarding FOIA

Exemption 7(a)(Dkt. #154).  As attested by his electronic signature below, Ty Clevenger

declares under penalty of perjury under the laws of the United States that Exhibit 1 to this

document is a true and correct copy of the February 20, 2024 and February 22, 2024 emails that

should have been filed as Dkt. #154-2.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
212 S. Oxford Street #7D
Brooklyn, New York 11217
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Counsel for Plaintiff Brian Huddleston**

- 1 -

- 2 -

**<u>Certificate of Service</u>**

On March 8, 2024, I filed a copy of this request with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney James Gillingham, Counsel for the Defendants, at <u>james.gillingham@usdoj.gov</u>.

**<u>/s/ Ty Clevenger</u>**
Ty Clevenger