# Exhibit 1

## Re: [EXTERNAL] Re: Huddleston

| | |
|---|---|
| From: | Gillingham, James (USATXE) (james.gillingham@usdoj.gov) |
| To: | tyclevenger@yahoo.com |
| Date: | Thursday, February 22, 2024 at 08:06 AM CST |

Ty,

Thank you for the clarification.

James

Get Outlook for iOS

> **From:** Ty Clevenger <tyclevenger@yahoo.com>
> **Sent:** Thursday, February 22, 2024 8:04:34 AM
> **To:** Gillingham, James (USATXE) <JGillingham@usa.doj.gov>
> **Subject:** [EXTERNAL] Re: Huddleston
>
> I should clarify something. We're obviously not asking the FBI to stipulate to something that isn't true. If the FBI has looked at the laptops and there is no evidence of #1 or #2, then a sworn declaration to that effect also would be helpful.
>
> On Tuesday, February 20, 2024 at 07:35:22 AM EST, Ty Clevenger <tyclevenger@yahoo.com> wrote:
>
> James,
>
> I'm wondering if the FBI would be open to a negotiated resolution of the laptops issue. We would need to hammer out the details, but I would propose that the FBI stipulate in a declaration (1) that the laptops contain evidence that Seth Rich was a source of the DNC emails published by Wikileaks and (2) the personal laptop records indicate post-mortem deletions / tampering. In return, my client would withdraw his demand for the laptop records. Please let me know if your clients have an interest.
>
> Ty