IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>   Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>   Defendant | Case No. 4:20-cv-447-ALM |

## UNOPPOSED MOTION FOR EXTENSION

NOW COMES Brian Huddleston, the Plaintiff, moving the Court to grant an extension of time to file his sur-reply in opposition to Defendants' Motion for Summary Judgment Regarding FOIA Exemption 7(a)(Dkt. #148):

The Defendants' reply was filed on March 14, 2024 and the Plaintiff's response is due on March 21, 2024. Plaintiff's Counsel has been suffering from a viral infection for almost four weeks, and that has now been compounded by a separate medical problem that resulted in a trip to the emergency room on Tuesday evening. The Plaintiff moves the Court to grant a one-week extension of the sur-reply deadline from March 21, 2024 until March 28, 2024. Plaintiff's Counsel has conferred with Defendants' Counsel, and the Defendants do not oppose this request.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
212 S. Oxford Street #7D
Brooklyn, New York 11217
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com

**Counsel for Plaintiff Brian Huddleston**

### Certificate of Conference

On March 21, 2024, I conferred with Asst. U.S. Attorney James Gillingham via email, and he indicated that the Defendants will not oppose this motion.

**/s/ Ty Clevenger**
Ty Clevenger

### Certificate of Service

On March 21, 2024, I filed a copy of this request with t he Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney James Gillingham, Counsel for the Defendants, at james.gillingham@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger