IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

BRIAN HUDDLESTON,

      Plaintiff,

vs.

FEDERAL BUREAU OF
INVESTIGATION and UNITED STATES
DEPARTMENT OF JUSTICE

      Defendant

Case No. 4:20-cv-447-ALM

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Time (Dkt. #157). The Court finds the Motion should be and hereby is GRANTED, and Plaintiff's deadline for filing a sur-reply to Defendants' Motion for Summary Judgment Regarding FOIA Exemption 7(a) (Dkt. #148) is extended from March 21, 2024, until March 28, 2024.

**IT IS SO ORDERED.**

**SIGNED this 25th day of March, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE