IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>  Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>  Defendant | Case No. 4:20-cv-447-ALM |

## UNOPPOSED MOTION FOR EXTENSION

  NOW COMES Brian Huddleston, the Plaintiff, moving the Court to grant a second extension of time to file his sur-reply in opposition to Defendants' Motion for Summary Judgment Regarding FOIA Exemption 7(a)(Dkt. #148):

  The Plaintiff previously filed a motion for extension on March 21, 2024 (Dkt. #157) and a one-week extension was granted (Dkt. #158). As indicated in the original motion, Plaintiff's Counsel had a prolonged illness and then a separate issue that resulted in a trip to the emergency room. The latter issue was a kidney stone that lasted a total of twelve days, including six days after the trip to the emergency room.[1] Plaintiff's Counsel was unable to work on the sur-reply, therefore the Plaintiff moves the Court to grant an additional one-week extension of the deadline. The Defendants do not oppose this request.

---

[1] The undersigned apologies for the level of detail, but he chose to err on the side of disclosure given the fact that this is a second request for an extension.

- 1 -

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
212 S. Oxford Street #7D
Brooklyn, New York 11217
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com

**Counsel for Plaintiff Brian Huddleston**

### Certificate of Conference

On March 27, 2024, I conferred with Asst. U.S. Attorney James Gillingham via email, and he indicated that the Defendants will not oppose this motion.

**/s/ Ty Clevenger**
Ty Clevenger

### Certificate of Service

On March 28, 2024, I filed a copy of this request with t he Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney James Gillingham, Counsel for the Defendants, at james.gillingham@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger