IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**, <br><br> Plaintiff, <br><br> vs. <br><br> **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** <br><br> Defendant | **Case No. 4:20-cv-447-ALM** |

## ORDER

The Plaintiff's Unopposed Motion for Extension of Time (Dkt. #____) is now before the Court. The motion is GRANTED, and the Plaintiff's deadline for filing a sur-reply to Defendants' Motion for Summary Judgment Regarding FOIA Exemption 7(a) (Dkt. #148) is extended from March 28, 2024 until April 4, 2024.

- 1 -