IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE<br><br>    Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

The Plaintiff's Unopposed Motion for Extension of Time (Dkt. #159) is now before the Court. The Court finds the motion should be and hereby is GRANTED, and the Plaintiff's deadline for filing a sur-reply to Defendants' Motion for Summary Judgment Regarding FOIA Exemption 7(a) (Dkt. #148) is extended from March 28, 2024, until April 4, 2024.

    IT IS SO ORDERED.

    SIGNED this 1st day of April, 2024.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE