IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

BRIAN HUDDLESTON,

      Plaintiff,

vs.

FEDERAL BUREAU OF
INVESTIGATION and UNITED STATES
DEPARTMENT OF JUSTICE

      Defendant

Case No. 4:20-cv-447-ALM

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

NOW COMES Brian Huddleston, the Plaintiff, moving the Court to grant him leave to file a sur-reply to Defendants' Motion for Summary Judgment Regarding FOIA Exemption 7(a) (hereinafter "MSJ") (Dkt. #148)  in excess of ten pages. The Plaintiff seeks leave to file a twelve-page sur-reply, which will be filed immediately hereafter. Plaintiff's Counsel conferred with Defendants' Counsel, and the Defendants do not oppose this request.

                    Respectfully submitted,

                    **/s/ Ty Clevenger**
                    Ty Clevenger
                    Texas Bar No. 24034380
                    212 S. Oxford Street #7D
                    Brooklyn, New York 11217
                    (979) 985-5289
                    (979) 530-9523 (fax)
                    *tyclevenger@yahoo.com*

                    **Counsel for Plaintiff Brian Huddleston**

- 1 -

- 2 -

**Certificate of Conference**

On April 4, 2024, I conferred with Asst. U.S. Attorney James Gillingham via email, and he indicated that the Defendants will not oppose this motion.

**/s/ Ty Clevenger**
Ty Clevenger

**Certificate of Service**

On April 4, 2024, I filed a copy of this request with t he Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney James Gillingham, Counsel for the Defendants, at james.gillingham@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger