IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**, <br><br> Plaintiff, <br><br> vs. <br><br> **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** <br><br> Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

The Plaintiff's Unopposed Motion for Leave to Exceed Page Limit (Dkt. #161) is now before the Court. The motion is GRANTED, and the Plaintiff is permitted to file a sur-reply to Defendants' Motion for Summary Judgment Regarding FOIA Exemption 7(a) (Dkt. #148) that does not exceed 12 pages.

**IT IS SO ORDERED.**

**SIGNED** this 5th day of April, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE