IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**, <br><br>  Plaintiff, <br><br> vs. <br><br> **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** <br><br>  Defendant | Case No. 4:20-cv-447-ALM |

**PLAINTIFF'S MOTION TO SUBSTITUTE PARTIES**

NOW COMES Brian Huddleston, the Plaintiff, moving the Court to substitute Yehuda Miller as plaintiff in this action pursuant to Fed. R. Civ. P. 25(c).  Mr. Huddleston has transferred his interest in this case to Mr. Miller, and the Court has the discretion to substitute Mr. Miller as the named plaintiff. *See F.D.I.C. v. SLE, Inc.*, 722 F.3d 264, 268 (5th Cir. 2013). The Defendants have indicated that they will oppose this motion.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
212 S. Oxford Street #7D
Brooklyn, New York 11217
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Counsel for Plaintiff Brian Huddleston**

## Certificate of Conference

On July 2, 2024, I conferred with Asst. U.S. Attorney James Gillingham via email and telephone, and he indicated that the Defendants will oppose this motion.

**/s/ Ty Clevenger**
Ty Clevenger

## Certificate of Service

On July 5, 2024, I filed a copy of this request with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney James Gillingham, Counsel for the Defendants, at james.gillingham@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger