IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**, <br><br>  Plaintiff, <br><br> vs. <br><br> **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** <br><br>  Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

Plaintiff's Motion to Substitute Parties is now before the Court. The motion is GRANTED, and Yehuda Miller is substituted for Brian Huddleston as the named plaintiff in this case.