IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE<br><br>    Defendant | Case No. 4:20-cv-447-ALM |

**SUPPLEMENTAL MOTION FOR
INTERIM PAYMENT OF COSTS AND ATTORNEY FEES**

    NOW COMES Brian Huddleston, the Plaintiff, supplementing his Renewed Motion for Interim Payment of Costs and Attorney Fees (Dkt. #143), which he incorporates herein by reference. As a result of the Defendants' February 8, 2024 request for reconsideration (labeled a "motion for summary judgment," *see* Dkt. #148), Plaintiff's Counsel was required to spend almost 50 hours drafting motions, responses, replies, and sur-replies. *See* July 8, 2024 Declaration of Ty Clevenger and supporting invoice (Exhibit 1). For the reasons set forth in Exhibit 1, the Plaintiff moves the Court to award interim attorney fees in the amount of $188,011.51.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
212 S. Oxford Street #7D
Brooklyn, New York 11217
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com

**Counsel for Plaintiff Brian Huddleston**

## Certificate of Conference

On July 8, 2024, I conferred with Asst. U.S. Attorney James Gillingham via telephone, and he indicated that the Defendants will oppose this motion.

**/s/ Ty Clevenger**
Ty Clevenger

## Certificate of Service

On July 8, 2024, I filed a copy of this response with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney James Gillingham, Counsel for the Defendants, at james.gillingham@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger