IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>    Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>    Defendant | Case No. 4:20-cv-447-ALM |

## DECLARATION OF TY CLEVENGER

My name is Ty Clevenger, I am greater than 18 years of age and competent to testify, and I do testify as follows under penalty of perjury under the laws of the United States, as witnessed by my signature below:

(1) I am the attorney representing Brian Huddleston in the case identified above.

(2) The information in my January 12, 2024 declaration (Dkt. #143-1) is true and correct, as is the information in my February 2, 2023 declaration (Dkt. #96-1) and my April 25, 2022 declaration (Dkt. #52-1).

(3) Since January 12, 2024 I have accrued another $23,700 in fees while representing Mr. Huddleston, plus $8.95 in expenses. A true and correct invoice reflecting those fees and costs is attached to this declaration.

(4) I believe $500 per hour is a reasonable rate given my level of experience, and I believe $188,011.51 is a reasonable charge for my total services thus far.

THE DECLARANT SAYS NOTHING FURTHER.

July 8, 2024

_____
Ty Clevenger

# Ty Clevenger
212 S. Oxford Street #7D
Brooklyn, New York 11219
*tyclevenger@yahoo.com*

# INVOICE
July 8, 2024

| Date | Time | Expense | Purpose |
|---|---|---|---|
|  |  | $164,302.56 | Prior unpaid invoices |
|  |  |  |  |
| 1/26/2024 | 0.9 |  | Review opposition to fees; draft response |
| 1/27/2024 | 2.3 |  | Review discovery & past filings; legal research; draft response ISO fees |
| 2/1/2024 |  | 8.95 | Mail hard copies to chambers |
| 2/8/2024 | 0.6 |  | Review new MSJ and supporting declaration |
| 2/14/2024 | 2.1 |  | Review record; legal research; draft motion regarding ex parte |
| 2/22/2024 | 2.2 |  | Legal research on response to MSJ; email R. Stone lawyers about evidence |
| 2/23/2024 | 6.1 |  | Legal research on response to MSJ; review declarations; work on MSJ response; research counter MSJ; email J. Gillingham |
| 2/26/2024 | 1 |  | Review record; prepare for MSJ response |
| 2/27/2024 | 0.5 |  | Draft and file motion for extension |
| 2/28/2024 | 1.8 |  | Finish and file motion for extension; review response re ex parte and draft reply |
| 3/2/2024 | 1.7 |  | Legal research; Draft reply ISO motion regarding ex parte; research response to MSJ |
| 3/3/2024 | 0.8 |  | Draft reply ISO motion regarding ex parte |
| 3/4/2024 | 1 |  | Finish and file ex parte motion |
| 3/5/2024 | 1.8 |  | Legal research; draft response to MSJ |
| 3/6/2024 | 2.1 |  | Draft response to MSJ |
| 3/7/2024 | 8.5 |  | Review record; finish and file response to MSJ |
| 3/21/2024 | 2 |  | Legal research; draft surreply to MSJ |
| 4/1/2024 | 3.7 |  | Legal research; draft surreply to MSJ |
| 4/2/2024 | 1.8 |  | Legal research; draft surreply to MSJ |
| 4/4/2024 | 5.5 |  | Legal research; draft and file surreply to MSJ; motion for extension of page limit |
| 6/28/2024 | 0.3 |  | Arrange substitution; confer w/ J. Gillingham |
| 7/1/2024 | 0.1 |  | Confer w/ J. Gillingham |
| 7/4/2024 | 0.4 |  | Westlaw research on substitution; draft motion |
| 7/5/2024 | 0.2 |  | Finish and file motion to substitute |

|  |  |  |
|---|---|---|
| Total |  | $164,311.51 |
|  | 47.4 hrs. x 500 / hr = | $23,700.00 |
| Grand Total |  | $188,011.51 |