IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CIVIL ACTION No. 4:20CV447<br><br>JUDGE AMOS MAZZANT |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION

Defendants file this unopposed motion for extension of time to file a response to Plaintiff's Motion to Substitute Parties [ECF 164] and Plaintiff's Supplemental Motion for Interim Payment of Costs and Attorney Fees [ECF 165].

On July 5, 2024, Plaintiff filed a Motion to Substitute Parties, making Defendant's response due July 19, 2024.  On July 8, Plaintiff filed a Supplemental Motion for Interim Payment of Costs and Attorney Fees.  Defendants' response to that motion is due on July 22, 2024.  Defendants seek an extension up to and including Monday, July 29, 2024, to respond to both motions.

This request for extension is not made for purposes of delay, but so that justice may be served. The undersigned is currently affected by nationwide computer issues and is unable to prepare responses.  Defendants respectfully request an extension up to and including July 29, 2024, to file responses to Plaintiff's motions. Plaintiff's counsel has indicated that he is unopposed to this motion.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney
Texas Bar No. 24065295
110 N. College Ave.; Suite 700
Tyler, Texas 75702
Tel:  (903) 590-1400
Fax: (903) 590-1436
Email:  James.Gillingham@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), undersigned counsel hereby certifies that I have conferred with plaintiff's counsel, and he is unopposed to this motion.

*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney