IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | CIVIL ACTION No. 4:20CV447 <br><br> JUDGE AMOS MAZZANT |

## ORDER GRANTING DEFENDANTS FBI'S UNOPPOSED MOTION FOR EXTENSION

On this day came for consideration, Defendants' Unopposed Motion for Extension to file a response to Plaintiff's Motion to Substitute Parties [ECF 164] and Plaintiff's Supplemental Motion for Interim Payment of Costs and Attorney Fees [ECF 165]. The Court, having considered same, is of the opinion that said motion has merit and should be GRANTED. It is therefore,

ORDERED, ADJUDGED and DECREED that Defendants' deadline for filing a response to Plaintiff's Motion to Substitute Parties [ECF 164] and Plaintiff's Supplemental Motion for Interim Payment of Costs and Attorney Fees [ECF 165] shall be extended up to and including Monday, July 29, 2024.