# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | CIVIL ACTION No. 4:20CV447 <br><br> JUDGE AMOS MAZZANT |

## ORDER GRANTING DEFENDANTS FBI'S UNOPPOSED MOTION FOR EXTENSION

On this day came for consideration Defendants' Unopposed Motion for Extension to file a response to Plaintiff's Motion to Substitute Parties and Plaintiff's Supplemental Motion for Interim Payment of Costs and Attorney Fees (Dkt. #167).  The Court is of the opinion that the motion has merit and should be GRANTED.

It is therefore ORDERED that Defendants' deadline for filing a response to Plaintiff's Motion to Substitute Parties [ECF 164] and Plaintiff's Supplemental Motion for Interim Payment of Costs and Attorney Fees [ECF 165] shall be extended up to and including Monday, July 29, 2024.

   IT IS SO ORDERED.
   SIGNED this 22nd day of July, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE