**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CIVIL ACTION No. 4:20CV447<br><br>JUDGE AMOS MAZZANT |

## ORDER

This case is before the Court on Plaintiff's Motion to Substitute Parties. After considering the parties' arguments, the facts, and controlling law, the Court is of the opinion that the Motion does not have merit and should in all things be **DENIED**. It is therefore,

**ORDERED** that Plaintiff's Motion to Substitute Parties is hereby denied.