# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CIVIL ACTION No. 4:20CV447<br><br>JUDGE AMOS MAZZANT |

## ORDER

On this day came to be heard Plaintiff's Supplemental Motion for Interim Payment of Costs and Attorney Fees and, having reviewed the same, heard the arguments and objections, if any, this Court finds that the motion should be denied. Therefore, it is

**ORDERED** that Plaintiff's Supplemental Motion for Interim Payment of Costs and Attorney Fees is **DENIED.**