IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>    Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>    Defendant | Case No. 4:20-cv-447-ALM |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

NOW COMES Brian Huddleston, the Plaintiff, moving the Court to grant a 30-day extension of time to file his reply to the Defendant's Response to Plaintiff's Motion to Substitute Parties (Dkt. #169). Plaintiff's Counsel is on medical leave and is not scheduled to return for approximately three weeks, therefore the Plaintiff moves the Court to extend the deadline for filing his reply from August 5, 2024 until September 4, 2024. Plaintiff's Counsel has conferred with Defendants' Counsel, and the Defendants do not oppose this request. The Plaintiff does not intend to file a reply to Defendants' Response to Plaintiff's Supplemental Motion for Interim Payment of Costs and Attorney's Fees (Dkt. #170), therefore he does not seek an extension of time for that purpose.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
212 S. Oxford Street #7D
Brooklyn, New York 11217
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Counsel for Plaintiff Brian Huddleston**

### Certificate of Conference

On August 2, 2024, I conferred with Asst. U.S. Attorney James Gillingham via email, and he indicated that the Defendants will not oppose this motion.

**/s/ Ty Clevenger**
Ty Clevenger

### Certificate of Service

On August 5, 2024, I filed a copy of this request with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney James Gillingham, Counsel for the Defendants, at james.gillingham@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger