IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**,<br><br>  Plaintiff,<br><br>vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE**<br><br>  Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

The Plaintiff's Unopposed Motion for Extension of Time (Dkt. #____) is now before the Court. The motion is GRANTED, and the Plaintiff's deadline for filing a reply to Defendant's Response to Plaintiff's Motion to Substitute Parties (Dkt. #169) is extended from March 28, 2024 until April 4, 2024.