IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRIAN HUDDLESTON**, <br><br> Plaintiff, <br><br> vs. <br><br> **FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE** <br><br> Defendant | Case No. 4:20-cv-447-ALM |

## ORDER

The Plaintiff's Unopposed Motion for Extension of Time (Dkt. #171) is now before the Court. The Court finds Plaintiff's motion should be and hereby is GRANTED, and Plaintiff's deadline for filing a reply to Defendant's Response to Plaintiff's Motion to Substitute Parties is extended to September 4, 2024.

**IT IS SO ORDERED.**

SIGNED this 7th day of August, 2024.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE