IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CIVIL ACTION No. 4:20CV447<br><br>JUDGE AMOS MAZZANT |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION

Defendants file this unopposed motion for extension of time to submit supplemental briefing pursuant to this Court's Order dated August 9, 2024 [Doc. 173].

The undersigned counsel requests additional time during which to gather more information from its agency. Defendants seek an extension up to and including Wednesday, August 28, 2024, to submit supplemental briefing.

This request for extension is not made for purposes of delay, but so that justice may be served. Plaintiff's counsel has indicated that he is unopposed to this motion.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney
Texas Bar No. 24065295
110 N. College Ave.; Suite 700

Tyler, Texas 75702  
Tel: (903) 590-1400  
Fax: (903) 590-1436  
Email: James.Gillingham@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2024, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

<i>/s/ James Gillingham</i>  
JAMES GILLINGHAM  
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), undersigned counsel hereby certifies that I have conferred with plaintiff's counsel, and he is unopposed to this motion.

<i>/s/ James Gillingham</i>  
JAMES GILLINGHAM  
Assistant United States Attorney