# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| BRIAN HUDDLESTON, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § Civil Action No. 4:20-cv-447 <br> FEDERAL BUREAU OF INVESTIGATION § Judge Mazzant <br> and UNITED STATES DEPARTMENT OF § <br> JUSTICE, § <br> § <br> *Defendants.* § <br> § | |

## ORDER

Pending before the Court is Defendant's Unopposed Motion for Extension (Dkt. #179). Having considered the motion, the Court finds that the motion should be **GRANTED**.

It is therefore **ORDERED** that the Government's deadline to submit supplement briefing pursuant to the August 9, 2024 Order (Dkt. #173) is extended to August 28, 2024. Huddleston may submit a response by September 11, 2024.

**IT IS SO ORDERED.**

SIGNED this 20th day of August, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE