IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CIVIL ACTION No. 4:20CV447<br><br>JUDGE AMOS MAZZANT |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION**

Defendants file this unopposed motion for extension of time to submit supplemental briefing pursuant to this Court's Order dated August 9, 2024 [Doc. 173].

The undersigned counsel has been out of the office with a severe respiratory infection and, as such, has been unable to confer with agency counsel. Defendants seek a second extension up to and including Friday, September 6, 2024, to submit supplemental briefing.

This request for extension is not made for purposes of delay, but so that justice may be served. Plaintiff's counsel has indicated that he is unopposed to this motion.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney
Texas Bar No. 24065295
110 N. College Ave.; Suite 700

Motion for Extension                                                                                                               1

<div style="text-align: right">
Tyler, Texas 75702  
Tel:  (903) 590-1400  
Fax: (903) 590-1436  
Email:  James.Gillingham@usdoj.gov
</div>

### CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2024, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

<div style="margin-left: 50%">

*/s/ James Gillingham*  
JAMES GILLINGHAM  
Assistant United States Attorney
</div>

### CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), undersigned counsel hereby certifies that I have conferred with plaintiff's counsel, and he is unopposed to this motion.

<div style="margin-left: 50%">

*/s/ James Gillingham*  
JAMES GILLINGHAM  
Assistant United States Attorney
</div>