**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| BRIAN HUDDLESTON, | |
| Plaintiff, | CIVIL ACTION No. 4:20CV447 |
| | JUDGE AMOS MAZZANT |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendants. | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION

On this day came for consideration, Defendants' Unopposed Motion for Extension to submit supplemental briefing pursuant to this Court's Order dated August 9, 2024 [Doc. 173]. The Court, having considered same, is of the opinion that said motion has merit and should be GRANTED. It is therefore,

ORDERED, ADJUDGED and DECREED that Defendants' deadline for additional briefing shall be extended up to and including Friday, September 6, 2024.