IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CIVIL ACTION No. 4:20CV447<br><br>JUDGE AMOS MAZZANT |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION

Defendants file this unopposed motion for extension of time to submit supplemental briefing pursuant to this Court's Order dated August 9, 2024 [Doc. 173].

Since the Defendants' last request for extension, the undersigned has been in discussions with the agency counsel regarding voluntarily agreeing to unseal the declarations at issue. Counsel for Defendants anticipates obtaining agency counsel's position in the coming days. Ultimately, this could render the issues before the Court moot. For this reason, Defendants seek a third extension up to and including Friday, September 13, 2024, to submit supplemental briefing.

This request for extension is not made for purposes of delay, but so that justice may be served. Plaintiff's counsel has indicated that he is unopposed to this motion.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney
Texas Bar No. 24065295
110 N. College Ave.; Suite 700
Tyler, Texas 75702
Tel:  (903) 590-1400
Fax: (903) 590-1436
Email:  James.Gillingham@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2024, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney

### CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), undersigned counsel hereby certifies that I have conferred with plaintiff's counsel, and he is unopposed to this motion.

*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney