IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CIVIL ACTION No. 4:20CV447<br><br>JUDGE AMOS MAZZANT |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION

Before the Court is Defendants' Unopposed Motion for Extension (Dkt. #183) to submit supplemental briefing pursuant to this Court's Order dated August 9, 2024 [Doc. 173]. The Court, having considered same, is of the opinion that the motion has merit and should be GRANTED.

It is therefore ORDERED that Defendants' deadline for additional briefing shall be extended up to and including Friday, September 13, 2024.

**IT IS SO ORDERED.**

SIGNED this 11th day of September, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE