IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CIVIL ACTION No. 4:20CV447<br><br>JUDGE AMOS MAZZANT |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION**

Defendants file this unopposed motion for extension of time to produce *Vaughn* indexes or file a motion for summary judgment pursuant to this Court's Order dated August 16, 2024 [Doc. 178].

The undersigned counsel has conferred with the Federal Bureau of Investigation (FBI) regarding the status of *Vaughn* indices being created in compliance with the Court's August 16, 2024 Order. Although the FBI is working diligently to meet the Court's February 7, 2025 deadline, additional time is necessary to complete the *Vaughn* indices. For this reason, the FBI requests an extension up to and including Monday, March 10, 2025, to produce *Vaughn* indexes or to file its motion for summary judgment.

This request for extension is not made for purposes of delay, but so that justice may be served. Plaintiff's counsel has indicated that he is unopposed to this motion.

Respectfully submitted,

ABE M. MCGLOTHIN, JR.
ACTING UNITED STATES ATTORNEY

*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney
Texas Bar No. 24065295
110 N. College Ave.; Suite 700
Tyler, Texas 75702
Tel:  (903) 590-1400
Fax: (903) 590-1436
Email:  James.Gillingham@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2025, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), undersigned counsel hereby certifies that I have conferred with plaintiff's counsel, and he is unopposed to this motion.

*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney
