## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON, | |
| Plaintiff, | |
| v. | CIVIL ACTION No. 4:20CV447 |
| FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, | JUDGE AMOS MAZZANT |
| Defendants. | |

### GOVERNMENT'S NOTICE OF PRODUCTION

The Government files notice that *Vaughn* indexes addressing the information possessed on the compact disk containing images of Seth Rich's personal laptop, Seth Rich's work laptop, the DVD, and the tape drive that are responsive to Plaintiff's FOIA request have been produced to Plaintiff's counsel pursuant to the Court's order of August 16, 2024 [Doc 178].

Date: March 10, 2025

Respectfully submitted,

ABE M. MCGLOTHIN, JR.
ACTING UNITED STATES ATTORNEY

*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney
Texas Bar No. 24065295
110 N. College Ave.; Suite 700
Tyler, Texas 75702
Tel:  (903) 590-1400
Fax: (903) 590-1436
Email:  James.Gillingham@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 10, 2025, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney
