# Exhibit 3

Huddleston v. FBI

From:   Ty Clevenger (tyclevenger@yahoo.com)
To:     james.gillingham@usdoj.gov
Cc:     cossette.callahan@usdoj.gov
Date:   Tuesday, March 11, 2025 at 11:11 AM EDT

James,

Do you know how much data from the disks is excluded from the Vaughn indexes? A relatively small number of files are listed in the indexes compared to what one would normally expect on a laptop hard drive. As I understood our conversation yesterday (and correct me if I'm wrong, of course), the FBI is not claiming total exemptions on the remaining files, but it has not yet produced them.

I plan to ask Judge Mazzant to clarify his order and set a date certain for the production of all the remaining files / data. Please let me know if you oppose. I also wish to write a letter to Director Kash Patel and AG Pam Biondi about the FBI's production in this case (and simultaneously cc' you, of course). For purposes of Tex. R. Disc. P. 4.02, please let me know if you have any objections. Thank you.

Ty