# Exhibit 6

## Huddleston v. FBI

From: Ty Clevenger (tyclevenger@yahoo.com)

To: james.gillingham@usdoj.gov

Date: Monday, March 17, 2025 at 03:40 PM EDT

James,

I'm planning to file a motion to set a production schedule in Huddleston: seven days for metadata and file names and 30 days for all remaining files. Please let me know if you oppose. Thx.

Ty