Exhibit 7

## Re: [EXTERNAL] Huddleston v. FBI

From:  Gillingham, James (USATXE) (james.gillingham@usdoj.gov)

To:  tyclevenger@yahoo.com

Date:  Monday, March 17, 2025 at 03:56 PM EDT

Ty,

Apologies, I thought I sent you an email on Friday getting back to you on your inquiries, but apparently it was still in my drafts. After consulting with the client, you can represent to the Court that we are opposed to a motion to clarify his order and set a date certain for the production of all remaining files / data. Our position is that the order is not ambiguous so clarification is unnecessary. It is also not necessary to establish a date certain for production since there are no documents to produce as they are being withheld pursuant to exemptions as set forth in the Vaughn indexes.

James

Get Outlook for iOS

> **From:** Ty Clevenger <tyclevenger@yahoo.com>
> **Sent:** Monday, March 17, 2025 2:40:13 PM
> **To:** Gillingham, James (USATXE) <James.Gillingham@usdoj.gov>
> **Subject:** [EXTERNAL] Huddleston v. FBI
>
> James,
>
> I'm planning to file a motion to set a production schedule in Huddleston: seven days for metadata and file names and 30 days for all remaining files. Please let me know if you oppose. Thx.
>
> Ty