IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | CIVIL ACTION No. 4:20CV447 <br><br> JUDGE AMOS MAZZANT |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION**

Defendants file this unopposed motion for extension of time to respond to Plaintiff's Motion for an Order to Show Cause [Doc. 190].

The undersigned has recently been assigned two separate immigration matters seeking temporary restraining orders. The undersigned has been ordered to respond to Plaintiff's Motion for Temporary Restraining Order in *Sai Kumar Reddy Pittala v. Kristi Noem, et al,* 4:25-CV-416 (E.D. Tex.) by noon on Tuesday, April 29, 2025, and a hearing has been set for April 30, 2025. Counsel anticipates a similar order to be entered in *Likitha Vungarala Venkata v. Kristi Noem, et al,* 4:25-CV-408 (E.D. Tex.). To accommodate the short briefing schedules and upcoming hearings in these matters, counsel requires additional time to prepare an adequate response to Plaintiff's Motion for an Order to Show Cause. Defendants request an extension up to and including Tuesday, May 6, 2025, to respond to Plaintiff's Motion for an Order to Show Cause [Doc. 190]

This request for extension is not made for purposes of delay, but so that justice may be served. Plaintiff's counsel has indicated that he is unopposed to this motion.

>Respectfully submitted,
>
>ABE M. MCGLOTHIN, JR.
>ACTING UNITED STATES ATTORNEY
>
>*/s/ James Gillingham*
>JAMES GILLINGHAM
>Assistant United States Attorney
>Texas Bar No. 24065295
>110 N. College Ave.; Suite 700
>Tyler, Texas 75702
>Tel:  (903) 590-1400
>Fax: (903) 590-1436
>Email:  James.Gillingham@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

>*/s/ James Gillingham*
>JAMES GILLINGHAM
>Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), undersigned counsel hereby certifies that I have conferred with plaintiff's counsel, and he is unopposed to this motion.

>*/s/ James Gillingham*
>JAMES GILLINGHAM
>Assistant United States Attorney