IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CIVIL ACTION No. 4:20CV447<br><br>JUDGE AMOS MAZZANT |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION

Before the Court is Defendants' Unopposed Motion for Extension to respond to Plaintiff's Motion for an Order to Show Cause (Dkt. #194). The Court, having considered the motion, is of the opinion that the motion has merit and should be GRANTED.

It is therefore ORDERED that Defendants' deadline to respond to Plaintiff's Motion for an Order to Show Cause shall be extended up to and including Tuesday, May 6, 2025.

**IT IS SO ORDERED.**

SIGNED this 29th day of April, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE