IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>      Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE<br><br>      Defendant | Case No. 4:20-cv-447-ALM |

## PLAINTIFF'S MOTION TO ENJOIN DEFENDANTS FROM FILING FURTHER MOTIONS FOR SUMMARY JUDGMENT OR RECONSIDERATION

NOW COMES Brian Huddleston, the Plaintiff, moving the Court to enjoin the Defendants from filing further motions for summary judgment or reconsideration:

The Plaintiff incorporates by reference Plaintiff's Reply in Support of Motion for an Order to Show Cause Why the FBI Should not be Held in Contempt ("Reply")(Dkt. #198). For the reasons set forth on pages 9-10, the Plaintiff moves the Court to enjoin the Defendants from filing any further motions for summary judgment or motions for reconsideration until such time as (1) the FBI produces complete and legally-sufficient *Vaughn* indexes pursuant to the Court's August 16, 2024 Amended Memorandum Opinion and Order (Dkt. #178); or (2) a special master can review the contents of Seth Rich's personal laptop, work laptop, and the related discs and tape drives. The FBI opted to file *Vaughn* indexes rather than a motion for summary judgment, and it should complete those *Vaughn* indexes before rehashing the same arguments in another motion for summary judgment or motion for reconsideration.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
212 S. Oxford Street #7D
Brooklyn, New York 11217
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Counsel for Plaintiff Brian Huddleston**

**Certificate of Conference**

On May 15, 2025, I conferred with Asst. U.S. Attorney James Gillingham via telephone, and he indicated that the Defendants will oppose this motion.

**/s/ Ty Clevenger**
Ty Clevenger

**Certificate of Service**

On May 15, 2025, I filed a copy of this request with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney James Gillingham, Counsel for the Defendants, at james.gillingham@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger