# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON, § § *Plaintiff,* § § v. § § FEDERAL BUREAU OF § INVESTIGATION and UNITED § STATES DEPARTMENT OF § JUSTICE, § § *Defendants.* § | Civil Action No. 4:20-cv-447 Judge Mazzant |

## ORDER

Pending before the Court is Plaintiff's Motion Regarding *Ex Parte*, *In Camera* Filing (Dkt. #149). Plaintiff filed the Motion on February 14, 2024 (Dkt. #149). On February 28, 2024, Defendants filed their Response (Dkt. #151). Then, Plaintiff filed a Reply on March 4, 2024 (Dkt. #153). On August 9, 2024, the Court, *sua sponte*, ordered supplemental briefing from the parties to aid the adjudication of the Motion (Dkt. #173). Defendants filed their supplemental briefing on September 13, 2024 (Dkt. #185). Through it, Defendants disclosed the *ex parte*, *in camera* filings ("Filings") to Plaintiff (Dkt. #185-1; Dkt. #185-2). As such, Plaintiff has the Filings he originally sought through the Motion (*See* Dkt. #149). Therefore, the Motion is now moot.

It is therefore **ORDERED** that Plaintiff's Motion Regarding *Ex Parte*, *In Camera* Filing (Dkt. #149) is hereby **DENIED as moot**.

**IT IS SO ORDERED.**

SIGNED this 25th day of June, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE