# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | CIVIL ACTION No. 4:20CV447 <br><br> JUDGE AMOS MAZZANT |

## **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION**

Defendants file this unopposed motion for extension of time to respond to Plaintiff's Motion for Partial Summary Judgment [Doc. 206].

The undersigned is scheduled to be out of town from August 1 through August 8, 2028, and will be unable to confer with agency counsel concerning Plaintiff's motion prior to the current response deadline. Defendants request an extension up to and including Friday, August 22, 2025, to respond to Plaintiff's Motion for Partial Summary Judgment [Doc. 206]

This request for extension is not made for purposes of delay, but so that justice may be served. Plaintiff's counsel has indicated that he is unopposed to this motion.

Respectfully submitted,

JAY R. COMBS
ACTING UNITED STATES ATTORNEY


*/s/ James Gillingham*
JAMES GILLINGHAM

Assistant United States Attorney  
Texas Bar No. 24065295  
110 N. College Ave.; Suite 700  
Tyler, Texas 75702  
Tel: (903) 590-1400  
Fax: (903) 590-1436  
Email: James.Gillingham@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2025, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), undersigned counsel hereby certifies that I have conferred with plaintiff's counsel, and he is unopposed to this motion.

*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney