# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| | § | Civil Action No. 4:20-cv-447 |
| FEDERAL BUREAU OF | § | Judge Mazzant |
| INVESTIGATION and UNITED | § | |
| STATES DEPARTMENT OF | § | |
| JUSTICE, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Pending before the Court is Plaintiff's Motion to Enjoin Defendants from Filing Further Motions for Summary Judgment or Reconsideration (the "Motion") (Dkt. #200). Having considered the Motion and the relevant pleadings, the Court finds that the Motion should be **DENIED**.

In his Motion, Plaintiff asks the Court to exercise its inherent authority and prohibit the FBI from filing any motions for summary judgment or reconsideration until certain conditions are met.[1] The FBI filed a response (Dkt. #202), arguing that Plaintiff's proposed order would contravene the "permissive nature" of Rule 56, which holds that "[a] party may move for summary judgment, identifying each claim or defense—or part of each claim or defense—on which summary judgment is sought." FED. R. CIV. P. 56(a). Plaintiff filed a reply (Dkt. #203), emphasizing the

---

[1] The relevant conditions specifically seek to enjoin the FBI until such time as " (1) the FBI produces complete and legally-sufficient *Vaughn* indexes pursuant to the Court's August 16, 2024 Amended Memorandum Opinion and Order (Dkt. #178); or (2) a special master can review the contents of Seth Rich's personal laptop, work laptop, and the related discs and tape drives" (Dkt. #200 at p. 1).

lengthy nature of the present litigation and the FBI's repeated attempts to resolve this case through summary judgment.

At this point in litigation, the Court sees no need to bar the FBI from filing additional motions for summary judgment. In the event that the FBI raises issues previously addressed by the Court in its filings, those issues will be promptly identified and mooted.

It is therefore **ORDERED** that Plaintiff's Motion to Enjoin Defendants from Filing Further Motions for Summary Judgment or Reconsideration (Dkt. #200) is hereby **DENIED**.

**IT IS SO ORDERED.**

 **SIGNED this 24th day of March, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE