# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | |
| FEDERAL BUREAU OF | § | Civil Action No. 4:20-cv-447 |
| INVESTIGATION and UNITED | § | Judge Mazzant |
| STATES DEPARTMENT OF | § | |
| JUSTICE, | § | |
| | § | |
| *Defendants*. | § | |

## <u>MEMORANDUM OPINION AND ORDER</u>

Pending before the Court is Defendant Federal Bureau of Investigation's Motion for Protective Order (the "Motion") (Dkt. #217). While the Motion primarily concerns a discovery dispute between two parties, the Motion also calls into question Plaintiff's constitutional standing to bring two "policy-or-practice" claims as included and outlined in Plaintiff's supplemental complaint (Dkt. #166; Dkt. 114). In the interest of a full and thorough review of the pleadings, the Court sees fit to grant Plaintiff's request pertaining to additional briefing and/or evidence on this issue (Dkt. #222 at p. 3, n.3).

The Court hereby **ORDERS** Plaintiff Brian Huddleston to submit additional briefing and/or evidence related to Plaintiff's constitutional standing to bring the two relevant "policy-or-practice" claims (Dkt. #166; Dkt. #114) within **fourteen (14) days** of the date of this Order.

The Court hereby **ORDERS** Defendant Federal Bureau of Investigation to submit any response to Plaintiff's additional briefing and/or evidence within **fourteen (14) days** of Plaintiff's submission.

Defendant Federal Bureau of Investigation's Motion for Protective Order (Dkt. #217) will remain pending in the interim.

**IT IS SO ORDERED.**

**SIGNED this the 3rd day of June, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

2