## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| BRIAN HUDDLESTON,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CIVIL ACTION No. 4:20CV447<br><br>JUDGE AMOS MAZZANT |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION

On this day came for consideration, Defendants' Unopposed Motion for Extension to respond to Plaintiff's Motion for Summary Judgment (Dkt. #228).  The Court, having considered same, is of the opinion that said motion has merit and should be GRANTED.  It is therefore,

ORDERED that Defendants' deadline to respond to Plaintiff's Motion for Summary Judgment shall be extended up to and including Monday, July 27, 2026

**IT IS SO ORDERED.**

**SIGNED this 6th day of July, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE