IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HUDDLESTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION No. 4:20CV447 |
| v. | § | |
| | § | |
| FEDERAL BUREAU OF | § | |
| INVESTIGATION and UNITED | § | JUDGE AMOS MAZZANT |
| STATES DEPARTMENT OF JUSTICE, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY EXCEEDING PAG LIMIT

Defendant Federal Bureau of Investigation ("FBI") seeks leave to file a sur-reply regarding lack of standing which exceeds the page limits set forth in Local Rule CV-7(a)(1).

In an effort to adequately respond to the arguments made in Plaintiff's sur-reply brief regarding standing, Defendant requests it be permitted to file a sur-reply of up to eleven (11) pages. The requested increase in page limit is necessary to adequately and thoroughly address the issues raised in Plaintiff's brief.  Counsel for Plaintiff is unopposed to both FBI's filing of a sur-reply and the modest increase in page limit.

### CONCLUSION

Defendant respectfully requests leave to file a sur-reply regarding lack of standing of up to eleven (11) pages.

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY

*/s/ James Gillingham*
JAMES GARLAND GILLINGHAM

Defendant's Motion for Leave                                                                                                    1

Texas State Bar No. 24065295
james.gillingham@usdoj.gov
110 N. College, Suite 700
Tyler, TX  75702
(903) 590-1400
Fax: (903) 590-1436

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2026, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney

**CERTIFICATE OF CONFERENCE**

In compliance with Local Rule CV-7(h), undersigned counsel hereby certifies that, I have conferred with plaintiff's counsel, and he does not oppose this motion.

*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney