# EXHIBIT A

# THE TRANSPARENCY PROJECT

147 Prince Street, Second Floor, Room 15-C
Brooklyn, New York 11201
(979) 985-5289

October 20, 2022

Mr. Jason A. Jones, General Counsel
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Michael G. Seidel, Section Chief
Record/Information Dissemination Section
Federal Bureau of Investigation
200 Constitution Drive
Winchester, VA 22602

Mr. Jones and Mr. Seidel:

On October 3, 2022, I wrote to Mr. Seidel regarding *Pub. Citizen, Inc. v. Lew*, 127 F. Supp. 2d 1, 19–20 (D.D.C. 2000), which appears to require the FBI to index its email systems pursuant to 5 USC §552(g). In that letter, I requested the opportunity to view all of the information described in §552(g), as permitted by the subsection itself.

On October 6, 2022, I received a letter from Mr. Seidel indicating that my letter was being treated as a public information request (FOIPA Request no. 1563998-000). I do not believe my request should be treated as a standard FOIA request. The plain text of §552(g) indicates that the information should be readily available in an electronic format. On behalf of The Transparency Project, I request that you post the information to the FBI website or send me the information as soon as possible via email (tyclevenger@yahoo.com) or computer disk.

If you maintain that a standard FOIA request is required, then please consider this a request submitted on behalf of The Transparency Project for all information described in §552(g).

Thank you in advance for your assistance.

Sincerely,

Ty Clevenger
Executive Director

cc: Andrea Parker, Asst. U.S. Attorney
Eastern District of Texas